# Exhibit A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2019-00128 |
|---|---|---|

and EEOC

_____
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>Davita M. Key | Home Phone (Incl. Area Code)<br>(334) 200-7078 | Date of Birth<br>1985 |
|---|---|---|

Street Address: 6940 Wrangler Rd Apt C, Montgomery, AL 36117

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>HYUNDAI MOTOR MANUFACTURING ALABAMA | No. Employees, Members<br>500+ | Phone No. (Include Area Code)<br>(334) 387-8000 |
|---|---|---|

Street Address: 700 Hyundai Blvd., Montgomery, AL 36105

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-01-2017  Latest: 08-01-2017
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began employment with the above-named employer on or about July 31, 2017, through Dynamic Security, Inc., and I was last employed as a Mailroom Clerk. On or about July 19, 2017, I was interviewed by Gloria Robinson (Dynamic Security, Inc.) and Lt. Maurice Chambliss. Cassandra Williams (Hyundai Motor Manufacturing) also participated. On or about July 31, 2018, I showed up for my first day of work, and Ms. Williams asked me why I had not changed my hairstyle (dreadlocks) as she had instructed me to do during my job interview. Per my request, Ms. Williams showed me a grooming policy on her computer, for female uniformed officers. Subsequently, I was sent home for the day. Additionally, I received a phone call inquiring as to the due date for my pregnancy, as I had informed both my employers of my pregnancy that morning. On or about August 1, 2018, I returned to work with a hat that covered my hair completely, per Ms. Williams instructions. My co-worker and trainer in the mailroom, Tanya Howell, asked me why I had been sent home the day before; I explained to her the situation regarding the grooming policy and my dreadlocks. Subsequently, Tanya informed Ms. Williams that I said I was being discriminated against. After being questioned, I submitted an official written complaint of discrimination against Hyundai, Ms. Robinson and Ms. Williams on the basis of my dreadlocks and pregnancy. That same day, I was informed by Dynamic Security, Inc. that Ms. Williams did not want me to return to work.

I was informed that the reason I was discharged was because of my hair and something else.

I believe that I was discriminated against due to my race, African-American, my sex, female (pregnancy), and in retaliation for making a protected internal complaint, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10-16-18
Date / Charging Party Signature

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

RECEIVED U.S. EEOC OCT 17 2018 Birmingham District Office