# Exhibit C

 

# Alabama Secretary of State

| Entity ID | Entity Name | City | Type | Status |
|---|---|---|---|---|
| 924 - 972 | Hyundai AMCO America, Inc. | IRVINE, CA | Foreign Corporation | Previous Name |
| 939 - 078 | Hyundai America Technical Center, Incorporated | SUPERIOR TOWNSHIP, MI | Foreign Corporation | Exists |
| 610 - 106 | HYUNDAI AUTOEVER AMERICA, LLC | FOUNTAIN VALLEY, CA | Foreign Limited Liability Company | Exists |
| 893 - 509 | Hyundai Capital America | FOUNTAIN VALLEY, CA | Foreign Corporation | Exists |
| 893 - 509 | Hyundai Capital America, Inc. | FOUNTAIN VALLEY, CA | Foreign Corporation | Registered Name |
| 617 - 851 | Hyundai Capital Insurance Services, LLC | IRVINE, CA | Foreign Limited Liability Company | Exists |
| 944 - 425 | Hyundai Electric Systems Alabama, Inc. | BIRMINGHAM, AL | Foreign Corporation | Previous Name |
| 944 - 425 | Hyundai Electrical Systems Alabama, Inc. | BIRMINGHAM, AL | Foreign Corporation | Previous Name |
| 924 - 932 | Hyundai Elevator Co., Ltd. | SOUTH KOREA, OC | Foreign Corporation | Exists |
| 924 - 932 | Hyundai Elevator Co., Ltd. Corporation | SOUTH KOREA, OC | Foreign Corporation | Registered Name |
| 924 - 972 | Hyundai ENG America, Inc | IRVINE, CA | Foreign Corporation | Exists |
| 924 - 972 | Hyundai Engineering America, Inc. | IRVINE, CA | Foreign Corporation | Previous Name |
| 288 - 930 | HYUNDAI EP ALABAMA CORPORATION | OPELIKA, AL | Domestic Corporation | Dissolved |
| 019 - 748 | Hyundai Indus LLC | Not Provided | Domestic Limited Liability Company | Dissolved |
| 610 - 106 | Hyundai Information Service North America, LLC | FOUNTAIN VALLEY, CA | Foreign Limited Liability Company | Previous Name |
| 046 - 141 | HYUNDAI KEFICO CORPORATION | MONTGOMERY, AL | Foreign Corporation | Exists |
| 073 - 732 | Hyundai Korean Market, Inc. | Not Provided | Domestic Corporation | Exists |
| 340 - 879 | Hyundai L&C USA LLC | ATLANTA, GA | Foreign Limited Liability Company | Exists |
| 932 - 088 | Hyundai Lease Titling Trust | FOUNTAIN VALLEY, CA | Foreign Corporation | Exists |
| 932 - 088 | Hyundai Lease Titling Trust, Inc. | FOUNTAIN VALLEY, CA | Foreign Corporation | Registered Name |

| Entity ID | Entity Name | City | Type | Status |
|---|---|---|---|---|
| 820 - 009 | Hyundai Marine & Fire Insurance Company Ltd (US Branch) | COSTA MESA, CA | Foreign Insurance Corporation | Exists |
| 895 - 138 | Hyundai Motor America, Inc. | FOUNTAIN VALLEY, CA | Foreign Corporation | Exists |
| 923 - 246 | Hyundai Motor Company, Inc. | JAMESBURG, NJ | Foreign Corporation | Withdrawn |
| 893 - 509 | Hyundai Motor Finance Company, Inc. | FOUNTAIN VALLEY, CA | Foreign Corporation | Previous Name |
| 604 - 088 | Hyundai Motor Manufacturing Alabama, LLC | MONTGOMERY, AL | Foreign Limited Liability Company | Exists |
| | **1**  2  3  Next >> | | | |

New Search

 

# Alabama Secretary of State

| Entity ID | Entity Name | City | Type | Status |
|---|---|---|---|---|
| 243 - 687 | Hyundai of Auburn, Inc. | AUBURN, AL | Domestic Corporation | Previous Name |
| 243 - 687 | HYUNDAI OF AUBURN INC. DBA GENESIS OF AUBURN | AUBURN, AL | Domestic Corporation | Exists |
| 527 - 533 | Hyundai of Auburn Inc. dba Genesis of Auburn | AUBURN, AL | Domestic Corporation | Dissolved |
| 478 - 944 | Hyundai of Daphne, LLC | FOLEY, AL | Domestic Limited Liability Company | Previous Name |
| 242 - 429 | Hyundai of Decatur, Inc. | HUNTSVILLE, AL | Domestic Corporation | Exists |
| 238 - 772 | Hyundai of Gadsden, Inc. | ORLANDO, FL | Domestic Corporation | Exists |
| 242 - 231 | Hyundai Polytech America Company, Inc. | EUFAULA, AL | Domestic Corporation | Exists |
| 944 - 425 | Hyundai Power Transformers USA, Inc. | BIRMINGHAM, AL | Foreign Corporation | Exists |
| 034 - 226 | Hyundai Protection Plan, Inc. | IRVINE, CA | Foreign Corporation | Exists |
| 584 - 913 | HYUNDAI RIGGING USA LLC | Not Provided | Domestic Limited Liability Company | Exists |
| 045 - 738 | Hyundai Rotem Alabama corporation | MONTGOMERY, AL | Foreign Corporation | Registered Name |
| 045 - 738 | Hyundai Rotem Company | MONTGOMERY, AL | Foreign Corporation | Exists |
| 924 - 847 | Hyundai Steel America, Inc. | GREENVILLE, AL | Foreign Corporation | Exists |
| 311 - 661 | HYUNDAI STEEL COMPANY | GREENVILLE, AL | Foreign Corporation | Withdrawn |
| 311 - 661 | HYUNDAI STEEL COMPANY., INC. | GREENVILLE, AL | Foreign Corporation | Registered Name |
| 927 - 045 | Hyundai Sungwoo Auto USA Corporation | MONTGOMERY, AL | Foreign Corporation | Exists |
| 350 - 904 | Hyundai Translead | SAN DIEGO, CA | Foreign Corporation | Exists |
| 350 - 904 | Hyundai Translead, Inc. | SAN DIEGO, CA | Foreign Corporation | Registered Name |
| 585 - 236 | Hyundai Transys America, Inc. | West Point, GA | Foreign Corporation | Exists |
| 307 - 732 | HYUNDAI WIA Corporation | MONTGOMERY, AL | Foreign Corporation | Exists |
| 321 - 018 | Barkley Hyundai Real Estate, LLC | GALLION, AL | Domestic Limited Liability Company | Exists |
| 119 - 702 | Capitol Hyundai, Inc. | Not Provided | Domestic Corporation | Previous Name |

| Entity ID | Entity Name | City | Type | Status |
|---|---|---|---|---|
| 501 - 079 | Capitol Hyundai, Ltd. | MONTGOMERY, AL | Domestic Limited Partnership | Exists |
| 238 - 772 | Dave Menegay Hyundai, Inc. | ORLANDO, FL | Domestic Corporation | Previous Name |
| 943 - 730 | Decatur Hyundai, Inc. | ORLANDO, FL | Foreign Corporation | Exists |
| << Prev   1   **2**   3   Next >> | | | | |

New Search

 Alabama Secretary of State 

| Entity ID | Entity Name | City | Type | Status |
|---|---|---|---|---|
| 478 - 944 | Eastern Shore Hyundai, LLC | FOLEY, AL | Domestic Limited Liability Company | Exists |
| 241 - 937 | Family Hyundai, Inc. | FLORENCE, AL | Domestic Corporation | Previous Name |
| 031 - 653 | Hightower Hyundai, Inc. | BIRMINGHAM, AL | Domestic Corporation | Dissolved |
| 697 - 038 | Hoover Hyundai, LLC | BIRMINGHAM, AL | Domestic Limited Liability Company | Dissolved |
| 115 - 830 | Jerry Damson Hyundai, Inc. | HUNTSVILLE, AL | Domestic Corporation | Merged |
| 111 - 000 | Joe Bullard Hyundai, Inc. | MOBILE, AL | Domestic Corporation | Merged |
| 118 - 526 | Joe Bullard Hyundai/Suzuki, Inc. | MOBILE, AL | Domestic Corporation | Dissolved |
| 261 - 847 | Lynn Layton Hyundai, Inc. | DECATUR, AL | Domestic Corporation | Dissolved |
| 196 - 054 | Midtown Hyundai-Suzuki, Inc. | MOBILE, AL | Domestic Corporation | Merged |
| 475 - 867 | Mitchell Hyundai, L.L.C. | ENTERPRISE, AL | Domestic Limited Liability Company | Exists |
| 231 - 100 | Sandy Sansing Hyundai, Inc. | MONTGOMERY, AL | Domestic Corporation | Dissolved |
| 114 - 108 | Serra Hyundai, Inc. | BIRMINGHAM, AL | Domestic Corporation | Merged |
| 501 - 154 | Tameron Hyundai, Ltd. | BIRMINGHAM, AL | Domestic Limited Partnership | Exists |
| 114 - 108 | Team Hyundai, Inc. | BIRMINGHAM, AL | Domestic Corporation | Previous Name |
| 120 - 317 | Tuscaloosa Hyundai, Inc. | TUSCALOOSA, AL | Domestic Corporation | Exists |
| 200 - 945 | Victor Hyundai, Inc. | MADISON, AL | Domestic Corporation | Dissolved |
| 115 - 830 | West Side Hyundai, Inc. | HUNTSVILLE, AL | Domestic Corporation | Previous Name |
| 115 - 830 | Westside Hyundai, Inc. | HUNTSVILLE, AL | Domestic Corporation | Previous Name |

<< Prev   1   2   **3**

New Search