# Exhibit E

 Alabama Secretary of State 

| Hyundai ENG America, Inc ||
|---|---|
| Entity ID Number | 924 - 972 |
| Entity Type | Foreign Corporation |
| Principal Address | 111 PETERS CANYON RD<br>IRVINE, CA 92606 |
| Principal Mailing Address | 111 PETERS CANYON RD<br>IRVINE, CA 92606 |
| Status | Exists |
| Place of Formation | California |
| Formation Date | 4-22-2003 |
| Qualify Date | 6-16-2003 |
| Registered Agent Name | NATIONAL REGISTERED AGENTS INC |
| Registered Office Street Address | 2 NORTH JACKSON STREET, SUITE 605<br>MONTGOMERY, AL 36104 |
| Registered Office Mailing Address | 2 NORTH JACKSON STREET, SUITE 605<br>MONTGOMERY, AL 36104 |
| Nature of Business | |
| Stock Authorized | |
| Stock Paid In | |
| **Annual Reports** ||
| Annual Report information is filed and maintained by the Alabama Department of Revenue. If you have questions about any of these filings, please contact Revenue's Business Privilege Tax Division at 334-242-1170 or www.revenue.alabama.gov. The Secretary of State's Office cannot answer questions about or make changes to these reports. ||
| Report Year | 2002  2003  2004  2005  2006  2007  2008  2009  2010  2011  2012<br>2013  2014  2015  2016  2017  2018  2019 |
| **Transactions** ||
| Transaction Date | 6-15-2009 |
| Principal Office Changed From | 81 BUNSEN<br>IRVINE, CA 92618 |
| Transaction Date | 6-23-2009 |
| Registered Agent Changed From | KIM, SUNG DO<br>416 SEATON CIR<br>MONTGOMERY, AL 36116 |
| Transaction Date | 1-29-2010 |
| Legal Name Changed From | AMCO America, Inc. |
| Transaction Date | 8-16-2011 |

| Hyundai ENG America, Inc ||
|---|---|
| Registered Agent Changed From | NATIONAL REGISTERED AGENTS INC<br>150 S PERRY ST<br>MONTGOMERY, AL 36104 |
| Transaction Date | 8-16-2011 |
| Agent Mailing Address Changed From | Not Provided |
| Transaction Date | 6-6-2013 |
| Registered Agent Changed From | SIM, KWANGSEOK<br>2900 20TH AVE<br>VALLEY, AL 36854 |
| Transaction Date | 6-6-2013 |
| Agent Mailing Address Changed From | SIM, KWANGSEOK<br>2900 20TH AVE<br>VALLEY, AL 36854 |
| Transaction Date | 10-16-2014 |
| Legal Name Changed From | Hyundai AMCO America, Inc. |
| Transaction Date | 10-16-2014 |
| Legal Name Changed From | Hyundai Engineering America, Inc. |
| **Scanned Documents** ||
| Purchase Document Copies ||
| Document Date / Type / Pages | 6-16-2003    Certificate of Formation    1 pg. |
| Document Date / Type / Pages | 6-15-2009    Principal Address Change    1 pg. |
| Document Date / Type / Pages | 6-23-2009    Registered Agent Change    1 pg. |
| Document Date / Type / Pages | 1-29-2010    Legal Name Change    1 pg. |
| Document Date / Type / Pages | 8-16-2011    Registered Agent Change    2 pgs. |
| Document Date / Type / Pages | 8-17-2011    Registered Agent Change    2 pgs. |
| Document Date / Type / Pages | 6-6-2013    Registered Agent Change    2 pgs. |
| Document Date / Type / Pages | 10-16-2014    Articles of Amendment    5 pgs. |
| Document Date / Type / Pages | 10-16-2014    Articles of Amendment    9 pgs. |

Browse Results        New Search