# Exhibit F

 Alabama Secretary of State 

| Dynamic Security, Inc. ||
|---|---|
| Entity ID Number | 050 - 568 |
| Entity Type | Domestic Corporation |
| Principal Address | MUSCLE SHOALS, AL |
| Principal Mailing Address | Not Provided |
| Status | Exists |
| Place of Formation | Colbert County |
| Formation Date | 4-4-1978 |
| Registered Agent Name | RIDDLE, SCOTT A |
| Registered Office Street Address | 1102 WOODWARD AVE<br>MUSCLE SHOALS, AL 35661 |
| Registered Office Mailing Address | Not Provided |
| Nature of Business | SECURITY |
| Stock Authorized | $1,000 |
| Stock Paid In | $1,000 |
| Incorporators ||
| Incorporator Name | RIDDLE, JOHN |
| Incorporator Street Address | Not Provided |
| Incorporator Mailing Address | Not Provided |
| Incorporator Name | ATWELL, MARY NELL |
| Incorporator Street Address | Not Provided |
| Incorporator Mailing Address | Not Provided |
| Incorporator Name | MCADAMS, LINDA |
| Incorporator Street Address | Not Provided |
| Incorporator Mailing Address | Not Provided |
| Annual Reports ||
| Annual Report information is filed and maintained by the Alabama Department of Revenue. If you have questions about any of these filings, please contact Revenue's Business Privilege Tax Division at 334-242-1170 or www.revenue.alabama.gov. The Secretary of State's Office cannot answer questions about or make changes to these reports. ||
| Report Year | 1988  1989  1990  1991  1992  1993  1994  1995  1996  1997  1998  1999  2000  2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011  2012  2013  2014  2016  2017  2018 |
| Transactions ||
| Transaction Date | 3-3-1999 |

| Dynamic Security, Inc. ||
|---|---|
| Registered Agent Changed From | Not Provided |
| Transaction Date | 4-6-2006 |
| Registered Agent Changed From | THE CORPORATION COMPANY<br>2000 INTERSTATE PARK DR STE 204<br>MONTGOMERY, AL 36109 |
| Transaction Date | 3-17-2010 |
| Registered Agent Changed From | KENNEMER, RUSSELL<br>1102 WOODWARD AVE<br>MUSCLE SHOALS, AL 35661 |
| **Scanned Documents** ||
| Purchase Document Copies ||
| Document Date / Type / Pages | 3-3-1999    Registered Agent Change    1 pg. |
| Document Date / Type / Pages | 4-6-2006    Registered Agent Change    1 pg. |
| Document Date / Type / Pages | 3-17-2010    Registered Agent Change    1 pg. |
|  ||

Browse Results        New Search