# Exhibit G

## DECLARATION OF CASSANDRA WILLIAMS

My name is Cassandra Williams. I am a resident of the State of Alabama, over twenty-one (21) years of age, and give this Declaration of my own free will. I have personal knowledge of the information contained in this Declaration.

1. I am currently employed with Hyundai Engineering America, Inc. I was also employed with Hyundai Engineering America, Inc. in July and August of 2017.

2. I am not now, nor have I ever been, employed by Hyundai Motor Manufacturing Alabama, LLC.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on 5/8/2019

_____
Cassandra Williams