EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 846-2017-32787 |

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Davita M. Key | | 1985 |

Street Address                  City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| DYNAMIC SECURITY INCORPORATED | 500 or More | (334) 395-7722 |

Street Address                  City, State and ZIP Code
5510 Wares Ferry Road, Suite S, Montgomery, AL 36117

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address                  City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-21-2017    Latest: 08-01-2017
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

My race is Black. I am a pregnant female. I was hired by the above-named employer on July 21, 2017, as a mail clerk assigned to the Hyundai Plant. I was interviewed on July 19, 2017, by Gloria Robinson and Maurice (last name unknown). On July 27, 2017, I participated in the required training and completed safety training at Hyundai.

On July 31, 2017, I informed Supervisor Maurice, in the presence of Ms. Robinson, of my pregnancy and presented a medical notice ensuring that I could perform my job without restrictions. Later that morning I was sent home, partially because of my hairstyle (dreadlocks) of which I was questioned and criticized by Robinson and Cassandra Williams, but mainly because I informed the employer that I was pregnant.

On August 1, 2017, I reported to training with Tonya (last name unknown) in the administrative building. Shortly thereafter I was summoned to the office and picked up by Maurice. Upon our arrival to the office I was confronted by Robinson in a hostile and aggressive manner about my conversation of feeling discriminated against with the trainer.

Further on August 1, 2017, I requested to file a formal complaint through Supervisor Maurice for the discriminatory treatment. After providing him with a written statement as requested, I was told I would have to file through Human Resources in Birmingham AL. I asked Supervisor Maurice if I go to file a complaint will I be allowed to return to work. He would not give me an answer without making a call, then he confirmed I could leave and return.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Aug 03, 2017
Date    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

RECEIVED AUG 3 2017 U.S. EEOC Birmingham District Office

Case 2:19-cv-00767-ECM-SMD   Document 13-2   Filed 01/30/20   Page 2 of 2

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>846-2017-32787 |
|---|---|---|

_____ and EEOC
State or local Agency, if any

Later, August 1, 2017, I filed a complaint to District Manager Dr. Ray Cureton, in the presence of Nicole Scavello, to no avail. Cureton immediately asked me whether I said I was going to sue the company. He then listened to my complaint and responded to my allegations regarding pregnancy, that Ms. Robinson is not like that. Scavello commented that what I was complaining of was not discrimination and that she has been racially harassed before. Cureton finished by stating they said this was not why but that they don't want me to come back. He advised, "I'm just a fat White man and I don't know what you all go through."

I believe that I was discriminated against based on my race, sex (pregnancy) and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Aug 03, 2017      [signature]<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)   AUG 03 2017 |

RECEIVED
U.S. EEOC
Birmingham District Office