IN THE UNITED STATES MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2020 MAR -9 P 3:32

Plaintiff,
DAVITA M. KEY.                                    ) CIVIL ACTION NO. 2:19-cv-00767-ECM-SMD

V.                                                )
Defendants,
Hyundai Motor Manufacturing Alabama, LLC, )
Hyundai Alabama Engineering, INC., and.           )
Dynamic Security, INC.                            )

## MOTION FOR EXTENSION OF TIME
## TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff moves the Court for an order extending to May 20, 2020, the time within which plaintiff may reply to request of dismissal served to her, on the grounds plaintiff has an appointment with an attorney scheduled for March 19, 2020 and is requesting her file from the EEOC, therefore, allowing time for the EEOC processing and for attorney to evaluate claims.

Respectfully Submitted,

Davita Key
Plaintiff
6940 Wrangler Road
Apt C
Montgomery, Alabama 36117
(334)200-7078

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

**CERTIFICATE OF SERVICE**

I, __Davita Key__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. Mail__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __9th__ day of __March__ 20__20__ to:

Whitney R. Brown + David J. Middlebrooks
Lehr Middlebrooks Vreeland + Thompson, P.C.
P.O. Box 11945, Birmingham, AL 35202-1945
Yuri Yeoul Bae, DeWeese + Bae, LLC
8191 Seaton Place, Montgomery, AL 36116
Susan W. Bullock, Ford Harrison, LLP
420 20th Street North, Suite 2560, Birmingham, AL 35203

__03-09-2020__                       __[signature]__
Date                                  Signature