

March 9, 2020

Ms. Davita Key
6940 Wrangler Rd, Apt C
Montgomery, AL 36117

SENT VIA E-Mail

Re: Your potential legal claims

Dear Ms. Key:

Thank you for selecting me for your inquiry regarding your legal claims. I understand you have already filed claims with the District Court of the Middle District of Alabama and are in need of representation, including to respond to pending motions. In order to evaluate your claims, I would like to meet with you to discuss your claims and review your file. I have also asked Heather Leonard to join in this discussion. The earliest dates we are both available are March 19 and 20. I currently have you scheduled for march 19, 10:30 am at Heather Leonard's office, located at 2105 Devereux Circle, Suite 111, Birmingham, AL 35243, that location would be a bit more accessible to you than mine with you coming from Montgomery.

You will need to request your FOIA file from the EEOC immediately. This information is necessary for a thorough evaluation of your claims. The EEOC can take up to 20 business days to issue you the FOIA file. Because you have already filed a lawsuit in this matter, the EEOC will require a copy of that suit before issuing you any information. You can find instructions on requesting your EEOC file at https://www.eeoc.gov/eeoc/foia/requests.cfm. You can request your file by letter, fax, online, or in person at the Birmingham district office.

When we meet, please bring any documentation you have related to your claims. **At this point, I do not yet represent you**. After meeting, my firm and Heather Leonard's firm will review your potential case in detail and make a determination as to whether we can accept your case. Please be patient because the review process can take time (potentially up to thirty (30) days after our meeting). After I have met with you and reviewed the information concerning this matter, within thirty days, I will tell you whether or not I will be able to handle your case.

Very truly yours,

Leslie A. Palmer

cc: Heather Leonard via e-mail

104 23rd Street South, Suite 100 | Birmingham, Alabama 35233
leslie@palmerlegalservices.com | 205-285-3050