IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-cv-767-ECM-SMD |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC, *et al.*, | ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Dismiss (Doc. 20), it is

ORDERED that the Motion (Doc. 20) is GRANTED. Plaintiff may file a response to Defendants' Motion to Dismiss **on or before May 20, 2020**. Defendants may reply to Plaintiff's response **on or before June 3, 2020**.

**Plaintiff is advised that, absent exceptional circumstances, <u>no additional extensions will be granted</u> for Plaintiff to respond to Defendants' Motion to Dismiss.**

DONE this 10th day of March, 2020.

/s/ Stephen M. Doyle
UNITED STATES MAGISTRATE JUDGE