# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **DAVITA M. KEY,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **HYUNDAI MOTOR** ) <br> **MANUFACTURING ALABAMA,** ) <br> **LLC; HYUNDAI ENG AMERICA,** ) <br> **INC. and DYNAMIC SECURITY,** ) <br> **INC.,** ) <br> ) <br> **Defendants.** ) | **Civil Case No.:** <br> **2:19-cv-00767-ECM-SMD** |

## NOTICE OF APPEARANCE

T. Matthew Miller of Bradley Arant Boult Cummings, LLP hereby provides notice of his appearance on behalf of Defendant Hyundai ENG America, Inc. ("HEA") in this case and hereby requests that he be included on the distribution list to receive electronic service of all electronic filings in the above-styled case and that he be served with all non-electronic filings at the address below.

DATED: January 14, 2022.

            Respectfully submitted,

            */s/ T. Matthew Miller*
            T. Matthew Miller (ASB-2129-I66T)
            Email: mmiller@bradley.com
            *One of the Attorneys for Defendant*
            *Hyundai ENG America, Inc.*

**OF COUNSEL:**

T. Matthew Miller (ASB-2129-I66T)
Cortlin Bond (ASB-6096-X12M)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL  35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email:  mmiller@bradley.com
Email:  cbond@bradley.com

*Attorneys for Defendant*
*Hyundai ENG America, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 14, 2022, the foregoing was filed with the Clerk of the Court via the CM/ECF which will send notification of such filing to the following counsel of record:

>Heather Newsom Leonard
>Heather Leonard, PC
>2105 Devereux Circle, Suite 111
>Birmingham, AL 35243
>Email: heather@heatherleonardpc.com

and

>Leslie Palmer
>Palmer Law, LLC
>104 23rd Street South, Suite 100
>Birmingham, AL 35233
>Email: leslie@palmerlegalservices.com
>*Attorneys for Plaintiff*

>Wesley C. Redmond
>Susan W. Bullock
>FordHarrison LLP
>420 20th Street North, Ste 2560
>Birmingham, AL 35203
>Email: wredmond@fordharrison.com
>Email: sbullock@fordharrison.com
>*Attorneys for Dynamic Security, Inc.*

>David J. Middlebrooks
>Whitney R. Brown
>Lehr Middlebrooks Vreeland & Thompson, P.C.
>P.O. Box 11945
>Birmingham, AL 35202
>Email: dmiddlebrooks@lehrmiddlebrooks.com
>Email: wbrown@lehrmiddlebrooks.com
>*Attorneys for Hyundai Motor Manufacturing Alabama, LLC*

>>>>>>/s/ T. Matthew Miller
>>>>>>**OF COUNSEL**