## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **DAVITA M. KEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Case No.:** |
| **v.** | ) | **2:19-cv-00767-ECM-SMD** |
| | ) | |
| **HYUNDAI MOTOR** | ) | |
| **MANUFACTURING ALABAMA,** | ) | |
| **LLC; HYUNDAI ENG AMERICA,** | ) | |
| **INC. and DYNAMIC SECURITY,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

Cortlin Lee Bond of Bradley Arant Boult Cummings, LLP hereby provides notice of her appearance as additional counsel on behalf of Defendant Hyundai ENG America, Inc. ("HEA") in this case and hereby requests that she be included on the distribution list to receive electronic service of all electronic filings in the above-styled case and that she be served with all non-electronic filings at the address below.

DATED: January 14, 2022.

Respectfully submitted,

/s/ Cortlin Bond
Cortlin Bond (ASB-6096-X12M)
Email: cbond@bradley.com
*One of the Attorneys for Defendant*
*Hyundai ENG America, Inc.*

**OF COUNSEL:**

T. Matthew Miller (ASB-2129-I66T)
Cortlin Bond (ASB-6096-X12M)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email: mmiller@bradley.com
Email: cbond@bradley.com

*Attorneys for Defendant*
*Hyundai ENG America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 14, 2022, the foregoing was filed with the Clerk of the Court via the CM/ECF which will send notification of such filing to the following counsel of record:

Heather Newsom Leonard
Heather Leonard, PC
2105 Devereux Circle, Suite 111
Birmingham, AL 35243
Email: heather@heatherleonardpc.com

and

Leslie Palmer
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, AL 35233
Email: leslie@palmerlegalservices.com
*Attorneys for Plaintiff*

Wesley C. Redmond
Susan W. Bullock
FordHarrison LLP
420 20th Street North, Ste 2560
Birmingham, AL 35203
Email: wredmond@fordharrison.com
Email: sbullock@fordharrison.com
*Attorneys for Dynamic Security, Inc.*

David J. Middlebrooks
Whitney R. Brown
Lehr Middlebrooks Vreeland & Thompson, P.C.
P.O. Box 11945
Birmingham, AL 35202
Email: dmiddlebrooks@lehrmiddlebrooks.com
Email: wbrown@lehrmiddlebrooks.com
*Attorneys for Hyundai Motor Manufacturing Alabama, LLC*

*/s/ Cortlin Bond*
**OF COUNSEL**
