IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIV. ACT. NO. 2:19-cv-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC, *et al.*, | ) ) |
| | ) |
|    Defendants. | ) |

**O R D E R**

Now pending before the Court is Plaintiff Davita M. Key's motion to take depositions outside of the discovery deadline (doc. 63) filed on August 19, 2022. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion (doc. 63) is GRANTED to the extent that the discovery deadline is extended to **September 9, 2022**, for the sole purpose of taking the deposition of Cassandra Williams. It is further

ORDERED that the dispositive motion deadline is extended to **October 12, 2022**.

DONE this 22nd day of August, 2022.

                                                    /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      CHIEF UNITED STATES DISTRICT JUDGE