# Exhibit 8

 Alabama Secretary of State 

| Hyundai ENG America, Inc | |
|---|---|
| Entity ID Number | 000 - 924 - 972 |
| Entity Type | Foreign Corporation |
| Principal Address | 111 PETERS CANYON RD<br>IRVINE, CA 92606 |
| Principal Mailing Address | 111 PETERS CANYON RD<br>IRVINE, CA 92606 |
| Status | Exists |
| Place of Formation | California |
| Formation Date | 04/22/2003 |
| Qualify Date | 06/16/2003 |
| Registered Agent Name | NATIONAL REGISTERED AGENTS INC |
| Registered Office Street Address | 2 NORTH JACKSON STREET, SUITE 605<br>MONTGOMERY, AL 36104 |
| Registered Office Mailing Address | 2 NORTH JACKSON STREET, SUITE 605<br>MONTGOMERY, AL 36104 |
| Nature of Business | |
| Capital Authorized | |
| Capital Paid In | |
| **Annual Reports** | |
| Annual Report information is filed and maintained by the Alabama Department of Revenue.<br>If you have questions about any of these filings, please contact Revenue's Business Privilege Tax Division at 334-242-1170 or www.revenue.alabama.gov.<br>The Secretary of State's Office cannot answer questions about or make changes to these reports. | |
| Report Year | 2002 2003 2004 2005 2006 2007 2008<br>2009 2010 2011 2012 2013 2014 2015 2016<br>2017 2018 2019 2020 2021 2022 |
| **Transactions** | |
| Transaction Date | 06/15/2009 |
| Principal Office Changed From | 81 BUNSEN<br>IRVINE, CA 92618 |
| Transaction Date | 06/23/2009 |
| Registered Agent Changed From | KIM, SUNG DO<br>416 SEATON CIR<br>MONTGOMERY, AL 36116 |
| Transaction Date | 01/29/2010 |
| Legal Name Changed From | AMCO America, Inc. |
| Transaction Date | 08/16/2011 |
| Agent Mailing Address Changed From | * Added |
| Transaction Date | 08/16/2011 |
| Registered Agent Changed From | NATIONAL REGISTERED AGENTS INC<br>150 S PERRY ST<br>MONTGOMERY, AL 36104 |
| Transaction Date | 06/06/2013 |
| Agent Mailing Address Changed From | SIM, KWANGSEOK<br>2900 20TH AVE<br>VALLEY, AL 36854 |

| Hyundai ENG America, Inc | |
|---|---|
| Transaction Date | 06/06/2013 |
| Registered Agent Changed From | SIM, KWANGSEOK<br>2900 20TH AVE<br>VALLEY, AL 36854 |
| Transaction Date | 10/16/2014 |
| Legal Name Changed From | Hyundai Engineering America, Inc. |
| Transaction Date | 10/16/2014 |
| Legal Name Changed From | Hyundai AMCO America, Inc. |
| **Scanned Documents** | |
| Purchase Document Copies | |
| Document Date / Type / Pages | 06/16/2003    Certificate of Formation    1 pg. |
| Document Date / Type / Pages | 06/15/2009    Principal Address Change    1 pg. |
| Document Date / Type / Pages | 06/23/2009    Registered Agent Change    1 pg. |
| Document Date / Type / Pages | 01/29/2010    Legal Name Change    1 pg. |
| Document Date / Type / Pages | 08/16/2011    Registered Agent Change    2 pgs. |
| Document Date / Type / Pages | 08/17/2011    Registered Agent Change    2 pgs. |
| Document Date / Type / Pages | 06/06/2013    Registered Agent Change    2 pgs. |
| Document Date / Type / Pages | 10/16/2014    Articles of Amendment    9 pgs. |
| Document Date / Type / Pages | 10/16/2014    Articles of Amendment    5 pgs. |

Browse Results    New Search