# DYNAMIC



# Security Officer's Handbook

Key 000332

# SECURITY OFFICER'S HANDBOOK

Published by Dynamic Security, Inc.
Copyright 2001 by Dynamic Security, Inc.
1102 Woodward Avenue
Muscle Shoals, AL 35661
Produced by: BevART, Knoxville, TN

This handbook must be returned to Dynamic Security upon termination of employment.
An Equal Opportunity Employer

# INTRODUCTION

This Handbook has been prepared to assist Security Officers by providing a definition of their general duties and responsibilities. The information is general since it would be impossible to include instructions relating to every situation. Any questions or lack of understanding of the contents of this manual should be directed to your supervisor.

This is issued with the understanding that the Officers will read and adhere to the rules and regulations discussed herein. Not doing so, could lead to disciplinary actions; and when you accept employment, it is assumed that you accept these rules and regulations.

Your employment can be terminated or suspended without cause and without notice at any time, at the option of Dynamic Security, Inc. (referred to in the Handbook as Dynamic Security).

# CONTENTS

| Section | Title | Page |
|---|---|---|
| Section 1 | General Duties | 1 |
| Section 2 | Training | 4 |
| Section 3 | Job Assignments | 6 |
| Section 4 | Limits of Authority | 7 |
| Section 5 | Uniforms | 8 |
| Section 6 | Personal Appearance | 11 |
| Section 7 | General Safety | 14 |
| Section 8 | Report Writing | 16 |
| Section 9 | Weapons Regulations | 17 |
| Section 10 | Weapons Safety | 20 |
| Section 11 | Public Relations | 22 |
| Section 12 | Security Patrols | 24 |
| Section 13 | Fire & Fire Detection | 25 |

Key 000335

Section 14   Post Telephone Instructions   26

Section 15   Trespassers                   27

Section 16   Handling the American Flag    28

Section 17   Disciplinary Actions          29

Section 18   Wage and hour Plan            33

Section 19   Policies                      34

                Physical Examination          34

                Workers' Compensation         35

                Waiver of Trial by Jury       37

                Substance Abuse               39

                Negligence and Damage         40

                Medical Records Release
                and Drug/Alcohol Screening    41

                Harrassment in the Workplace  43

Key 000336

These conditions must exist to entitle an injured employee to benefit under worker's compensation:

1. The injury must result from an accident. (Accident is defined as an event happening suddenly and violently and producing, at the time, injury to the physical structure of the body by accidental means.)
2. The accident must have happened as a result of carrying out a function of your duties.

# WAIVER OF TRIAL BY JURY POLICY

It is the desire of Dynamic Security to resolve disputes, whenever possible, in a fair and expeditious manner reflecting the interest of the concerned parties. Although there is no outstanding dispute at this time between the parties, it is recognized that as in any relationship, differences may arise which are not resolved and result in litigation.

In consideration of Dynamic Security offering employment and the acceptance of employment, said

Key 000373

employee and Dynamic Security each agree that in the event either party (or its successors or assigns) brings an action against the other relating to recruitment, employment, or termination of employment from Dynamic Security, the plaintiff in such action agrees to waive their rights to a trial by jury. It is further agreed that no demand or request or motion will be made for a trial by jury.

**The waiver of trial by jury will cover:**

1. All actions, claims, and demands directly or indirectly related to recruitment, employment or termination from Dynamic Security.
2. All issues and causes of action brought in any law suit in which an employment relate claim is made.
3. Initial, subsequent, and future proceeding related to (1) and (2) above.

By waiving the right to a jury trial an employee is not limiting their rights to trial by judge. However, the right to a jury is of value. Security Officers may wish to consult an attorney prior to accepting this agreement. If so, the Officer may take this handbook with him/her; however, employment will not be offered until this is agreed upon; and in the event that the

38

individual does not agree to the Rules and Regulations outlined in this handbook, the handbook must be returned immediately.

## SUBSTANCE ABUSE POLICY

Dynamic Security is committed to providing a safe work environment and the well being and health of its employees. The commitment is jeopardized when any Dynamic Security employee abuses alcohol or a controlled substance (drugs) on the job, comes to work under the influence, or works under the influence, or possesses, distributes, or sells drugs in the work place. Dynamic Security has established the following policy:

- It is a violation for employees to possess, sell, trade, or offer for sale illegal use drugs on the job.
- It is a violation for anyone to report to work under the influence of alcohol or illegal drugs.
- It is a violation for anyone to use prescription drugs illegally.
- Violations are subject to disciplinary action, including termination.

39

Key 000375