# DYNAMIC SECURITY, INC

## *Acknowledgement and Receipt of Employee Handbook*

I have received a copy of the Dynamic Security, Inc. Officer's Handbook published Ocotber 2001. I understand that it is my responsibility to read this handbook and become familiar with the contents. If I have questions, I understand that I should ask my Supervisor, the Operations manager, Branch Manager, or the Coordinator of Human Resources.

Further I acknowledge and understand that:

I am bound by, and will abide by, the rules, regulations, and policies set forth in this handbook, and this handbook supersedes all previous employee handbooks. I also understand that I am expected to carry this handbook with me at all times while on duty.

This handbook is not intended to nor does it create promises or representations of continued employment. Every employee has an at-will relationship with Dynamic Security. This means that Dynamic Security is free to terminate my employment, for any reason, with or without cause of the use of progressive discipline, at any time with or without notice.

This handbook represents a summary of the more important company guidelines at the time of publication, and is not intended to be all-inclusive. Dynamic Security's employment practices are governed by applicable state and federal laws, regulations, and constitutional provisions and the Company at all times will abide by those legal requirements. Apart from each employee's status as an at-will employee and those employment practices, terms and conditions required by law, Dynamic Security may change its policies or procedures at any time without prior notice.

I understand that $5 will be deducted from my paycheck for each duplicate handbook requested. Further, I also understand that this document will become a part of my personnel file.

| | |
|---|---|
| Davita Key | Montgomery AL |
| Employee Name (Please Print) | Location\Branch |
| | |
| [signature] | 7-21-17 |
| Employee Signature | Date |