# DYNAMIC SECURITY, INC.

**Employment Application**

Pre-Application Screening Form                              Completed:      Date 7/12/19

## Personal Data:

Name: Key                Davita             M
    Last              First              Middle

Present Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  City     State     Zip

Are you 21 years old or older?    (Yes)    No

Social Security #: ▮▮▮▮▮▮▮

Home Phone #:

Pager/Cell/Other Contact #: (334)200-707F

Emergency # ▮▮▮▮▮▮▮

Have you ever worked under another name? yes  If yes, list names. Davita Cade

Will you work any day of the week? yes   If no, what days will you work? _____

Date Available for Work: 7/24/19    Can you work any shift? yes   If no, what shift can you work? _____

Position Applied for: Mail room Clerk   ☑ Full Time ☐ Part Time ☐ Temporary

How did you hear of Dynamic Security? indeed.com

If hired can you provide written proof that you are authorized to work in the U.S.? ☑ Yes ☐ No

Have you ever applied with or worked for Dynamic Security or Dynamic Staffing? NO

If so, when and where? _____

Is there any reason that would cause you to be unable to work on a regular basis if offered a position?
NO

Do you intend to continue any other type of employment if offered a position?  If yes, what are the shifts/hours of that job?
NO

Driver's License Number: ▮▮▮▮▮▮▮   State Licensed: AL

Have you ever pled guilty or been convicted of any law violation (except minor traffic violations)? NO _____ (A "yes" answer does not automatically disqualify you from employment) If yes, give details. _____

Have you ever served time in jail? NO   If yes, give details. _____

Have you ever been fired from a job? NO   If so, please explain. _____

| School | Location | # of years Completed | Did you Graduate? Yes | No | Course of Study |
|---|---|---|---|---|---|
| **High School** | | | | | |
| BTW | Tuskegee, AL | 5 | ✓ | | H.S. Diploma |
| **College** | | | | | |
| AUM | Montgomery, AL | 4 | ✓ | | BLA |
| **Trade School** | | | | | |
| | | | | | |

Other Certifications: _____

What experience do you have with a computer? fluent in microsoft office

What other equipment are you trained to operate? _____

AN EQUAL OPPORTUNITY EMPLOYER



DEFENDANT'S EXHIBIT
Key 2
6-20-22   SL

Dynamic - Key 000028
Initial Disclosures

## Employment History

List names of employers in consecutive order with most recent employer listed first. Account for all periods of time including military service and any periods of unemployment. If self-employed, give firm name and supply business references.

| Dates Employed | Name/Address of Company | Supervisor | Position | Salary | Reason for Leaving |
|---|---|---|---|---|---|
| From 7/2014 To 12/2016 | Prema Corp Montgomery AL | Ashley Oliver | Reward Specialist | Starting 14/hr Final 14/hr | temp position |
| From 11/2014 To 02/2016 | United State Post Office Tuskegee, AL | Jamie Simpson | City Carrier Asst | Starting 15.00 Final 17.30 | work schedule |
| From 07/2012 To 07/2013 | Auburn Univ Montgomery | Tyisha Hampton | Peer/Service Coordinator | Starting 7.25/hr Final 7.25/hr | Student position |
| From 09/2009 To 07/2014 | Auburn Univ Montgomery | Rachael Nunn | Desk Coordinator Technical | Starting 6.25/hr Final 10.00/hr | Student position |

### Military Service:

| Branch of Service | Dates of Service | Type of Service/Rank | Type of Discharge |
|---|---|---|---|
| | | | |

**Residential History:** List all addresses for the past five years.

| | Address | City | State | Zip |
|---|---|---|---|---|
| 1. | 7046 Taylor Crossing Dr Apt G | Montgomery | AL | 36117 |
| 2. | 4440 Paddock Club Circle Apt E | Montgomery | AL | 36116 |
| 3. | 1907 Chris Circle | Tuskegee | AL | 36083 |
| 4. | | | | |
| 5. | | | | |

I certify that all information provided in this employment application is true and complete. I understand that any false information or omission may disqualify me from further consideration for employment and may result in my dismissal if discovered at a later date.

I authorize and agree to cooperate in a thorough investigation of all statements made herein and other matters relating to my background and qualifications. I understand that any investigation conducted may include a request from employment and educational history, credit reports, consumer reports, investigative reports, driving records and criminal history. I authorize any person, school, current and former employer, consumer reporting agency, and any other organization or agency to provide information relevant to such investigation and I hereby release all persons and corporations requesting or supplying information pursuant to such investigation from all liability or responsibility to me for doing so. I understand that I have a right to make a written request within a reasonable period of time for complete disclosure of the nature and scope of the investigation. I further authorize any physician or hospital to release any information which may be necessary to determine my ability to perform the job for which I am being considered or any future job in the event I am hired.

I understand that compliance with the Company's Policies and Procedures is a condition of my employment. I understand that I may be require to successfully pass a drug-screening examination. I hereby consent to a pre- and/or post-employment drug screen as a condition of my employment, if required.

I UNDERSTAND THIS APPLICATION OR SUBSEQUENT EMPLOYMENT DOES NOT CREATE A CONTRACT OF EMPLOYMENT NOR GUARANTEE EMPLOYMENT FOR ANY DEFINITE PERIOD OF TIME. IF EMPLOYED, I UNDERSTAND THAT I HAVE BEEN HIRED AT WILL OF THE EMPLOYER AND MY EMPLOYMENT MAY BE TERMINATED AT ANY TIME, WITH OR WITHOUT A CAUSE.

**Signature of Applicant:** _____     **Date:** 1.21.17

AN EQUAL OPPORTUNITY EMPLOYER

Key 000013