IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVITA M. KEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-CV-767-ECM |
| | ) | |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) ) ) ) ) ) | Oral Argument Requested |
| Defendants. | ) | |

# EXHIBIT 2
# DYNAMIC SECURITY DOCUMENTS SIGNED BY PLAINTIFF

# DYNAMIC SECURITY, INC.

## Rules and Regulations for Security Officers

Form 1300-5, August 2001

The following rules and regulations will govern your employment with Dynamic Security Inc. It is a condition of your employment that you follow these Rules and Regulations and any other orders and instructions given to you by any Dynamic Security Supervisor or member of Dynamic Security Management. The absence in writing of any specific Rule or Regulation does not mean, nor is it meant to imply, that Dynamic Security would condone a violation of such unpublished Rule or Regulation or that disciplinary actions would not result, including termination.

1. Falsifying information on Dynamic Security employment applications is grounds for dismissal.
2. Security Officers are required to report for duty as scheduled in full uniform. In the event that you are unable to report for duty due to illness, you must call the Dynamic Security office, not your job site, at least four hours prior to the start of your shift. The phone number to call in your Branch Office is: _____. This number is operational 24 hours per day. You are required to call each day you are not reporting for duty.
3. As an employer, Dynamic Security is not required to give additional time off to its employees to conduct personal business. Personal business is any business not connected to a personal illness. Dynamic Security will make every effort to accommodate employees who require time off for personal reasons other than illness, however, this must be consistent with operational needs. Request for time off for personal business must be submitted to your Supervisor a minimum of 48 hours in advance.
4. Disrespectful or insubordinate behavior toward a client, Supervisor, or member of Management, will not be tolerated. This type of behavior can result in immediate dismissal; failure to follow orders or instructions of any Dynamic Security Supervisor or member of Dynamic Security Management can result in immediate dismissal. The fact that a Security officer is off duty when such behavior occurs is not a defense. This includes profanity toward a client, supervisor, or member of Management or client guest.
5. All Security Officers must be in complete uniform when reporting for duty. Uniforms must be clean and pressed. Shined black shoes and black socks must be worn.
6. Dynamic Security Officers are not permitted to fraternize with client staff or visitors to their site since this would detract from their ability to enforce client rules
7. Any Security Officer found sleeping on duty will be dismissed.
8. Accepting tips, bribes, gratuities or gifts of any kind in the course of performing Dynamic Security assigned duties is strictly prohibited and is grounds for dismissal.
9. Security Officers may not use Client or Dynamic Security time or equipment for their personal use. The use of client phone for personal calls is strictly prohibited and is a criminal offense (Theft of Service). Violators will be subject to criminal prosecution, restitution of charges and dismissal.
10. No Security Officer may leave his/her post without being properly relieved by another Dynamic Security Officer who is in complete uniform. Leaving a post unattended is grounds for immediate dismissal.
11. Security Officers may not have in their possession or use while on duty any commercial radio, television, tape player or any other electronic device for the reproduction of audio or visual images, or reading material of any nature that is not directly related to the client or Dynamic Security.
12. Security Officers may not discuss with the Client, Client representatives, or the Media, the business of Dynamic Security including but not limited to job assignments, payroll and disciplinary problems.
13. Security Officers are required by Dynamic Security rules to report all incidents that occur at their assigned sites while they are on duty. Failure to submit reports or submitting false reports are grounds for dismissal.
14. The possession of, or being under the influence of alcoholic beverages or controlled substances while on duty is strictly prohibited and grounds for dismissal. Security Officers having a valid Doctor's prescription must carry any such medication in its original container and advise Dynamic Security in writing of the medication being taken and the name and address of the Doctor and the duration of the prescription.
15. Repeated lateness and absenteeism will not be tolerated and will result in the termination of employment. Security Officers are expected to be at their assigned post at scheduled starting time in full uniform and ready to work.
16. Security Officers may not be on their job site more than 30 minutes before the start of their tour of duty or more than 30 minutes after the end of their tour of duty. Security Officers may not be on their job site when off duty. The Client cannot authorize a Security Officer to go on the job site when off duty. If a Security Officer is requested by a Client to go on the job site when off duty, the Security Officer must notify his/her Branch Office and obtain the permission of a Dynamic Security Manager.
17. Security Officers may not switch shifts or days off without the authorization of their Supervisors or a Dynamic Security Manager.
18. No Security Officer shall make or repeat racial, ethnic, sexual or otherwise demeaning comments to or about any other employee or Dynamic Security Inc., client personnel or other person. Violator will be subject to disciplinary action including dismissal.
19. Any employee, who is arrested, summoned or indicted for a crime or offense after being employed by Dynamic Security Inc. must report such event to his Supervisor immediately. Dynamic Security Inc. is licensed by the States in which it operates, and failure on the part of the employee to make a timely report of an arrest can result in the employee being barred from employment by all such licensed companies.
20. Unauthorized disclosure of company information or official records can result in immediate termination.
21. Purposeful destruction of client property or Dynamic Security Inc. property can result in immediate termination.
22. Any employee who is fighting (physical or verbal), gambling (sports pools, card games, etc.) while on duty can be terminated immediately.
23. Any employee who violated or neglects safety rules, is inefficient, incompetent, or negligent in performance of duties may be subject to immediate termination.

Dynamic - Key 000038

Case 2:19-cv-00767-ECM-SMD   Document 91-2   Filed 01/19/23   Page 3 of 6

## Rules and Regulations for Security Officers

Form 1300-5, August 2001

### Assignments

Job assignments are given on merit and experience qualifications, job knowledge, experience and Client / Dynamic Security Inc. needs. Priority is given to Client / Dynamic Security Inc. needs. Dynamic Security Inc. makes no promise or commitment to assign an employee to a specific job site, a specific shift or for any specific time. No Dynamic Security Inc. employee is authorized to make promises or commitments of this kind. Job assignments are subject to change without prior notice. Your acceptance of employment with Dynamic Security Inc. does not constitute an employment contract between you and Dynamic Security Inc. for any specific period of time. Continued employment with Dynamic Security Inc. is contingent upon your compliance with the Rules and Regulations set forth ___ the availability of assignment and other factors. Your employment may be terminated at any time with or without cause.

I certify that I have read these Rules and Regulations, have received an opportunity to ask questions about them, that I understand them and have received a copy.

_____     7-21-17
Employee Signature                  Date

Dynamic - Key 000039

# DYNAMIC SECURITY, INC.
## Performance Standards

Form 1300-2, August 2001

In order that you may know what is expected of you to perform your duties properly, you have been provided a Dynamic Security Officer's manual that contains the performance guidelines. You may have been given initial hire or refresher quizzes. You also have written or post instructions as well as on the job training. Whenever you are in doubt as to how you are expected to perform, refer to and use these guidelines. Your facility supervisor or field Inspector can assist you with any unusual problems. If you do not ask, we do not know you have a question.

You should also be made aware of the consequences of violating guard manual orders, verbal orders and post orders. If you know what to expect you can act accordingly. The purpose of this directive, is to give you a basic outline of disciplinary measures that will be taken against you should you not meet our requirements.

| Offense | Minimum | Maximum |
|---|---|---|
| Failure to follow orders | 90 Days Probation | 3 Day Suspension |
| Missed Rounds/Hits/Keys | Official Reprimand | Termination |
| Use of TV/Radio/Books | Official Reprimand | 3 Day Suspension |
| Unauthorized Visitors on Post | 90 Days Probation | Termination |
| Unauthorized use of Client's Phone | Official Reprimand and reimbursement for Calls | Termination and Client's reimbursement for Calls |
| Unauthorized use of Company Vehicles | 90 Days Probation | Termination |
| Damage to Client's or Company Property | 90 Days Probation and Reimbursement | Termination & Reimbursement |
| Falsifying Reports or Records | 3 Day Suspension | Termination |
| Making false statements against fellow workers/supervisors | 90 Days Probation | Termination |
| Failure to report serious incidents | 30 Days Probation | Termination |
| Any infraction while on probation | 3 Day Suspension | Termination |
| Fraternization with Client's or DSI Employees while on duty | 90 Days Probation and removal from post | 3 Day Suspension and removal from post |
| Out of uniform or unauthorized use of uniform | 60 Days Probation | Termination |
| Sloppy uniform / unshaven | 30 Days Probation | 3 Day Suspension |
| Sleeping on duty | Termination | |
| Involvement in theft or stealing or planning theft, cover-up. | Termination | |
| Reporting under the influence of alcohol or any prescription drugs or use of alcohol/drugs on duty | Termination | |
| Unauthorized carrying of weapons | Termination | |
| Any 3 disciplinary action in any 90 day period | Termination | |
| Leaving post unattended | Termination | |
| Falsifying payroll records | Termination | |
| No show / No call | Termination | |
| Unexcused Absence | 30 Day probation | 90 Day probation |
| Tardiness (excessive) | 30 Day probation | 90 Day probation |
| No 4 hour notice for call off | 30 Day probation | 90 Day probation |
| Insubordination to Superior Officer | 3 Day suspension | Termination |
| Insubordination to Client | 3 Day suspension | Termination |
| Unsatisfactory work performance | 30 Day suspension | |

I hereby state that I have read and understand the performance Standards of Dynamic Security Inc., and agree to be held to the offenses disciplines outlined therein.

_Employee Signature_ (signed)

Date Signed: 7-21-17

**Dynamic - Key 000040**

# DYNAMIC SECURITY, INC

## *Acknowledgement and Receipt of Employee Handbook*

I have received a copy of the Dynamic Security, Inc. Officer's Handbook published Ocotber 2001. I understand that it is my responsibility to read this handbook and become familiar with the contents. If I have questions, I understand that I should ask my Supervisor, the Operations manager, Branch Manager, or the Coordinator of Human Resources.

Further I acknowledge and understand that:

I am bound by, and will abide by, the rules, regulations, and policies set forth in this handbook, and this handbook supersedes all previous employee handbooks. I also understand that I am expected to carry this handbook with me at all times while on duty.

This handbook is not intended to nor does it create promises or representations of continued employment. Every employee has an at-will relationship with Dynamic Security. This means that Dynamic Security is free to terminate my employment, for any reason, with or without cause of the use of progressive discipline, at any time with or without notice.

This handbook represents a summary of the more important company guidelines at the time of publication, and is not intended to be all-inclusive. Dynamic Security's employment practices are governed by applicable state and federal laws, regulations, and constitutional provisions and the Company at all times will abide by those legal requirements. Apart from each employee's status as an at-will employee and those employment practices, terms and conditions required by law, Dynamic Security may change its policies or procedures at any time without prior notice.

I understand that $5 will be deducted from my paycheck for each duplicate handbook requested. Further, I also understand that this document will become a part of my personnel file.

_Davita Key_  
Employee Name (Please Print)

_Montgomery, AL_  
Location\Branch

_[signature]_  
Employee Signature

_7-27-17_  
Date

Dynamic - Key 000041

# DYNAMIC SECURITY, INC.

## Harassment in the Workplace

Form 1600-1, March 2001
Revised March 2003

**Purpose**
To set forth the Company's policy regarding all forms of harassment in the workplace.

**Background**
It has always been the Company's policy and practice to comply with applicable laws. This commitment is particularly reflected in the field of human relations.

**Policy**
It is the policy of the Company to maintain a work environment that permits an employee to be free from sexual harassment, harassment based upon race, age, gender, religion, national origin, ethnic origin, disability, pregnancy, military status, and other forms of unlawful harassment by any co-worker, supervisor, or other person. It is unacceptable for any employee to engage in conduct that represents unwelcome sexual advances, requests for sexual favors, or other harassing verbal or physical action. The following conduct is specifically prohibited and unlawful:
a. Quid-pro-quo promises by a supervisor (promise of job/promotion/benefits/loss of job)
c. Any conduct which has the purpose or effect of unreasonably interfering with an individual's work performance or which creates an intimidating, hostile, or offensive working environment.
d. Offensive touching
e. Inappropriate/lewd pictures or inappropriate/lewd written materials in the workplace
f. Verbal Harassment in the form of comments, jokes, references or questions.

Prohibited harassment is an infringement on an employee's right to work in an environment free from unlawful discrimination. The Company will not tolerate harassment of any kind amongst any of its employees and any employee engaging in such conduct will be subject to appropriate disciplinary action up to and including termination of employment.

**Instructions**
A. Any employee who believes he or she has been subjected to unlawful harassment is required to report the activity to his or her supervisor immediately. If your complaint involves a supervisor, you should notify the Policy Compliance Officer, in writing, at P.O. Box 451, Tuscumbia AL 35674. You should not be concerned, or fearful of retaliation for making a report pursuant to this policy.
B. Any supervisor to whom a report of alleged harassment is made will immediately notify their manager and conduct a full and detailed investigation. A written report will then be issued to the Vice President of the Company with a copy to the President. A decision will then be made and the appropriate action will be taken.

**Acknowledgment**
By signing below, you acknowledge that you have read and understand this policy and agree to comply with its provisions.

Employee Signature: _____   Date: 7·21·17

Dynamic - Key 000042