IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
|   Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACT. NO. 2:19-cv-767-ECM |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC, *et al.*, | ) ) ) ) |
|   Defendants. | ) ) |

**ORDER**

For good cause, it is

ORDERED that the pretrial conference presently set for February 2, 2023, is RESET to **11:00 a.m. on February 17, 2023,** in Courtroom 2A, in the Frank M. Johnson, Jr. U.S. Courthouse, One Church Street, Montgomery, Alabama. The parties are DIRECTED to jointly prepare a proposed pretrial order, and the Plaintiff shall ensure that the original of the proposed pretrial order is received by the Court on or before **February 10, 2023,** by transmitting an electronic copy of the proposed pretrial order to the Court as an attachment to an email message sent to propord_marks@almd.uscourts.gov.

The Clerk of the Court is DIRECTED to provide a court reporter for this proceeding.

DONE this 25th day of January 2023.

                                        /s/ Emily C. Marks
                                    EMILY C. MARKS
                                    CHIEF UNITED STATES DISTRICT JUDGE