IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 2:19-cv-00767-ECM-SMD |
| ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, HYUNDAI ) | |
| ENGINEERING AMERICA, INC. and ) | |
| DYNAMIC SECURITY, INC. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC'S WITNESS LIST

**Expect to Call:**

1. Davita M. Key
   c/o Heather Newsom Leonard, Esq.
   HEATHER LEONARD, P.C.
   2105 Devereux Circle, Suite 111
   Birmingham, AL 35243
   (205) 977-5421

2. Robert Burns
   700 Hyundai Boulevard
   Montgomery, AL 36105
   (334) 387-8000

3. Cassandra Williams
   700 Hyundai Boulevard
   Montgomery, AL 36105
   (334) 387-8913

4. Gloria Robinson
   

5. Maurice Chambliss



**May Call:**

6.  Nicole Scavella
    

7.  Ray Cureton
    

8.  Latunya Howell
    

9.  Sherry Spires
    Human Resources Coordinator
    1102 Woodward Avenue
    Muscle Shoals, AL 35661
    sspires@dynamicsecurity.org
    (256) 383-5798, Ext. 217

10. Kristal Riddle
    Legal Affairs Coordinator
    1102 Woodward Avenue
    Muscle Shoals, AL 35661
    (256) 383-5798

      Respectfully Submitted,

      s/ David J. Middlebrooks
      David J. Middlebrooks ASB- 8553-D58D
      Whitney R. Brown ASB-4431-H71B

OF COUNSEL:
LEHR MIDDLEBROOKS VREELAND & THOMPSON, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002
Fax: (205) 326-3008
Email: dmiddlebrooks@lehrmiddlebrooks.com
   wbrown@lehrmiddlebrooks.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 26, 2023, I electronically filed the foregoing with the Clerk of the Court with personal addresses redacted using the CM/ECF system which will send notification of such filing to the following and by email, with no redactions, to the following:

      Heather Newsom Leonard, Esq.
      Heather Leonard, P.C.
      2105 Devereux Circle, Suite 1111
      Birmingham, AL 35243

      Wesley C. Redmond, Esq.
      Susan W. Bullock, Esq.
      FordHarrison LLP
      420 20th Street North, Suite 2560
      Birmingham, AL 35203

      Leslie Palmer, Esq.
      Palmer Law, LLC
      104 23rd Street South, Suite 100
      Birmingham, AL 35233

      T. Matthew Miller, Esq.
      Cortlin Bond, Esq.
      Sarahanne Vaughan, Esq.
      Bradley Arant Boult Cummings LLP
      One Federal Place
      1819 Fifth Avenue North
      Birmingham, AL 35203

      Kurt Fischer, Esq.
      U. S. Equal Employment Opportunity Commission
      Birmingham District Office
      Ridge Park Place, Suite 2000
      1130 22nd Street, South
      Birmingham, Alabama 35205

      s/ David J. Middlebrooks
      OF COUNSEL

753926.docx