IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 2:19-cv-00767-ECM-SMD |
| ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, HYUNDAI ) | |
| ENGINEERING AMERICA, INC. and ) | |
| DYNAMIC SECURITY, INC. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC'S
DESIGNATION OF DEPOSITION/TRIAL EXCERPTS**

Defendant, Hyundai Motor Manufacturing Alabama, LLC, designates the following deposition excerpts which may be offered as evidence at trial:

1. Deposition excerpts of Davita M. Key dated June 20, 2022, pursuant to Rule 32(a)(1) and (3) F.R.C.P. and Section 10 of the Court's Order (Doc. 57): 1:5-25, 4:1-5:25, 10:19-11:19, 243:7-9, 85:11-86:8, 115:1-9, 277:21-25, 19:10-24, 23:16-26:7, 40:18-41:8, 21:8-22:7, 18:15-24, 31:3-23, 36:1-38:5, 31:20-23, 32:25-33:17, 27:10-21, 28:1-4, 44:10-12, 17:21-18:1, 127:1-25, 128:19-129:16, 135:2-20, 115:18-116:14, 117:14-25, 116:15-117:5, 140:16-141:8, 141:25-143:4, 23:10-13, 35:24-25, 138:13-139:23, 141:9-12, 144:4-146:4, 51:6-13, 118:13-21, 147:20-148:6, 150:5-151:1, 119:8-120:2, 151:25-154:6, 120:13-122:3, 159:11-160:23, 63:24-65:1, 78:9-79:7, 67:8-10, 162:4-12, 164:17-23, 35:22-23, 165:8-20, 166:14-17, 167:8-13, 168:11-14, 168:15-24, 41:24-43:3, 174:11-22, 226:16-227:3, 125:13-126:6, 226:16-227:6, 29:8-18, 48:16-23, 52:11-53:22, 135:2-20, 21:24-22:7, 47:10-22, 58:16-18, 29:20-25, 47:10-22, 62:5-

17, 75:1-76:2, 48:24-53:22, 56:16-57:3, 76:15-77:11, 62:2-17, 69:11-70:12, 70:13-19, 184:11-185:3, 270:21-271:3, 39:18-40:17, and any excerpt which may be needed for impeachment.

                                        Respectfully Submitted,

                                        s/ David J. Middlebrooks
                                        David J. Middlebrooks ASB- 8553-D58D
                                        Whitney R. Brown ASB-4431-H71B

OF COUNSEL:
LEHR MIDDLEBROOKS VREELAND & THOMPSON, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002
Email: dmiddlebrooks@lehrmiddlebrooks.com
       wbrown@lehrmiddlebrooks.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Heather Newsom Leonard, Esq.
Heather Leonard, P.C.
2105 Devereux Circle, Suite 1111
Birmingham, AL 35243

Wesley C. Redmond, Esq.
Susan W. Bullock, Esq.
FordHarrison LLP
420 20th Street North, Suite 2560
Birmingham, AL 35203

T. Matthew Miller, Esq.
Cortlin Bond, Esq.
Sarahanne Vaughan, Esq.
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

Kurt Fischer, Esq.
U. S. EEOC - Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street, South
Birmingham, Alabama 35205

Leslie Palmer, Esq.
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, AL 35233

                                        s/ David J. Middlebrooks
                                        OF COUNSEL