IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA KEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HYUNDAI MOTOR ) <br> MANUFACTURING, ALABAMA, ) <br> LLC; HYUNDAI ENG AMERICA, ) <br> INC. and DYNAMIC SECURITY, ) <br> INC., ) <br> ) <br> Defendants. ) | Civil Action No.: <br> 2:19-cv-00767-ECM |

### HYUNDAI ENG AMERICA, INC.'S TRIAL WITNESS LIST

Defendant Hyundai Eng America, Inc. ("HEA") submits the following list of witnesses it may call to testify at trial as permitted by the Federal Rules of Civil Procedure. HEA reserves the right to call any witness listed herein or in the witness designations of Plaintiff or the other defendants. HEA further reserves the right to amend or supplement this list as permitted by the Court.

### WITNESSES HEA EXPECTS TO CALL AT TRIAL:

1. Davita Key, Plaintiff.

2. Cassandra Williams, c/o counsel for Defendant T. Matthew Miller, Bradley Arant Boult Cummings, LLP, 1819 5th Avenue North, Birmingham, AL 35203.

1

3. LaTunya Howell, former employee of Dynamic Security and current employee at HMMA.

**WITNESSES HEA MAY CALL AT TRIAL IF THE NEED ARISES:**

4. A records custodian to authenticate any subpoenaed documents if the parties cannot agree to their authenticity.

HEA reserves the right to call as a witness any person identified in the witness lists of Plaintiff or the other defendants and any witnesses needed for rebuttal.

Respectfully submitted this 26th day of January 2023.

*/s/ T. Matthew Miller*
T. Matthew Miller (ASB-2129-I66T)
Cortlin Bond (ASB-6096-X12M)
Sarahanne Vaughan (ASB-1515-Q08B)
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email: mmiller@bradley.com
Email: cbond@bradley.com
Email: svaughan@bradley.com

*Attorneys for Defendant*
*Hyundai ENG America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Heather Leonard, P.C.
2105 Deveraux Circle, Ste 111
Birmingham, AL 35243
Heather@HeatherLeonardPC.com

Leslie Palmer
104 23rd Street South, Ste 100
Birmingham, AL 35233
leslie@palmerlegalservices.com
*Attorneys for Plaintiff*

David J. Middlebrooks
Whitney R. Brown
Lehr Middlebrooks Vreeland & Thompson, P.C.
P.O. Box 11945
Birmingham, AL 35202
dmiddlebrooks@lehrmiddlebrooks.com
wbrown@lehrmiddlebrooks.com

*Attorneys for Defendant*
*Hyundai Motor Manufacturing Alabama, LLC*

Wesley C. Redmond
Susan W. Bullock
Ford Harrison LLC
420 20th Street North, Ste 2560
Birmingham, AL 35203
wredmond@fordharrison.com
sbullock@fordharrison.com
*Attorneys for Defendant*
*Dynamic Security, Inc.*

　　　　　　　　　　　　　　　　/s/ T. Matthew Miller
　　　　　　　　　　　　　　　　OF COUNSEL