# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| DAVITA KEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:19-cv-00767-ECM |
| HYUNDAI MOTOR ) | |
| MANUFACTURING, ALABAMA, ) | |
| LLC; HYUNDAI ENG AMERICA, ) | |
| INC. and DYNAMIC SECURITY, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## HYUNDAI ENG AMERICA, INC.'S TRIAL EXHIBIT LIST

Defendant Hyundai Eng America, Inc. ("HEA") submits the following Exhibit List. In addition to the pleadings, HEA reserves the right to use at trial any of the following exhibits, and any exhibit(s) identified in the other parties' exhibit lists without conceding the admissibility of same into evidence. HEA further reserves the right to identify as an exhibit at trial, for rebuttal or impeachment purposes, any document or other evidence as permitted under the Federal Rules of Civil Procedure or the Federal Rules of Evidence. The exhibits listed are identified by Bates numbers corresponding to the parties' productions during the court of litigation. HEA will make another copy of these documents available to any party upon request.

## Exhibits HEA Expects to Use at Trial

| EXH # | DESCRIPTION |
|---|---|
| HEA 001 | Appearance Standards for Security Personnel (HEA0001-0003) |
| HEA 002 | Hyundai Eng America, Inc. – Appearance Standards for Security Contractors (HEA0163-0166) |
| HEA 003 | HEA Employee Handbook (HEA0004-0048) |
| HEA 004 | Photos of Davita Key's hair (Key000271-000276 and HEA0193) |

## Exhibits HEA May Use If the Need Arises

| EXH # | DESCRIPTION |
|---|---|
| HEA 005 | Davita Key Dynamic Security Paycheck 8/22/2017 (Key000001) |
| HEA 006 | Davita Key Resume (Key000034-000036) |
| HEA 007 | Davita Key Kelly Services Pay Records (Key000114-000127) |
| HEA 008 | Davita Key Pike Road Schools Pay Records (Key000128) |
| HEA 009 | December 6, 2021 Plaintiff's Response to Defendant HMMA's Interrogatories |
| HEA 010 | January 14, 2022 Plaintiff's Supplemental Response to Defendant HMMA's Interrogatories |
| HEA 011 | January 28, 2022 Plaintiff's Supplemental Response to Defendant HMMA's Interrogatories |
| HEA 012 | Plaintiff's Response to Defendant Dynamic Security Inc.'s First Request for Admissions |
| HEA 013 | Plaintiff's Response to Defendant Dynamic Security Inc.'s First Interrogatories |
| HEA 014 | Plaintiff's Discovery Responses to HEA |
| HEA 015 | June 20, 2022 Deposition of Davita Key |
| HEA 016 | Declaration of Gloria Robinson (Doc. 68-5) |
|  | Any documents needed for impeachment or rebuttal |

Respectfully submitted this 26th day of January 2023,

*/s/ T. Matthew Miller*
T. Matthew Miller (ASB-2129-I66T)
*One of the Attorneys for Defendant Hyundai ENG America, Inc.*

**OF COUNSEL**
Cortlin Bond (ASB-6096-X12M)
Sarahanne Vaughan (ASB-1515-Q08B)
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
mmiller@bradley.com
cbond@bradley.com
svaughan@bradley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Heather Leonard, P.C.
2105 Deveraux Circle, Ste 111
Birmingham, AL 35243
Heather@HeatherLeonardPC.com

Leslie Palmer
104 23rd Street South, Suite 100
Birmingham, AL 35233
leslie@palmerlegalservices.com
*Attorneys for Plaintiff*

David J. Middlebrooks
Whitney R. Brown
Lehr Middlebrooks Vreeland & Thompson, P.C.
P.O. Box 11945
Birmingham, AL 35202
dmiddlebrooks@lehrmiddlebrooks.com
wbrown@lehrmiddlebrooks.com
*Attorneys for Defendant*
*Hyundai Motor Manufacturing Alabama, LLC*

Wesley C. Redmond
Susan W. Bullock
Ford Harrison LLC
420 20th Street North, Ste 2560
Birmingham, AL 35203
wredmond@fordharrison.com
sbullock@fordharrison.com
*Attorneys for Defendant*
*Dynamic Security, Inc.*

                                                */s/ T. Matthew Miller*
                                                    OF COUNSEL