IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-CV-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING | ) |
| ALABAMA, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **DEFENDANT DYNAMIC SECURITY, INC.'S WITNESS LIST**

Defendant Dynamic Security, Inc. ("Dynamic" or "Defendant"), submits its witness list for trial of this case. Dynamic identifies each witness as one whom it expects to present or as one whom it will call if the need arises.

**Dynamic Security, Inc.'s expects to present the following witnesses:**

    1.    Davita M. Key



    2.    Gloria Robinson



    3.    Maurice Chambliss



4. Nicole Scavella



5. Ray Cureton



6. Latunya Howell



7. Sherry Spires



8. Kristal Riddle
   Legal Affairs Coordinator
   1102 Woodward Avenue
   Muscle Shoals, AL 35661
   (256) 383-5798
   DOH 12/25/1995

**Dynamic Security, Inc.'s may present the following witnesses:**

9. Cassandra Williams
   c/o 700 Hyundai Blvd.
   Hyundai Motor
   Montgomery, AL 36105
   Cell: 706-590-8773

10. Any witness identified by any other party.

11. Custodian of records for Defendant's documents.

12. Any other individuals needed to explain or authenticate documents.

13. Any witness needed for rebuttal or impeachment.

14. Representatives from Plaintiff's subsequent employers.

        */s/ Wesley C. Redmond*
        Wesley C. Redmond
        Susan W. Bullock
        FordHarrison LLP
        420 20th Street North, Suite 2560
        Birmingham, AL  35203
        wredmond@fordharrison.com
        Phone: 205-244-5905
        sbullock@fordharrison.com
        Phone: 205-244-5904

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on 26th day of January, 2023, he electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to:

Heather Leonard
Heather Leonard, P.C.
2105 Devereaux Cir., Suite 111
Birmingham, AL 35243

Leslie A. Palmer, LLC
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, AL  35233

*Counsel for Plaintiff*

David J. Middlebrooks
Whitney R. Brown
Lehr Middlebrooks Vreeland & Thompson, P.C.
P.O. Box 11945
Birmingham, AL  35202

*Counsel for Hyundai Motor Manufacturing Alabama, LLC*

T. Matthew Miller
Bradley
One Federal Place
1819 5th Avenue N.
Birmingham, AL 35203

*Counsel for Hyundai ENG America, Inc.*

                                                      /s/Wesley C. Redmond
                                                      Wesley C. Redmond