IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| DAVITA KEY, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-CV-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING | ) |
| ALABAMA, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT DYNAMIC SECURITY, INC.'S EXHIBIT LIST

Defendant Dynamic Security, Inc. ("Dynamic" or "Defendant"), submits its exhibit list for trial of this case. Dynamic identifies each exhibit it expects to present or use during trial.

| Ex. | Description | Bates Nos. |
|---|---|---|
| 1. | Deposition Transcript of Plaintiff Davita Key | N/A |
| 2. | Dynamic Pre-Employment Screening form for Plaintiff (DX 2 to Plaintiff's Deposition) | Dynamic-Key 000028 and Key 000013 |
| 3. | Plaintiff's Paycheck Stub from Dynamic totaling 2.25 hours on July 21, 2017, and August 1, 2017) (DX 3 to Plaintiff's Deposition) | Key 000001 |
| 4. | Email dated 7-21-2017 from Robinson to Plaintiff | Key 000254-000255 |
| 5. | HEA Appearance Standards for Security Personnel (DX 8 to Plaintiff's Deposition/PX 9 to Williams' Deposition) | HEA 0001-0003 |
| 6. | HMMA PPE and Dress Code Matrix (DX 9 to Plaintiff's Deposition) | HMMA 000003 |

| 7. | Dynamic Policy Acknowledgement and Receipt of Employee Handbook signed by Plaintiff July 21, 2017; Harassment policy; Security Officer's Handbook(DX 10 to Plaintiff's Deposition) | Dynamic-Key 000041-000042 and Key 000332-000382 |
|---|---|---|
| 8. | HEA's Employee Handbook Cover and Table of Contents (DX 11 to Plaintiff's Deposition) | HEA 0004-0005 |
| 9. | HMMA Contractor Safety, Security, and Fire Protection Handbook (DX 12 to Plaintiff's Deposition) | Key 000277-000331 |
| 10. | EEOC Intake Questionnaire dated August 2, 2017, against Hyundai (DX 13 to Plaintiff's Deposition) | Key 000049-000056 |
| 11. | EEOC Charge Number 846-2017-32787 dated August 3, 2017, against Dynamic Security (DX 14 to Plaintiff's Deposition) | Dynamic-Key 000046-000047 |
| 12. | EEOC Charge Number 420-2019-00128 filed October 16, 2018 against HMMA (DX 15 to Plaintiff's Deposition) | Key 000047 |
| 13. | Handwritten letter from Plaintiff dated August 8, 2017, to EEOC refuting items in statement of Gloria Robinson "concerning my discharge from HMMA." (DX 17 to Plaintiff's Deposition) | Dynamic–Key 000058-000063 |
| 14. | Plaintiff's "official complaint of discrimination against Hyundai, Ms. Cassandra Williams, and Ms. Gloria Robinson" (DX 18 to Plaintiff's Deposition) handwritten complaint - 8-1-2017 | Dynamic-Key 000063 |
| 15. | Signed Acknowledgement of Dynamic Security Officer's Manual dated 07-21-2017 ((DX 19 to Plaintiff's Deposition) | Dynamic-Key 000041 |
| 16. | Signed Acknowledgment of Dynamic's Harassment Policy dated 07-21-2017  (DX 20 to Plaintiff's Deposition) | Dynamic-Key 000042 |
| 17. | Signed Acknowledgement of Dynamic's Rules and Regulations dated 07-21-2017 (DX 21 to Plaintiff's Deposition) | Dynamic – Key 000038-000039 |
| 18. | "Dismissal and Notice of Rights" (EEOC Charge No. 846-2017-32787) finding no reasonable cause for discrimination by Dynamic mailed by the EEOC to Plaintiff and Dynamic on March 1, 2019. (DX 22 to Plaintiff's Deposition). | N/A 2 pages |

| 19. | Letter of Determination mailed by the EEOC (EEOC Charge No. 420-2019-00128) to Plaintiff and HMMA on June 10, 2019, reporting a finding of reasonable cause to conclude Respondent HMMA violated Title VII (DX 23 to Plaintiff's Deposition) | N/A<br>2 pages |
|---|---|---|
| 20. | Letter mailed by the EEOC (EEOC Charge No. 420-2019-099128) to Plaintiff and HMMA on July 12, 2019, reporting unsuccessful conciliation efforts (DX 24 to Plaintiff's Deposition) | N/A<br>1 page |
| 21. | Notice of Right to Sue – Conciliation Failure (EEOC Charge No. 420-2019-099128) mailed by the EEOC to Plaintiff and Respondent HMMA on July 12, 2019 (DX 25 to Plaintiff's Deposition) | N/A<br>4 pages |
| 22. | "Rebuttal" letter from Plaintiff to EEOC dated "October 4, 2017" responding to Dynamic's Statement of Position (Charge Number 846-2017-32787) (DX 26 to Plaintiff's Deposition) | N/A<br>2 pages |
| 23. | Letter from Plaintiff dated October 4, 2017, to Alabama Department of Labor asserting she was wrongfully terminated and was not offered other employment by Dynamic (Exhibit 29 to Plaintiff's Deposition) | N/A<br>2 pages |
| 24. | Letter of Intent | HEA0280 |
| 25. | Invoice for Security Services | HMMA000580 |
| 26. | HEA Organizational Chart | |
| 27. | August 1, 2017, email from Cassandra Williams to Gloria Robinson and Ray Curenton | Dynamic-Key 000085 |
| 28. | Security Officer's Handbook | Key 000333-000382 |
| 29. | HEA Appearance Standards for Security Contractors (PX 63 to Williams' Depo.) | HEA 0163-0166 |
| 30. | Internal Email dated March 20, 2019, establishing Dynamic's receipt of Notice of Right to Sue on or before March 20, 2019 (PX 32 to Riddle Depo.) | Dynamic-Key 000043-000048 |
| 31. | Envelope from EEOC to Dynamic Security that contained Dynamic's copy of Right to Sue, postmarked February 28 2019 (PX 54 to Riddle Depo.) | Dynamic-Key 000285 |
| 32. | Exhibits to Deposition of Ray Cureton - Part 1 of 2 | N/A |

3

| 33. | Exhibits to Deposition of Ray Cureton – Part 2 of 2 | N/A |
|---|---|---|
| 34. | Exhibits to Deposition of Kristal Riddle | N/A |
| 35. | Exhibits to Deposition of Sherry Spires | N/A |
| 36. | August 1, 2017, email from Sherry Spires to Ray Curenton | |
| 37. | July 31, 2017, email from Ray Curenton to Gloria Robinson | Dynamic-Key 000086 |
| 38. | July 31, 2017, email from Gloria Robinson to Ray Curenton | |
| 39. | Gloria Robinson statement regarding removal | Dynamic-Key 000033-00035 |
| 40. | Assignment Refusal Forms | Dynamic-Key 000029-000030 |
| 41. | Plaintiff's Application for Employment | Dynamic-Key 000294-000295 |
| 42. | Latunya Howell Statement | Dynamic-Key 000067 |
| 43. | Ray Curenton Statement | Dynamic-Key 000036 |
| 44. | Nicole Scavella Statement | Dynamic-Key 000037 |
| 45. | HMMA Mailroom Job Description | HEA0194-0195 |
| 46. | Picture of Plaintiff | HEA0193 |
| 47. | Emails between J. Baxter and Cassandra Williams and Gloria Robinson | HEA0206=0210 |
| 48. | Plaintiff's Response to Dynamic's Interrogatories | |
| 49. | Plaintiff's Response to Dynamic's Request for Production | |
| 50. | Plaintiff's Response to Dynamic's Request for Admissions | |
| 51. | Key Description of Incident | Key00384-00385 |
| 52. | Key's 2017-2022 Tax Forms | |
| 53. | Key's 2021 W2 | |
| 54. | Key's job search emails | Key0131-0248 |
| 55. | Email from Gloria Robinson to Key | Key001049-001050 |
| 56. | Email from Gloria Robinson to Sherry Spires and Ray Curenton dated August 2, 2017 | Dynamic-Key 000031 |
| 57. | Emails between Gloria Robinson and Ray Curenton | HEA0051-0052 |

| 58. | August 2, 2017, email from Gloria Robinson to Ray Curenton and Sherry Spires | Dynamic-Key 000073 |
|---|---|---|
| 59. | Key response to Department of Labor | Key000024-000029 |
| 60. | Contract for Services between HE and HMMA | HMMA000013-000039 |
| 61. | July 27, 2016, letter of extension of Contract | HMMA000543 |
| 62. | Key W-2 from Kelly Services | S000044 |
| 63. | Determination of ADOL Hearing Officer | |
| 64. | PowerPoint – sexual harassment in the workplace | Dynamic-Key 000093-000111 |
| 65. | PowerPoint - EEOC – what does it mean to me | Dynamic-Key 000112-000139 |
| 66. | Dynamic – Policies and Procedures **AA & EEOC 2-1500A - Revision #1 March 2013- Revised: June 2020** | Dynamic-Key 000270-000271 |
| 67. | Dynamic - Policies and Procedures – **Harassment in the Workplace 2-1600 – Revision #2 - Revised-August 2012** | Dynamic-Key 000272-000273 |
| 68. | Dynamic – Policies and Procedures **Affirmative Action & EEOC 2-1500 – Revision #3 Revised – March 2013** | Dynamic-Key 000274-000275 |
| 69. | Dynamic Policies and Procedures – **Harassment in the Workplace 2-1600 – Revision #4 - Revised June, 2020** | Dynamic-Key 000276-000279 |
| 70. | Dynamic – Policies and Procedures **AA & EEOC PROGRAM 2-1500A** Revision # March 2013 | Dynamic-Key 000282-000283 |
| 71. | Dynamic Security, Inc. job description | Dynamic-Key 000284 |
| 72. | Email dated 8/2/2017 re: personnel briefing posted in roll call room | Dynamic-Key 003216-003219 |
| 73. | Email dated 8/10/2017 re: offer of available job sites to Plaintiff | Dynamic-Key 003220-003223 |
| 74. | Key resume | Key00034-00036 |
| 75. | Emails between Key and EEOC | Key00037-00040 |
| 76. | Correspondence received from EEOC | Key00041-00045 |
| 77. | November 29, 2019, email to EEOC | Key000093 |
| 78. | Emails to and from EEOC and Key | Key00094-000113 |

5

| | | |
|---|---|---|
| 79. | February 25, 2019, email from EEOC | Key000112 |
| 80. | June 12, 2019, email to EEOC | Key000109 |
| 81. | July 1, 2019, email to EEOC | Key000108 |
| 82. | September 30, 2019, email to EEOC | Key000104 |
| 83. | March 22, 2018, email to EEOC | Key000100-000101 |
| 84. | August 21, 2018, email to EEOC | Key00099 |
| 85. | Emails between Key and EEOC re Hyundai | Key000097 |
| 86. | Emails between Key and EEOC dated July 1 and July 2, 2019, regarding Charge 420-2019-00128 | Key000108 |
| 87. | Picture of Key's hair | Key000274 |
| 88. | Transcript of unemployment compensation hearing | Key1051-1075 |
| 89. | Signed Acknowledgement of Dynamic's Performance Standards dated 07-21-2017 | Dynamic-Key 000040 |
| 90. | Email from Sherry Spires to Ray Curenton dated August 9, 2017 | Dynamic-Key 000051 |
| 91. | Email from Ray Curenton to Sherry Spires dated August 9, 2017 | Dynamic-Key 000051 |
| 92. | Email from Ray Curenton to Sherry Spires dated August 8, 2017 | Dynamic-Key 000056-000066 |
| 93. | August 1, 2017, email from Sherry Spires to Gloria Robinson to Ray Curenton | Dynamic-Key 000073-000074 |
| 94. | July 31, 2017, email from Gloria Robinson with excerpt of policy | Dynamic-Key 000078-000079 |
| 95. | July 31, 2017, email from Tracy Peoples | Dynamic-Key 000078 |
| 96. | August 1, 2017, email from Ray Curenton to Sherry Spires | Dynamic-Key 000082-000084 |
| 97. | August 29, 2017, email from Ray Curenton to Sherry Spires | Dynamic-Key 000140-000141 |
| 98. | August 1, 2017, email from Ray Curenton to Sherry Spires | Dynamic-Key 000143-000144 |
| 99. | August 1, 2017, email from Sherry Spires to Ray Curenton and Gloria Robinson | Dynamic-Key 003218-003219 |
| 100. | Ray Curenton email to Sherry Spires dated August 30, 2017 | Dynamic-Key 003250 |

Respectfully submitted,

*/s/ Wesley C. Redmond*
Wesley C. Redmond
Susan W. Bullock
FordHarrison LLP
420 20th Street North, Suite 2560
Birmingham, AL  35203
wredmond@fordharrison.com
Phone: 205-244-5905
sbullock@fordharrison.com
Phone: 205-244-5904

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on 26th day of January, 2023, he electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to:

Heather Leonard
Heather Leonard, P.C.
2105 Devereaux Cir., Suite 111
Birmingham, AL 35243

Leslie A. Palmer, LLC
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, AL  35233

*Counsel for Plaintiff*

David J. Middlebrooks
Whitney R. Brown
Lehr Middlebrooks Vreeland & Thompson, P.C.
P.O. Box 11945
Birmingham, AL  35202

*Counsel for Hyundai Motor Manufacturing Alabama, LLC*

T. Matthew Miller
Bradley
One Federal Place
1819 5th Avenue N.
Birmingham, AL 35203

*Counsel for Hyundai ENG America, Inc.*

                                                                  /s/Wesley C. Redmond
                                                                   Wesley C. Redmond

WSACTIVELLP:13733197.1