IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-CV-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, *et al.*, | ) ) |
| | ) |
| Defendants. | ) |

## DEFENDANT DYNAMIC SECURITY, INC.'S DEPOSITION DESIGNATIONS

Defendant Dynamic Security, Inc. ("Dynamic" or "Defendant"), submits its deposition designations for trial of this case. Dynamic identifies each designation it expects to present or use during trial.

**Davita M. Key Deposition (June 20, 2022)**

Page 4, Lines 1-25;

Page 16, Lines 12-20;

Page 17, Line 21- Page 18, Line 11;

Page 18, Lines 4-14, Lines 15-24;

Page 19, Lines 10-24;

Page 21, Lines 8-10;

Page 21, Line 24-Page 22, Line 7;

Page 22, Lines 8-23;

Page 23, Lines 4-13;

Page 25, Lines 9-19;

Page 27, Lines 10-21;

Page 29, Lines 20-25;

Page 37, Lines 16-17;

Page 39, Lines 18- Page 40, Line 4;

Page 40, Lines 1-17;

Page 47, Lines 10-22;

Page 48, Line 24 - Page 53, Line 22;

Page 51, Line 4 – Page 52, Line 10;

Page 52, Line 11- Page 53, Line 22

Page 57, Lines 1-3;

Page 62, Lines 5-17;

Page 63, Line 24- Page 64, Line 14;

Page 64, Line 1

Page 67, Lines 8-10;

Page 70, Lines 16-19;

Page 75, Lines 1-15;

Page 76, Line 15- Page 77;

Page 78, Line 9 – Page 79, Line 7;

Page 85, Line 11- Page 86, Line 8;

Page 96, Lines 17-21

Page 113, Line 25-Page 114, Line 9

Page 115, Line 1-9;

Page 117, Line 14;

Page 118, Lines 9-19;

Page 118, Line 21;

Page 135, Lines 2-20;

Page 149, Line 24-Page 150, Line 4;

Page 166, Lines 14-17;

Page 167, Lines 8-13;

Page 173, Lines 20-22;

Page 184, Lines 11-25;

Page 184; Lines 4-21;

Page 185, Lines 19-21;

Page 185, Line 23-Page 186, Line 5;

Page 186, Line 3-10;

Page 187, Line 14-Page 188, Line 5;

Page 188, Line 6-10;

Page 188, Line 13

Page 188, Lines 17- Page 189, Line 6

Page 189, Lines 4-14;

Page 189, Line 20 – Page 190, Line 6

Page 190, Line 11-Page 191, Line 5;

Page 191, Line 6-11;

Page 191, Lines 19-Page 192, Line 6;

Page 193, Lines 5-13;

Page 227, Lines 21-25;

Page 243, Lines 7-9;

Page 251, Line 11, Page 252, Line 13;

Page 254, Lines 4-11;

Page 260, Line 21;

Page 261, Line 5;

Page 261, Line 10; Page 262, Line 20;

Page 265, Line 23; Page 266, Line 5;

Page 266, Lines 10-12; Page 266, Lines 13-16;

Page 266, Lines 17-20;

Page 268, Lines 8-12;

Page 268, Lines 13-19

Page 269, Line 18 – Page 270, Line 3;

Page 270, Line 21- Page 271, Line 3;

Page 277, Line 21-25;

Page 278, Lines 14-15;

Page 278, Lines 7-18.

**Sherry Spires Deposition (August 19, 2022)**

Page 8, Line 21- Page 19, Line 3;

Page 15, Line 18- Page 16, Line 3;

Page 16, Lines 16-22;

Page 17, Line 18- Page 18, Line 14;

Page 19, Line 8-Page 20, Line 2;

Page 20, Lines 3-11;

Page 20, Lines 19-22;

Page 31, Line 7-Page 33, Line 23;

Page 34, Lines 1-11;

Page 34, Lines 18-23;

Page 35, Lines 1-5;

Page 35, Line 20-Page 38, Line 1;

Page 43, Line 6-Page 44, Line 7;

Page 44, Line 18-Page 45, Line 21;

Page 46, Lines 2-16;

Page 47, Lines 4-6;

Page 56, Line 8-Page 58, Line 1;

Page 59, Lines 10-13;

Page 68, Line 17-Page 69, Line 18;

Page 79, Lines 8-13;

Page 81, Line 11-Page 82, Line 4;

Page 82, Line 9-Page 83, Line 13;

Page 83, Line 14-Page 84, Line 9.

**Ray Cureton Deposition (August 30, 2022)**

Page 9, Lines 18-21;

Page 12, Lines 12-17;

Page 14, Line 19- page 15, line 13;

Page 17, Lines 9-18;

Page 19, Lines 12-14;

Page 35, Line 5-Page 36, Line 8;

Page 36, Line 14-Page 38, Line 21;

Page 52, Line 22 – Page 53, Line 19;

Page 54, Lines 2-23;

Page 55, Lines 1-13;

Page 62, Lines 6-Page 67, Line 13;

Page 79, Line 20-Page 80, Line 12;

Page 82, Lines 2-9;

Page 91, Line 16-Page 92, Line 3;

Page 97, Line 18-Page 100. Line 9;

Page 102, Line 7-Page 103, Line 6;

Page 123, Line 2-Page 124, Line 13;

Page 153, Line 10-Page 154, Line 4;

Page 154, Lines 5-17.

          Respectfully submitted,

          */s/ Wesley C. Redmond*
          Wesley C. Redmond
          Susan W. Bullock
          FordHarrison LLP
          420 20th Street North, Suite 2560
          Birmingham, AL  35203
          wredmond@fordharrison.com
          Phone: 205-244-5905
          sbullock@fordharrison.com
          Phone: 205-244-5904

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on 26th day of January, 2023, he electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to:

Heather Leonard
Heather Leonard, P.C.
2105 Devereaux Cir., Suite 111
Birmingham, AL 35243

Leslie A. Palmer, LLC
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, AL  35233

*Counsel for Plaintiff*

David J. Middlebrooks
Whitney R. Brown
Lehr Middlebrooks Vreeland & Thompson, P.C.
P.O. Box 11945
Birmingham, AL  35202

*Counsel for Hyundai Motor Manufacturing Alabama, LLC*

T. Matthew Miller
Bradley
One Federal Place
1819 5th Avenue N.
Birmingham, AL 35203

*Counsel for Hyundai ENG America, Inc.*

                                                 /s/Wesley C. Redmond
                                                 Wesley C. Redmond

WSACTIVELLP:13733835.1