IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-CV-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

# PLAINTIFF'S WITNESS LIST

COMES NOW the Plaintiff and identifies the following witnesses for the trial of the above styled matter.

A. The Plaintiff Will Call the Following Witnesses at Trial:

1. Davita Key
   Contact c/o Counsel



2. Cassandra Williams
   Contact c/o HEA Counsel

---

Plaintiff's Witness List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 1 -

- 2 -

    3.  Ray Cureton
        ▉▉▉▉▉▉▉▉
        ▉▉▉▉▉▉▉▉▉▉▉▉

    4.  Dynamic Security's 30(b)(6) Deponent(s)
        Contact c/o Dynamic Security Counsel

    5.  Hyundai Motor Manufacturing's 30(b)(6) Deponent
        Contact c/o HMMA Counsel

    6.  Hyundai Eng America's 30(b)(6) deponent
        Contact c/o HEA Counsel

B. The Plaintiff May Call the Following Witnesses at Trial:

    1.  Latunya Howell
        ▉▉▉▉▉▉
        ▉▉▉▉▉▉▉▉▉▉▉▉▉▉

    2.  Maurice Chambliss
        ▉▉▉▉▉▉▉▉
        ▉▉▉▉▉▉▉▉

    3.  Gloria Robinson
        ▉▉▉▉▉▉
        ▉▉▉▉▉▉▉▉▉▉▉▉▉

    4.  Nicole Scavella
        ▉▉▉▉▉▉▉▉
        ▉▉▉▉▉▉▉

    5.  Robert Burns
        Contact c/o HMMA Counsel

---

Plaintiff's Witness List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

6. Sherry Spires
   Contact c/o Dynamic Security Counsel

7. Kristal Riddle
   Contact c/o Dynamic Security Counsel

8. Tracy Peoples
   Contact c/o Dynamic Security Counsel

9. Chris Hargrove
   Contact c/o Yvonne Maddalena
   Jackson Lewis P.C.

10. Custodian of Records from the Alabama Department of Labor in the event the parties cannot reach a stipulation as to the authenticity of the documents the Alabama Department of Labor produced in response to Defendant HMMA's subpoena

11. Custodian of Records from the EEOC in the event the parties cannot reach a stipulation as to the authenticity of the documents produced by the EEOC in response to Defendant HMMA's Freedom of Information Act Request.

12. Any witness(es) necessary for rebuttal and/or impeachment

Plaintiff's Witness List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 3 -

C. Plaintiff Will Present the Following Witnesses Via Deposition:

1. Dynamic Security's 30(b)(6) Deponent (Kristal Riddle)[1]

        009:17 - 009:19
        009:23 - 010:03
        010:07 - 010:09
        013:09 - 015:03
        015:07 - 017:08
        017:18 - 018:17
        018:22 - 020:13
        021:02 - 021:17
        022:05 - 022:14
        050:03 - 051:07
        051:13 - 052:01
        052:11 - 053:14
        053:20 - 053:23
        054:05 - 054:10
        055:18 - 056:01
        056:03 - 057:21
        058:18 - 059:05
        060:04 - 060:09
        062:16 - 063:18
        064:02 - 064:09
        066:08 - 066:18
        067:10 - 067:13
        071:16 - 072:19
        072:22 - 072:23
        073:05 - 073:22
        074:01 - 075:05
        089:15 - 089:19
        094:14 - 094:15
        094:17 - 095:22
        096:08 - 096:09

---

[1] A copy of the proposed deposition excerpts is attached as Exhibit A

Plaintiff's Witness List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 4 -

```
096:13 - 096:19
097:02 - 097:04
097:07 - 099:01
099:13 - 100:03
110:07 - 110:13
115:14 - 116:03
117:01 - 117:10
119:23 - 120:01
120:05 - 120:13
121:01 - 121:08
121:21 - 122:02
127:10 - 127:15
127:17 - 127:17
139:03 - 139:13
141:03 - 141:05
141:07 - 141:08
160:08 - 162:03
171:05 - 171:20
173:01 - 173:02
173:04 - 173:18
204:18 - 204:20
205:01 - 205:19
```

2. Dynamic Security's 30(b)(6) Deponent (Sherry Spires)[2]

```
008:16 - 008:18
008:21 - 009:03
012:15 - 012:23
014:21 - 016:03
016:21 - 016:22
017:11 - 018:05
018:07 - 018:18
018:21 - 018:21
```

---

[2] A copy of the proposed deposition excerpts is attached as Exhibit B

Plaintiff's Witness List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 5 -

019:08 - 019:20
020:19 - 020:22
021:04 - 021:14
021:17 - 022:05
022:17 - 023:12
024:03 - 025:04
025:06 - 025:16
025:20 - 026:08
035:01 - 035:09
035:18 - 035:19
035:23 - 037:09
037:11 - 037:13
038:02 - 038:07
038:11 - 038:17
038:20 - 039:01
039:07 - 039:16
039:23 - 040:17
043:06 - 044:14

3. Hyundai Motor Manufacturing's 30(b)(6) Deponent (Robert Burns)[3]

009:08 - 010:01
010:07 - 011:09
012:12 - 013:09
015:23 - 016:04
016:10 - 016:15
017:06 - 017:11
025:09 - 025:12
028:22 - 029:05
029:15 - 029:23
037:06 - 037:09

---

[3] A copy of the proposed deposition excerpts is attached as Exhibit C

Plaintiff's Witness List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 6 -

040:21 - 042:21
043:12 - 045:07
045:12 - 046:11
046:16 - 047:01
048:07 - 049:19
053:06 - 055:08
055:14 - 055:17
057:17 - 058:08
062:01 - 064:02
066:19 - 067:02
068:09 - 069:15
081:19 - 082:11
083:08 - 084:12
085:07 - 085:14
086:12 - 088:06
089:02 - 089:04
090:20 - 091:18
092:04 - 092:16
092:20 - 093:20
094:02 - 095:01
095:08 - 095:12
095:16 - 096:02
096:05 - 096:14
096:18 - 097:10
098:04 - 099:04
099:06 - 099:16
099:19 - 100:20
105:20 - 106:22
107:13 - 107:15
107:17 - 108:04
112:22 - 113:05
116:22 - 117:01
117:10 - 118:02
118:22 - 119:13
119:17 - 119:19
127:17 - 128:02

---

Plaintiff's Witness List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 7 -

128:05 - 128:17
130:23 - 132:21
139:08 - 139:15
140:04 - 140:07
141:15 - 141:23
144:01 - 144:04
144:16 - 145:08
154:04 - 154:12
155:12 - 156:17
156:20 - 157:05
158:16 - 158:18
158:22 - 159:03
159:09 - 159:17
159:21 - 161:08
163:10 - 163:19
163:23 - 164:03
164:20 - 168:05
171:09 - 172:10
174:03 - 176:04
176:07 - 176:10
182:23 - 183:18
190:19 - 191:17
191:20 - 193:19
194:11 - 194:23
196:07 - 199:13
199:18 - 199:20
201:18 - 202:06
202:09 - 202:20
205:12 - 208:09
212:17 - 212:23
215:04 - 216:04
216:17 - 216:20
220:01 - 221:01
221:14 - 225:10
227:10 - 227:14
228:06 - 228:11

Plaintiff's Witness List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 8 -

```
235:21 - 236:17
236:22 - 237:03
239:21 - 240:02
240:23 - 241:17
242:02 - 242:03
245:12 - 245:17
246:07 - 246:18
247:01 - 247:06
248:01 - 248:10
248:14 - 249:07
249:11 - 249:11
250:04 - 250:17
250:23 - 253:07
253:13 - 253:21
260:04 - 260:17
261:11 - 262:05
262:11 - 264:11
264:14 - 264:20
264:23 - 265:06
265:09 - 265:12
265:15 - 265:15
265:18 - 266:03
266:06 - 267:21
267:23 - 268:09
269:07 - 269:12
285:05 - 285:13
297:11 - 297:22
299:08 - 301:04
```

4. Hyundai Eng America's 30(b)(6) deponent (Cassandra Williams)[4]

```
007:19 - 007:21
008:03 - 008:05
```

---

[4] A copy of the proposed deposition excerpts is attached as Exhibit D

Plaintiff's Witness List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 9 -

014:06 - 014:23
015:01 - 015:16
015:20 - 015:20
016:17 - 016:23
017:01 - 017:23
018:01 - 018:07
018:13 - 018:23
019:01 - 019:20
020:13 - 020:23
021:01 - 021:06
021:13 - 021:23
022:01 - 022:22
023:18 - 023:20
024:02 - 024:04
024:06 - 024:10
024:12 - 024:15
029:06 - 029:20
031:04 - 031:12
031:16 - 031:23
032:01 - 032:16
032:18 - 032:23
033:01 - 033:05
033:08 - 033:23
034:01 - 034:10
034:13 - 034:22
035:01 - 035:03
035:05 - 035:10
035:13 - 035:13
035:18 - 035:23
036:01 - 036:02
036:04 - 036:06
036:09 - 036:23
037:01 - 037:05
037:07 - 037:12
037:15 - 037:15
038:01 - 038:23

Plaintiff's Witness List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 10 -

039:01 - 039:22
040:03 - 040:21
041:01 - 041:06
041:20 - 041:23
042:01 - 042:22
043:01 - 043:08
044:03 - 044:05
044:07 - 044:14
044:18 - 044:18
045:05 - 045:16
045:19 - 045:23
046:04 - 046:04
046:17 - 046:23
047:01 - 047:23
048:01 - 048:04
048:07 - 048:16
048:18 - 048:18
049:08 - 049:12
049:14 - 049:17
049:19 - 049:23
050:01 - 050:02
050:06 - 050:18
052:01 - 052:03
052:05 - 052:07
052:09 - 052:15
052:18 - 052:22
053:06 - 053:23
054:01 - 054:01
054:17 - 054:23
055:01 - 055:12
055:15 - 055:19
055:22 - 055:23
056:01 - 056:03
056:06 - 056:09
056:11 - 056:17
057:03 - 057:23

Plaintiff's Witness List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 11 -

```
058:01 - 058:09
058:11 - 058:18
058:20 - 058:23
059:14 - 059:18
060:02 - 060:14
061:14 - 061:21
061:23 - 061:23
062:01 - 062:06
062:08 - 062:10
062:12 - 062:23
063:01 - 063:04
063:13 - 063:23
064:02 - 064:23
065:01 - 065:20
066:01 - 066:06
066:09 - 066:11
066:13 - 066:16
066:19 - 066:23
067:01 - 067:13
067:15 - 067:15
068:07 - 068:19
068:21 - 068:23
069:01 - 069:01
069:07 - 069:14
069:17 - 069:18
069:20 - 069:23
070:01 - 070:10
070:12 - 070:15
070:19 - 070:19
072:03 - 072:16
072:19 - 072:20
073:21 - 073:23
074:01 - 074:02
075:06 - 075:23
076:01 - 076:03
076:06 - 076:06
```

Plaintiff's Witness List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 12 -

076:20 - 076:21
077:01 - 077:01
077:07 - 077:12
077:14 - 077:19
077:22 - 077:23
078:01 - 078:23
079:01 - 079:20
080:07 - 080:10
080:12 - 080:12
080:14 - 080:14
080:16 - 080:23
081:01 - 081:08
081:18 - 081:23
082:01 - 082:06
082:11 - 082:12
082:19 - 082:20
082:23 - 082:23
083:01 - 083:04
083:07 - 083:10
083:16 - 083:20
083:23 - 083:23
084:01 - 084:09
084:20 - 084:23
085:14 - 085:16
087:02 - 087:07
087:10 - 087:10
087:19 - 087:23
088:01 - 088:23
089:02 - 089:15
092:19 - 092:23
093:02 - 093:13
093:15 - 093:22
094:02 - 094:23
095:03 - 095:23
096:01 - 096:10
096:14 - 096:22

---

Plaintiff's Witness List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 13 -

099:06 - 099:14
099:17 - 099:23
100:01 - 100:03
100:10 - 100:18
100:21 - 100:21
101:01 - 101:16
102:01 - 102:23
103:01 - 103:23
104:01 - 104:23
105:01 - 105:02
105:09 - 105:11
105:13 - 105:20
105:22 - 105:22
106:11 - 106:13
106:16 - 106:23
107:01 - 107:23
108:07 - 108:11
108:13 - 108:14
108:19 - 108:23
109:01 - 109:02
109:04 - 109:09
109:11 - 109:11
111:02 - 111:05
111:08 - 111:12
111:14 - 111:23
112:06 - 112:10
112:13 - 112:17
117:18 - 117:21
118:04 - 118:06
118:09 - 118:17
118:19 - 118:23
119:03 - 119:08
119:10 - 119:10
135:16 - 135:18
151:17 - 151:18
151:22 - 151:23

Plaintiff's Witness List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 14 -

```
152:01 - 152:03
152:07 - 152:07
152:16 - 152:19
152:23 - 152:23
153:01 - 153:23
154:01 - 154:04
155:08 - 155:18
155:20 - 155:22
156:01 - 156:02
```

D. Plaintiff May Present the Following Witnesses Via Deposition:

1. Ray Cureton[5]

```
008:21 - 008:23
009:18 - 009:21
014:19 - 015:15
015:18 - 015:19
016:09 - 016:23
017:07 - 017:12
017:16 - 017:18
020:22 - 021:19
021:22 - 022:19
022:23 - 024:03
025:18 - 025:19
025:22 - 026:09
030:02 - 030:09
030:11 - 031:04
```

---

[5] Mr. Cureton was deposed in 2022. At that time, he lived in Prattville, Alabama. Out of an abundance of caution, portions of his deposition are being designated to use at trial if he is unavailable to testify, the Plaintiff is unable to perfect service of a trial subpoena on him, and/or other circumstances preclude him from appearing to give testimony at trial. A copy of the excerpts of his deposition testimony which Plaintiff plans on using is attached as Exhibit E. Mr. Cureton's deposition was videotaped. If his deposition is presented in lieu of live testimony, Plaintiff intends to present the video clips of the portions designated.

Plaintiff's Witness List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 15 -

```
031:07 - 031:14
034:03 - 034:21
036:14 - 038:05
045:18 - 045:19
046:18 - 047:06
047:08 - 047:16
051:20 - 053:03
054:02 - 054:03
054:05 - 055:13
055:19 - 058:19
058:21 - 058:21
059:01 - 059:22
060:15 - 061:08
061:10 - 062:09
062:12 - 062:16
062:21 - 063:22
064:02 - 064:09
064:11 - 065:09
065:14 - 068:02
069:09 - 069:10
069:16 - 069:18
069:20 - 069:20
071:22 - 072:09
072:13 - 072:15
072:19 - 073:04
073:08 - 073:08
073:19 - 074:01
075:04 - 075:06
075:08 - 075:09
075:13 - 075:17
075:21 - 076:02
076:04 - 076:04
076:06 - 076:19
076:21 - 078:03
078:07 - 079:08
079:20 - 079:22
```

Plaintiff's Witness List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 16 -

```
080:03 - 080:14
080:18 - 082:03
082:05 - 082:18
084:14 - 084:22
085:03 - 085:21
089:23 - 090:01
090:03 - 090:06
090:08 - 090:09
090:12 - 090:20
091:01 - 091:18
091:21 - 092:03
093:16 - 093:19
094:06 - 094:19
096:12 - 097:13
097:18 - 098:06
098:08 - 099:03
101:08 - 101:22
103:03 - 103:16
104:04 - 104:09
104:13 - 104:22
107:16 - 107:22
108:03 - 108:13
108:16 - 108:17
108:20 - 108:23
109:22 - 110:09
112:10 - 114:02
114:19 - 115:23
116:22 - 117:14
117:16 - 117:16
119:04 - 119:05
119:10 - 119:21
121:10 - 122:16
122:23 - 123:07
123:09 - 123:16
123:20 - 124:04
124:14 - 125:08
```

---

Plaintiff's Witness List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 17 -

          125:22 - 127:01
          127:03 - 127:09
          158:07 - 158:16
          158:19 - 159:07
          159:10 - 159:12
          159:16 - 159:16

|  |  |
| --- | --- |
|  | Respectfully submitted, |
|  |  |
|  | Attorneys for Plaintiff |
|  | */s/ Heather Leonard* |
|  | Heather Newsom Leonard |
|  | ASB-1152-061H |
| OF COUNSEL: |  |
| Heather Leonard, P.C. |  |
| 2105 Devereaux Cir., Suite 111 |  |
| Birmingham, AL 35243 |  |
| Phone: (205) 977-5421 |  |
| heather@heatherleonardpc.com |  |
|  |  |
|  | */s/ Leslie A. Palmer.* |
|  | ASB-0436-L40P |
| OF COUNSEL: |  |
| Palmer Law, LLC |  |
| 104 23rd Street South, Suite 100 |  |
| Birmingham, AL 35233 |  |
| (205) 285-3050 |  |
| leslie@palmerlegalservices.com |  |

## Certificate of Service

I hereby certify that I have filed the foregoing on the Court's CM/ECF electronic filing system which will provide notice to all counsel of record on this 26th day of January 2023.

---

Plaintiff's Witness List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 18 -

Wesley C. Redmond
Susan W. Bullock
FordHarrison LLC
420 20th Street North, Suite 2560
Birmingham, AL 35203
wredmond@fordharrison.com
sbullock@fordharrison.com
Phone: (205) 244-5905
Counsel for Dynamic Security, Inc.

David J. Middlebrooks
Whitney R. Brown
Lehr Middlebrooks Vreeland & Thompson, P.C.
PO Box 11945
Birmingham, AL 35202
dmiddlebrooks@lehrmiddlebrooks.com
wbrown@lehrmiddlebrooks.com
Phone: (205) 326-3002
Counsel for Hyundai Motor Manufacturing Alabama, LLC

T. Matthew Miller
Cortlin Bond
Sarahanne Vaughan
Bradley, Arant, Boult Cummings, LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203
mmiller@bradley.com
cbond@bradley.com
svaughan@bradley.com
Phone: (205) 521-8000
Counsel for Hyundai ENG America, Inc.

/s/ Leslie A. Palmer
OF COUNSEL

Plaintiff's Witness List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 19 -