IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA KEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:19-cv-00767-ECM |
| HYUNDAI MOTOR ) | |
| MANUFACTURING, ALABAMA, ) | |
| LLC; HYUNDAI ENG AMERICA, ) | |
| INC. and DYNAMIC SECURITY, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

### HYUNDAI ENG AMERICA, INC.'S UNOPPOSED MOTION TO CONTINUE PRE-TRIAL SETTING

Defendant Hyundai Eng America, Inc. ("HEA") respectfully requests that this Court continue, until the following week, the pre-trial hearing for this matter currently set for February 17, 2023. Prior to this Court's Order of February 25, 2023, the pre-trial hearing was scheduled for February 2, 2023, and the undersigned counsel for HEA purchased airline tickets, booked a hotel, and paid conference fees for an annual ABA meeting and continuing legal education event for February 15-18th. The pre-trial hearing clearly trumps such plans, but Counsel for HEA appreciates the Court's consideration of this motion to re-schedule.

1

Counsel for the other parties in this matter do not oppose this continuance and have advised that they are available during the following week on February 21, 23, and 24, if the Court grants this motion and is willing to reschedule for that week.

Respectfully Submitted this 26th day of January 2023.

/s/ T. Matthew Miller
T. Matthew Miller (ASB-2129-I66T)
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Email: mmiller@bradley.com

*One of the Attorneys for Defendant Hyundai ENG America, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Heather Leonard, P.C.
2105 Deveraux Circle, Ste 111
Birmingham, AL 35243
Heather@HeatherLeonardPC.com

Leslie Palmer
104 23rd Street South, Ste 100
Birmingham, AL 35233
leslie@palmerlegalservices.com
*Attorneys for Plaintiff*

David J. Middlebrooks
Whitney R. Brown
Lehr Middlebrooks Vreeland & Thompson, P.C.
P.O. Box 11945
Birmingham, AL 35202
dmiddlebrooks@lehrmiddlebrooks.com
wbrown@lehrmiddlebrooks.com

*Attorneys for Defendant*
*Hyundai Motor Manufacturing Alabama, LLC*

Wesley C. Redmond
Susan W. Bullock
Ford Harrison LLC
420 20th Street North, Ste 2560
Birmingham, AL 35203
wredmond@fordharrison.com
sbullock@fordharrison.com
*Attorneys for Defendant*
*Dynamic Security, Inc.*

                                            */s/ T. Matthew Miller*
                                                    OF COUNSEL