IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| DAVITA KEY, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-CV-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING | ) |
| ALABAMA, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT DYNAMIC SECURITY, INC.'S AMENDED EXHIBIT LIST**

Defendant Dynamic Security, Inc. ("Dynamic" or "Defendant"), submits its exhibit list for trial of this case. Dynamic identifies each exhibit it expects to present or use during trial.

| Ex. | Description | Bates Nos. |
|---|---|---|
| 1. | Deposition Transcript of Plaintiff Davita Key | N/A |
| 2. | Dynamic Pre-Employment Screening form for Plaintiff (DX 2 to Plaintiff's Deposition) | Dynamic-Key 000028 and Key 000013 |
| 3. | Plaintiff's Paycheck Stub from Dynamic totaling 2.25 hours on July 21, 2017, and August 1, 2017) (DX 3 to Plaintiff's Deposition) | Key 000001 |
| 4. | Email dated 7-21-2017 from Robinson to Plaintiff | Key 000254-000255 |
| 5. | HEA Appearance Standards for Security Personnel (DX 8 to Plaintiff's Deposition/PX 9 to Williams' Deposition) | HEA 0001-0003 |
| 6. | HMMA PPE and Dress Code Matrix (DX 9 to Plaintiff's Deposition) | HMMA 000003 |

| 7. | Dynamic Policy Acknowledgement and Receipt of Employee Handbook signed by Plaintiff July 21, 2017; Harassment policy; Security Officer's Handbook(DX 10 to Plaintiff's Deposition) | Dynamic-Key 000041-000042 and Key 000332-000382 |
|---|---|---|
| 8. | HEA's Employee Handbook Cover and Table of Contents (DX 11 to Plaintiff's Deposition) | HEA 0004-0005 |
| 9. | HMMA Contractor Safety, Security, and Fire Protection Handbook (DX 12 to Plaintiff's Deposition) | Key 000277-000331 |
| 10. | EEOC Intake Questionnaire dated August 2, 2017, against Hyundai (DX 13 to Plaintiff's Deposition) | Key 000049-000056 |
| 11. | EEOC Charge Number 846-2017-32787 dated August 3, 2017, against Dynamic Security (DX 14 to Plaintiff's Deposition) | Dynamic-Key 000046-000047 |
| 12. | EEOC Charge Number 420-2019-00128 filed October 16, 2018 against HMMA (DX 15 to Plaintiff's Deposition) | Key 000047 |
| 13. | Handwritten letter from Plaintiff dated August 8, 2017, to EEOC refuting items in statement of Gloria Robinson "concerning my discharge from HMMA." (DX 17 to Plaintiff's Deposition) | Dynamic–Key 000058-000063 |
| 14. | Plaintiff's "official complaint of discrimination against Hyundai, Ms. Cassandra Williams, and Ms. Gloria Robinson" (DX 18 to Plaintiff's Deposition) handwritten complaint - 8-1-2017 | Dynamic-Key 000063 |
| 15. | Signed Acknowledgement of Dynamic Security Officer's Manual dated 07-21-2017 ((DX 19 to Plaintiff's Deposition) | Dynamic-Key 000041 |
| 16. | Signed Acknowledgment of Dynamic's Harassment Policy dated 07-21-2017  (DX 20 to Plaintiff's Deposition) | Dynamic-Key 000042 |
| 17. | Signed Acknowledgement of Dynamic's Rules and Regulations dated 07-21-2017 (DX 21 to Plaintiff's Deposition) | Dynamic – Key 000038-000039 |
| 18. | "Dismissal and Notice of Rights" (EEOC Charge No. 846-2017-32787) finding no reasonable cause for discrimination by Dynamic mailed by the EEOC to Plaintiff and Dynamic on March 1, 2019. (DX 22 to Plaintiff's Deposition). | N/A 2 pages |

| | | |
|---|---|---|
| 19. | Letter of Determination mailed by the EEOC (EEOC Charge No. 420-2019-00128) to Plaintiff and HMMA on June 10, 2019, reporting a finding of reasonable cause to conclude Respondent HMMA violated Title VII (DX 23 to Plaintiff's Deposition) | N/A<br>2 pages |
| 20. | Letter mailed by the EEOC (EEOC Charge No. 420-2019-099128) to Plaintiff and HMMA on July 12, 2019, reporting unsuccessful conciliation efforts (DX 24 to Plaintiff's Deposition) | N/A<br>1 page |
| 21. | Notice of Right to Sue – Conciliation Failure (EEOC Charge No. 420-2019-099128) mailed by the EEOC to Plaintiff and Respondent HMMA on July 12, 2019 (DX 25 to Plaintiff's Deposition) | N/A<br>4 pages |
| 22. | "Rebuttal" letter from Plaintiff to EEOC dated "October 4, 2017" responding to Dynamic's Statement of Position (Charge Number 846-2017-32787) (DX 26 to Plaintiff's Deposition) | N/A<br>2 pages |
| 23. | Letter from Plaintiff dated October 4, 2017, to Alabama Department of Labor asserting she was wrongfully terminated and was not offered other employment by Dynamic (Exhibit 29 to Plaintiff's Deposition) | N/A<br>2 pages |
| 24. | Letter of Intent | HEA0280 |
| 25. | Invoice for Security Services | HMMA000580 |
| 26. | HEA Organizational Chart | |
| 27. | August 1, 2017, email from Cassandra Williams to Gloria Robinson and Ray Curenton | Dynamic-Key 000085 |
| 28. | Security Officer's Handbook | Key 000333-000382 |
| 29. | HEA Appearance Standards for Security Contractors (PX 63 to Williams' Depo.) | HEA 0163-0166 |
| 30. | Internal Email dated March 20, 2019, establishing Dynamic's receipt of Notice of Right to Sue on or before March 20, 2019 (PX 32 to Riddle Depo.) | Dynamic-Key 000043-000048 |
| 31. | Envelope from EEOC to Dynamic Security that contained Dynamic's copy of Right to Sue, postmarked February 28 2019 (PX 54 to Riddle Depo.) | Dynamic-Key 000285 |
| 32. | Exhibits to Deposition of Ray Cureton - Part 1 of 2 | N/A |

| | | |
|---|---|---|
| 33. | Exhibits to Deposition of Ray Cureton – Part 2 of 2 | N/A |
| 34. | Exhibits to Deposition of Kristal Riddle | N/A |
| 35. | Exhibits to Deposition of Sherry Spires | N/A |
| 36. | August 1, 2017, email from Sherry Spires to Ray Curenton | |
| 37. | July 31, 2017, email from Ray Curenton to Gloria Robinson | Dynamic-Key 000086 |
| 38. | July 31, 2017, email from Gloria Robinson to Ray Curenton | |
| 39. | Gloria Robinson statement regarding removal | Dynamic-Key 000033-00035 |
| 40. | Assignment Refusal Forms | Dynamic-Key 000029-000030 |
| 41. | Plaintiff's Application for Employment | Dynamic-Key 000294-000295 |
| 42. | Latunya Howell Statement | Dynamic-Key 000067 |
| 43. | Ray Curenton Statement | Dynamic-Key 000036 |
| 44. | Nicole Scavella Statement | Dynamic-Key 000037 |
| 45. | HMMA Mailroom Job Description | HEA0194-0195 |
| 46. | Picture of Plaintiff | HEA0193 |
| 47. | Emails between J. Baxter and Cassandra Williams and Gloria Robinson | HEA0206=0210 |
| 48. | Plaintiff's Response to Dynamic's Interrogatories | |
| 49. | Plaintiff's Response to Dynamic's Request for Production | |
| 50. | Plaintiff's Response to Dynamic's Request for Admissions | |
| 51. | Key Description of Incident | Key00384-00385 |
| 52. | Key's 2017-2022 Tax Forms | |
| 53. | Key's 2021 W2 | |
| 54. | Key's job search emails | Key0131-0248 |
| 55. | Email from Gloria Robinson to Key | Key001049-001050 |
| 56. | Email from Gloria Robinson to Sherry Spires and Ray Curenton dated August 2, 2017 | Dynamic-Key 000031 |
| 57. | Emails between Gloria Robinson and Ray Curenton | HEA0051-0052 |

4

| | | |
|---|---|---|
| 58. | August 2, 2017, email from Gloria Robinson to Ray Curenton and Sherry Spires | Dynamic-Key 000073 |
| 59. | Key response to Department of Labor | Key000024-000029 |
| 60. | Contract for Services between HE and HMMA | HMMA000013-000039 |
| 61. | July 27, 2016, letter of extension of Contract | HMMA000543 |
| 62. | Key W-2 from Kelly Services | S000044 |
| 63. | Determination of ADOL Hearing Officer | |
| 64. | PowerPoint – sexual harassment in the workplace | Dynamic-Key 000093-000111 |
| 65. | PowerPoint - EEOC – what does it mean to me | Dynamic-Key 000112-000139 |
| 66. | Dynamic – Policies and Procedures **AA & EEOC 2-1500A - Revision #1 March 2013-Revised: June 2020** | Dynamic-Key 000270-000271 |
| 67. | Dynamic - Policies and Procedures – **Harassment in the Workplace 2-1600 – Revision #2 - Revised-August 2012** | Dynamic-Key 000272-000273 |
| 68. | Dynamic – Policies and Procedures **Affirmative Action & EEOC 2-1500 – Revision #3 Revised – March 2013** | Dynamic-Key 000274-000275 |
| 69. | Dynamic Policies and Procedures – **Harassment in the Workplace 2-1600 – Revision #4 - Revised June, 2020** | Dynamic-Key 000276-000279 |
| 70. | Dynamic – Policies and Procedures **AA & EEOC PROGRAM 2-1500A** Revision # March 2013 | Dynamic-Key 000282-000283 |
| 71. | Dynamic Security, Inc. job description | Dynamic-Key 000284 |
| 72. | Email dated 8/2/2017 re: personnel briefing posted in roll call room | Dynamic-Key 003216-003219 |
| 73. | Email dated 8/10/2017 re: offer of available job sites to Plaintiff | Dynamic-Key 003220-003223 |
| 74. | Key resume | Key00034-00036 |
| 75. | Emails between Key and EEOC | Key00037-00040 |
| 76. | Correspondence received from EEOC | Key00041-00045 |
| 77. | November 29, 2019, email to EEOC | Key000093 |
| 78. | Emails to and from EEOC and Key | Key00094-000113 |

| 79. | February 25, 2019, email from EEOC | Key000112 |
|---|---|---|
| 80. | June 12, 2019, email to EEOC | Key000109 |
| 81. | July 1, 2019, email to EEOC | Key000108 |
| 82. | September 30, 2019, email to EEOC | Key000104 |
| 83. | March 22, 2018, email to EEOC | Key000100-000101 |
| 84. | August 21, 2018, email to EEOC | Key00099 |
| 85. | Emails between Key and EEOC re Hyundai | Key000097 |
| 86. | Emails between Key and EEOC dated July 1 and July 2, 2019, regarding Charge 420-2019-00128 | Key000108 |
| 87. | Picture of Key's hair | Key000274 |
| 88. | Transcript of unemployment compensation hearing | Key1051-1075 |
| 89. | Signed Acknowledgement of Dynamic's Performance Standards dated 07-21-2017 | Dynamic-Key 000040 |
| 90. | Email from Sherry Spires to Ray Curenton dated August 9, 2017 | Dynamic-Key 000051 |
| 91. | Email from Ray Curenton to Sherry Spires dated August 9, 2017 | Dynamic-Key 000051 |
| 92. | Email from Ray Curenton to Sherry Spires dated August 8, 2017 | Dynamic-Key 000056-000066 |
| 93. | August 1, 2017, email from Sherry Spires to Gloria Robinson to Ray Curenton | Dynamic-Key 000073-000074 |
| 94. | July 31, 2017, email from Gloria Robinson with excerpt of policy | Dynamic-Key 000078-000079 |
| 95. | July 31, 2017, email from Tracy Peoples | Dynamic-Key 000078 |
| 96. | August 1, 2017, email from Ray Curenton to Sherry Spires | Dynamic-Key 000082-000084 |
| 97. | August 29, 2017, email from Ray Curenton to Sherry Spires | Dynamic-Key 000140-000141 |
| 98. | August 1, 2017, email from Ray Curenton to Sherry Spires | Dynamic-Key 000143-000144 |
| 99. | August 1, 2017, email from Sherry Spires to Ray Curenton and Gloria Robinson | Dynamic-Key 003218-003219 |
| 100. | Ray Curenton email to Sherry Spires dated August 30, 2017 | Dynamic-Key 003250 |
| 101. | Any exhibits identified by any other party | N/A |
| 102. | Any exhibits needed for rebuttal or impeachment | N/A |

Respectfully submitted,

*/s/ Wesley C. Redmond*
Wesley C. Redmond
Susan W. Bullock
FordHarrison LLP
420 20th Street North, Suite 2560
Birmingham, AL  35203
wredmond@fordharrison.com
Phone: 205-244-5905
sbullock@fordharrison.com
Phone: 205-244-5904

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on 27th day of January, 2023, he electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to:

Heather Leonard
Heather Leonard, P.C.
2105 Devereaux Cir., Suite 111
Birmingham, AL 35243

Leslie A. Palmer, LLC
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, AL  35233

*Counsel for Plaintiff*

David J. Middlebrooks
Whitney R. Brown
Lehr Middlebrooks Vreeland & Thompson, P.C.
P.O. Box 11945
Birmingham, AL  35202

*Counsel for Hyundai Motor Manufacturing Alabama, LLC*

T. Matthew Miller
Bradley
One Federal Place
1819 5th Avenue N.
Birmingham, AL 35203

*Counsel for Hyundai ENG America, Inc.*

                                                      /s/Wesley C. Redmond
                                                      Wesley C. Redmond