IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:19-cv-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, | ) |
| ALABAMA, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Now pending before the Court is Defendant Hyundai Eng America, Inc's unopposed motion to continue pre-trial setting (doc. 104) filed on January 27, 2023. Upon consideration of the motion, and for good cause, it is

ORDERED that unopposed motion to continue (doc. 104) is GRANTED and the pretrial conference presently set for February 17, 2023, is RESET to **2:00 p.m. on February 21, 2023,** in Courtroom 2A, in the Frank M. Johnson, Jr. U.S. Courthouse, One Church Street, Montgomery, Alabama.

**No other deadlines are extended.**

The Clerk of the Court is DIRECTED to provide a court reporter for this proceeding.

DONE this 30th day of January 2023.

                                                  /s/ Emily C. Marks
                                              EMILY C. MARKS
                                              CHIEF UNITED STATES DISTRICT JUDGE