IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:19-cv-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING | ) |
| ALABAMA, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Now pending before the Court is Defendant Hyundai Motor Manufacturing Alabama, LLC's motion for leave to amend exhibit list, filed on February 1, 2023. (Doc. 107). Upon consideration of the motion, and for good cause, it is

ORDERED that on or before **February 6, 2023**, the Plaintiff shall show cause why the motion should not be granted.

Done this 2nd day of February, 2023.

                                                  /s/ Emily C. Marks
                                                EMILY C. MARKS
                                                CHIEF UNITED STATES DISTRICT JUDGE