# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 2:19-cv-00767-ECM-SMD |
| ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, HYUNDAI ) | |
| ENGINEERING AMERICA, INC. and ) | |
| DYNAMIC SECURITY, INC. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC'S RESPONSIVE DESIGNATION OF DEPOSITION/TRIAL EXCERPTS

Defendant, Hyundai Motor Manufacturing Alabama, LLC ("HMMA") designates the following deposition excerpts expected to be used in response to Plaintiff's designations from the deposition of Robert Burns:

2:1-16, 14:22-15:2, 16:5-9, 16:23-17:5, 17:12-19, 20:8-22, 39:15-18, 67:8-68:8, 76:10-15, 88:8-23, 98:4-19, 104:2-22, 107:19-113:16, 116:2-21, 123:15-19, 128:5-129:21, 136:10-14, 136:21-138:10, 148:6-149:22, 154:13-22, 155:5-11, 161:9-13, 163:20-164:3, 168:11-19, 172:11-173:15, 181:2-21, 182:1-22, 184:10-20, 185:10-186:1, 195:10-23, 227:15-228:3, 228:17-229:18, 232:20-233:12, 234:9-16, 235:21-236:21, 237:4-23, 238:7-21, 239:9-20, 240:8-22, 241:9-14, 242:15-244:15, 245:4-18, 246:7-23, 248:20-249:11, 279:20-21, 280:2-281:20, 285:14-21, 286:15-18, 291:16-293:21, 301:17-303:5, Errata Sheet

HMMA designates the following deposition excerpts expected to be used in response to Plaintiff's designations from the deposition of Kristal Riddle:

54:1-4, 121:9-13, 121:16-20, 139:19-21, 184:1-8, 185:4-189:6, 189:7-192:2, 192:3-193:5, 192:7-18, 193:6-197:14, 204:21-23

HMMA designates the following deposition excerpts expected to be used in response to Plaintiff's designations from the deposition of Sherry Spires:

18:6, 18:19-20, 21:15-16, 25:17-19, 38:8-10, 75:22-76:7, 76:8-17, 78:5-79:7, 79:14-18, 79:8-13, 80:8-81:3

HMMA designates the following deposition excerpts expected to be used in response to Plaintiff's designations from the deposition of Cassandra Williams:

15:17-19, 24:5, 24:11, 30:8-15, 33:6-7, 34:23, 35:4, 35:11-12, 35:14-17, 36:3, 36:7-8, 37:6, 37:13-14, 42:23, 45:3-4, 45:17-18, 46:1-3, 50:3-5, 51:10-15, 52:8, 55:13-14, 55:20-21, 56:4-5, 58:10, 58:19, 61:22, 62:7, 62:11, 63:5-7, 66:7, 66:8, 66:12, 66:17-18, 67:14, 68:20, 69:15-16, 69:19, 70:11, 70:15-18, 71:1-5, 71:13-72:2, 76:4-5, 76:22-23, 80:11, 80:13, 82:9-10, 82:14, 82:21-22, 83:11-14, 83:21-22, 84:10-19, 85:18-21, 86:3-12, 87:8-9, 89:1, 89:16-18, 92:23, 96:11-13, 99:16, 100:19-20, 100:23, 105:12, 105:21, 106:14-15, 108:12, 108:15-18, 109:3, 109:10, 109:12-19, 111:6-7, 111:13, 112:11-12, 146:11-13, 147:11-148:7, 148:8-149:6, 150:16-151:4, 151:19-21, 152:4-6, 152:20-22, 155:19, 155:23, Errata Sheet

HMMA designates the following deposition excerpts expected to be used in response to Plaintiff's designations from the deposition of Ray Cureton:

17:1-3, 17:13-15, 31:5-6, 45:20-22, 47:7, 54:4, 58:20-23, 62:10-11, 62:17-20, 69:19-21, 72:10-12, 72:16-18, 73:5-7, 75:10-12, 75:18-20, 76:3, 76:5, 76:20,

78:4-6, 79:23-80:2, 80:15-17, 82:4, 84:23-85:2, 90:10-11, 90:21-23, 91:19-20, 94:20-95:3, 101:23-102:6, 104:10-12, 123:8, 123:17-19, 127:2, 130:19-23, 131:16-133:15, 143:18-144:20, 147:11-148:5, 148:6-9, 148:14-18, 148:19-149:1, 149:2-6, 149:14-19, 149:20-150:4, 150:8-14, 150:15-17, 150:18-20, 158:14-23, 158:17-18, 159:8-9

Respectfully submitted this the 2nd day of February 2023.

                                                s/ David J. Middlebrooks
                                                David J. Middlebrooks ASB- 8553-D58D
                                                Whitney R. Brown ASB-4431-H71B

OF COUNSEL:
LEHR MIDDLEBROOKS VREELAND & THOMPSON, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002
Email: dmiddlebrooks@lehrmiddlebrooks.com
       wbrown@lehrmiddlebrooks.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Heather Newsom Leonard, Esq.
Heather Leonard, P.C.
2105 Devereux Circle, Suite 1111
Birmingham, AL 35243

Wesley C. Redmond, Esq.
Susan W. Bullock, Esq.
FordHarrison LLP
420 20th Street North, Suite 2560
Birmingham, AL 35203

Kurt Fischer, Esq.
U. S. EEOC - Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street, South
Birmingham, Alabama 35205

Leslie Palmer, Esq.
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, AL 35233

3

T. Matthew Miller, Esq.
Cortlin Bond, Esq.
Sarahanne Vaughan, Esq.
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

                                          s/ David J. Middlebrooks
                                          OF COUNSEL

756644.docx