IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA KEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:19-cv-00767-ECM |
| HYUNDAI MOTOR ) | |
| MANUFACTURING, ALABAMA, ) | |
| LLC; HYUNDAI ENG AMERICA, ) | |
| INC. and DYNAMIC SECURITY, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT HYUNDAI ENG AMERICA, INC.'S RESPONSIVE DESIGNATION OF DEPOSITION TRIAL EXCERPTS**

Defendant Hyundai Eng America, Inc. ("HEA") submits the following deposition excerpts expected to be used in response to Plaintiff's deposition excerpt designations. (Doc. 101).

**Cassandra Williams (September 6, 2022)**

Subject to HEA's objection to any party reading the deposition transcript for Cassandra Williams at trial, as she will be a witness at trial, HEA counter-designates the following excerpts from Ms. Williams's deposition transcript:

| | | | |
|---|---|---|---|
| 15:18 | 49:18 | 76:7-13 | 101:17-21 |
| 33:7 | 50:4 | 76:22 | 106:15 |
| 34:12 | 51:10-23 | 77:21 | 111:6 |
| 35:12 | 52:4 | 80:13 | 112:12 |
| 36:8 | 55:13 | 83:5 | 118:8 |

| | | | |
|---|---|---|---|
| 37:13 | 55:21 | 83:11 | 118:18 |
| 41:7 | 56:5 | 83:22 | 119:1 |
| 44:15 | 56:10 | 84:10-19 | 134:23-135:7 |
| 45:17 | 66:18 | 85:11-13 | 135:19-136:11 |
| 46:2 | 69:16 | 87:9 | 146:17-147:9 |
| 48:5 | 70:17 | 93:14 | 151:21 |
| 48:17 | 71:1-5 | 96:12 | 152:5 |
| 49:13 | 76:4 | 101:19 | 152:21 |
| | | | Errata Sheet |

HEA designates the following deposition excerpts expected to be used in response to Plaintiff's designations from the deposition of Ray Cureton.

**Ray Cureton (August 30, 2022)**

| | | | |
|---|---|---|---|
| 17:15 | 62:11 | 80:1 | 144:15-20 |
| 19:7-11 | 62:18 | 80:15 | 150:21-151:9 |
| 22:22 | 69:21 | 85:1 | 151:14-153:3 |
| 30:10 | 72:11 | 90:11 | 153:16 |
| 31:6 | 72:17 | 90:22 | 158:17 |
| 31:15-32:1 | 73:6 | 91:20 | 159:9 |
| 38:13 | 75:10 | 104:11 | 159:13 |
| 45:22 | 75:18 | 107:3-9 | |
| 46:5-15 | 76:5 | 123:19 | |
| 58:22 | 78:5 | 129:14-130:2 | |

HEA designates the following deposition excerpts expected to be used in response to Plaintiff's designations from the deposition of Sherry Spires.

**Sherry Spires (August 19, 2022)**

| | |
|---|---|
| 18:20 | 37:10 |

| | |
|---|---|
| 20:7 | 37:20 |
| 21:16 | 38:8 |
| 25:19 | 38:19 |
| 34:5 | 79:11 |

HEA designates the following deposition excerpts expected to be used in response to Plaintiff's designations from the deposition of Krystal Riddle.

**Krystal Riddle (August 19, 2022)**

| | |
|---|---|
| 31:5-7 | 83:7-12 |
| 32:22-33:2 | 141:6 |
| 67:14-16 | 154:2-9 |
| 77:20 - 78:9 | 197:7-9 |
| 82:16-20 | 199:2-20 |
| | 204:21 |

HEA reserves the right to object to the deposition testimony designated by the other parties on or before the deadline set forth by this Court or as otherwise permitted by the Court, the Federal Rules of Civil Procedure, or the Federal Rules of Evidence.

Respectfully submitted this 2nd day of February 2023,

/s/ T. Matthew Miller
T. Matthew Miller (ASB-2129-I66T)
*One of the Attorneys for Defendant*
*Hyundai ENG America, Inc.*

**OF COUNSEL**
Cortlin Bond (ASB-6096-X12M)
Sarahanne Vaughan (ASB-1515-Q08B)
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
mmiller@bradley.com
cbond@bradley.com
svaughan@bradley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Heather Leonard, P.C.
2105 Deveraux Circle, Ste 111
Birmingham, AL 35243
Heather@HeatherLeonardPC.com

Leslie Palmer
104 23rd Street South, Suite 100
Birmingham, AL 35233
leslie@palmerlegalservices.com
*Attorneys for Plaintiff*

David J. Middlebrooks
Whitney R. Brown
Lehr Middlebrooks Vreeland & Thompson, P.C.
P.O. Box 11945
Birmingham, AL 35202
dmiddlebrooks@lehrmiddlebrooks.com
wbrown@lehrmiddlebrooks.com
*Attorneys for Defendant*
*Hyundai Motor Manufacturing Alabama, LLC*

Wesley C. Redmond
Susan W. Bullock
Ford Harrison LLC
420 20th Street North, Ste 2560
Birmingham, AL 35203
wredmond@fordharrison.com
sbullock@fordharrison.com
*Attorneys for Defendant*
*Dynamic Security, Inc.*

　　　　　　　　　　　　　　　　　　*/s/ T. Matthew Miller*
　　　　　　　　　　　　　　　　　　OF COUNSEL