IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:19-cv-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING | ) |
| ALABAMA, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Now pending before the Court is Defendant Hyundai Motor Manufacturing Alabama, LLC's motion for leave to amend exhibit list, filed on February 1, 2023. (Doc. 107). The Plaintiff does not oppose the Defendant's motion. (Doc. 113). Upon consideration of the motions, and for good cause, it is

ORDERED that the Defendant's motion (doc. 107) is Granted.

Done this 3rd day of February, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE