IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL CASE NO. 2:19-cv-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING | ) |
| ALABAMA, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Now pending before the Court is Defendant Hyundai Engineering America, Inc.'s motion for leave to amend trial exhibit list, filed on February 2, 2023. (Doc. 111). Upon consideration of the motion, and for good cause, it is

ORDERED that on or before **February 7, 2023**, the Plaintiff shall show cause why the motion should not be granted.

Done this 3rd day of February, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE