# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NUMBER:** |
| ) | |
| HONDA MANUFACTURING ) | **2:19-cv-767-ECM-SMD** |
| ALABAMA, LLC, HYUNDAI ) | |
| ENGINEERING AMERICA, INC., ) | |
| AND DYNAMIC SECURITY, INC., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S RESPONSE TO ORDER (DOC. 115)

COMES NOW the Plaintiff, Davita Key ("Key"), and RESPONDS TO this Court's February 2, 2023 Order (Doc. 1015 and notifies the Court the Plaintiff does not oppose Defendant's motion (Doc. 111).

        RESPECTFULLY SUBMITTED BY
        THE ATTORNEYS FOR PLAINTIFF:

        */s Heather Newsom Leonard*
        Heather Newsom Leonard
        HEATHER LEONARD, P.C.
        2105 Devereux Circle, Suite 111
        Birmingham, AL 35243

(205) 977-5421- voice
(205) 278-1400 - facsimile
Email:
Heather@HeatherLeonardPC.com

 /s/ Leslie A. Palmer
Leslie A. Palmer
PALMER LAW, LLC
104 23rd Street South, Suite 100
Birmingham, AL 35233
Phone: (205) 285-3050
leslie@palmerlegalservices.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on all counsel of record via the Court's electronic filing system on February 7, 2023:

David J. Middlebrooks
Whitney R. Brown
Lehr Middlebrooks Vreeland & Thompson, PC
P.O. Box 11945
Birmingham, AL 35202-1945
dmiddlebrooks@lehrmiddlebrooks.com
wbrown@lehrmiddlebrooks.com
Phone (205) 326-3002
Counsel for Hyundai Motor Manufacturing Alabama, LLC

Wesley C. Redmond
Susan W. Bullock
Ford Harrison, LLC
420 20th Street North, Suite 2560
Birmingham, AL 35203
wredmond@fordharrison.com
sbullock@fordharrison.com
Phone: (205) 244-5905
Counsel for Dynamic Security, Inc.

T. Matthew Miller
Cortlin L. Bond
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203
mmiller@bradley.com
cbond@bradley.com
Counsel for Hyundai ENG America, Inc.

/s Heather Newsom Leonard
OF COUNSEL