

# U.S. District Court

### Alabama Middle - Montgomery

Receipt Date: Feb 7, 2023 11:31AM

STATE OF AL BULLOCK CF
P. O. BOX 5107
UNION SPRINGS, AL 36089

Rcpt. No: 1417                Trans. Date: Feb 7, 2023 11:31AM                Cashier ID: #HR

| CD  | Purpose                  | Case/Party/Defendant                       | Qty | Price | Amt  |
|-----|--------------------------|--------------------------------------------|-----|-------|------|
| 201 | Civil Filing Fee/PLRA/CCAM | DALM222CV000003 /001<br>EDWARD DANA ROBINSON | 1   | 6.00  | 6.00 |

| CD | Tender |         |            | Amt    |
|----|--------|---------|------------|--------|
| CH | Check  | #33265  | 01/31/2023 | $6.00  |

Total Due Prior to Payment: $6.00

Total Tendered: $6.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.