**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
ONE CHURCH STREET, ROOM B-110
MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                                       TELEPHONE (334) 954-3600

February 7, 2023

# NOTICE OF ERROR

**To:**           All Counsel of Record

**Case Style:**   Key v. Hyundai Motor Manufacturing Alabama, LLC et al
**Case Number:**  2:19-cv-00767-ECM-SMD

**Referenced Pleading:**   Partial Filing Fee

**Docket Entry Number:**   118

The referenced docket entry was filed on \*\*\*February 7, 2023\*\*\* and is hereby STRICKEN from the record. This document was filed in the wrong civil action.

Parties are instructed to disregard # 118 docketing entry, which has been stricken from the record.