## EXHIBIT A

**Ray Cureton**

| Designation | HEA Objection |
| --- | --- |
| 016:21-17:18 | Speculative |
| 022:18-23:11 | Speculative, Not Relevant |
| 030:6-31:7 | Lacks Foundation, Speculative, Compound Question |
| 038:6-38:21 | Not Relevant, Lacks Foundation, Compound Question |
| 045:18-46:17 | Confusing/Misleading |
| 058:17-59:22 | Not Relevant |
| 062:6-62:13 | Confusing/Misleading |
| 062:14-63:14 | Hearsay |
| 069:22-70:16 | Hearsay |
| 072:4-72:13 | Hearsay |
| 072:14-73:8 | Speculative |
| 073:2-73:8 | Speculative, Lack of Foundation |
| 075:4-75:23 | Not Relevant |
| 075:8-75:13 | Hearsay |
| 075:8-75:23 | Document Speaks for Itself/Best Evidence |
| 076:1-76:9 | Hearsay, Not Relevant |
| 076:18-77:2 | Not Relevant |
| 077:3-77:23 | Hearsay, Speculative |
| 078:1-78:11 | Speculative, Not Relevant, Document Speaks for Itself/Best Evidence |
| 079:9-80:12 | Speculative, Not Relevant |
| 079:9-79:19 | Hearsay |
| 079:9-82:1 | Not Relevant |
| 080:13-80:19 | Confusing/Misleading, Document Speaks for Itself/Best Evidence |
| 080:20-82:1 | Document Speaks for Itself/Best Evidence |
| 084:14-85:21 | Hearsay, Not Relevant |
| 084:14-85:7 | Document Speaks for Itself/Best Evidence |
| 089:23-91:15 | Speculative, Not Relevant |
| 089:23-90:18 | Confusing/Misleading, Lacks Foundation |

| Designation | HEA Objection |
|---|---|
| 096:17-96:21 | Hearsay |
| 101:15-101:22 | Calls for Legal Conclusion |
| 104:4-104:22 | Hearsay, Speculative, Document Speaks for Itself/Best Evidence |
| 106:4-106:17 | Hearsay, Document Speaks for Itself/Best Evidence, Speculative |
| 123:13-124:4 | Speculative |
| 124:14-125:8 | Not Relevant |
| 126:9-127:9 | Not Relevant |
| 147:22-148:9 | Lack of Foundation, Speculative |
| 153:10-154:4 | Leading |
| 158:14-159:16 | Not Relevant, Speculative, Lack of Foundation |

**Robert Burns**

| Designation | HEA Objection |
|---|---|
| 041:3-41:20 | Document Speaks for Itself/Best Evidence |
| 041:13-43:20 | Speculative |
| 041:21-43:20 | Assumes Facts Not in Evidence |
| 042:16-43:20 | Document Speaks for Itself/Best Evidence, Speculative, Legal Conclusion |
| 044:12-45:23 | Speculative |
| 057:17-58:15 | Lawyer Testimony, Legal Conclusion |
| 062:1-63:5 | Leading, Legal Conclusion, Document Speaks for Itself/Best Evidence |
| 062:7-62:17 | Document Speaks for Itself/Best Evidence |
| 062:18-62:2 | Document Speaks for Itself/Best Evidence, Reading Documents Into Record |
| 063:6-63:20 | Document Speaks for Itself/Best Evidence |
| 063:6-63:11 | Reading Documents Into Record |
| 066:19-67:2 | Legal Conclusion, Not Relevant |
| 068:13-69:2 | Document Speaks for Itself/Best Evidence |
| 068:13-69:9 | Reading Documents Into Record |
| 069:3-69:15 | Document Speaks for Itself/Best Evidence |
| 081:19-81:21 | Document Speaks for Itself/Best Evidence, Not Relevant |

| Designation | HEA Objection |
|---|---|
| 086:12-88:6 | Document Speaks for Itself/Best Evidence, Reading Document Into Record, Legal Conclusion |
| 093:6-93:20 | Lack of Foundation, Legal Conclusion, Speculative |
| 094:2-94:20 | Document Speaks for Itself/Best Evidence, Not Relevant |
| 095:16-96:8 | Lack of Foundation, Legal Conclusion, Not Relevant |
| 096:9-97:10 | Lack of Foundation, Legal Conclusion, Speculative, Not Relevant |
| 098:20-99:13 | Speculative |
| 105:20-106:22 | Document Speaks for Itself/Best Evidence, Not Relevant |
| 117:17-118:2 | Document Speaks for Itself/Best Evidence, Not Relevant |
| 127:17-128:4 | Document Speaks for Itself/Best Evidence, Not Relevant |
| 128:9-128:21 | Document Speaks for Itself/Best Evidence, Not Relevant |
| 166:16-166:21 | Lack of Foundation, Speculative |
| 240:23-242:3 | Not Relevant |
| 251:22-252:7 | Not Relevant |
| 251:8-253:21 | Not Relevant |
| 260:4-260:17 | Not Relevant |
| 262:11-263:2 | Not Relevant, Undue Prejudice, Confusing/Misleading |
| 263:3-268:9 | Not Relevant |
| 265:18-266:16 | Undue Prejudice |
| 265:18-268:09 | Confusing/Misleading |
| 266:6-268:09 | Undue Prejudice |
| 266:1-268:09 | Not Relevant |
| 291:16-292:7 | Document Speaks for Itself/Best Evidence |
| 299:8-301:4 | Undue Prejudice, Not Relevant, Confusing/Misleading |

**Kristal Riddle**

| Designation | HEA Objection |
|---|---|
| 053:20-54:10 | Legal Conclusion |
| 060:4-60:9 | Not Relevant, Confusing/Misleading, Legal Conclusion, Speculative |
| 061:9-11 | Assumes Facts Not in Evidence, Leading, Speculative |
| 061:20-62:2 | Speculative, Hearsay |

| Designation | HEA Objection |
|---|---|
| 072:17-74:7 | Speculative |
| 074:8-75:5 | Confusing/Misleading |
| 094:14-95:22 | Hearsay, Confusing/Misleading, Speculative |
| 097:2-97:11 | Speculative |
| 120:5-120:13 | Confusing/Misleading, Not Relevant |
| 127:10-127:17 | Speculative, Legal Conclusion |
| 160:8-162:3 | Not Relevant |
| 171:5-171:20 | Not Relevant |
| 173:1-173:18 | Not Relevant |
| 185:4-185:13 | Not Relevant, Speculative, Legal Conclusion, Confusing/Misleading |
| 200:2-201:18 | Speculative, Hearsay |
| 200:13-201:11 | Lack of Foundation |
| 201:12-201:18 | Lack of Foundation |
| 204:18-205:19 | Speculative, Lack of Foundation, Hearsay |

**Cassandra Williams**

| Designation | HEA Objection |
|---|---|
| 34:8-34:13 | Confusing/Misleading |
| 35:8-35:13 | Confusing/Misleading, Speculative |
| 36:5-36:9 | Vague and Confusing |
| 41:1-41:23 | Confusing/Misleading |
| 47:22-48:8 | Not Relevant, Leading, Confusing/Misleading |
| 49:8-49:20 | Confusing/Misleading, Compound Question, Lack of Foundation |
| 52:6-52:20 | Testimony Later Corrected, Confusing/Misleading, Legal Conclusion |
| 53:16-54:1 | Not Relevant |
| 70:14-70:19 | Speculative |
| 72:3-72:16 | Not Relevant |
| 72:17-74:2 | Not Relevant |
| 76:20-77:6 | Speculative |
| 84:20-84:23 | Not Relevant |

| Designation | HEA Objection |
| --- | --- |
| 93:11-93:22 | Speculative |
| 96:8-96:14 | Speculative, Leading, Assumes Facts Not in Evidence |
| 100:12-100:21 | Compound Question, Confusing/Misleading |
| 101:15-102:3 | Not Relevant, Leading |
| 106:11-106:22 | Speculative |
| 111:2-111:8 | Speculative |
| 112:6-112:14 | Lack of Foundation, Leading |
| 118:4-118:19 | Speculative, Confusing/Misleading |
| 118:20-119:10 | Hearsay, Not Relevant |
| 151:17-152:3 | Hearsay, Speculative |
| 151:17-154:4 | Not Relevant |
| 151:23-153:5 | Speculative |
| 152:16-153:5 | Hearsay |
| 152:16-154:4 | Not Relevant |
| 156:8-156:12 | Not Relevant |

**Sherry Spiers**

| Designation | HEA Objection |
| --- | --- |
| 18:15-18:21 | Confusing/Misleading, Leading |
| 20:3-20:11 | Not Relevant |
| 21:12-21:23 | Confusing/Misleading, Speculative |
| 25:2-26:13 | Not Relevant, Hearsay |
| 25:14-26:3 | Speculative |
| 33:6-36:21 | Not Relevant, Speculative |
| 37:7-38:1 | Legal Conclusion |
| 38:2-39:1 | Document Speaks for Itself/Best Evidence, Legal Conclusion, Not Relevant |
| 79:8-79:13 | Leading, Speculative, Lack of Foundation |