IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|   v. | ) CIVIL ACT. NO. 2:19-cv-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, | ) |
| ALABAMA, LLC, *et al.*, | ) |
| | ) |
|   Defendants. | ) |

## DEFENDANT DYNAMIC SECURITY, INC.' S OBJECTIONS TO DEPOSITION TESTIMONY DESIGNATIONS

Defendant Dynamic Security, Inc. ("Dynamic"), pursuant to the Court's Order of March 28, 2022 (Doc. 57), hereby serves and files Defendant's Objections to Deposition Testimony Designated by Plaintiff (Doc. 101) and Defendant Hyundai Motor Manufacturing Alabama, LLC (Doc. 94).

First, with the exception of Kristal Riddle and Sherry Spire's deposition testimony on behalf of Dynamic, Dynamic objects to each of Plaintiff's deposition designations as Hearsay FRE 801(c) not subject to any exception. As a general matter, Plaintiff is prohibited from admitting the deposition testimony of a witness unless the witness is an adverse party or unavailable to testify at trial. *See* Fed. R. Civ. P. 32. Plaintiff's deposition designations do not fall into a Hearsay FRE 801(c) exception for those depositions to be used against Dynamic or in establishing any

claim against Dynamic and, at this time, Plaintiffs have not presented any evidence showing that any of these witnesses are unavailable to testify in person at trial. Dynamic also objects to the Plaintiff's deposition being used by either of the Co-Defendants to establish any claims against Dynamic.

Second, without waving Dynamic's objections made during the depositions and Dynamic's objections to Plaintiff's exhibits to be filed separately, Dynamics asserts the following objections to Plaintiff's deposition designations for each witness as follows:[1]

**Dynamic's Objections to Deposition Designations for Kristal Riddle[2]:**

| PAGES AND LINES | OBJECTIONS |
| --- | --- |
| 053:20-053:23 | <ul><li>Lack foundation</li><li>Seeks a Lack of personal knowledge FRE 602 and seeks an improper legal conclusion</li><li>Relevance FRE, 401, 402</li></ul> |
| 055:22-056:01 | <ul><li>Lack of personal knowledge FRE 602 and seeks an improper legal conclusion</li><li>Relevance FRE, 401, 402</li><li>Assumes facts not in evidence</li></ul> |
| 094:14-095:22 | <ul><li>Question calls for narrative</li><li>Vague</li></ul> |
| 097:02-097:11 | <ul><li>Lack of personal knowledge FRE 602 and asks witness to speculate about the mental operations of a third party</li></ul> |
| 119:23-120:01 | <ul><li>Object to the document and the other testimony on grounds that it contains hearsay FRE 801(c)</li></ul> |

---

[1] Dynamic reserves the right to assert objections to any additional deposition testimony offered at trial. Further, Dynamic reserves the right to supplement, modify, or withdraw any of the objections made herein.

[2] The pages from Kristal Riddle's deposition referenced are attached as Exhibit A.

| | |
|---|---|
| | • Relevance FRE 401, 403 |
| 127:10-127:17 | • No foundation<br>• Lack of personal knowledge FRE 602 and seeks an improper legal conclusion<br>• Relevance FRE, 401, 402 |
| 171:16-171:20 | • Assumes facts not in evidence<br>• Vague |
| 173:04-173:18 | • Relevance FRE, 401, 402 |

**Dynamic's Objections to Deposition Designations for Sherry Spires[3]**

| PAGES AND LINES | OBJECTIONS |
|---|---|
| 016:21 - 016:22 | • Vague as to the terms "appropriate" and "handling" and confusing |
| 018:15-018:21 | • Compound question |
| 024:13-024:19 | • Hearsay FRE 801(c) |
| 025:02-025:13 | • Lack of personal knowledge FRE 602 and asks witness to speculate about the mental operations of a third party |
| 025:14-026:25 | • Lack of personal knowledge FRE 602 and asks witness to speculate about the mental operations of a third party |
| 036:05-036:13 | • Hearsay FRE 801(c) FRE 801(c) |
| 037:07-037:13 | • Assumes facts not in evidence<br>• Lack of personal knowledge FRE 602 and seeks an improper legal conclusion<br>• Argumentative<br>• Misleading |
| 038:02-038:14 | • Argumentative<br>• Assume facts not in evidence<br>• Lack of personal knowledge FRE 602 and seeks an improper legal conclusion |

---

[3] The pages from Sherry Spires' deposition referenced are attached as Exhibit B.

| | |
|---|---|
| 038:15-038:19 | - Argumentative<br>- Assume facts not in evidence<br>- Lack of personal knowledge FRE 602 and seeks an improper legal conclusion |
| 038:20-039:01 | - Relevance FRE, 401, 402 |
| 039:07-039:16 | - Relevance FRE, 401, 402 |

**Dynamic's Objections to Deposition Designations for Cassandra Williams[4]**

| PAGES AND LINES | OBJECTIONS |
|---|---|
| 033:04-033:19 | - Lack of personal knowledge FRE 602 and asks witness to speculate about the mental operations of a third party<br>- Relevance FRE, 401, 402<br>- Hearsay FRE 801(c) |
| 033:20-033:22 | - Hearsay FRE 801(c) |
| 045:13-045:20 | - Assume facts not in evidence<br>- Argumentative |
| 045:23-046:04 | - Compound question<br>- Assumes facts not in evidence |
| 048:09-048:18 | - Assumes facts not in evidence |
| 049:08-049:20 | - Assumes facts not in evidence |
| 049:23-050:07 | - Assumes facts not in evidence |
| 076:20-077:01 | - Compound question |
| 077:18-078:01 | - Misstates facts |
| 078:04-078:05 | - Lack of foundation that had personal knowledge FRE 602 |
| 080:09-080:16 | - Assume facts not in evidence<br>- Vague |
| 083:09-083:16 | - Vague and incomplete<br>- Argumentative |
| 083:19-083:23 | - Argumentative<br>- Relevance FRE, 401, 402 |

---

[4] The pages from Cassandra Williams' deposition referenced are attached as Exhibit C.

| | |
|---|---|
| 095:07-095:10 | • Hearsay FRE 801(c) |
| 095:11-095:20 | • Hearsay FRE 801(c) |
| 096:08-096:14 | • Hearsay FRE 801(c)<br>• Lack of personal knowledge FRE 602 and asks witness to speculate about the mental operations of a third party |
| 096:20-096:22 | • Lack of personal knowledge FRE 602 and asks witness to speculate about the mental operations of a third party |
| 100:12-100:21 | • Assumes facts not in evidence<br>• Misstates prior testimony |
| 118:13-118:19 | • Relevance FRE, 401, 402<br>• Vague<br>• Argumentative<br>• Assumes facts not in evidence<br>• Lack of personal knowledge FRE 602 and seeks an improper legal conclusion |
| 151:17-151:22 | • Lack of personal knowledge FRE 602 and asks witness to speculate about the mental operations of a third party<br>• Hearsay Rule 801(c) |
| 151:23-152:07 | • Lack of personal knowledge FRE 602 and asks witness to speculate about the mental operations of a third party |
| 152:16-152:23 | • Lack of personal knowledge FRE 602 and asks witness to speculate about the mental operations of a third party |

**Dynamic's Objections to Deposition Designations for Ray Cureton[5]**

| PAGES AND LINES | OBJECTIONS |
|---|---|
| 017:09-01:18 | • Lack of personal knowledge FRE 602 and asks witness to speculate about the mental operations of a third party |

---

[5] The pages from Ray Cureton's deposition referenced are attached as Exhibit D.

| | |
|---|---|
| 021:17-021-22 | • Compound question |
| 022:18-023:11 | • Lack of personal knowledge FRE 602 and asks witness to speculate about the mental operations of a third party<br>• Vague and confusing |
| 055:23-056:04 | • Hearsay FRE 801(c) |
| 061:07-061:20 | • Assume facts not in evidence<br>• No foundation |
| 072:08-072:13 | • Assume facts not in evidence<br>• Argumentative<br>• Misstates testimony |
| 072:14-073:01 | • Lack of personal knowledge FRE 602 and asks witness to speculate about the mental operations of a third party<br>• Vague and confusing |
| 073:02-073:08 | • Lack of personal knowledge FRE 602 and asks witness to speculate about the mental operations of a third party |
| 075:04-075:06 | • Violates best evidence rule FRE 1002 |
| 075:08-075:13 | • Violates best evidence rule FRE 1002 |
| 075:14-075:23 | • Lack of personal knowledge FRE 602 and asks witness to speculate about the mental operations of a third party |
| 076:01-076:05 | • Question is vague and incomplete<br>• No personal knowledge<br>• No foundation |
| 076:18-076:22 | • Violates best evidence rule FRE 1002 |
| 078:01-08 | • Leading |
| 078:01-078:11 | • Argumentative<br>• Assume facts not in evidence<br>• Vague and misleading |
| 079:20-080:12 | • Compound<br>• Asks witness to speculate<br>• Lack of personal knowledge FRE 602 |
| 080:13-19 | • Leading<br>• Compound<br>• Lack of foundation |

6

|  |  |
|---|---|
|  | - Lack of personal knowledge FRE 602 |
| 081:3-12 | - Leading |
| 082:2-9 | - Leading |
| 084:21-085:06 | - Leading<br>- Misstates prior testimony<br>- Lack of personal knowledge FRE 602 and asks witness to speculate about the mental operations of a third party<br>- Argumentative |
| 085:10-13 | - Leading |
| 089:23-090:18 | - Asks witness to speculate<br>- Incomplete and vague question |
| 090:19-091:18 | - Asks witness to speculate<br>- Incomplete and vague question<br>- Leading |
| 098:05-099:03 | - Assume facts not in evidence<br>- Argumentative |
| 101:15-22 | - Leading |
| 104:04-104:22 | - Lack of personal knowledge FRE 602 and asks witness to speculate about the mental operations of a third party<br>- Relevance FRE, 401, 402 |
| 108:16-108-23 | - Duplicative, question already asked and answered |
| 117:12-117:16 | - Leading<br>- Assumes facts not in evidence<br>- Misstates prior testimony |
| 119:20-21 | - Leading |
| 123:02-123:12 | - Misstates prior testimony |
| 123:13-124:04 | - Asks witness to speculate<br>- Duplicative, question already asked and answered |
| 126:20-127:09 | - Relevance FRE, 401, 402 |

7

**Dynamic's Objections to HMMA's Deposition Designations (Key's deposition)[6]**

| PAGES AND LINES | OBJECTIONS |
| --- | --- |
| 41:24- 42:15 | • Hearsay FRE 801(c) |
| 48:6-9 | • Speculation not based on personal knowledge |
| 62:2-17 | • Hearsay FRE 801(c) |
| 63:24-64:6 | • Hearsay FRE 801(c) |
| 74:11-22 | • Hearsay FRE 801(c) |
| 125:13-126:2 | • Hearsay FRE 801(c) |
| 159:24-160:20 | • Hearsay FRE 801(c) |
| 160:21-23 | • Speculation not based on personal knowledge |
| 174:11-21 | • Hearsay FRE 801(c) |
| 226:16-227:6 | • Hearsay FRE 801(c) |

Respectfully submitted,

*/s/ Susan W. Bullock*
Wesley C. Redmond
Susan W. Bullock
FordHarrison LLP
420 20th Street North, Suite 2560
Birmingham, AL  35203
wredmond@fordharrison.com
Phone: 205-244-5905
sbullock@fordharrison.com
Phone: 205-244-5904
Fax: 205-244-5901

---

[6] The pages from Davita Key's deposition referenced are attached as Exhibit E.

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on 9th day of February, 2023, she electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to:

Heather Leonard
Heather Leonard, P.C.
2105 Devereaux Cir., Suite 111
Birmingham, AL 35243

Leslie A. Palmer, LLC
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, AL  35233

*Counsel for Plaintiff*

David J. Middlebrooks
Whitney R. Brown
Lehr Middlebrooks Vreeland & Thompson, P.C.
P.O. Box 11945
Birmingham, AL  35202

*Counsel for Hyundai Motor Manufacturing Alabama, LLC*

T. Matthew Miller
Bradley
One Federal Place
1819 5th Avenue N.
Birmingham, AL 35203

*Counsel for Hyundai ENG America, Inc.*

                                                  */s/Susan W. Bullock*
                                                  Susan W. Bullock