IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:19-cv-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, | ) |
| ALABAMA, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT DYNAMIC SECURITY, INC.'S OBJECTIONS TO DEFENDANT HMMA'S EXHIBIT LIST

Defendant Dynamic Security, Inc.'s ("Dynamic") hereby submits its objections to exhibits included in Defendant Hyundai Motor Manufacturing Alabama LLC's ("Defendant HMMA") Exhibit List (doc. 95) in compliance with the Uniform Scheduling Order (doc. 51) entered November 19, 2021, as amended by the Court's Order entered March 28, 2022. (Doc. 57).

Dynamic reserves the right to supplement, modify, or withdraw any of the objections made herein. In addition, Dynamic reserves the right to object to the limited admissibility of any exhibit and to interpose objections to any exhibit that may have previously been identified as exhibits by Defendant HMMA based on pretrial rulings and rulings during the course of the trial and to object to any exhibit not identified by witnesses at trial. Finally, Dynamic reserves the right to interpose

a specific objection at trial to any exhibit that was not previously identified by Defendant HMMA or was inaccurately described.

## Dynamic's Objections to Specific Exhibits HMMA Expects to Use at Trial

| Exhibit Number | Exhibit Description | Bates numbers | Objections to Exhibits |
|---|---|---|---|
| Exhibit 1 | Deposition excerpts of Davita M. Key pursuant to Rule 32(a)(1) and (3) F.R.C.P. and Section 10 of the Court's Order (Doc. 57): 1:5-25, 4:1-5:25, 10:1911:19, 243:7-9, 85:11-86:8, 115:1-9, 277:21-25, 19:10-24, 23:16-26:7, 40:18-41:8, 21:8-22:7, 18:15-24, 31:3-23, 36:1-38:5, 31:20-23, 32:25-33:17, 27:10-21, 28:1-4, 44:10-12, 17:21-18:1, 127:1-25, 128:19-129:16, 135:2-20, 115:18-116:14, 117:14-25, 116:15-117:5, 140:16-141:8, 141:25-143:4, 23:10-13, 35:24-25, 138:13-139:23, 141:9-12, 144:4-146:4, 51:6-13, 118:13-21, 147:20-148:6, 150:5-151:1, 119:8-120:2, 151:25-154:6, 120:13-122:3, 159:11-160:23, 63:2465:1, 78:9-79:7, 67:8-10, 162:4-12, 164:17-23, 35:22-23, 165:8-20, 166:14-17, 167:8-13, | | Dynamic incorporates herein its objections to this deposition testimony contained in Defendant Dynamic Security, Inc.'s Objections to Deposition Testimony Designations. The deposition testimony contains hearsay, speculation, testimony that lacks foundation and is not based on personal knowledge, and irrelevant information. |

| | | | |
|---|---|---|---|
| | 168:11-14, 168:15-24, 41:24-43:3, 174:11-22, 226:16-227:3, 125:13-126:6, 226:16-227:6, 29:8-18, 48:16-23, 52:11-53:22, 135:2-20, 21:24-22:7, 47:10-22, 58:16-18, 29:20-25, 47:10-22, 62:5-17, 75:1-76:2, 48:24-53:22, 56:16-57:3, 76:15-77:11, 62:2-17, 69:11-70:12, 70:13-19, 184:11-85:3, 270:21-271:3, 39:18-40:17, and any excerpt which may be needed for impeachment. | | |
| Exhibit 2 | Exhibit 1 to Deposition of Davita M. Key dated June 20, 2022: First Amended Complaint dated June 1, 2020 | | Hearsay – FRE 801(c), 802<br><br>Relevancy – FRE 401, 402<br><br>Prejudicial – FRE 403 |
| Exhibit 3 | Exhibit 2 to Deposition of Davita M. Key dated June 20, 2022: Pre-Application Screening Form dated July 21, 2014 | Dynamic-Key 000028<br><br>Key 000013 | |
| Exhibit 4 | Exhibit 3 to Deposition of Davita M. Key dated June 20, 2022: Paycheck and stub to Key from Dynamic Security, Inc. dated August 22, 2017 | Key 000001 | |
| Exhibit 5 | Exhibit 4 to Deposition of Davita M. Key dated June | Key 000254- | |

3

|  | 20, 2022: Email to Key from Robinson re: Mailroom Position dated July 21, 2021 | 000255 |  |
|---|---|---|---|
| Exhibit 6 | Exhibit 5 to Deposition of Davita M. Key dated June 20, 2022: Plaintiff's Amended Initial Disclosures dated January 28, 2022 |  |  |
| Exhibit 7 | Exhibit 6 to Deposition of Davita M. Key dated June 20, 2022: Diagram of the First Floor of the Administration Building | HMMA 000077 |  |
| Exhibit 8 | Exhibit 7 to Deposition of Davita M. Key dated June 20, 2022: Decision on Unemployment Compensation Claim dated September 27, 2017 | Key 000129-000130 |  |
| Exhibit 9 | Exhibit 8 to Deposition of Davita M. Key dated June 20, 2022: HEA Appearance Standards for Security Personnel Policy | HEA 0001-003 |  |
| Exhibit 10 | Exhibit 9 to Deposition of Davita M. Key dated June 20, 2022: HMMA's PPE & Dress Code Matrix dated July 22, 2013 | HMMA 0000003 |  |
| Exhibit 11 | Exhibit 10 to Deposition of Davita M. Key dated June 20, 2022: Acknowledgement and | Dynamic-Key 000041-000042, Key 000332- |  |

|  | Receipt of Employment Handbook dated July 21, 2017 Dynamic Security Officer's Handbook | 000382 |  |
|---|---|---|---|
| Exhibit 12 | Exhibit 11 to Deposition of Davita M. Key dated June 20, 2022": Hyundai Engineering America, Inc. Employee Handbook | HEA 0004-0005 |  |
| Exhibit 13 | Exhibit 12 to Deposition of Davita M. Key dated June 20, 2022: Hyundai Motor Manufacturing Alabama Safety, Security and Fire Protection Handbook | Key 000277-000331 |  |
| Exhibit 14 | Exhibit 13 to Deposition of Davita M. Key dated June 20, 2022: U.S. Equal Employment Opportunity Commission Intake Questionnaire dated August 2, 2017 | Key 000049-000056 | Hearsay - FRE 801(c), 802 |
| Exhibit 15 | Exhibit 14 to Deposition of Davita M. Key dated June 20, 2022: EEOC Charge of Discrimination to Dynamic Security Incorporated dated August 3, 2017, Charge No. 846-2017-32787 | Dynamic-Key 000046-000047 | Hearsay - FRE 801(c), 802

Plaintiff's EEOC Charge against Dynamic contains inadmissible hearsay to the extent Plaintiff intends to use it or any statement by another person included therein (double hearsay) to prove the truth of |

| | | | |
|---|---|---|---|
| | | | the matter asserted. FRE 801(c), FRE 802.<br><br>Further, Dynamic's EEOC Charge is not relevant to Plaintiff's purported claim that Dynamic terminated her employment because the Charge did not allege that Dynamic terminated her employment or took any adverse employment action against her. Thus, the Charge can have "no tendency to make [it] more or less probable" that Dynamic terminated her employment "than it would be without the evidence" FRE 401(a) and (b).<br><br>Even if relevant, the court should exclude with regard to Plaintiff's termination claim on grounds that its "probative value is substantially outweighed by a danger of . . . unfair prejudice," FRE |

<s>
</s>

| | | | |
|---|---|---|---|
| | | | 403, because Plaintiff's presentation to the jury of her Charge would imply that it is probative of Dynamic's reasons for terminating her employment when she does not have a termination claim against Dynamic, and the evidence shows Dynamic did not terminate her employment. Admission of the EEOC Charge against Dynamic would thus confuse the issues and mislead the jury as to its significance. FRE 403<br><br>Plaintiff's EEOC Charge against Dynamic should also be excluded on the additional ground that such evidence is irrelevant and immaterial because the trial is a de novo proceeding. FRE 401, 402 |
| Exhibit 16 | Exhibit 15 to Deposition of Davita M. Key dated June | Key 000047 | |

| | | | |
|---|---|---|---|
| | 20, 2022: EEOC Charge of Discrimination to Hyundai Motor Manufacturing Alabama dated October 16, 2018, Charge No. 420-2019-00128 | | |
| Exhibit 17 | Exhibit 16 to Deposition of Davita M. Key dated June 20, 2022: Plaintiff's Response to Defendant HMMA's Interrogatories and Plaintiff's Response to Defendant HMMA's Request for Production of Documents dated December 6, 2021. | | |
| Exhibit 18 | Exhibit 17 to Deposition of Davita M. Key dated June 20, 2022: Key Handwritten Statement dated August 8, 2017. | Dynamic-Key 000058-000063 | Hearsay -FRE 801(c), 802<br><br>Prejudicial - FRE 403 |
| Exhibit 19 | Exhibit 18 to Deposition of Davita M. Key dated June 20, 2022: Key Handwritten Complaint dated August 1, 2017. | | Hearsay - FRE 801(c), 802<br><br>Prejudicial - FRE 403 |
| Exhibit 20 | Exhibit 19 to Deposition of Davita M. Key dated June 20, 2022: Acknowledgement of Receipt of Dynamic Security Inc.'s Security Officer's Manual dated July 21, 2017 | Dynamic-Key 000040 | |

| Exhibit 21 | Exhibit 20 to Deposition of Davita M. Key dated June 20, 2022: Dynamic Security, Inc. Harassment in the Workplace Policy signed by Key dated July 21, 2017 | Dynamic-Key 000042 | |
|---|---|---|---|
| Exhibit 22 | Exhibit 21 to Deposition of Davita M. Key dated June 20, 2022: Dynamic Security, Inc. Rules and Regulations for Security Officers Policy signed by Key dated July 21, 2017 | Dynamic-Key 000038-000039 | |
| Exhibit 23 | Exhibit 22 to Deposition of Davita M. Key dated June 20, 2022; U.S. Equal Employment Opportunity Commission Dismissal and Notice of Right of Charge No. 846-2017-32787 dated March 1, 2019. | | |
| Exhibit 24 | Exhibit 26 to Deposition of Davita M. Key dated June 20, 2022: Key rebuttal to EEOC regarding Charge No. 846-2017-3287 (against Dynamic Security) dated October 4, 2017. | | Hearsay -FRE 801(c), 802 |
| Exhibit 25 | Exhibit 27 to Deposition of Davita M. Key dated June 20, 2022: Photos of Key | Key 000028-29 | Relevancy - FRE 401, 402<br><br>The Eleventh Circuit has held that dreadlocks are not an immutable characteristic associated with race but are a mutable |

|  |  |  | hairstyle choice. *EEOC v. Catastrophic Management Solutions*, 852 F.2d 1018 (11th Cir. 2016).  Therefore, pictures of Plaintiff's dreadlocks are not relevant to her race discrimination termination claim. FRE 401, 402. Pictures would also serve to unfairly prejudice Dynamic, confuse the issues, and mislead the jury because dreadlocks, regardless of how styled, is not an immutable trait associated with race. FRE 403. |
|---|---|---|---|
| Exhibit 26 | Exhibit 28 to Deposition of Davita M. Key dated June 20, 2022: Key Letter to Board of Appeals, Alabama Department of Labor re: Case Number 07549-AT-17 dated October 4, 2017 | S000145-146 | Hearsay -FRE 801(c), 802

Relevancy - FRE 401, 402 |
| Exhibit 27 | Exhibit 29 to Deposition of Davita M. Key dated June 20, 2022: State Board of Appeals, Alabama Depart of Labor, Disallowance of Application for Leave to | S000151 |  |

|  | the Board of Appeals dated October 5, 2017 |  |  |
| --- | --- | --- | --- |
| Exhibit 28 | Exhibit 30 to Deposition of Davita M. Key dated June 20, 2022: Plaintiff's Response to Defendant HEA's First Discovery Requests dated March 27, 2022. |  |  |
| Exhibit 29 | Exhibit 31 to Deposition of Davita M. Key dated June 20, 2022; Photos of Key | Key 271-000276 | Relevancy - FRE 401, 402<br><br>The Eleventh Circuit has held that dreadlocks are not an immutable characteristic associated with race but are a mutable hairstyle choice. *EEOC v. Catastrophic Management Solutions*, 852 F.2d 1018 (11th Cir. 2016). Therefore, pictures of Plaintiff's dreadlocks are not relevant to her race discrimination termination claim. FRE 401, 402. Pictures would also serve to unfairly prejudice Dynamic, confuse the issues, and mislead the jury |

| | | | because dreadlocks, regardless of how styled, is not an immutable trait associated with race. FRE 403. |
|---|---|---|---|
| Exhibit 30 | Exhibit 32 to Deposition of Davita M. Key dated June 20, 2022; Key Resume | Key 000034-000036 | |
| Exhibit 31 | Contact for Services between Hyundai Motor Manufacturing Alabama, LLC & Hyundai AMCO America Inc. | HMMA000013-76 | |
| Exhibit 32 | Hyundai Motor Manufacturing Alabama, LLC Policies | HMMA000001-2 | |
| Exhibit 33 | Individual Employee Schedule for Courtney Dixon | Dynamic-Key 000969 | |
| Exhibit 34 | Declaration of Cassandra Williams dated May 8, 2019 | F00048 | |
| Exhibit 35 | HEA's Response to Plaintiff's Requests for Admission, RFA #2. | | |
| Exhibit 36 | Secretary of State Records for Hyundai ENG America, Inc. | | |
| Exhibit 37 | Secretary of State Records for HEA. | | |
| Exhibit 38 | Secretary of State Records for Hyundai Motor | | |

|  | Manufacturing Alabama, LLC. |  |  |
|---|---|---|---|
| Exhibit 39 | Secretary of State Records – Word Search "Hyundai". |  |  |
| Exhibit 40 | Plaintiff's Second Supplemental Response to HMMA's Request for Production of Documents, #8. |  |  |
| Exhibit 41 | Declaration of Gloria Robinson dated August 25, 2022. |  |  |
| Exhibit 42 | Sworn Certification of Plaintiff's EEOC Charge file produced by the EEOC dated December 18, 2019. |  |  |
| Exhibit 43 | Potential exhibits identified by Plaintiff in her Exhibit List, and the Exhibit Lists of Defendants Dynamic Security, Inc. and Hyundai Engineering America, Inc. that are not excluded by motion. |  |  |

Respectfully submitted,

*/s/ Wesley C. Redmond*
Wesley C. Redmond
Susan W. Bullock
FordHarrison LLP
420 20th Street North, Suite 2560
Birmingham, AL  35203
wredmond@fordharrison.com
Phone: 205-244-5905
sbullock@fordharrison.com
Phone: 205-244-5904

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on 9th day of February, 2023, he electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to:

Heather Leonard
Heather Leonard, P.C.
2105 Devereaux Cir., Suite 111
Birmingham, AL 35243

Leslie A. Palmer, LLC
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, AL  35233

*Counsel for Plaintiff*

David J. Middlebrooks
Whitney R. Brown
Lehr Middlebrooks Vreeland & Thompson, P.C.
P.O. Box 11945
Birmingham, AL  35202

*Counsel for Hyundai Motor Manufacturing Alabama, LLC*

T. Matthew Miller
Bradley
One Federal Place
1819 5th Avenue N.
Birmingham, AL 35203

*Counsel for Hyundai ENG America, Inc.*

                                                       /s/Wesley C. Redmond
                                                      Wesley C. Redmond

WSACTIVELLP:13777913.1