IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:19-cv-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, | ) |
| ALABAMA, LLC, *et al*., | ) |
| | ) |
|   Defendants. | ) |

## DEFENDANT DYNAMIC SECURITY, INC.' S OBJECTIONS TO PLAINTIFF'S WITNESS LIST

Defendant Dynamic Security, Inc. ("Dynamic"), hereby submits Objections to witnesses identified in Plaintiff's Witness List (doc. 101) in compliance with the Uniform Scheduling Order (doc. 51) entered November 19, 2021, as amended by the Court's Order entered March 28, 2022, (Doc. 57).

Dynamic reserves the right to supplement, modify or withdraw any of the objections made herein. In addition, Dynamic reserves the right to interpose objections to any witnesses that may have previously been identified as witnesses by Plaintiff based on pretrial rulings and rulings during the course of the trial and to object to any exhibit not identified by witnesses at trial. Finally, Dynamic reserves the right to interpose a specific objection at trial to any witness that was not previously identified by Plaintiff or was inaccurately described.

## Dynamic's Objection to the Following Witness Plaintiff Will or May Call at Trial:[1]

| Number | Witness Name | Objections |
|---|---|---|
| Witness 9 | Chris Hargrove | Dynamic objects to the inclusion of Chris Hargrove on the basis that he was not listed on Plaintiff's Initial Disclosures or Amended Disclosures as required by Rules 26(a)(1)(A)(i) and 37(c)(1) of the Federal Rules of Civil Procedure. <br><br> Hargrove's testimony would be duplicative and no value to the case. |

Respectfully submitted,

*/s/ Susan W. Bullock*
Wesley C. Redmond
Susan W. Bullock
FordHarrison LLP
420 20th Street North, Suite 2560
Birmingham, AL  35203
wredmond@fordharrison.com
Phone: 205-244-5905
sbullock@fordharrison.com
Phone: 205-244-5904
Fax: 205-244-5901

---

[1] Defendant Dynamic set forth its objections to witnesses Plaintiff identified by deposition testimony designation in "Defendant Dynamic Security, Inc.'s Objections to Deposition Testimony Designations filed February 9, 2023. (Doc. 130).

# **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on 9th day of February, 2023, she electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to:

Heather Leonard
Heather Leonard, P.C.
2105 Devereaux Cir., Suite 111
Birmingham, AL 35243

Leslie A. Palmer, LLC
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, AL  35233

*Counsel for Plaintiff*

David J. Middlebrooks
Whitney R. Brown
Lehr Middlebrooks Vreeland & Thompson, P.C.
P.O. Box 11945
Birmingham, AL  35202

*Counsel for Hyundai Motor Manufacturing Alabama, LLC*

T. Matthew Miller
Bradley
One Federal Place
1819 5th Avenue N.
Birmingham, AL 35203

*Counsel for Hyundai ENG America, Inc.*

                                          /s/Susan W. Bullock
                                          Susan W. Bullock

WSACTIVELLP:13786569.1