IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-CV-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**EXHIBIT "A" TO**

**PLAINTIFF'S OBJECTIONS TO HYUNDAI ENG AMERICA'S DEPOSITION DESIGNATIONS**

**CASSANDRA WILLIAMS**

| Case | Key, Davita |
|---|---|
| Issue Code | HEA Designation |

| WILLIAMS, CASSANDRA 9/6/22 VOL 1 | | | |
|---|---|---|---|
| 1 | 015:18 - 015:18 | 015:18 | MR. MILLER:  Object to form. |
| 2 | 033:07 - 033:07 | 033:07 | MR. MILLER:  Object to form. |
| 3 | 034:12 - 034:12 | 034:12 | MR. MILLER:  Object to form. |
| 4 | 035:12 - 035:12 | 035:12 | MR. MILLER:  Object to form. |
| 5 | 036:08 - 036:08 | 036:08 | MR. MILLER:  Object to form. |
| 6 | 037:13 - 037:13 | 037:13 | MR. MILLER:  Object to form. |
| 7 | 041:07 - 041:07 | 041:07 | MR. MILLER:  Let me object to form. |
| 8 | 044:15 - 044:15 | 044:15 | MR. MILLER:  Object to form. |
| 9 | 045:17 - 045:17 | 045:17 | MR. MILLER:  Object to form. |
| 10 | 046:02 - 046:02 | 046:02 | MR. MILLER:  Object to form. |
| 11 | 048:05 - 048:05 | 048:05 | MR. MILLER:  Object to form. |
| 12 | 048:17 - 048:17 | 048:17 | MR. MILLER:  Object to form. |
| 13 | 049:13 - 049:13 | 049:13 | MR. MILLER:  Object to form. |
| 14 | 049:18 - 049:18 | 049:18 | MR. MILLER:  Object to form. |
| 15 | 050:04 - 050:04 | 050:04 | MR. MILLER:  Object to form. |
| 16 | 051:10 - 051:23 | 051:10  Q.  What was Ms. Howard's race?<br>11  A.  Black.<br>12  Q.  An what was Ms. Walton's race?<br>13  A.  Miss who?<br>14  Q.  Walton.<br>15  A.  Black.<br>16  Q.  Is there still an "Appearance Standards<br>17  for Security Personnel" policy?<br>18  A.  Yes.<br>19  Q.  And under that are dreads or dreadlocks<br>20  prohibited for women?<br>21  A.  Yes.  For women?<br>22  Q.  Yes.<br>23  A.  For all. | |
| 17 | 052:04 - 052:04 | 052:04 | MR. MILLER:  Object to form. |
| 18 | 055:13 - 055:13 | 055:13 | MR. MILLER:  Object to form. |
| 19 | 055:21 - 055:21 | 055:21 | MR. MILLER:  Object to form. |

| | | | |
|---|---|---|---|
| 20 | 056:05 - 056:05 | 056:05 | MR. MILLER:  Object to form. |
| 21 | 056:10 - 056:10 | 056:10 | MR. MILLER:  Object to form. |
| 22 | 066:18 - 066:18 | 066:18 | MR. MILLER:  Object to form. |
| 23 | 069:16 - 069:16 | 069:16 | MR. MILLER:  Object to form. |
| 24 | 070:17 - 070:17 | 070:17 | MR. MILLER:  Object to form. |
| 25 | 071:01 - 071:05 | 071:01<br>02<br>03<br>04<br>05 | Q.    So you always wear a shirt that says<br>"Hyundai Engineering"?<br>A.    Yes.<br>Q.    Was that the case in 2017?<br>A.    Yes. |
| 26 | 076:04 - 076:04 | 076:04 | MR. MILLER:  Object to form. |
| 27 | 076:07 - 076:13 | 076:07<br>08<br>09<br>10<br>11<br>12<br>13 | Q.    Okay.  Other than what you explained about<br>keeping a close eye on the mail room or you<br>filling in if there was a need, what else, if<br>anything, did you do to provide indirect<br>supervision?<br>       MR. MILLER:  Object to form.<br>A.    That's basically it. |
| 28 | 076:22 - 076:22 | 076:22 | MR. MILLER:  Object to form. |
| 29 | 077:21 - 077:21 | 077:21 | MR. MILLER:  Object to form. |
| 30 | 080:13 - 080:13 | 080:13 | MR. MILLER:  Object to form. |
| 31 | 083:05 - 083:05 | 083:05 | MR. MILLER:  Object to form. |
| 32 | 083:11 - 083:11 | 083:11 | MR. MILLER:  Object to form. |
| 33 | 083:22 - 083:22 | 083:22 | MR. MILLER:  Object to form. |
| 34 | 084:10 - 084:19 | 084:10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19 | Q.    Okay.  You said an agreement was reached.<br>       Were you a party to this agreement<br>concerning how Ms. Key would style her hair?<br>A.    Yes.  I was in there when she agreed to do<br>it.<br>Q.    Tell me what you know of that agreement.<br>A.    It was a verbal agreement.  She stated --<br>after I said "Yes, this is acceptable" and she<br>stated that's the way she would have her hair done<br>when she returned. |
| 35 | 085:11 - 085:13 | 085:11<br>12<br>13 | Q.    Okay.  And how much time passed between<br>the date of her interview and her start date?<br>A.    Maybe two or three weeks. |
| 36 | 087:09 - 087:09 | 087:09 | MR. MILLER:  Object to form. |

| | | | |
|---|---|---|---|
| 37 | 093:14 - 093:14 | 093:14 | MR. MILLER:  Object to form. |
| 38 | 096:12 - 096:12 | 096:12 | MR. MILLER:  Object to the form. |
| 39 | 101:17 - 101:21 | 101:17<br>18<br>19<br>20<br>21 | MR. MILLER:  I'm going to object to<br>questions regarding pregnancy because that is not<br>a claim against HEA.  And if you'll agree to let<br>me have a standing objections on those questions,<br>I won't continue to interrupt you. |
| 40 | 106:15 - 106:15 | 106:15 | MR. MILLER:  Object to form. |
| 41 | 111:06 - 111:06 | 111:06 | MR. MILLER:  Object to the form. |
| 42 | 112:12 - 112:12 | 112:12 | MR. MILLER:  Object to the form. |
| 43 | 118:08 - 118:08 | 118:08 | MR. MILLER:  Object to form. |
| 44 | 118:18 - 118:18 | 118:18 | MR. MILLER:  Object to form. |
| 45 | 119:01 - 119:01 | 119:01 | MR. MILLER:  Object to form. |
| 46 | 134:23 - 135:07 | 134:23<br><br><br>135:01<br>02<br>03<br>04<br>05<br>06<br>07 | Q.    Okay.  Do you know who replaced Ms. Key in<br>ALABAMA COURT REPORTING, INC.<br>www.alabamareporting.com    877.478.DEPO (3376)<br>the mail room after she was reassigned?<br>A.    I do, but her name escapes me right now.<br>Q.    Do you remember if the -- I'm assuming it<br>was a lady that replaced Ms. Key?<br>A.    It was.<br>Q.    Okay.  And what was her race?<br>A.    Black. |
| 47 | 135:19 - 136:11 | 135:19<br>20<br>21<br>22<br>23<br><br><br>136:01<br>02<br>03<br>04<br>05<br>06<br>07<br>08<br>09<br>10 | Q.    Do you know why that is?<br>A.    To differentiate the regular post office<br>from the mail room.<br>Q.    Did Ms. Key perform any security work at<br>HMMA?<br>ALABAMA COURT REPORTING, INC.<br>www.alabamareporting.com    877.478.DEPO (3376)<br>MR. MILLER:  Object to form.<br>A.    So part of her duties is to secure the<br>mail room.<br>Q.    And what do you mean by "secure the mail<br>room"?<br>A.    To ensure that the packages -- nothing<br>leaves the mail room that is not supposed to,<br>nobody comes into the mail room that shouldn't be<br>in there to get packages.  They're responsible for<br>everything that's in the mail room. |

| | | | |
|---|---|---|---|
| | | 11 | Q. Okay. |
| 48 | 146:17 - 147:09 | 146:17 | I think you mentioned earlier you that |
| | | 18 | formerly worked for the City of Montgomery Police |
| | | 19 | Department; is that correct? |
| | | 20 | A. It is. |
| | | 21 | Q. And when you worked for the City of |
| | | 22 | Montgomery Police Department, did they allow |
| | | 23 | dreadlocked hair styles? |
| | | | ALABAMA COURT REPORTING, INC. |
| | | | www.alabamareporting.com   877.478.DEPO (3376) |
| | | 147:01 | A. They did not. |
| | | 02 | Q. Did any HMMA employee ever tell you that |
| | | 03 | HMMA had an issue with black people wearing |
| | | 04 | dreadlocked hairstyles? |
| | | 05 | A. I never heard that. It was never told to |
| | | 06 | me. |
| | | 07 | Q. Would you have had an issue with that if |
| | | 08 | someone told you that? |
| | | 09 | A. I would have. |
| 49 | 151:21 - 151:21 | 151:21 | MR. MILLER: Object to form. |
| 50 | 152:05 - 152:05 | 152:05 | MR. MILLER: Object to the form. |
| 51 | 152:21 - 152:21 | 152:21 | MR. MILLER: Object to the form. |