IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-CV-767-ECM |
| ) | |
| HYUNDAI MOTOR ) | |
| MANUFACTURING, ALABAMA, ) | |
| LLC; HYUNDAI ENG AMERICA, ) | |
| INC.; and DYNAMIC SECURITY, ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |

**EXHIBIT "B" TO**

**PLAINTIFF'S OBJECTIONS TO HYUNDAI ENG AMERICA'S DEPOSITION DESIGNATIONS**

**CASSANDRA WILLIAMS - ERRATA**

| Case | Key, Davita |
|---|---|
| Flags and Notes | |

| WILLIAMS, CASSANDRA 9/6/22 VOL 1 | | | |
|---|---|---|---|
| 1 | 009:11 - 009:11 | 009:11 | A. I was just called to ask -- to come and |
| Errata "or" wrong word | | | |
| 2 | 017:20 - 017:20 | 017:20 | contract. Yoomi Lea -- I'm sorry -- Yoomi Kim -- |
| Errata Lee | | | |
| 3 | 018:07 - 018:07 | 018:07 | as central energy building. |
| Errata ommitted "the" | | | |
| 4 | 019:06 - 019:06 | 019:06 | A. I can only speak for security. I have -- |
| Errata insert "no idea" | | | |
| 5 | 019:07 - 019:07 | 019:07 | as far as the head count or the -- |
| Errata insert "staffing for the others" | | | |
| 6 | 021:03 - 021:03 | 021:03 | A. For securities? |
| Errata "security's" | | | |
| 7 | 022:03 - 022:03 | 022:03 | A. They were -- |
| Errata insert "established" | | | |
| 8 | 032:05 - 032:05 | 032:05 | receive it, decide whether or not their |
| Errata change receive to review | | | |
| 9 | 033:02 - 033:02 | 033:02 | A. B.J. McCullough, Neal McMann, Gloria |
| Errata Neal McMahon | | | |
| 10 | 033:04 - 033:19 | 033:04<br>05<br>06<br>07<br>08<br>09<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17 | Q. Do you know why Ms. Robinson is no longer<br>an account manager at HMMA?<br>   MS. BROWN: Object to form.<br>   MR. MILLER: Object to form.<br>A. She was relocated -- I'm sorry.<br>Q. It's okay.<br>A. She requested to step down from that<br>position.<br>Q. What do you know about that?<br>A. She told her manager -- and I don't know<br>what his position was -- that she wanted to step<br>down, and she recommended someone else to take her<br>position.<br>Q. How did you come to have this knowledge? |

|   |   |   |   |
|---|---|---|---|
|   |   | 18 | A.  She told me as well as her |
|   |   | 19 | then-supervisor. |
| Robinson stepped down. Williams was her supervisor ||||
| 11 | 036:13 - 036:13 | **036:13** | not just include securities but any contractor |
| Errata "security's" ||||
| 12 | 040:07 - 040:07 | **040:07** | A.  I'm a manager in facilities management |
| Errata insert "the" ||||
| 13 | 045:03 - 045:03 | **045:03** | A.  No one reviewed with HMMA -- HMMA reviewed |
| Errata insert "didn't" ||||
| 14 | 050:10 - 050:10 | **050:10** | A.  To she agreed to pull it back.  And I |
| Errata change to "she to" ||||
| 15 | 055:07 - 055:07 | **055:07** | don't know about that other. |
| Errata change that to "the" ||||
| 16 | 064:09 - 064:09 | **064:09** | were in "agreeance" in it. |
| Errata change in to "with" ||||
| 17 | 079:17 - 079:17 | **079:17** | Goldberg dreads are but -- and I don't know how |
| Errata Goldberg's ||||
| 18 | 082:13 - 082:13 | **082:13** | A.  They're a part -- |
| Errata add "security" ||||
| 19 | 086:06 - 086:12 | **086:06** | Q.  **Who issues the badges?** |
|   |   | 07 | A.  The receptionist, me, sometimes dispatch |
|   |   | 08 | if we're short. |
|   |   | 09 | Q.  **And who does the receptionist work for?** |
|   |   | 10 | A.  The security company. |
|   |   | 11 | Q.  **And who does dispatch work for?** |
|   |   | 12 | A.  The security company. |
| Dynamic Employees were maintaining hmma badge system ||||
| 20 | 089:07 - 089:07 | **089:07** | know it's contract.  And just to come up with a |
| Errata "contractor" ||||
| 21 | 090:04 - 090:04 | **090:04** | A.  At what -- |
| Errata add "point" ||||
| 22 | 092:10 - 092:10 | **092:10** | like, well down past the -- where I was allowing |
| Errata add "shoulder" ||||
| 23 | 093:20 - 093:20 | **093:20** | building and don't go other places.  They may take |
| Errata change don'tnto "do" ||||

| | | | |
|---|---|---|---|
| 24 | 096:05 - 096:05 | **096:05** | that -- basically what Ms. Thomas said, that she |
| Errata correct Thomas to "Howell" | | | |
| 25 | 097:03 - 097:03 | **097:03** | **Do you know whose idea -- like, how did** |
| Errata ? | | | |
| 26 | 106:19 - 106:19 | **106:19** | Amco, I was not assigned an H- -- or Amco email |
| Eratta add "E A" | | | |
| 27 | 135:20 - 135:20 | **135:20** | A.   To differentiate the regular post office |
| Errata change office to "officers" | | | |
| 28 | 141:13 - 141:13 | **141:13** | up any outgoing that we may have in our box. |
| Errata insert "mail" | | | |
| 29 | 144:05 - 144:05 | **144:05** | back in -- when I was hired, that was a security |
| Errata insert "2004" | | | |
| 30 | 149:14 - 149:14 | **149:14** | A.   It depends.  So for preemployment home has |
| Errata change home to "HMMA" | | | |