IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-CV-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) |
| | ) |
| Defendants. | ) |

# EXHIBIT "C" TO

## PLAINTIFF'S OBJECTIONS TO HYUNDAI ENG AMERICA'S DEPOSITION DESIGNATIONS

### RAY CURETON

| Case | Key, Davita |
|---|---|
| Issue Code | HEA Designation |

| CURETON, RAY 8/30/22 VOL 1 ||||
|---|---|---|---|
| 1 | 017:15 - 017:15 | 017:15 | MR. MILLER:  Same objection. |
| 2 | 019:07 - 019:11 | 019:07<br>08<br>09<br>10<br>11 | A.    With Gloria, and I don't remember<br>Gloria's last name, but she was the manager at<br>Hyundai for Dynamic Security that we hired or she<br>actually -- yeah, the one that we hired.<br>Actually, I hired her, so in connection -- in |
| 3 | 022:22 - 022:22 | 022:22 | MR. MILLER:  Object to the form. |
| 4 | 030:10 - 030:10 | 030:10 | MR. MILLER:  Object to the form. |
| 5 | 031:06 - 031:06 | 031:06 | MR. MILLER:  Object to the form. |
| 6 | 031:15 - 032:01 | 031:15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>032:01 | Q.    And would Ms. Key have been making<br>thirteen dollars an hour the minute she started<br>at the mailroom?<br>A.    No.<br>MR. MILLER:  Object to the form.<br>A.    She would not.  My understanding is<br>that they get training pay the first week until<br>they're up to training status and approved.  Then<br>they would receive the full thirteen dollars at<br>that time. |
| 7 | 038:13 - 038:13 | 038:13 | MR. MILLER:  Object to the form. |
| 8 | 045:22 - 045:22 | 045:22 | MR. MILLER:  Object to the form. |
| 9 | 046:05 - 046:15 | 046:05<br>06<br>07<br>08<br>09<br>10<br>11<br>12<br>13<br>14<br>15 | At minimum, they would have had the<br>uniform that we provided for them, uniforms that<br>we provided for them.  And then they -- seems<br>like they included a long-sleeved shirt and maybe<br>a -- it could have been the receptionist.<br>I'm not a hundred percent sure, but<br>it -- you know, they would have been subject to<br>at least as a minimum the security uniform that<br>we provided, and I think that mailroom may have<br>had a little more, but I'm not a hundred percent<br>sure about that. |
| 10 | 058:22 - 058:22 | 058:22 | MR. MILLER:  Object to the form. |
| 11 | 062:11 - 062:11 | 062:11 | MR. MILLER:  Object to the form. |

| | | | |
|---|---|---|---|
| 12 | 062:18 - 062:18 | 062:18 | MR. MILLER: Object to the form. |
| 13 | 069:21 - 069:21 | 069:21 | MR. MILLER: Object to the form. |
| 14 | 072:11 - 072:11 | 072:11 | MR. MILLER: Object to the form. |
| 15 | 072:17 - 072:17 | 072:17 | MR. MILLER: Object to the form. |
| 16 | 073:06 - 073:06 | 073:06 | MR. MILLER: Object to the form. |
| 17 | 075:10 - 075:10 | 075:10 | MR. MILLER: Object to the form. |
| 18 | 075:18 - 075:18 | 075:18 | MR. MILLER: Object to the form. |
| 19 | 076:05 - 076:05 | 076:05 | MR. MILLER: Object to form. |
| 20 | 078:05 - 078:05 | 078:05 | MR. MILLER: Object to the form. |
| 21 | 080:01 - 080:01 | 080:01 | MR. MILLER: Object to the form. |
| 22 | 080:15 - 080:15 | 080:15 | MR. MILLER: Objection to form. |
| 23 | 085:01 - 085:01 | 085:01 | MR. MILLER: Object to the form. |
| 24 | 090:11 - 090:11 | 090:11 | MR. MILLER: Object to the form. |
| 25 | 090:22 - 090:22 | 090:22 | MR. MILLER: Object to form. |
| 26 | 091:20 - 091:20 | 091:20 | MR. MILLER: Object to the form. |
| 27 | 104:11 - 104:11 | 104:11 | MR. MILLER: Object to the form. |
| 28 | 107:03 - 107:09 | 107:03<br>04<br>05<br>06<br>07<br>08<br>09 | Q.   Why would Ms. Key have been<br>terminated?<br>    A.   Well, if there were other breaking of<br>policies -- all right.  To be very careful how I<br>say this, she can request that she be terminated.<br>Gloria had the right to request either<br>termination or reassignment. |
| 29 | 123:19 - 123:19 | 123:19 | MR. MILLER: Object to the form. |
| 30 | 129:14 - 130:02 | 129:14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>130:01<br>02 | EXAMINATION<br>BY MS. BROWN:<br>    Q.   Mr. Cureton --<br>    A.   Hi.<br>    Q.   -- I'm Whitney Brown.  I introduced<br>myself at the beginning, and then we also met<br>very briefly before you got started.  You've been<br>talking for a while, so it would be an excuse for<br>not remembering.  I am counsel for Hyundai<br>Manufacturing Alabama, which we abbreviated as<br>HMMA.<br>    A.   Yes, ma'am. |
| 31 | 144:15 - 144:20 | 144:15<br>16 | Q.   And you would agree with me that Ms.<br>Williams was HEA's employee in July and August |

| | | | |
|---|---|---|---|
| | | 17 | 2017? |
| | | 18 | MS. PALMER: Object to the form. |
| | | 19 | A. Obviously. That's, yeah, what we've |
| | | 20 | just been determining. |
| 32 | 150:21 - 151:09 | 150:21 | Q. Regarding the hair standard, |
| | | 22 | regardless of who authored it, the specific |
| | | 23 | prohibitions against dreads or locks, did you |
| | | 151:01 | ever know that to be enforced against only one |
| | | 02 | racial group and not another? |
| | | 03 | A. It was enforced across the board |
| | | 04 | regardless of race. |
| | | 05 | Q. To your knowledge, were any white |
| | | 06 | Dynamic employees wearing dreadlocks ever |
| | | 07 | assigned to HMMA's site? |
| | | 08 | A. They were not. Not while I was |
| | | 09 | there. |
| 33 | 151:14 - 153:03 | 151:14 | EXAMINATION |
| | | 15 | BY MR. MILLER: |
| | | 16 | Q. Mr. Cureton, my name is Matt Miller. |
| | | 17 | A. Yes, sir. |
| | | 18 | Q. I'm an attorney for HEA, Hyundai |
| | | 19 | Engineering America. I just want to ask you just |
| | | 20 | a few questions. |
| | | 21 | A. Yes, sir. |
| | | 22 | Q. As you referenced in a statement that |
| | | 23 | we looked at, your statement that we looked at |
| | | 152:01 | earlier, it was Exhibit 33, I believe, Ms. Key |
| | | 02 | was an employee of Dynamic Security, correct? |
| | | 03 | A. That is correct. |
| | | 04 | Q. All right. And Ms. Cassandra |
| | | 05 | Williams, who we've talked about some today, she |
| | | 06 | was not an employee of Dynamic Security, was she? |
| | | 07 | A. She is not. |
| | | 08 | Q. And what is Ms. Williams' race? |
| | | 09 | A. She's African American. |
| | | 10 | Q. After Dynamic Security employees |
| | | 11 | Gloria Robinson and Lieutenant Chambliss |
| | | 12 | interviewed Ms. Key for a position, I believe the |
| | | 13 | testimony was that Ms. Robinson then asked for |
| | | 14 | Ms. Williams to look at Ms. Key's hairstyle and |
| | | 15 | opine whether it met the hairstyle and appearance |
| | | 16 | standards for the location. Is that correct? |

|    |                  |        | 17   | A.   | That's correct.                                          |
|----|------------------|--------|------|------|----------------------------------------------------------|
|    |                  |        | 18   | Q.   | All right.  Your testimony is not                        |
|    |                  |        | 19   | that Ms. Williams made the hiring decisions for          |
|    |                  |        | 20   | Dynamic, is it?                                          |
|    |                  |        | 21   | A.   | It is not.                                               |
|    |                  |        | 22   | Q.   | She would -- your testimony, as I                        |
|    |                  |        | 23   | understand it, was that Ms. Williams would opine         |
|    |                  | 153:01 | whether a Dynamic employee or applicant would            |
|    |                  | 02     | meet the appearance standards for the location?         |
|    |                  | 03     | A.   | That's correct.                                          |
| 34 | 153:16 - 153:16  | 153:16 |      | MR. MILLER:  Object to the form.                        |
| 35 | 158:17 - 158:17  | 158:17 |      | MR. MILLER:  Object to the form.                        |
| 36 | 159:09 - 159:09  | 159:09 |      | MR. MILLER:  Object to the form.                        |
| 37 | 159:13 - 159:13  | 159:13 |      | MR. MILLER:  Object to the form.                        |