IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-CV-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**EXHIBIT "D" TO**

**PLAINTIFF'S OBJECTIONS TO HYUNDAI ENG AMERICA'S DEPOSITION DESIGNATIONS**

**SHERRY SPIRES**

| Case | Key, Davita |
|---|---|
| Issue Code | HEA Designation |

| SPIERS, SHERRY 8/19/22 VOL 1 | | | | |
|---|---|---|---|---|
| 1 | 018:20 - 018:20 | 018:20 | **MR. MILLER:** | **Object to form.** |
| 2 | 020:07 - 020:07 | 020:07 | **MR. MILLER:** | **Object to form.** |
| 3 | 021:16 - 021:16 | 021:16 | **MR. MILLER:** | **Object to the form.** |
| 4 | 025:19 - 025:19 | 025:19 | **MR. MILLER:** | **Object to the form.** |
| 5 | 034:05 - 034:05 | 034:05 | **MR. MILLER:** | **Object to the form.** |
| 6 | 037:10 - 037:10 | 037:10 | **MR. MILLER:** | **Object to the form.** |
| 7 | 037:20 - 037:20 | 037:20 | **MR. MILLER:** | **Object to the form.** |
| 8 | 038:08 - 038:08 | 038:08 | **MR. MILLER:** | **Object to form.** |
| 9 | 038:19 - 038:19 | 038:19 | MR. MILLER: | Object to the form. |
| 10 | 079:11 - 079:11 | 079:11 | **MR. MILLER:** | **Object to the form.** |