IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-CV-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**EXHIBIT "E" TO**

**PLAINTIFF'S OBJECTIONS TO HYUNDAI ENG AMERICA'S DEPOSITION DESIGNATIONS**

**KRISTAL RIDDLE**

| Case | Key, Davita |
|---|---|
| Issue Code | HEA Designation |

| RIDDLE, KRISTAL 8/19/22 VOL 1 | | |
|---|---|---|
| 1 | 031:05 - 031:07 | 031:05    Is everyone that's hired for Dynamic<br>06    Security considered a security officer?<br>07    A.    Yes. |
| 2 | 032:22 - 033:02 | 032:22    Q.    So Ms. Key worked in a mail room.<br>23    Would she, for purposes of Dynamic Security, be<br>033:01    considered a security officer?<br>02    A.    Yes. |
| 3 | 067:14 - 067:16 | 067:14    Q.    And who would have made the<br>15    determination as to whether to hire?<br>16    A.    Gloria Robinson and Ray Cureton. |
| 4 | 077:20 - 078:09 | 077:20    Q.    Can you tell me -- can you list for<br>21    me every individual who supervised Ms. Key?<br>22    A.    No, I can't.<br>23    Q.    Okay.  Can you list for me who you<br>078:01    know supervised Ms. Key?<br>02        MR. MILLER:  Object to the form.<br>03    A.    I know Ms. Key was supervised by<br>04    Gloria Williams.  She was the project manager<br>05    on the ground at HMMA.<br>06    Q.    Okay.  You said Gloria Williams.  Did<br>07    you mean Cassandra Williams or Gloria Robinson?<br>08    A.    I meant Gloria Robinson.<br>09    Q.    Okay. |
| 5 | 082:16 - 082:20 | 082:16    Plaintiff's Exhibit 20 to Dynamic Security<br>17    related to mail room duties and<br>18    responsibilities?<br>19        MR. MILLER:  Object to the form.<br>20        MS. BROWN:  Object to the form. |
| 6 | 083:07 - 083:12 | 083:07    Q.    Is it your understanding that Dynamic<br>08    Security employees in 2017 worked in the mail<br>09    room at Hyundai?<br>10    A.    We did have Dynamic Security<br>11    employees who would be assigned to the mail<br>12    room. |
| 7 | 141:06 - 141:06 | 141:06        MR. MILLER:  Object to the form. |

| | | |
|---|---|---|
| 8 | 154:02 - 154:09 | 154:02   Q.    And at the heading it says, Dynamic<br>03 Security, Inc. Job Description, Job Title:<br>04 Security Officer; do you see that?<br>05   A.    I do.<br>06   Q.    Is this the job title -- the job<br>07 description that would have been applicable to<br>08 Ms. Key?<br>09   A.    It would. |
| 9 | 197:07 - 197:09 | 197:07   Q.    And for the record, Ms. Key was<br>08 directly employed by Dynamic; correct?<br>09   A.    Correct. |
| 10 | 199:02 - 199:20 | 199:02   Q.    Do you have any first-hand knowledge<br>03 of any of the events pertaining to Ms. Key or<br>04 her employment?<br>05   A.    No.<br>06   Q.    Okay.  So today when you were<br>07 testifying, you were asked about these<br>08 documents which refer to Ms. Key, and you<br>09 testified in response to questions about those<br>10 documents.  You were simply reading the<br>11 document stating what you think it said based<br>12 on the text of the document or offering your<br>13 opinion; correct?<br>14   A.    That is correct.<br>15   Q.    Your testimony wasn't based on any of<br>16 your own personal knowledge about what was<br>17 meant in the document or what any of the people<br>18 who were drafting the documents saw or meant;<br>19 correct?<br>20   A.    That is Correct. |
| 11 | 204:21 - 204:21 | 204:21           MR. MILLER:  Object to the form. |