IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVITA M. KEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-CV-767-ECM |
| | ) | |
| HYUNDAI MOTOR MANUFACTURING, | ) | |
| ALABAMA, LLC; HYUNDAI ENG | ) | |
| AMERICA, INC.; and DYNAMIC | ) | |
| SECURITY, INC. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## EXHIBIT B TO

### PLAINTIFF'S OBJECTIONS TO HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC'S DEPOSITION DESIGNATIONS

**ROBERT BURNS - ERRATA**

| Case | Key, Davita |
|---|---|
| Flags and Notes | |

| ANTHONY, ROBERT 6/22/22 VOL 1 | | | |
|---|---|---|---|
| 1 | 041:01 - 041:01 | **041:01** | Alabama, LLC and Hyundai AMOCO America, Inc. |
| Errata "AMCO" change throughout | | | |
| 2 | 162:04 - 162:04 | **162:04** | A.    I don't know how they exactly word |
| Errata change word to "work" | | | |
| 3 | 163:13 - 163:13 | **163:13** | A.    Mailroom personally would go to the |
| Errata personally to "personel" | | | |
| 4 | 305:07 - 305:07 | **305:07** | A.    As I said earlier, in her deposition, |
| Errata her to "this" | | | |