IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-CV-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, | ) |
| ALABAMA, LLC; HYUNDAI ENG | ) |
| AMERICA, INC.; and DYNAMIC | ) |
| SECURITY, INC. | ) |
| | ) |
| | ) |
| Defendants. | ) |

**EXHIBIT C TO**

**PLAINTIFF'S OBJECTIONS TO HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC'S DEPOSITION DESIGNATIONS**

**CASSANDRA WILLIAMS**

| Case | Key, Davita |
|---|---|
| Issue Code | HMMA Designation |

| WILLIAMS, CASSANDRA 9/6/22 VOL 1 | | | |
|---|---|---|---|
| 1 | 015:17 - 015:19 | 015:17 | MS. BROWN:  Object to form. |
| | | 18 | MR. MILLER:  Object to form. |
| | | 19 | Q.   You can answer. |
| 2 | 024:05 - 024:05 | 024:05 | MS. BROWN:  Object to form. |
| 3 | 024:11 - 024:11 | 024:11 | MS. BROWN:  Object to form. |
| 4 | 030:08 - 030:15 | 030:08 | Q.   Have you seen anything related to |
| | | 09 | employment discrimination from HEA? |
| | | 10 | A.   Only our handbook. |
| | | 11 | Q.   Who gets the handbook? |
| | | 12 | A.   HEA employees. |
| | | 13 | Q.   And so in Alabama would it be the five |
| | | 14 | people we looked at on Plaintiff's Exhibit 62? |
| | | 15 | A.   Yes. |
| 5 | 033:06 - 033:07 | 033:06 | MS. BROWN:  Object to form. |
| | | 07 | MR. MILLER:  Object to form. |
| 6 | 034:23 - 034:23 | 034:23 | MS. BROWN:  Object to form. |
| 7 | 035:04 - 035:04 | 035:04 | MS. BROWN:  Object to form. |
| 8 | 035:11 - 035:12 | 035:11 | MS. BROWN:  Object to form. |
| | | 12 | MR. MILLER:  Object to form. |
| 9 | 035:14 - 035:17 | 035:14 | Q.   Did HMMA ever make any requests to you to |
| | | 15 | remove somebody from Dynamic Security from the |
| | | 16 | property? |
| | | 17 | A.   Not that I recall. |
| 10 | 036:03 - 036:03 | 036:03 | MS. BROWN:  Object to form. |
| 11 | 036:07 - 036:08 | 036:07 | MS. BROWN:  Object to form. |
| | | 08 | MR. MILLER:  Object to form. |
| 12 | 037:06 - 037:06 | 037:06 | MS. BROWN:  Object to form. |
| 13 | 037:13 - 037:14 | 037:13 | MR. MILLER:  Object to form. |
| | | 14 | MS. BROWN:  Object to form. |
| 14 | 042:23 - 042:23 | 042:23 | MS. BROWN:  Object to form. |
| 15 | 045:03 - 045:04 | 045:03 | A.   No one reviewed with HMMA -- HMMA reviewed |
| | | 04 | it. |
| 16 | 045:17 - 045:18 | 045:17 | MR. MILLER:  Object to form. |

| | | | | |
|---|---|---|---|---|
| | | 18 | | MS. BROWN:  Object to form. |
| 17 | 046:01 - 046:03 | 046:01 | | MS. BROWN:  Object to form. |
| | | 02 | | MR. MILLER:  Object to form. |
| | | 03 | | MR. REDMOND:  Same objection. |
| 18 | 050:03 - 050:05 | 050:03 | | MS. BROWN:  Object to form. |
| | | 04 | | MR. MILLER:  Object to form. |
| | | 05 | | MR. REDMOND:  Same objection. |
| 19 | 051:10 - 051:15 | 051:10 | Q. | What was Ms. Howard's race? |
| | | 11 | A. | Black. |
| | | 12 | Q. | An what was Ms. Walton's race? |
| | | 13 | A. | Miss who? |
| | | 14 | Q. | Walton. |
| | | 15 | A. | Black. |
| 20 | 052:08 - 052:08 | 052:08 | | MS. BROWN:  Object to form. |
| 21 | 055:13 - 055:14 | 055:13 | | MR. MILLER:  Object to form. |
| | | 14 | | MS. BROWN:  Object to form. |
| 22 | 055:20 - 055:21 | 055:20 | | MS. BROWN:  Object to form. |
| | | 21 | | MR. MILLER:  Object to form. |
| 23 | 056:04 - 056:05 | 056:04 | | MS. BROWN:  Object to form. |
| | | 05 | | MR. MILLER:  Object to form. |
| 24 | 058:10 - 058:10 | 058:10 | | MS. BROWN:  Object to form. |
| 25 | 058:19 - 058:19 | 058:19 | | MS. BROWN:  Object to form. |
| 26 | 061:22 - 061:22 | 061:22 | | MS. BROWN:  Object to form. |
| 27 | 062:07 - 062:07 | 062:07 | | MS. BROWN:  Object to form. |
| 28 | 062:11 - 062:11 | 062:11 | | MS. BROWN:  Object to form. |
| 29 | 063:05 - 063:07 | 063:05 | | Does that legal department provide |
| | | 06 | | services to HEA? |
| | | 07 | A. | No. |
| 30 | 066:07 - 066:08 | 066:07 | | MS. BROWN:  Object to form. |
| | | 08 | A. | I honestly don't... |
| 31 | 066:12 - 066:12 | 066:12 | | MS. BROWN:  Object to form. |
| 32 | 066:17 - 066:18 | 066:17 | | MS. BROWN:  Object to form. |
| | | 18 | | MR. MILLER:  Object to form. |
| 33 | 067:14 - 067:14 | 067:14 | | MS. BROWN:  Object to form. |
| 34 | 068:20 - 068:20 | 068:20 | | MS. BROWN:  Object to form. |
| 35 | 069:15 - 069:16 | 069:15 | | MS. BROWN:  Object to form. |
| | | 16 | | MR. MILLER:  Object to form. |

| | | | |
|---|---|---|---|
| 36 | 069:19 - 069:19 | 069:19 | MS. BROWN:  Object to form. |
| 37 | 070:11 - 070:11 | 070:11 | MS. BROWN:  Object to form. |
| 38 | 070:15 - 070:18 | 070:15 | identifies her with the word "Hyundai"? |
| | | 16 | MS. BROWN:  Object to form. |
| | | 17 | MR. MILLER:  Object to form. |
| | | 18 | MR. REDMOND:  Same objection. |
| 39 | 071:01 - 071:05 | 071:01 | Q.   So you always wear a shirt that says |
| | | 02 | "Hyundai Engineering"? |
| | | 03 | A.   Yes. |
| | | 04 | Q.   Was that the case in 2017? |
| | | 05 | A.   Yes. |
| 40 | 071:13 - 072:02 | 071:13 | Q.   Who set Ms. Key's rate of pay? |
| | | 14 | A.   Dynamic Security. |
| | | 15 | Q.   When we look at Plaintiff's Exhibit 20, it |
| | | 16 | says in here the pay is $13 per hour. |
| | | 17 | If Dynamic Security set that rate of pay, |
| | | 18 | why did you put that in Plaintiff's Exhibit 20? |
| | | 19 | A.   This is a job announcement. |
| | | 20 | Q.   Okay.  Is the rate of pay for the position |
| | | 21 | set through -- was it controlled by the scope of |
| | | 22 | services agreement? |
| | | 23 | A.   It was in their bid. |
| | | | ALABAMA COURT REPORTING, INC. |
| | | | www.alabamareporting.com   877.478.DEPO (3376) |
| | | 072:01 | Q.   Okay.  And who accepted the bid? |
| | | 02 | A.   HEA accepted the bid. |
| 41 | 076:04 - 076:05 | 076:04 | MR. MILLER:  Object to form. |
| | | 05 | MS. BROWN:  Object to form. |
| 42 | 076:22 - 076:23 | 076:22 | MR. MILLER:  Object to form. |
| | | 23 | MS. BROWN:  Object to form. |
| 43 | 080:11 - 080:11 | 080:11 | MS. BROWN:  Object to form. |
| 44 | 080:13 - 080:13 | 080:13 | MR. MILLER:  Object to form. |
| 45 | 082:09 - 082:10 | 082:09 | MS. BROWN:  Object to form. |
| | | 10 | MR. MILLER:  Object to form. |
| 46 | 082:14 - 082:14 | 082:14 | MS. BROWN:  Object -- |
| 47 | 082:21 - 082:22 | 082:21 | MS. BROWN:  Object to form. |
| | | 22 | MR. MILLER:  Object to form. |
| 48 | 083:11 - 083:14 | 083:11 | MR. MILLER:  Object to form. |
| | | 12 | MS. BROWN:  Object to form. |

| | | | |
|---|---|---|---|
| | | 13 | MR. MILLER:  She can answer. |
| | | 14 | MR. REDMOND:  Same objection. |
| 49 | 083:21 - 083:22 | 083:21 | MS. BROWN:  Object to form. |
| | | 22 | MR. MILLER:  Object to form. |
| 50 | 084:10 - 084:19 | 084:10 | Q.   Okay.  You said an agreement was reached. |
| | | 11 | Were you a party to this agreement |
| | | 12 | concerning how Ms. Key would style her hair? |
| | | 13 | A.   Yes.  I was in there when she agreed to do |
| | | 14 | it. |
| | | 15 | Q.   Tell me what you know of that agreement. |
| | | 16 | A.   It was a verbal agreement.  She stated -- |
| | | 17 | after I said "Yes, this is acceptable" and she |
| | | 18 | stated that's the way she would have her hair done |
| | | 19 | when she returned. |
| 51 | 085:18 - 085:21 | 085:18 | Q.   How far is the security building from the |
| | | 19 | administration building?  Are they next to each |
| | | 20 | other?  Are they connected? |
| | | 21 | A.   No.  It's, like, across campus. |
| 52 | 086:03 - 086:12 | 086:03 | Q.   Is this the building where employees go to |
| | | 04 | get their badge? |
| | | 05 | A.   It is. |
| | | 06 | Q.   Who issues the badges? |
| | | 07 | A.   The receptionist, me, sometimes dispatch |
| | | 08 | if we're short. |
| | | 09 | Q.   And who does the receptionist work for? |
| | | 10 | A.   The security company. |
| | | 11 | Q.   And who does dispatch work for? |
| | | 12 | A.   The security company. |
| 53 | 087:08 - 087:09 | 087:08 | MS. BROWN:  Object to form. |
| | | 09 | MR. MILLER:  Object to form. |
| 54 | 089:01 - 089:01 | 089:01 | MS. BROWN:  Object to form. |
| 55 | 089:16 - 089:18 | 089:16 | MR. MILLER:  You're saying the agreement |
| | | 17 | was not signed -- had not been signed? |
| | | 18 | THE WITNESS:  It was not signed. |
| 56 | 092:23 - 092:23 | 092:23 | A.   All the time. |
| 57 | 093:01 - 093:01 | 093:01 | MS. BROWN:  Object to form. |
| 58 | 096:11 - 096:13 | 096:11 | MS. BROWN:  Object to the form. |
| | | 12 | MR. MILLER:  Object to the form. |
| | | 13 | MR. REDMOND:  Object to form. |

| | | | |
|---|---|---|---|
| 59 | 099:16 - 099:16 | 099:16 | A. I have no idea. |
| 60 | 100:19 - 100:20 | 100:19 | MR. MILLER: Object to form. |
| | | 20 | MR. REDMOND: Same objection to form. |
| 61 | 100:23 - 100:23 | 100:23 | MS. BROWN: Object to form. |
| 62 | 105:12 - 105:12 | 105:12 | MS. BROWN: Object to form. |
| 63 | 105:21 - 105:21 | 105:21 | MS. BROWN: Object to form. |
| 64 | 106:14 - 106:15 | 106:14 | MS. BROWN: Object to form. |
| | | 15 | MR. MILLER: Object to form. |
| 65 | 108:12 - 108:12 | 108:12 | MS. BROWN: Object to form. |
| 66 | 108:15 - 108:18 | 108:15 | Q. Okay. Were there any guidelines or |
| | | 16 | instructions from HMMA as to what you could or |
| | | 17 | could not have in your signature line? |
| | | 18 | A. If there was, it wasn't shared with me. |
| 67 | 109:03 - 109:03 | 109:03 | MS. BROWN: Object to form. |
| 68 | 109:10 - 109:10 | 109:10 | MS. BROWN: Object to form. |
| 69 | 109:12 - 109:19 | 109:12 | Q. Did anyone tell you to put in there where |
| | | 13 | your assignment was? |
| | | 14 | A. No. I chose to do it. |
| | | 15 | Q. Did anyone tell you to use the "Team |
| | | 16 | Built, Team Strong" HMMA logo -- |
| | | 17 | A. No. |
| | | 18 | Q. -- in your signature? |
| | | 19 | A. That was my decision. |
| 70 | 111:06 - 111:07 | 111:06 | MR. MILLER: Object to the form. |
| | | 07 | MS. BROWN: Object to the form. |
| 71 | 111:13 - 111:13 | 111:13 | MS. BROWN: Object to form. |
| 72 | 112:11 - 112:12 | 112:11 | MS. BROWN: Object to the form. |
| | | 12 | MR. MILLER: Object to the form. |
| 73 | 146:11 - 146:13 | 146:11 | Q. Did any employee of HMMA ask that Ms. Key |
| | | 12 | be removed from its site? |
| | | 13 | A. They did not. |
| 74 | 147:11 - 149:06 | 147:11 | And keeping on 9 and 63, I want to be sure |
| | | 12 | that I'm clear. You are the author of Plaintiff's |
| | | 13 | Exhibit 9; correct? |
| | | 14 | A. And 63, yes. |
| | | 15 | Q. Yeah. I want to ask them separately |
| | | 16 | because of the -- |
| | | 17 | A. Oh, I'm sorry. |
| | | 18 | Q. -- the formalities. |

| | | | |
|---|---|---|---|
| | | 19 | You are the author of Plaintiff's |
| | | 20 | Exhibit 9; correct? |
| | | 21 | A.   Correct. |
| | | 22 | Q.   And no one from HMMA specifically had to |
| | | 23 | approve Plaintiff's Exhibit 9; correct? |
| | | | ALABAMA COURT REPORTING, INC. |
| | | | www.alabamareporting.com   877.478.DEPO (3376) |
| | 148:01 | | A.   Correct. |
| | 02 | | Q.   And you're the author of Plaintiff's |
| | 03 | | Exhibit 63; correct? |
| | 04 | | A.   Correct. |
| | 05 | | Q.   And no one from HMMA had to approve that |
| | 06 | | before it went into effect; correct? |
| | 07 | | A.   Correct. |
| | 08 | | Q.   Your project manager, does he have a |
| | 09 | | direct report within HEA? |
| | 10 | | A.   A direct report? |
| | 11 | | Q.   Yeah, and who does he directly report to? |
| | 12 | | A.   In HEA? |
| | 13 | | Q.   Uh-huh.  You mentioned that he had a |
| | 14 | | line -- |
| | 15 | | A.   Yes. |
| | 16 | | Q.   -- of authority that included Mr. Kwak. |
| | 17 | | A.   And Mr. Kwak is no longer assigned to the |
| | 18 | | California office.  So he does, but it has since |
| | 19 | | changed so -- over time, so I have no idea -- |
| | 20 | | Q.   In 2017 was his direct supervisor |
| | 21 | | Mr. Kwak? |
| | 22 | | A.   Yes, as far as I know -- or knew it at the |
| | 23 | | time. |
| | | | ALABAMA COURT REPORTING, INC. |
| | | | www.alabamareporting.com   877.478.DEPO (3376) |
| | 149:01 | | Q.   And so when you talked about him reporting |
| | 02 | | to various HMMA offices, you were talking about |
| | 03 | | contractual reports he needed to give, early in |
| | 04 | | your deposition? |
| | 05 | | A.   Yes.  Any information or whatever related |
| | 06 | | to the contracts that HEA manage. |
| 75 | 150:16 - 151:04 | 150:16 | Q.   Okay.  It was just your decision to change |
| | | 17 | the mail room hours? |
| | | 18 | A.   Well, just based on feedback I was getting |
| | | 19 | from HMMA team members as related -- them trying |

|    |                 |        |                                                            |
|----|-----------------|--------|------------------------------------------------------------|
|    |                 | 20     | to send mail, send packages. And there were times          |
|    |                 | 21     | that HMMA's finance department was late getting            |
|    |                 | 22     | out payroll checks or the W-2s, and it would               |
|    |                 | 23     | require the mail room staff to stay past their             |
|    |                 |        | ALABAMA COURT REPORTING, INC.                              |
|    |                 |        | www.alabamareporting.com   877.478.DEPO (3376)             |
|    |                 | 151:01 | normal hours. So just the various feedback, it             |
|    |                 | 02     | was just best that we modified it, yes.                    |
|    |                 | 03     | Q.   You changed the hours?                                |
|    |                 | 04     | A.   Yes.                                                  |
| 76 | 151:19 - 151:21 | 151:19 | MS. BROWN:  Object to form.                                |
|    |                 | 20     | MR. REDMOND:  Object to form.                              |
|    |                 | 21     | MR. MILLER:  Object to form.                               |
| 77 | 152:04 - 152:06 | 152:04 | MR. REDMOND:  Object to form.                              |
|    |                 | 05     | MR. MILLER:  Object to the form.                           |
|    |                 | 06     | MS. BROWN:  Object to the form.                            |
| 78 | 152:20 - 152:22 | 152:20 | MS. BROWN:  Object to the form.                            |
|    |                 | 21     | MR. MILLER:  Object to the form.                           |
|    |                 | 22     | MR. REDMOND:  Same objection.                              |
| 79 | 155:19 - 155:19 | 155:19 | MS. BROWN:  Object to form.                                |
| 80 | 155:23 - 155:23 | 155:23 | MS. BROWN:  Object to form.                                |