IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVITA M. KEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-CV-767-ECM |
| | ) | |
| HYUNDAI MOTOR MANUFACTURING, | ) | |
| ALABAMA, LLC; HYUNDAI ENG | ) | |
| AMERICA, INC.; and DYNAMIC | ) | |
| SECURITY, INC. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## EXHIBIT E TO

## PLAINTIFF'S OBJECTIONS TO HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC'S DEPOSITION DESIGNATIONS

### SHERRY SPIRES

| Case | Key, Davita |
|---|---|
| Issue Code | HMMA Designation |

| | SPIERS, SHERRY 8/19/22 VOL 1 | | |
|---|---|---|---|
| 1 | 018:06 - 018:06 | 018:06 | MS. BROWN:  Object to the form. |
| 2 | 018:19 - 018:20 | 018:19<br>20 | MS. BROWN:  Object to form.<br>MR. MILLER:  Object to form. |
| 3 | 021:15 - 021:16 | 021:15<br>16 | MS. BROWN:  Object to form.<br>MR. MILLER:  Object to the form. |
| 4 | 025:17 - 025:19 | 025:17<br>18<br>19 | MR. REDMOND:  Same objection.<br>MS. BROWN:  Object to the form.<br>MR. MILLER:  Object to the form. |
| 5 | 038:08 - 038:10 | 038:08<br>09<br>10 | MR. MILLER:  Object to form.<br>MS. BROWN:  Object to form.<br>MR. REDMOND:  Same object to form. |
| 6 | 075:22 - 076:17 | 075:22<br>23<br>076:01<br>02<br>03<br>04<br>05<br>06<br>07<br>08<br>09<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17 | Q.   Okay.  Are you aware of the existence<br>of an entity called Hyundai Engineering America<br>or Hyundai ENG America?<br>A.   That has been -- that was brought up<br>in preparing for this, that there were actually<br>two different -- but in my -- my world, I only<br>knew Hyundai.<br>Q.   You just knew the one word Hyundai?<br>A.   Yes.<br>Q.   You're not -- it didn't come up<br>directly here.  Do you know which entity<br>Cassandra Williams works for?<br>A.   No.<br>Q.   If she -- if there's a sworn<br>declaration in evidence where she says that she<br>works exclusively for Hyundai Engineering<br>America, would you have any basis to dispute<br>that?<br>A.   No. |
| 7 | 078:05 - 079:18 | 078:05<br>06<br>07<br>08<br>09 | Q.   And in Exhibit 38, in your e-mail at<br>the bottom of Page 73, you write, "Let's make<br>sure there is a clear written policy from HMMA<br>dot, dot, dot."<br>     At the time you wrote that e-mail, |

|   |   |   |   |
|---|---|---|---|
|   |   | 10 | were you aware of the existence of Hyundai ENG |
|   |   | 11 | America? |
|   |   | 12 | A.   No.  I would've just used HMMA just |
|   |   | 13 | because someone else -- I saw someone else |
|   |   | 14 | using the acronym for it rather than typing out |
|   |   | 15 | Hyundai.  That's the only reason I would have |
|   |   | 16 | used that. |
|   |   | 17 | Q.   And then with respect to the policy |
|   |   | 18 | that Ms. Robinson writes or rewrites or types |
|   |   | 19 | in response to your e-mail, Ms. Robinson never |
|   |   | 20 | expressly says that this is HMMA's policy, does |
|   |   | 21 | she? |
|   |   | 22 | A.   No.  I don't see it on this e-mail. |
|   |   | 23 | Q.   And, in fact, she describes it as |
|   |   | 079:01 | this is an excerpt from something that's posted |
|   |   | 02 | on a bulletin board; correct? |
|   |   | 03 | A.   Correct. |
|   |   | 04 | Q.   And so sitting here today as |
|   |   | 05 | Dynamic's representative, you have no idea who |
|   |   | 06 | posted that policy; correct? |
|   |   | 07 | A.   Correct. |
|   |   | 08 | Q.   Do you know of anyone, other than |
|   |   | 09 | Cassandra Williams, who requested that Ms. Key |
|   |   | 10 | not return to the Hyundai facility? |
|   |   | 11 | MR. MILLER:  Object to the form. |
|   |   | 12 | A.   I know of no one else other than |
|   |   | 13 | Cassandra. |
|   |   | 14 | Q.   Have you ever personally seen any |
|   |   | 15 | policy regarding hair style that is clearly |
|   |   | 16 | coming from Hyundai Motor Manufacturing |
|   |   | 17 | Alabama? |
|   |   | 18 | A.   No. |
| 8 | 080:08 - 081:03 | 080:08 | Q.   Sorry.  Do you have any basis -- is |
|   |   | 09 | there any document evidence that would support |
|   |   | 10 | any conclusion that HMMA is a direct client of |
|   |   | 11 | Dynamic Security? |
|   |   | 12 | A.   I'm unsure how to answer that |
|   |   | 13 | because -- |
|   |   | 14 | Q.   It's outside your scope? |
|   |   | 15 | A.   -- the difference.  Yes.  And the |
|   |   | 16 | difference in the two companies -- |
|   |   | 17 | Q.   Is unknown to you? |

|  |  | 18 | A. | -- with me -- right.  It was just |
|---|---|---|---|---|
|  |  | 19 | Hyundai.  I -- it never occurred to me that |
|  |  | 20 | there were two different entities. |
|  |  | 21 | Q. | So as far as your knowledge goes, |
|  |  | 22 | **Hyundai Engineering or Hyundai ENG America** |
|  |  | 23 | **might be Dynamic's client --** |
|  | 081:01 | A. | Right. |
|  |  | 02 | Q. | **-- and not HMMA?** |
|  |  | 03 | A. | At the time, yes.  That's -- |