IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:19-cv-767-ECM |
| | ) |
| DYNAMIC SECURITY, INC. | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

This matter is presently set for a pretrial conference on February 21, 2023, at 2:00 p.m. (Doc. 106). Currently pending before the Court is Defendant Dynamic Security, Inc.'s motion to strike Plaintiff's demand for a jury trial. (Doc. 89). The motion has been fully briefed and is ripe for review. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to strike Plaintiff's jury demand (doc. 89) is hereby SET for oral argument on **February 21, 2023, at 2:00 p.m.** in Courtroom 2A, in the Frank M. Johnson, Jr. U.S. Courthouse, One Church Street, Montgomery, Alabama. Oral argument will take place at the same time and place as the pretrial conference.

Done this 10th day of February, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE