# Exhibit 24

# Letter of Intent – HEA0280



**HYUNDAI ENGINEERING CO., LTD.**

| | |
|---|---|
| **HYUNDAI ENGINEERING AMERICA INC.**<br>111 Peters Canyon Road<br>IRVINE, CA 92606<br>Tel: 949-251-0195<br>Fax: 949-251-0665 | **Montgomery, AL Office**<br>700 HYUNDAI BLVD<br>MONTGOMERY, AL 36105<br>Tel: 334-387-8913<br>Fax: 334-387-8949 |

January 17, 2015 / Ref. No. 20150117

**Dynamic Security Services, Inc.**
1102 Woodward Avenue
Muscle Shoals, Alabama 35661

Attention: Scott Riddle

Subject: <u>**Letter of Intent: Security Services for Hyundai Motor Manufacturing Alabama; Hyundai Glovis Alabama and Hyundai Glovis America:**</u>

This correspondence is intended to provide confirmation that Hyundai ENG America, INC. will soon partner with Dynamic Security Services, INC. for the security services contract for services at Hyundai Motor Manufacturing Alabama, Hyundai Glovis Alabama and Hyundai Glovis America sites located in Montgomery, Alabama. The official contract for services has not been issued. Although the current security contract will terminate on January 31, 2015 and will not be renewed, a <u>courtesy notice</u> of the same has not been sent to the current vendor. Please begin immediate preparation to take over the security contract for services; the anticipated start date will be Saturday February 1, 2015. Please let us know if we can be of any assistance during your transition planning.

Thanking you in advance I'm,

Sincerely yours,

*[signature]*

Hoo Taek Lee /Project Manager
Cassandra Williams /Security Manager


cc: Hyundai ENG America, Inc. California Office
    Hyundai Engineering Co., LTD.