# Exhibit 40

# Assignment Refusal Forms

# Assignment Refusal Form

**Employee Name:** Davita Key

**Current Assignment:** HMMA          **Location:** Montgomery

**Rate of Pay:** _____          **Shift:** 1st

**Schedule:** _____          **Hours per wk:** 40 hrs

**Reason for Termination of Assignment:**
Removed from HMMA at Client's request

**New Assignment:** Koch Foods          **Location:** Montgomery

**Rate of Pay:** 9.00          **Shift:** 3rd Shift

**Schedule:** _____          **Start Date:** _____

**Hours per wk:** 16

**Reason for Refusal of Assignment:**
Can only work 1st Shift.

**Position offered by:** Ray H. Curston          **Date:** 1 Aug 17

Dynamic - Key 000029
Initial Disclosures

# Assignment Refusal Form

**Employee Name:** Davita Key

**Current Assignment:** HMMA        **Location:** Montgomery

**Rate of Pay:** _____        **Shift:** 1ST

**Schedule:** _____           **Hours per wk:** 40 hrs

**Reason for Termination of Assignment:**
Removed from Hyundai at client's request.

---

**New Assignment:** MOBIS           **Location:** Montgomery

**Rate of Pay:** 9.00                **Shift:** 2nd c- 3rd

**Schedule:** _____            **Start Date:** _____

**Hours per wk:** 16

**Reason for Refusal of Assignment:**
Can only work 1st shift

**Position offered by:** Ray Cureton     **Date:** 1 AUC 17

Dynamic - Key 000030
Initial Disclosures