# Exhibit 43

# Ray Curenton

# Statement

# DYNAMIC SECURITY, INC.

*Over 70 Years of Quality Protective Services*

## STATEMENT FORM

Name of Person Making Statement: Ray H. Cureton

Address: 5510 Wares Ferry Rd, Suite S, Montgomery, AL 36117

Primary Phone: (334) 395-7722                    E-mail: rcureton@dynamicsecurity.org

**STATEMENT**: On 1 August 2017, Ms. Divita Key entered the Dynamic Security Montgomery, AL office to discuss her dismissal from Hyundai Motor Manufacturing of Alabama (HMMA) with District Manager (DM) Dr. Ray H. Cureton. This conversation was witnessed by the Dynamic Security Office Manager, Nicole Scavella. DM Cureton informed Ms. Key that she was not being terminated from Dynamic Security, and that he would attempt to find another position with Dynamic Security in the Montgomery area for her to work. Ms. Key repeatedly stated that she had "no problem with Dynamic Security," and that she intended to file an EEOC complaint against HMMA for discrimination. She stated that she felt she was being discriminated against because she was pregnant. DM Cureton assured her that was not the case, and that she had been removed from working at the HMMA site at the client's request over appearance standards, specifically, the fact that she had Dred-locks, which is against HMMA policy. DM Cureton informed Ms. Key that he would reassign her to another site, however, he did not have any full-time positions available at that moment. It was later learned that Ms. Key could only work first shift, which was not available at the time, and severely limited her availability. Ms. Key was informed that there may be a part time first shift available on the weekend at KOCH, but she initially declined that position, or other positions at other shift times at KOCH or MOBIS. DM Cureton informed Ms. Key that he would look for open positions for her since security manning needs often fluctuate quickly. As of the date of this statement (August 14, 2017), there are no full time first shifts available in the Montgomery district.

I hereby declare that the above statement is true to the best of my knowledge and belief.

SIGNED _____                    DATE/TIME: 14AUG 17/1455 hrs

*Continue on Back if Needed*

234 Aquarius Drive Suite 112, Birmingham AL 35209 (P)205.942.0405 (F)205.942.0467

**Dynamic - Key 000036**
**Initial Disclosures**