# Exhibit 44

# Nicole Scavella Statement

# DYNAMIC SECURITY, INC.
*Over 70 Years of Quality Protective Services*

## STATEMENT FORM

Name of Person Making Statement: Nicole Scavella

Address: 5510 Wares Ferry Rd.
Mont., AL 36117

Primary Phone: 334-395-7702   E-mail: nscavella at dynamicsecurity.org

STATEMENT: Ms. Key, was told on two separate occasions that when a first shift become available she would be notified. Ms. Key, was offered positions on all currently available posts but, said that she could only work first shift. These conversations occurred on August 8th, 2017 and I personally spoke with Ms. Key on August 11th, 2017 when she came in the office on an unrelated matter.

I hereby declare that the above statement is true to the best of my knowledge and belief.

SIGNED: N. Scavella      DATE/TIME: 8-14-2017  4:01 pm

Continue on Back if Needed

234 Aquarius Drive Suite 112, Birmingham AL 35209 (P)205.942.0405 (F)205.942.0467