# Exhibit 61

# July 27, 2016, letter of extension of Contract



Hyundai Motor Manufacturing Alabama, LLC
700 Hyundai Boulevard, Montgomery, AL 36105
TEL: 334-387-8000
www.hmmausa.com

July 27, 2016

Hyundai ENG America, Inc
111 Peters Canyon Road
Irvine, CA 92606

      RE:    Contract for Services (Security Services) dated February 4, 2013 between Hyundai AMCO America Inc. (now known as Hyundai ENG America, Inc) and Hyundai Motor Manufacturing Alabama, LLC

To Whom It May Concern:

The purpose of this letter is to extend the term of the above referenced contract from the original expiration date on a month-to-month basis until a new agreement is entered into or until this contract is terminated. The contract is extended on the same terms and conditions as set forth in the above referenced contract.

Please acknowledge your receipt of and agreement to this extension by having an authorized representative of Hyundai ENG America Inc sign below and return the executed letter to me at your earliest convenience. We appreciate Hyundai ENG America, Inc's continued support and cooperation.

Sincerely,


Keewoong Kim
Senior Vice President CAO
HR & Administration

                                                        <u>ACKNOWLEDGED AND AGREED TO</u>:
                                                        Hyundai ENG America, Inc

                                                        By: _____
                                                        Print Name: _____
                                                        Title: _____

CONFIDENTIAL
Davita M. Key v. HMMA, et al        Documents Produced by HMMA        HMMA000543