# Exhibit 64

# PowerPoint – sexual harassment in the workplace

# Sexual Harassment in the Workplace

  

**Dynamic - Key 000093**

# Identifying Harassment

- Is it sexual harassment if a boss asks for sex but does not retaliate if the employee rejects the advance?

- Is it sexual harassment if a boss makes sexual remarks but does not retaliate if the employee rejects the remarks?

- Is it sexual harassment if a boss puts his arm around an employee?

- Is it sexual harassment if a boss massages an employee's shoulders and neck?

- Is it sexual harassment if a boss flirts with an employee?

**Dynamic - Key 000094**



**Dynamic - Key 000095**

# Who could be a sexual harasser?

- A coworker
- A manager/supervisor
- A customer
- A client employee
- A site vendor
- Male
- Female



gg105378584  www.gograph.com

**Dynamic - Key 000096**

# Sexual Harassment Definition

- Any unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature

- Sexual harassment ranges from unwanted touching, inappropriate comments or jokes, or someone promising a promotion, raise, or advancement in exchange for sexual favors (quid pro quo)

- Sexual harassment does not have to be "sexual".

- Teasing, intimidating, or offensive comments based on stereotypes based on a person's sex, gender identity, or sexual orientation.

**Dynamic - Key 000097**

# Let's look at examples....

- Making unwanted requests for sexual favors or dates
- Making inappropriate comments on someone's body or appearance
- Saying derogatory things or making fun of people of a certain gender or sexual orientation ("women are..." or "all gay people...")
- Using gender-based or sexual orientation-based swear words
- Making vulgar, offensive or explicit jokes about sex or sexual acts
  - It counts as harassment if the conduct is not aimed at a specific person, but is overheard by a person who would be impacted by the comments
- Sending or sharing emails, texts, or messages of a sexual nature

**Dynamic - Key 000098**

# Examples, Continued

- Gossiping about someone's personal relationships or sex life

- Unwanted or inappropriate touching of ANY body part, clothing, face, or hair, including hugging, kissing, pinching, patting, rubbing, or purposefully brushing up against the other person

- Staring, leering, or making gestures of a sexual nature

- Asking sexual questions, such as inquiries regarding sexual orientation or sexual history

- Blocking someone's movement

- Displaying, sending, or sharing vulgar pictures or pornography

**Dynamic - Key 000099**

# For something to be considered sexual harassment,

*What matters is what the person who is being harassed thinks about the situation.*

It does **NOT** matter if the person who is doing the harassing thinks their actions are okay, harmless, not sexual, are welcomed, etc.

If the behavior is something a person does not want or finds offensive, that behavior is harassment.

Dynamic - Key 000100

# "In my defense, they didn't tell me to stop..."

- It still counts as harassment if, in the moment, the person doesn't immediately say "stop" or otherwise let the person know they are being inappropriate.
- A person may laugh along to a joke they find offensive, or accept a hug because they:
  - are caught unaware in the moment
  - are worried the harasser will react badly if they don't go along with the behavior
  - may be afraid speaking up or saying "no" will impact their job

**Dynamic - Key 000101**

# Sexual Harassment is Illegal under Title VII of the Civil Rights Act of 1964

- Title VII is designed to make employers accountable for providing a work environment that is free from harassment and other kinds of discrimination.

- Title VII does not make it illegal for someone to harass someone else.

- Title VII makes it illegal for **employers to allow harassment to occur or to fail to stop it once they know it is happening**.



**Dynamic - Key 000102**

# Retaliation for Reporting Sexual Harassment is also Illegal under Title VII

- It is illegal to retaliate against an employee for reporting sexual harassment, participating in an investigation of sexual harassment, or participating in legal action related to sexual harassment.

- This includes actions by coworkers, even those who may or may not have been involved in the incident or situation.

**Dynamic - Key 000103**

# Examples of Illegal Retaliation

- Being fired or demoted
- Receiving a pay cut or reduction in hours or benefits
- Being assigned a different shift, location, position
- Receiving new or different duties
- Being asked to take time off without pay
- Being "iced out" by coworkers
- No longer being invited to meetings
- Being left off of communications once formerly included on

**Dynamic - Key 000104**

# Appropriate and Acceptable Harassment Reporting Chains

- RE→Site Supervisor→Field Supervisor→Operations Manager→District Manager→HR (Sherry Spires)
- RE→Field Supervisor→Operations Manager→District Manager→HR
- RE→Operations Manger→District Manager→HR
- RE→District Manager→HR
- RE→Regional Manager→HR
- RE→VP:OPS (Tracy Peoples)→HR
- RE→HR
- RE→Client Contact→Regional Manager→VP:OPS→HR
- RE→EEOC→Legal Affairs (Kristal Riddle)

**Dynamic - Key 000105**

# Handling Reports: The Paper Trail

- Document, Document, Document, Document, Document, Document
- There is no such thing as too much documentation
- Ask the employee to put their complaint in writing. Provide a pad of paper, writing instruments, and a quiet environment.
- Instruct them to be as thorough in their report as possible. Have them write down the dates, approximate times, exact wording, descriptions of any physical contact, names of witnesses, etc
- As they make their record, prepare your own statement as to what the Reporting Employee said to you and describe their demeanor when approaching you
- Collect any text messages, emails, or social media evidence that may exist on the RE's phone

**Dynamic - Key 000106**

# The Paper Trail Continues

- Request additional written statements from any other Dynamic employees who witnessed the Reporting Employee in their approach to speak with you

- Upon collection of the RE's written report, assure them that you are opening an investigation into their complaint effective immediately

- Explain that we will be interviewing the alleged harasser. As such, that person will be made aware of the complaint, and in order to conduct a complete and thorough investigation, their name will be revealed to that individual

- Reassure them they are protected against retaliation by bothTitle VII and Dynamic Security, Inc. policies.

**Dynamic - Key 000107**

# The Paper Trail Veers Right to Corporate

- Remit the RE's written statement along with your memo and the memos of any witnessing staff to your Regional Manager and Sherry Spires.

- Establish an interview with the alleged harasser within no less than 24 hours of the complaint.

- The alleged harasser will be provided with an outline of the accusation against them, asked to respond verbally, and then be given paper and pen in order to provide a written statement in their defense.

- Collect any text messages, email, or social media evidence that may exist on the accused's phone

- Make and keep written notes during the verbal response of the interview. These will be remitted to Sherry for her files.

**Dynamic - Key 000108**

# That Paper Trail Keeps Going

- Interview any witnesses listed by both the RE and the alleged harasser and obtain detailed written reports from them

- Remind witnesses and coworkers at the site that this is an open investigation, they are not to draw conclusions about what might have occurred, and that any actions that appear retaliatory against the RE or the accused will be met with disciplinary action

- Provide newly obtained statements and any other information gathered to your Regional Manager and Sherry Spires

- All original written material is to be maintained in your branch office in a file separate from the employee personnel records

**Dynamic - Key 000109**

# You Have Successfully Navigated the Paper Trail

- Communicate your conclusions and final reports to your Regional Manager and Sherry Spires.



Dynamic - Key 000110

# Investigation Resolution for Non Conclusive Harassment Allegations

- Dynamic Security policy and procedures require that the accused harasser be moved to another work site, except in cases where indisputable evidence is found that the allegations made were dishonest and fraudulent

- This action satisfies Title VII/EEOC's requirement that the employer must take PROMPT action that is "appropriate" and "effective", meaning our response has to actually make the harassment stop without harming the RE or allowing them to become a target of retaliation

- Title VII does NOT require that an employee accused of sexual harassment be terminated simply for having been the subject of a complaint

**Dynamic - Key 000111**