IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVITA M. KEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-CV-767-ECM |
| | ) | |
| HYUNDAI MOTOR | ) | |
| MANUFACTURING, ALABAMA, | ) | |
| LLC; HYUNDAI ENG AMERICA, | ) | |
| INC.; and DYNAMIC SECURITY, | ) | |
| INC. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S RESPONSES TO
## DEFENDANT DYNAMIC SECURITY, INC.'S OBJECTIONS TO
## PLAINIFF'S EXHIBIT LIST

COMES NOW the Plaintiff, pursuant to this Court's amended scheduling Order

(Doc. 57) and files these responses to Defendant Dynamic Security, Inc.'s

("Dynamic") objections (Doc. 133) to Plaintiff's Exhibit List (Doc. 102) to permit

the Court to rule on the objections before trial:

Plaintiff's exhibit list included exhibits related to each count against each

defendant. Given the Court's recent ruling on summary judgment, Plaintiff's

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 1 -

presentation of the case is likely to change and will result in changing the exhibits

she intends to introduce:

Exhibits Plaintiff Intends to Introduce (Attached hereto as Exhibit "A"):

| Exhibit Number | Exhibit Description | Bates numbers | Objections to Exhibits |
|---|---|---|---|
| Exhibit 1 | Dynamic Security Paycheck | Key 001 | |
| Exhibit 2 | Photos of Plaintiff's Hairstyle | Key 271-276 | Relevancy - FRE[2] 401, 402 |
| | | | The Eleventh Circuit has held that dreadlocks are not an immutable characteristic associated with race but are a mutable hairstyle choice. *EEOC v. Catastrophic Management Solutions*, 852 F.2d 1018 (11th Cir. 2016). Therefore, pictures of Plaintiff's dreadlocks are not relevant to her race discrimination termination claim. |
| | | | FRE 401, 402. |
| | | | Pictures would also serve to unfairly prejudice Dynamic, confuse the issues, |

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 2 -

| | | | and mislead the jury because dreadlocks, regardless of how styled, is not an immutable trait associated with race. FRE 403. |
|---|---|---|---|

**Plaintiff's Response**: The remaining claim against Dynamic is race retaliation related to plaintiff's complaints about her dreadlocked hair and the statement made linking dreadlocks to race. The pictures will serve to put context around the complaint. There are many types of dreadlocks and the photographs are necessary for the jury to understand what is at issue in this case. Additionally, there is evidence that "styled" dreadlocks were allowed so it will be necessary to show the jury Plaintiff's hair to put context on "style."

| | | | |
|---|---|---|---|
| Exhibit 3 | HMMA Service Contract | HMMA 013-076 | |
| Exhibit 4 | HMMA Mailroom Site Map | HMMA 077 | |
| Exhibit 5 | Appearance Standards for Security Personnel | HEA 001-003 | |
| Exhibit 6 | Appearance Standards for Security Contractors | HEA 163-166 | |
| Exhibit 7 | HEA Organization Chart | HEA 167 | |
| Exhibit 8 | HMMA Mailroom Duties and Responsibilities | HEA 194-195 | |
| Exhibit 9 | Mailroom Employee Uniform Photo | HEA 205 | |
| Exhibit 10 | Email Between Robinson and Key Re: Interview | Key 1049-1050 | Hearsay –FRE 801(c), 802 |

**Plaintiff's Response:** This E-mail is not being offered for the truth of the matter asserted but only to put context around Plaintiff's employment relationship with Defendant. Additionally, any e-mail initiated by Robinson would not be hearsay because Robinson is an unavailable witness outside the subpoena jurisdiction of the court.

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 3 -

| Exhibit 11 | Email Between Robinson and Key Re: Interview Time | Key 251-253 | Hearsay –FRE 801(c), 802 |
|---|---|---|---|

**Plaintiff's Response:** This E-mail is not being offered for the truth of the matter asserted but only to put context around Plaintiff's employment relationship with Defendant. Additionally, any e-mail initiated by Robinson would not be hearsay because Robinson is an unavailable witness outside the subpoena jurisdiction of the court.

| Exhibit 12 | Email from Robinson to Key Offering Position | Key 254-255 | |
|---|---|---|---|
| Exhibit 13 | Key Statement to Unemployment | S0093-00096 | Hearsay – FRE 801(c), 802 as to S0093-0094 and S0095-0096<br><br>Relevancy - FRE 401, 402 |

**Plaintiff's Response:** This document is not being offered for the truth of the matter asserted but instead to show Plaintiff's then existing mental, emotional, or physical condition and recorded recollection. Relevant to show the context and order of events and Dynamic's motive to retaliate.

| Exhibit 14 | Dynamic Unemployment Denial | S0049 | Hearsay – FRE 801(c), 802<br><br>Relevancy – FRE 401, 402 |
|---|---|---|---|

**Plaintiff's Response:** This document is not hearsay but the statement by party opponent. Relevant to Dynamics knowledge and position regarding Plaintiff's continued employment.

| Exhibit 15 | September/October 2017 Email between Gloria | HEA 206-212 | Hearsay – FRE |
|---|---|---|---|

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 4 -

|  | Robinson, Jazemen Baxter, and Cassandra Williams RE: styled hair |  | 801(c), 802<br><br>Relevancy – FRE 401, 402 |
|---|---|---|---|
| **Plaintiff's Response:** Not hearsay, not offered for the the truth of the matter asserted but to show the declarant's state of mind. Relevant to disprove the alleged reason for termination. | | | |
| Exhibit 16 | E-mail 8/2/17 between Cureton, Robinson and others asking Key not to return to site for hair | Dynamic-Key 31 | |
| Exhibit 17 | Key Handwritten Internal Complaint | Dynamic-Key 32 | Hearsay –FRE 801(c), 802<br><br>Prejudicial – FRE 403 |
| **Plaintiff's Response:** Present sense impression, excited utterance, then existing mental and emotional condition. | | | |
| Exhibit 18 | Robinson Removal Memorandum | Dynamic-Key 33-35 | Hearsay –FRE 801(c), 802 |
| **Plaintiff's Response:** Present sense impression, excited utterance, then existing mental and emotional condition, record of regularly conducted activity. | | | |
| Exhibit 19 | Dynamic Statements RE: Key 8/14/17 | Dynamic-Key 36-37 | |
| Exhibit 20 | E-mail 8/8/17 Between Cureton, Spires, and others with Key Internal Complaint Dynamic-Key 054-55 | Dynamic-Key 054-055 | Hearsay - FRE 801(c), 802 |

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 5 -

**Plaintiff's Response:** Present sense impression, excited utterance, then existing mental and emotional condition, record of regularly conducted activity.

| | | | |
|---|---|---|---|
| Exhibit 21 | E-mail 8/8/17 Between Cureton and HR with Statement Attached | Dynamic-Key 056-057 | To the exnt Plaintiff attempts to incorporate statement from Ex. 22: Hearsay – FRE 801(c), 802<br><br>Prejudicial – FRE 403 |

**Plaintiff's Response:** Present sense impression, excited utterance, then existing mental and emotional condition, record of regularly conducted activity. Necessary to show the complaint which is the basis for the retaliation.

| | | | |
|---|---|---|---|
| Exhibit 22 | Key 8/8/17 Statement to Dynamic Security HR | Dynamic-Key 058-063 | Hearsay – FRE 801(c), 802<br><br>Prejudicial – FRE 403 |

**Plaintiff's Response:** Present sense impression, then existing mental and emotional condition.

| | | | |
|---|---|---|---|
| Exhibit 23 | Key Removal from Hyundai – Discipline Report | Dynamic-Key 064 | |
| Exhibit 24 | Latunya Howell Statement | Dynamic-Key 067 | Hearsay - FRE 801(c), 802 |

**Plaintiff's Response:** Present sense impression, then existing mental and emotional condition.

| | | | |
|---|---|---|---|
| Exhibit 25 | E-mail 8/7/17 Between Cureton, Spires, others Notifying of Threats to Sue | Dynamic-Key 069-070 | Hearsay – FRE 801(c), 802 |

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 6 -

| | | | Relevancy – FRE 401, 402 |
|---|---|---|---|
| | | | Probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, and/or undue delay. FRE 403. |

**Plaintiff's Response:** Present sense impression, excited utterance, then existing mental and emotional condition. Retaliation is the only remaining claim, the response to the complaints is relevant and probative and the probative nature to the jury is more beneficial than any prejudice. Admission by party opponent.

| Exhibit 26 | E-mail 8/1/17 between Cureton, Robinson, Spires, and others Regarding Reason for Removal | Dynamic-Key 073-77 | Hearsay - FRE 801(c), 802 |
|---|---|---|---|

**Plaintiff's Response:** Present sense impression, excited utterance, then existing mental and emotional condition. Retaliation is the only remaining claim, the response to the complaints is relevant and probative and the probative nature to the jury is more beneficial than any prejudice. Admission by party opponent.

| Exhibit 27 | E-mail 8/1/17 Cureton, Williams, and Others | HEA 168-172 | Hearsay – FRE 801(c), 802 |
|---|---|---|---|

**Plaintiff's Response:** Present sense impression, excited utterance, then existing mental and emotional condition.

| Exhibit 28 | E-mail between Robinson, Hargrove and others Concerning Pregnancy and | Dynamic-Key 078-081 | Hearsay – FRE 801(c), 802 |
|---|---|---|---|

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 7 -

| | Hair including Return to Work Note | | |
|---|---|---|---|
| **Plaintiff's Response:** Present sense impression, excited utterance, then existing mental and emotional condition. | | | |
| Exhibit 29 | E-mail Dynamic Transmittal to HR with Complaint | Dynamic-Key 082-084 | Hearsay – FRE 801(c), 802 Probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, and/or undue delay. FRE 403. |
| **Plaintiff's Response:** Present sense impression, excited utterance, then existing mental and emotional condition. Retaliation is the only remaining claim, the response to the complaints is relevant and probative and the probative nature to the jury is more beneficial than any prejudice. | | | |
| Exhibit 30 | E-mail 7/31/17 Robinson to Hargrove and others Concerning Recourse for Not Reporting Pregnancy | Dynamic-Key 085-087 | Hearsay – FRE 801(c), 802 |
| **Plaintiff's Response:** Present sense impression, excited utterance, then existing mental and emotional condition. | | | |
| Exhibit 31 | E-mail 8/11/17 Notice of EEOC Charge to Dynamic | Dynamic-Key 3224-3226 | |

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 8 -

| Exhibit 32 | E-mail 8/11/17 Spires, Cureton, and others Concerning EEOC Response | Dynamic-Key 3227-3230 | Hearsay -FRE 801(c), 802 |
|---|---|---|---|
| | | | Probative value substantially outweighed by danger of unfair |
| | | | prejudice, confusing the issues, misleading |
| | | | the jury, and/or undue delay. FRE 403. |

**Plaintiff's Response:** Present sense impression, excited utterance, then existing mental and emotional condition. Retaliation is the only remaining claim, the response to the complaints is relevant and probative and the probative nature to the jury is more beneficial than any prejudice.

| Exhibit 33 | E-mail 8/11/17 Spires, Cureton, and others Concerning Work Verification of Key for Government Benefits | Dynamic-Key 3233-3239 | Hearsay – FRE 801(c), 802 |
|---|---|---|---|
| | | | Relevancy – FRE 401, 402 |

**Plaintiff's Response:** Present sense impression, then existing mental and emotional condition. Retaliation is the only remaining claim, the response attitude by defendant after learning of complaints is relevant and the probative nature to the jury is more beneficial than any prejudice.

| Exhibit 34 | E-mail 8/22/17 Spires, Cureton and Others Concerning Unemployment | Dynamic-Key 3241-3245 | Hearsay – FRE 801(c), 802 |
|---|---|---|---|
| | | | Relevancy – FRE 401, 402 |

**Plaintiff's Response:** Present sense impression, then existing mental and

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 9 -

emotional condition. Retaliation is the only remaining claim, the response attitude by defendant after learning of complaints is relevant and the probative nature to the jury is more beneficial than any prejudice.

| Exhibit 35 | E-mail 8/29/17 Spires, Cureton and Others Concerning Unemployment Rebuttal | Dynamic-Key 3248-3251 | Hearsay – FRE 801(c), 802  Relevancy – FRE 401, 402 |
|---|---|---|---|
| **Plaintiff's Response:** Present sense impression, then existing mental and emotional condition. Retaliation is the only remaining claim, the response attitude by defendant after learning of complaints is relevant and the probative nature to the jury is more beneficial than any prejudice. | | | |
| Exhibit 36 | E-mail 11/13/18 Williams, Spires, and others Concerning Dynamic EEOC Charge and Notice of HMMA Charge | HEA 173-176 | Hearsay – FRE 801(c), 802  Relevancy – FRE 401, 402 |
| **Plaintiff's Response:** Present sense impression, then existing mental and emotional condition. Retaliation is the only remaining claim, the response attitude by defendant after learning of complaints is relevant and the probative nature to the jury is more beneficial than any prejudice. | | | |
| Exhibit 37 | E-mail 11/13/18 Williams, Spires, and others Concerning Dynamic EEOC Charge and Notice of HMMA Charge | Dynamic-Key 3280-3282 | Hearsay – FRE 801(c), 802  Relevancy – FRE 401, 402 |
| **Plaintiff's Response:** Present sense impression, then existing mental and emotional condition. Retaliation is the only remaining claim, the response attitude by defendant after learning of complaints is relevant and the probative nature to the jury is more beneficial than any prejudice. | | | |

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 10 -

| Exhibit 38 | Assignment Refusal Forms | Dynamic-Key 029-030 | |

Exhibits Plaintiff may introduce (Attached hereto as Exhibit "B")

| Exhibit Number | Exhibit Description | Bates Numbers | Objections to Exhibits |
|---|---|---|---|
| Exhibit 1 | Various E-mails for Job Searches | Key 131-248 | Hearsay – FRE  801(c), 802<br><br>Relevancy – FRE 401, 402 |
| **Plaintiff's Response: Withdrawn** | | | |
| Exhibit 2 | HMMA Safety Manual | Key 277-331 | |
| Exhibit 3 | Dynamic Security Officer's Handbook | Dynamic-Key 1-27 | |
| Exhibit 4 | Hyundai Employee Handbook | HEA 4-48 | |
| Exhibit 5 | 2017 Tax Return | Key 386-390 | |
| Exhibit 6 | 2018 Tax Return | Key 391-394 | |
| Exhibit 7 | 2019 Tax Return | Key 395-401 | |
| Exhibit 8 | 2020 Tax Return | Key 402-406 | |
| Exhibit 9 | 2021 W-2 Kelly Services | Key 407 | |
| Exhibit 10 | 2021 W-2 Pike Road | Key 408 | |
| Exhibit 11 | HMMA EEOC Determination | | Hearsay - FRE  801(c), 802<br><br>Relevancy - FRE 401, 402, with regard to any determination implying complaints about dreadlocks are protected activity. *See EEOC v. Catastrophic* |

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 11 -

| | | | *Management Solutions*, 852 F.2d 1018 (11th Cir. 2016). |
|---|---|---|---|
| **Plaintiff's Response: Withdrawn** | | | |
| Exhibit 12 | EEOC Notice of Failed Conciliation | F003-004 | |
| Exhibit 13 | HMMA Notice of Right to Sue | F005 | |
| Exhibit 14 | HMMA EEOC Charge and Intake Questionnaire | F007-016 | Hearsay - FRE 801(c), 802, with regard to the statements by Plaintiff in the body of the Intake Questionnaire and with regard to the two statements written by Plaintiff that she attached to the Intake Questionnaire Prejudicial – FRE 403 |
| **Plaintiff's Response:** Present sense impression, then existing mental and emotional condition. Retaliation is the only remaining claim, the content of the complaints is relevant and the probative nature to the jury is more beneficial than any prejudice. | | | |
| Exhibit 15 | EEOC Charge Dynamic Security | Dynamic-Key 046-047 | Hearsay - FRE 801(c), 802 Plaintiff's EEOC Charge against Dynamic contains inadmissible hearsay to the extent Plaintiff intends to use it or any statement by another person included therein (double hearsay) to prove |

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 12 -

| | | | the truth of the matter asserted. FRE 801(c), FRE 802. Further, Dynamic's EEOC Charge is not relevant to Plaintiff's purported claim that Dynamic terminated her employment because the Charge did not allege that Dynamic terminated her employment or took any adverse employment action against her. Thus, the Charge can have "no tendency to make [it] more or less probable" that Dynamic terminated her employment "than it would be without the evidence" FRE 401(a) and (b). Even if relevant, the court should exclude with regard to Plaintiff's termination claim on grounds that its "probative value is substantially outweighed by a danger of . . . unfair prejudice," FRE 403, because Plaintiff's presentation to the jury of her Charge would imply that it is probative of |
|---|---|---|---|

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 13 -

|  |  |  | Dynamic's reasons for terminating her employment when she does not have a termination claim against Dynamic, and the evidence shows Dynamic did not terminate her employment. Admission of the EEOC Charge against Dynamic would thus confuse the issues and mislead the jury as to its significance. FRE 403 Plaintiff's EEOC Charge against Dynamic should also be excluded on the additional ground that such evidence is irrelevant and immaterial because the trial is a de novo proceeding. FRE 401, 402 Prejudicial – FRE 403 |
|---|---|---|---|
| **Plaintiff's Response:** Present sense impression, then existing mental and emotional condition. Retaliation is the only remaining claim, the content of the complaints is relevant and the probative nature to the jury is more beneficial than any prejudice. | | | |
| Exhibit 16 | Dynamic Security Notice of Right to Sue | Dynamic-Key 044 | |
| Exhibit 17 | EEOC Letter to HMMA Finding Retaliation | F02 | |
| Exhibit 18 | HMMA Position Statement | F027-48 | |

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 14 -

| Exhibit 19 | Dynamic Security Position Statement | HEA 053-056 | Dynamic's position statement contains inadmissible hearsay to the extent Plaintiff intends to use it or any statement by another person included therein (double hearsay) to prove the truth of the matter asserted. FRE 801(c), FRE 802. Further, Dynamic's position statement is not relevant to Plaintiff's purported claim that Dynamic terminated her employment. Dynamic's position statement was written in response only to the allegations included in her Charge. Plaintiff's Charge did not allege that Dynamic terminated her employment; thus Dynamic's position statement was not prepared in response to any allegation that Dynamic terminated her employment, and it can have "no tendency to make [it] more or less probable" that Dynamic terminated her employment "than it |

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 15 -

|  |  |  | would be without the evidence" FRE 401(a) and (b). Even if relevant, the court should exclude with regard to Plaintiff's termination claim on grounds that its "probative value is substantially outweighed by a danger of . . . unfair prejudice," FRE 403, again, because the position statement was not in response to Plaintiff's Charge against HMMA in which she alleged HMMA terminated her employment. Rather, it was prepared only in response to Plaintiff's Charge against Dynamic in which she did not allege Dynamic terminated her employment or engaged in any adverse employment action against her that would satisfy any prima facie case for any claim included in her Complaint, as amended. Plaintiff's presentation to |
|---|---|---|---|

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 16 -

| | | | the jury of Dynamic's position statement would imply that Dynamic's response is probative of Dynamic's reasons for termination, when she does not have a termination claim against Dynamic, and the evidence shows Dynamic did not terminate her employment. Admission of Dynamic's position statement would thus confuse the issues and mislead the jury as to the significance of the position statement. FRE 403 Dynamic's position statement to the EEOC should also be excluded on the additional ground that such evidence is irrelevant and immaterial since the trial is a de novo proceeding. FRE 401, 402. See Davis v. Infinity Ins. Co., Inc., Case No.: 2:15-cv- 01111-JHE, 2021 WL 1208761 *19 (N.D. Ala. March 31, 2021) ("[T]he |
| --- | --- | --- | --- |

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 17 -

| | | | EEOC [position] statement is not evidence."); Gage v. Metropolitan Water Reclamation District of Greater Chicago, 365 F. Supp. 2d 919 (N.D. Ill. April 14, 2005) (granting the defendant's motion in limine to exclude evidence because "statements made to the EEOC do not carry significance independent of possible impeachment"). |
|---|---|---|---|

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 18 -

**Plaintiff's Response:** Present sense impression, then existing mental and emotional condition. Retaliation is the only remaining claim, the content of the complaints is relevant and the probative nature to the jury is more beneficial than any prejudice. Admission by party opponent.

| Exhibit 20 | Various E-mails between Plaintiff and EEOC investigators concerning pending charge | Key 093-113 | Hearsay - FRE 801(c), 802 |
|---|---|---|---|

**Plaintiff's Response: Withdrawn**

| Exhibit 21 | HMMA Handbook Excerpts / Team Member Conduct | HMMA 001-00 | |
|---|---|---|---|
| Exhibit 22 | Prior EEOC Charges | HMMA 078-134 | |
| Exhibit 23 | HMMA Contractor Safety Book | HMMA 135-235 | |
| Exhibit 24 | E-mails and Letter Regarding HMMA Notice of Charge and HEA Indemnification Requirement | HMMA 236-245 | With regard to the EEOC Charge against Dynamic reasserts the same objection |

**Plaintiff's Response: Withdrawn**

| Exhibit 25 | E-mails Regarding Dynamic Charge to HEA | HMMA 246-249 | Relevancy - FRE 401, 402 Hearsay - FRE 801(c), 802 |
|---|---|---|---|

**Plaintiff's Response: Withdrawn**

| Exhibit 26 | E-mails Regarding Dynamic Charge Status to HEA | HMMA 250-251 | Relevancy - FRE 401, 402 Hearsay - FRE 801(c), 802 |
|---|---|---|---|

**Plaintiff's Response: Withdrawn**

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 19 -

| Exhibit 27 | Security Detail Reports dated 7/19/17, 7/21/17, 7/24/17, 7/31/17, 8/1/17, 8/29/17 | HMMA 355-356, 360-362, 368-371, 393-398, 467-471 | Relevancy - FRE 401, 402 Hearsay - FRE 801(c), 802 |
|---|---|---|---|

**Plaintiff's Response:** Record of regularly conducted activity. Relevant related to whether the hair standards were briefed on daily, credibility

| Exhibit 28 | HMMA Teammember Handbook | HMMA 511-54 | |
|---|---|---|---|
| Exhibit 29 | HEA Letter Extending Service Contract | HMMA 543 | |
| Exhibit 30 | Cassandra Williams Employment Agreement with HEA | HEA 196-20 | |
| Exhibit 31 | E-mail between Williams and Yu RE: appearance standards and meeting with contractor | HEA 213-214 | Hearsay - FRE 801(c), 802 |

**Plaintiff's Response: Withdrawn**

| Exhibit 32 | E-mail Between Whitehead and Dynamic Concerning Cause Finding for HMMA | HEA 215-216 | Hearsay - FRE 801(c), 802 Relevancy – FRE 401, 402 |
|---|---|---|---|

**Plaintiff's Response: Withdrawn**

| Exhibit 33 | E-mail dated 5/8/19 between Whitehead and Williams regarding Declaration | HEA 217-218 | |
|---|---|---|---|
| Exhibit 34 | Security Invoices and Subcontractor Request for Payment 8/2/17 | HEA 219-224 | |
| Exhibit 35 | HMMA Policy Regarding Appearance 2004 | HEA 247-251 | |
| Exhibit 36 | Unexecuted Contract for | HEA 252-278 | |

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 20 -

| | Services Between Dynamic and HEA | | |
|---|---|---|---|
| Exhibit 37 | Dynamic Security Harassment Powerpoint | Dynamic-Key 093-111 | |
| Exhibit 38 | Dynamic Security EEOC Powerpoint | Dynamic-Key 112-139 | |
| Exhibit 39 | Dynamic Security Rules and Regulations | Dynamic-Key 38-39 | |
| Exhibit 40 | Dynamic Security Discipline Guidelines | Dynamic-Key 40 | |
| Exhibit 41 | Dynamic Security Harassment Policy | Dynamic-Key 4 | Relevancy, FRE 401, 402. Dynamic Security's Harassment Policy is not relevant to Plaintiff's claims, as she has no claim against Dynamic for harassment |
| **Plaintiff's Response:** Relevant to Dynamics defense of following all federal laws and damages. | | | |
| Exhibit 42 | Key Acknowledgment of Handbook Receipt | Dynamic-Key 41 | |
| Exhibit 43 | E-mail 8/1/1 Cureton to Dynamic Security Regarding Key Internal Complaint | Dynamic-Key 143-144 | Hearsay - FRE 801(c), 802 Relevancy - FRE 401, 402 Probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, and/or undue delay. FRE 403. Prejudicial – FRE 403 |
| **Plaintiff's Response:** Present sense impression, then existing mental and emotional condition. Retaliation is the only remaining claim, the content of the | | | |

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 21 -

complaints is relevant and the probative nature to the jury is more beneficial than any prejudice. Admission by party opponent.

| Exhibit 44 | E-mail 8/10/17 Between Cureton, Spires and others Regarding Key current complaint status and placements | Dynamic-Key 3220-3223 | Hearsay - FRE 801(c), 802 Relevancy - FRE 401, 402 Probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, and/or undue delay. FRE 403. Prejudicial – FRE 403 |
|---|---|---|---|

**Plaintiff's Response:** Present sense impression, then existing mental and emotional condition. Retaliation is the only remaining claim, the content of the complaints is relevant and the probative nature to the jury is more beneficial than any prejudice. Admission by party opponent.

| Exhibit 45 | E-mail 8/29/17 Cureton RE: Unemployment Rebuttal | Dynamic-Key 140-141 | Hearsay - FRE 801(c), 802 Relevancy - FRE 401, 402 |
|---|---|---|---|

**Plaintiff's Response:** Present sense impression, then existing mental and emotional condition. Retaliation is the only remaining claim, the content of the complaints and emails relevant and the probative nature to the jury is more beneficial than any prejudice. Admission by party opponent.

| Exhibit 46 | E-mail Re: Difficulty Filling Mailroom Positions | Dynamic-Key 145 | Hearsay -FRE 801(c), 802 Relevancy - FRE 401, 402. Email communications in February 2017, which was six months prior to Plaintiff's application for |
|---|---|---|---|

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 22 -

| | | | a security position in the mailroom at HMMA, are not relevant to Plaintiff's claims that she was discriminated against in August 2017 |
|---|---|---|---|
| **Plaintiff's Response: Withdrawn** | | | |
| Exhibit 47 | Dynamic Security AA&EEOC Policies | Dynamic-Key 270-283 | |
| Exhibit 48 | Security Officer Job Description | Dynamic-Key 284 | |
| Exhibit 49 | E-mail 12/11/16 Between Williams and Hargrove Concerning Pay Raises | Dynamic-Key 289-293 | Hearsay - FRE 801(c), 802 Relevancy - FRE 401, 402 Emails in 2016 regarding pay raises are not relevant to Plaintiff's claims based on alleged events in July and August 2017. |
| **Plaintiff's Response: Withdrawn** | | | |
| Exhibit 50 | Gloria Robinson Resume | Dynamic-Key 428-431 | Hearsay -FRE 801(c), 802 Relevancy, FRE 401, 402 |
| **Plaintiff's Response: Withdrawn** | | | |
| Exhibit 51 | Gloria Robinson Employment Discipline or Complaints | Dynamic-Key 464-468 | Hearsay - FRE 801(c), 802 Relevancy - FRE 401, 402 Disciplinary actions against Robinson in February 2018 and the |

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 23 -

| | | | three statements by other Dynamic employees attached to the disciplinary document are inadmissible hearsay, and they are not relevant to whether Dynamic violated Plaintiff's rights under Title VII or 42 U.S.C. § 1981 in August 2017. Prejudicial – FRE 403 |
|---|---|---|---|
| **Plaintiff's Response: Withdrawn** | | | |
| Exhibit 52 | Any document necessary for rebuttal and/or impeachment | | |
| Exhibit 53 | Without conceding the admissibility of any exhibit identified on the Defendants' exhibit lists or waiving any objections, Plaintiff reserves the right to use any non-objectionable exhibit identified on the Defendants' exhibit lists. | | |

Respectfully submitted,

Attorneys for Plaintiff
*/s/ Heather Leonard*
Heather Newsom Leonard
ASB-1152-061H

OF COUNSEL:

---

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 24 -

Heather Leonard, P.C.
2105 Devereaux Cir., Suite 111
Birmingham, AL 35243
Phone: (205) 977-5421
heather@heatherleonardpc.com

                              */s/ Leslie A. Palmer.*
                              ASB-0436-L40P

OF COUNSEL:
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, AL 35233
(205) 285-3050
leslie@palmerlegalservices.com

## Certificate of Service

I hereby certify that I have filed the foregoing on the Court's CM/ECF electronic filing system which will provide notice to all counsel of record on this 16th Day of February, 2023.

Wesley C. Redmond
Susan W. Bullock
FordHarrison LLC
420 20th Street North, Suite 2560
Birmingham, AL 35203
wredmond@fordharrison.com
sbullock@fordharrison.com
Phone: (205) 244-5905
Counsel for Dynamic Security, Inc.

                              /s/ Leslie A. Palmer
                              OF COUNSEL

Plaintiff's Response to Dynamic Security Objections to Plaintiff's Exhibit List
*Key v. Hyundai Motor Manufacturing, et al*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM