IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVITA M. KEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-CV-767-ECM |
| | ) | |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S WILL USE EXHIBIT 10**

---------- Forwarded message ---------
From: **Dynamic Security, Inc.** <dynamicjobs5_s2h@indeedemail.com>
Date: Mon, Jul 17, 2017 at 6:46 AM
Subject: Mailroom position
To: Davita Key <dmkey825@gmail.com>


Hello,
My name is Gloria Robinson; I am the Security Account Manager at Hyundai Motor Manufacturing Alabama located in Montgomery. I'm responsible for managing and overseeing security at the Hyundai plant.
The current security service provider at Hyundai is Dynamic Security Services (DSS). Dynamic is seeking to fill openings for Mailroom Clerk in Hyundai's Security Building. A copy of your resume was retrieved from Indeed website; it was felt that you were a possible viable candidate for the above referenced positions. Based on your resume you possess some of the education, experience, skills and/or training required.
If you are perhaps interested in applying for the Mailroom position, please respond back to this correspondence to accept an invitation to meet with security supervisors and I starting Wednesday morning July 19, 2017 and ending Friday July 21, 2017 in the Security Building at Hyundai. During this briefing you will obtain information about the position and how and where to apply. If you are interested, but are unavailable on the noted date and/or time, please contact me at (334) 387-8909 Monday – Friday between 0700 hours to 1400 hours. If I am not at my desk, please leave a message or email me at gloriarobinson@hmmausa.com.
Please be sure to bring the below described documents with you.
    Current Resume-
    Valid Driver License- NOTE: A VALID DRIVER LICENSE IS REQUIRED FOR EMPLOYMENT CONSIDERATION-

Thank you

HMMA MAILROOM DUTIES AND RESPONSIBILITIES
The mailroom is staffed with two (2) employees Monday-Friday and is opened from 7:30am - 5pm hours daily. On Wednesdays the mailroom is opened until 6pm. The mailroom is closed on all holidays recognized by HMMA. The pay is $13.00 per hour.
REQUIREMENTS:
High School Diploma or GED
Valid Driver License-
Must Pass a Drug Screen
Criminal History background Check-
Must provide a Motor Vehicle Driver History Report-
Ability to lift up to 50 pounds-
Computer Experience (i.e. Word, Excel, Power point, etc.)-
Prior mailroom or package delivery experience is highly preferred-
Good organizational and communication skills-
The ability to multi-task-
Duties and Responsibilities:
Sort, deliver and/or pick up interdepartmental and other mail within the facility-
Weigh and attach proper postage to outgoing mail using a mailing meter machine and deliver to the local US Postal Service-
Receive, sign for, deliver and ship packages from such services as UPS, USPS, FedEx, DHL, etc.
Assist employees with completing the required forms and arrange/coordinate package pick up with UPS, FedEx and DHL services-
Weigh and attach proper shipping and handling fees and labels to packages to be shipped out. Review all required shipping documentations during processing to verify all HMMA removal procedures have been met-
Receive and sign for deliveries from local courier services-
Process, sort and deliver packages within the facility-

Periodically review and check the record postage meter machine readings each day to ensure ample postage for the processing of routine outgoing mail-

Inventory mailing and office supplies to ensure adequate shipping and mailing supplies, etc. are on hand-

Ensure that needed shipping supplies from the USPS, UPS, DHL and FedEx are on hand-

Review and reconcile shipping invoices-

Process bulk copy requests from other departments-

Other duties as required by HMMA General Affairs Department-

By replying or using an indeedemail.com email address, you agree that this email will be processed and analyzed according to the Indeed Cookie Policy, Privacy Policy, and Terms of Service.

Indeed | 6433 Champion Grandview Way, Building 1, Austin, TX 78750