IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-CV-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S WILL USE EXHIBIT 11**



From: **Robinson, Gloria A - Dynamic Security** <gloriarobinson@hmmausa.com>
Date: Mon, Jul 17, 2017 at 1:01 PM
Subject: RE: Mailroom Position
To: Davita Key <dmkey825@gmail.com>

Good deal, I have attached the directions and instructions.

See you Wednesday July 19--at 10am

*G. Robinson*

*Dynamic Security*

*Cell: (334) 328-2852*

*Desk: (334) 387-8909*

## Win Safetyquality awards...
## SQuality Innovate Safetyquality through proactive improvements

NOTICE: This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law. If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

**From:** Davita Key [mailto:dmkey825@gmail.com]
**Sent:** Monday, July 17, 2017 12:57 PM
**To:** Robinson, Gloria A - Dynamic Security
**Subject:** Re: Mailroom Position

Yes, that time works for me.

On Mon, Jul 17, 2017 at 12:45 PM Robinson, Gloria A - Dynamic Security <gloriarobinson@hmmausa.com> wrote:

Page 1 of 3

Key 000251

Good morning,

Thank you for the reply and acceptance to be interviewed.

I have a time slot for 10 am Wednesday July 19.

If that is acceptable to you, please let me know and I will send you instructions and directions.

*G. Robinson*

*Dynamic Security*

*Cell: (334) 328-2852*

*Desk: (334) 387-8909*

**Win Safetyquality awards...**
**SQuality** Innovate Safetyquality through proactive improvements

NOTICE: This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law. If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

**From:** Davita Key [mailto:dmkey825@gmail.com]
**Sent:** Monday, July 17, 2017 12:21 PM
**To:** Robinson, Gloria A - Dynamic Security
**Subject:** Mailroom Position

Ms. Robinson,

I am interested in the position and would like to meet with you. What time/day would I need to report?

Davita Key

NOTICE:

This e-mail message, together with any attachments, is for the sole use of the addr
essees and may contain information that is proprietary, privileged, confidential or
 otherwise legally exempt from disclosure under applicable law.

> If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited.
>
> If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system.  Thank you.

NOTICE:
This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law.

If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited.

If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system.  Thank you.

Key 000253