IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-CV-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S WILL USE EXHIBIT 14**

09/06/2017 12:55 FAX 2563836307          DYNAMIC SECURITY INC                    ☒002/021

| B241<br>REV.(06.2016)<br>NEW241 | **STATE OF ALABAMA**<br>**Department of Labor**<br>Unemployment Compensation Division | IMPORTANT NOTE: If your response is not received by 08/28/17, a determination may be made based solely on information furnished by the claimant. Access Code ⸱12240872 |

  

**12240872**

CERTIFIED AND TRUE COPY OF
AL DEPT OF LABOR RECORDS

DYNAMIC SECURITY INC
PO BOX 451
TUSCUMBIA AL 35674-0451      DEC 3 0 2021

To Return: (Choose one method only)
1. Online: labor.alabama.gov (eGov link)'
2. FAX:  334 956 7497
3. Mail:  Adj Support, Room 3805
          649 Monroe Street
          Montgomery, AL 36131

### NOTICE OF CLAIM AND REQUEST FOR SEPARATION INFORMATION

1. CLAIMANT'S NAME: KEY/DAVITA M
2. SOCIAL SECURITY NO: [redacted]
3. CLAIM DATE:   08/06/17
4. EMPLOYER ACCT NO: 0014174000

5. DATE MAILED:   08/18/17
6. EFFECTIVE DATE: 08/06/17
7. OFFICE NUMBER: 6001    A
8. TYPE OF CLAIM:  N-01

The individual named above filed an unemployment claim on 08/17/17, identified you as the last employer and indicated last worked on 08/01/17. Separation reported as: 41 LACK OF WORK

**\* EMPLOYER RESPONSE (INSTRUCTIONS FOR COMPLETION & ELECTRONIC SUBMISSION ON REVERSE)**
*If this claimant was not employed by you, indicate below in #12.*

RECEIVED SEP 0 6 2017 Hearings and Appeals D

9. Claimant's first day worked: 7/31/17  Last day worked: 8/1/17  Pay Rate: 7.25  per Hour
10. If claimant worked after 08/06/17, enter: a. GROSS WAGES $_____
    If claimant will receive any other compensation on or after last day worked, answer below:
    b. HOLIDAY PAY $_____         Date of holiday: _____
    c. VACATION PAY $_____        Normal 40 hour, M-F, work week,? (_) Yes (_) No
       Vacation for specific time period after separation? (_) Yes (_) No; From _____ To _____
    d. SICK PAY $_____   e. PENSION $_____ per month. Effective date: _____
    f. Has the claimant been permanently separated? See attached.
11. Separated due to: (a) (_) lack of work  (b) (_) voluntary quit  (c) (_) discharge or  (d) (X) other.
    Check ONLY one box and answer the corresponding question(s) below.
    a. Do you expect to recall claimant? (_) Yes (_) No  If "YES", expected recall date: Unknown
    b. Reason for voluntary quit given by claimant: _____
    c. Discharged due to _____  Date of final incident: _____
       WARNING FOR SAME OR SIMILAR INCIDENT: (_) Yes (_) No  (If "yes", complete the following):
       Date warning issued: _____  Who issued warning? _____
       Type of warning: (_) Verbal (_) Written (_) Reason for warning? _____
    d. If "other", provide specific reason: (_) Leave of Absence (_) Suspension (_) _____
12. Additional information regarding separation. ATTACH PAGE(S) IF NEEDED.
    See attached.
13. Sherry Spires        HRC        256-383-5798   8/25/17   63-0743754
    Print Name           Title      Telephone No.  Date      FEIN
14. Email Address: _____

**CONFIDENTIAL**                AL DOL Subpoena Response                              S000049
Davita M. Key v. HMMA, et al