IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVITA M. KEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-CV-767-ECM |
| | ) | |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S WILL USE EXHIBIT 15**

| | |
|---|---|
| **From:** | Baxter Jazemene D |
| **To:** | Williams, Cassandra - Hyundai ENG America |
| **Subject:** | FW: RE: Opportunity |
| **Date:** | Wednesday, October 4, 2017 5:37:22 PM |

**From:** Madam B. [mailto:madambutterfly2023@gmail.com]
**Sent:** Wednesday, October 04, 2017 5:34 PM
**To:** Baxter Jazemene D
**Subject:** Fwd: RE: Opportunity

---------- Forwarded message ----------
From: "Robinson, Gloria A - Dynamic Security" <gloriarobinson@hmmausa.com>
Date: Sep 29, 2017 12:55 PM
Subject: RE: Opportunity
To: "Madam B." <madambutterfly2023@gmail.com>
Cc:

Received

*G. Robinson*
*Dynamic Security*
*Cell: (334) 328-2852*
*Desk: (334) 387-8909*
## Win Safetyquality awards...
## SQuality Innovate Safetyquality through proactive improvements

NOTICE: This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law. If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

**From:** Madam B. [mailto:madambutterfly2023@gmail.com]
**Sent:** Friday, September 29, 2017 12:25 PM
**To:** Robinson, Gloria A - Dynamic Security
**Subject:** RE: Opportunity

Good Afternoon,

Hello, I just wanted to make sure that you recieved my documentations (resume/apostc).

On Sep 28, 2017 10:06 AM, "Robinson, Gloria A - Dynamic Security" <gloriarobinson@hmmausa.com> wrote:
> Please resend your resume along with you're a-post cert.
>
> There are no Officer II slots on day shift or 3rd shift.  2nd shift is up in the air.

*G. Robinson*
*Dynamic Security*
*Cell: (334) 328-2852*

*Desk: (334) 387-8909*
**Win Safetyquality awards...**
**SQuality** **Innovate Safetyquality through proactive improvements**

NOTICE: This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law. If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

**From:** Madam B. [mailto:madambutterfly2023@gmail.com]
**Sent:** Thursday, September 28, 2017 9:56 AM
**To:** Robinson, Gloria A - Dynamic Security
**Subject:** RE: Opportunity

Yes, since I have been APOSTC Certified through corrections I wanted to work in a position with Security and that best fits my career path. I also have supervisory experience as well.

On Sep 28, 2017 9:22 AM, "Robinson, Gloria A - Dynamic Security" <gloriarobinson@hmmausa.com> wrote:

Good morning,

Officer 2 slots are for those with A-Post certification from MPD-Corrections or military law enforcement.

Sgt. slot requires 2 years of the above supervisory experience.

My question now remains, are you wanting to leave the mailroom

*G. Robinson*
*Dynamic Security*
*Cell: (334) 328-2852*
*Desk: (334) 387-8909*
**Win Safetyquality awards...**
**SQuality** **Innovate Safetyquality through proactive improvements**

NOTICE: This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law. If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

**From:** Madam B. [mailto:madambutterfly2023@gmail.com]
**Sent:** Thursday, September 28, 2017 8:53 AM
**To:** Robinson, Gloria A - Dynamic Security
**Subject:** RE: Opportunity

Good Morning,
 Are there any Sgt. Or Officer 2 positions available that i could apply for out here?

On Sep 26, 2017 11:59 AM, "Robinson, Gloria A - Dynamic Security" <gloriarobinson@hmmausa.com> wrote:
At this time, there is a person supposedly being trained for 3rd shift dispatcher and 2nd shift

dispatcher is being interviewed next week.
If you saw a position anywhere other than Hyundai—I have no control over it---for instance someone told me about a spot in Mobile—I couldn't help with that, the office may be able to get you the contact information for that area.
If there is another site in Montgomery---again, I couldn't help with that—the office can.

*G. Robinson*
*Dynamic Security*
*Cell: (334) 328-2852*
*Desk: (334) 387-8909*
**Win Safetyquality awards...**
**SQuality Innovate Safetyquality through proactive improvements**

NOTICE: This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law. If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

**From:** Madam B. [mailto:madambutterfly2023@gmail.com]
**Sent:** Tuesday, September 26, 2017 10:46 AM
**To:** Robinson, Gloria A - Dynamic Security
**Subject:** RE: Opportunity

That was a role I filled as a Correctional Officer.

On Sep 26, 2017 8:33 AM, "Robinson, Gloria A - Dynamic Security" <gloriarobinson@hmmausa.com> wrote:
Have you been a dispatcher somewhere?

*G. Robinson*
*Dynamic Security*
*Cell: (334) 328-2852*
*Desk: (334) 387-8909*
**Win Safetyquality awards...**
**SQuality Innovate Safetyquality through proactive improvements**

NOTICE: This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law. If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

**From:** Madam B. [mailto:madambutterfly2023@gmail.com]
**Sent:** Tuesday, September 26, 2017 8:23 AM
**To:** Robinson, Gloria A - Dynamic Security
**Subject:** RE: Opportunity

Control room/Security Position. Not sure of the location.

On Sep 26, 2017 6:19 AM, "Robinson, Gloria A - Dynamic Security" <gloriarobinson@hmmausa.com> wrote:

Good morning,
What position are you referring to that you want to apply for?

*G. Robinson*
*Dynamic Security*
*Cell: (334) 328-2852*
*Desk: (334) 387-8909*
**Win Safetyquality awards...**
**SQuality** Innovate Safetyquality through proactive improvements

NOTICE: This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law. If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

**From:** Madam B. [mailto:madambutterfly2023@gmail.com]
**Sent:** Monday, September 25, 2017 4:19 PM
**To:** Robinson, Gloria A - Dynamic Security
**Subject:** Opportunity

I have been checking the website out but haven't joined as of yet. I will be soon! I can do alot with and on the site. And I am always looking for beats. I can never have too many. Where can i hear some of their beats?

Also, there is another position open within Dynamic Security that i am scouting. I spoke with Ms. Nekole at the office about the qualifications and she says i am quilfied. I am looking to excel so I want to apply for it. May I apply for this po

On Sep 25, 2017 9:50 AM, "Robinson, Gloria A - Dynamic Security" <gloriarobinson@hmmausa.com> wrote:
OH by the way---have you signed up with songtradr?  If so let me know.  My nail tech's husband has been making beats/music/keyboards for a long time, him and two or three childhood friends (they are in their early 30's right now)---I know you have a beat man, wasn't sure if you wanted to venture out to others.

*G. Robinson*
*Dynamic Security*
*Cell: (334) 328-2852*
*Desk: (334) 387-8909*
**Win Safetyquality awards...**
**SQuality** Innovate Safetyquality through proactive improvements

NOTICE: This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law. If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

**From:** Madam B. [mailto:madambutterfly2023@gmail.com]
**Sent:** Monday, September 25, 2017 9:41 AM
**To:** Robinson, Gloria A - Dynamic Security

**Subject:** RE: Loc tech

Thank you, i will check him out. So that i can give him an idea As far as styles, what type of styles? curls? high do's? buns? crinkles?

On Sep 25, 2017 6:47 AM, "Robinson, Gloria A - Dynamic Security" <gloriarobinson@hmmausa.com> wrote:
Good morning,
John McClenney has a shop that is behind the post office off of Eastern Blvd.  If you go up the road between Wells Fargo Bank and the post office you will see a shopping center on your right.  Once you make the right into the shopping center take that immediate left go to the last store on the right—you will see Another Chance  liquor store, right next to it (around the corner of it) is the hair shop Uptown Tanz International Barber & Nail Salon.
The locs' have to be styled—if you have any pictures that you see, let's look at those first.

*G. Robinson*
*Dynamic Security*
*Cell:* (334) 328-2852
*Desk:* (334) 387-8909
**Win Safetyquality awards...**
**SQuality Innovate Safetyquality through proactive improvements**

NOTICE: This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law. If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

**From:** Madam B. [mailto:madambutterfly2023@gmail.com]
**Sent:** Monday, September 18, 2017 8:12 PM
**To:** Robinson, Gloria A - Dynamic Security
**Subject:** Loc tech

Hello,
 I remember you mentioning a loc technichian that you knew in montgomery. Do you mind sending me thier contact? I would like to make a visit to get styled. Also, for work purposes are my locs completly banned or do they have to be styled? Im not trying to violate policy.

Thank you,
Jazemene D. Baxter

```
NOTICE:
This e-mail message, together with any attachments, is for the sole use of
the addressees and may contain information that is proprietary, privileged,
confidential or otherwise legally exempt from disclosure under applicable
law.

If you are not the intended recipient, be aware that any review, use,
dissemination, distribution or copying of this message is strictly
prohibited.

If you received this communication in error, please notify the sender by
```

```
return e-mail and delete the original message and the reply from your
system.  Thank you.




NOTICE:
This e-mail message, together with any attachments, is for the sole use of
the addressees and may contain information that is proprietary, privileged,
confidential or otherwise legally exempt from disclosure under applicable
law.

If you are not the intended recipient, be aware that any review, use,
dissemination, distribution or copying of this message is strictly
prohibited.

If you received this communication in error, please notify the sender by
return e-mail and delete the original message and the reply from your
system.  Thank you.




NOTICE:
This e-mail message, together with any attachments, is for the sole use of
the addressees and may contain information that is proprietary, privileged,
confidential or otherwise legally exempt from disclosure under applicable
law.

If you are not the intended recipient, be aware that any review, use,
dissemination, distribution or copying of this message is strictly
prohibited.

If you received this communication in error, please notify the sender by
return e-mail and delete the original message and the reply from your
system.  Thank you.




NOTICE:
This e-mail message, together with any attachments, is for the sole use of
the addressees and may contain information that is proprietary, privileged,
confidential or otherwise legally exempt from disclosure under applicable
law.

If you are not the intended recipient, be aware that any review, use,
dissemination, distribution or copying of this message is strictly
prohibited.

If you received this communication in error, please notify the sender by
return e-mail and delete the original message and the reply from your
system.  Thank you.




NOTICE:
This e-mail message, together with any attachments, is for the sole use of
the addressees and may contain information that is proprietary, privileged,
confidential or otherwise legally exempt from disclosure under applicable
law.

If you are not the intended recipient, be aware that any review, use,
dissemination, distribution or copying of this message is strictly
prohibited.

If you received this communication in error, please notify the sender by
return e-mail and delete the original message and the reply from your
system.  Thank you.
```

NOTICE:
This e-mail message, together with any attachments, is for the sole use of
the addressees and may contain information that is proprietary, privileged,
confidential or otherwise legally exempt from disclosure under applicable
law.

If you are not the intended recipient, be aware that any review, use,
dissemination, distribution or copying of this message is strictly
prohibited.

If you received this communication in error, please notify the sender by
return e-mail and delete the original message and the reply from your
system.  Thank you.




NOTICE:
This e-mail message, together with any attachments, is for the sole use of
the addressees and may contain information that is proprietary, privileged,
confidential or otherwise legally exempt from disclosure under applicable
law.

If you are not the intended recipient, be aware that any review, use,
dissemination, distribution or copying of this message is strictly
prohibited.

If you received this communication in error, please notify the sender by
return e-mail and delete the original message and the reply from your
system.  Thank you.




NOTICE:
This e-mail message, together with any attachments, is for the sole use of
the addressees and may contain information that is proprietary, privileged,
confidential or otherwise legally exempt from disclosure under applicable
law.

If you are not the intended recipient, be aware that any review, use,
dissemination, distribution or copying of this message is strictly
prohibited.

If you received this communication in error, please notify the sender by
return e-mail and delete the original message and the reply from your
system.  Thank you.