IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVITA M. KEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-CV-767-ECM |
| | ) | |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S WILL USE EXHIBIT 17**

**BATES ENTERPRISES, INC.**

I, Davita Key would like to file an official complaint of discrimination against Hyundai, Ms. Cassandra Williams, and Ms. Gloria Robinson. I believe that I have been discriminated against on the basis of my current hairstyle (dreadlocks), ~~braids~~ and also because I told Ms. Gloria Robinson that I was pregnant on Mon., July 31, 2017. This discrimination has started since my first day on the job and makes me feel threatened and as if I will be working in a hostile environment.

Davita Key  8-1-17

51 HOLLYWOOD BLVD.  ♦  CHILDERSBURG, ALABAMA 35044
(256) 378-6118  ♦  (800) 378-6142  ♦  FAX (256) 378-6645