Case 2:19-cv-00767-ECM-SMD   Document 142-9   Filed 02/16/23   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-CV-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S WILL USE EXHIBIT 20**

8/9/2017                                                                                         Print

| | |
|---|---|
| Subject: | Re: Davita Key Statement |
| From: | Sherry Spires (sspires@dynamicsecurity.org) |
| To: | rcureton@dynamicsecurity.org; |
| Cc: | tthornton@dynamicsecurity.org; tpeoples@dynamicsecurity.org; |
| Date: | Wednesday, August 9, 2017 9:23 AM |

I thought we determined that her hair style was not an issue at HMMA since she was "non uniformed", working in the mail room. Did our client contact at HMMA request that she be removed from their job site? Is she still working for us or was she moved to another job site? It appears she's got her mind made up that she was removed because of her pregnancy. Did she ever provide anything from her doctor indicating what her lifting limits are. I know that was an issue as well as the hair.

As always, keep good notes/documentation in her file because we've probably not heard the end of this.

Sherry

---

From: Ray Cureton <rcureton@dynamicsecurity.org>
To: Sherry Spires <sspires@dynamicsecurity.org>
Cc: Traci Thornton <tthornton@dynamicsecurity.org>; Tracy Peoples <tpeoples@dynamicsecurity.org>
Sent: Tuesday, August 8, 2017 1:26 PM
Subject: Davita Key Statement

Hi Sherry,

Davita Key came into the office this morning, and, under my, and Nicole's supervision, reviewed the memo written by Account Manager Robinson concerning Ms. Key's removal from Hyundai.

Ms. Key then went on to write a rebuttal to the memo which I have attached to this e-mail along with the memo from Ms. Robinson, the statement from Ms. Howell, and Ms. Key's original complaint.

Much of this latest statement from Ms. Key consists of slightly differing recollections of events over a couple of days period.

**Dynamic - Key 000054**

8/9/2017                                                                Print

After reading the statement, I believe that Ms. Key is trying to imply that she was removed from the site because she was pregnant, and not just because her hair was out of compliance with the rules.

Also, Ms. Key is taking strong exception to both Gloria Robinson's, and Cassandra Williams' manner toward her.

She requested that I forward her statement to "HR" and that is what I am doing.

I'm not sure what action Ms. Key expects us to take, but please advise concerning any other steps you need me to take.

Dr. Ray H. Cureton
*District Manager,*
Dynamic Security, Inc.

5510 Wares Ferry Rd,
Montgomery, AL 36117
Office - (334) 395-7722
Cell (334) 324-8117


----- Forwarded Message -----
**From:** Ray Cureton <rcureton@dynamicsecurity.org>
**To:** Ray Cureton <rcureton@dynamicsecurity.org>
**Sent:** Tuesday, August 8, 2017 1:22 PM
**Subject:** Message from "RNP002673A95134"

This E-mail was sent from "RNP002673A95134" (MP C4503).

Scan Date: 08.08.2017 13:24:47 (-0400)
Queries to: richard@absofficesystems.com

**Dynamic - Key 000055**