IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-CV-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S WILL USE EXHIBIT 21**

8/8/2017                                                                                                       Print

**Subject:** Davita Key Statement
**From:** Ray Cureton (rcureton@dynamicsecurity.org)
**To:** sspires@dynamicsecurity.org;
**Cc:** tthornton@dynamicsecurity.org; tpeoples@dynamicsecurity.org;
**Date:** Tuesday, August 8, 2017 1:26 PM

Hi Sherry,

Davita Key came into the office this morning, and, under my, and Nicole's supervision, reviewed the memo written by Account Manager Robinson concerning Ms. Key's removal from Hyundai.

Ms. Key then went on to write a rebuttal to the memo which I have attached to this e-mail along with the memo from Ms. Robinson, the statement from Ms. Howell, and Ms. Key's original complaint.

Much of this latest statement from Ms. Key consists of slightly differing recollections of events over a couple of days period.

After reading the statement, I believe that Ms. Key is trying to imply that she was removed from the site because she was pregnant, and not just because her hair was out of compliance with the rules.

Also, Ms. Key is taking strong exception to both Gloria Robinson's, and Cassandra Williams' manner toward her.

She requested that I forward her statement to "HR" and that is what I am doing.

I'm not sure what action Ms. Key expects us to take, but please advise concerning any other steps you need me to take.

Dr. Ray H. Cureton
*District Manager,*
Dynamic Security, Inc.

5510 Wares Ferry Rd,
Montgomery, AL 36117
Office - (334) 395-7722
Cell (334) 324-8117

----- Forwarded Message -----
**From:** Ray Cureton <rcureton@dynamicsecurity.org>
**To:** Ray Cureton <rcureton@dynamicsecurity.org>
**Sent:** Tuesday, August 8, 2017 1:22 PM
**Subject:** Message from "RNP002673A95134"

This E-mail was sent from "RNP002673A95134" (MP C4503).

Scan Date: 08.08.2017 13:24:47 (-0400)
Queries to: richard@absofficesystems.com

about:blank                                                                                                       1/2

Dynamic - Key 000056

8/8/2017 Print

## Attachments

- 20170808132447910.pdf (708.81KB)

**Dynamic - Key 000057**