IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-CV-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S WILL USE EXHIBIT 22**

(1)

Aug. 8, 2017

I, Danta Key, refute some of the claims Ms. Gloria Robinson has said in her statement concerning my discharge from HMMA. When I interviewed on July 19, 2017 with Ms. Gloria Robinson, and Lt. Maurice Chambliss, when the issue of my hair was bought up, the first question Ms. Cassandra Williams ask Ms. Robinson when she entered the conference room was, "What's Dynamic's policy."

On my arrival for my first day of work (July 31, 2017), both Ms. Williams and Ms. Robinson saw me and spoke with me and saw my hair was the same as in my initial interview and neither said anything to me concerning my appearance. I did ask to speak with Ms. Robinson in the breakroom and that is when I informed her in the company of Lt. Maurice Chambliss (who I was told was my immediate supervisor) that I had gone to the doctor on Friday, July 28, 2017 and that I was pregnant (I did not alude to how far along my pregnancy was, I only stated that I felt it right to let them

(2)

Know early on. At the moment I informed both Ms. Robinson and Lt. Chambliss of my pregnancy neither said anything and Ms. Robinson's face tensed up. I did give Lt. Chambliss a note from my doctor, Dr. Latoya Clark, not stating I could return to work but stating that I am able to fulfill all work related responsibilities and that I had no restrictions. Ms. Robinson then went to her office that she shared with Ms. Williams, between the time that Ms. Robinson had spoken with me before I informed her I was pregnant until after she went back to her shared office with Ms. Williams, Ms. Williams had not exited to the front of the building where I was seated, therefore, it would refutes the claim that Ms. Robinson states on page one in the last paragraph, that Ms. Williams came back into the office.

**Dynamic - Key 000059**

(3)

I departed the building because Tanya, the young lady training me came to retrieve me to start training and I was not told to stay at the main office.

I did ask Nicole (who I later was told was the office manager) was there a problem with my hair on Thursday, July 27, 2017 and she did state no there was nothing wrong with my hair and asked if someone had told me something was wrong with my hair and I replied yes, Ms. Gloria Robinson and Nicole referred me to look at Dynamic Security's handbook. I looked at their handbook and there was nothing that stated my hairstyle was inappropriate. Ms. Williams nor Ms. Robinson said anything about my hair until after I informed Ms. Robinson and Lt. Chambliss that I was with child. I even offered to go home and retrieve a hat to wear because Ms. Williams stated that I had to wear a hat where ALL of my hair was covered but instead I was sent home (July 31, 2017) when I asked

(4)

Ms. Williams to see the policy concerning my hair, she replied in a loud, agitated voice, "I don't have to show you anything." I do not recall Ms. Robinson telling me to call her once I spoke with my stylist. After Ms. Robinson sent me home (July 31, 2017), literally five minutes, after I left, she called in quiring about when my child was due and challenging whether my doctor was aware of the job responsibilities I would have. I assured her that my doctor was aware and that my pregnancy in no way would interfere with my ability to do my job. I find it highly unprofessional for a conversation concerning my pregnancy to be held about me after I had left and unethical.

I did not tell Ms. Howell, I felt I was being discriminated against per say. Ms. Howell asked why I had been sent home on Mn. July 31, 2017 and I told her because of my hair and I thought that was unfair and Ms. Howell agreed with me and I also added that I could still be

**Dynamic - Key 000061**

professional considering that Lt. Chambliss has never spoken to me about any of this, he simply transported me where Ms. Robinson wanted me to be. As my immediate supervisor, he never had any conversation and in the times I met with Ms. Robinson, he was mute and let her do all of the talking.

Ms. Robinson did meet with me Aug. 1, 2017 and never said anything concerning my appearance was inappropiate. Ms. Robinson spoke with me in an unprofessional, hostile and agitated manner, continuously saying you are going to be a problem, this is going to be a problem. As an employee who was to report any discrimination to Ms. Robinson I felt threaten and intimidated and that is why I ask Lt. Chambliss once back at the Mailroom if I can speak with someone in Human Resources. Ms. Robinson never referred to my working with Tanya as she stated on the last page. I did not tell Tanya I was stepping out to make a phone call as she stated in her statement, I

Dynamic - Key 000062

(6)

told Tanya that I needed to get some air because I could not believe how I was just spoken to by my employer.

*[signature]*
Aug. 8 2017

**Dynamic - Key 000063**