IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVITA M. KEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-CV-767-ECM |
| | ) | |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S WILL USE EXHIBIT 24**

# HMMA SECURITY

**Statement Form**

## Employee Statement

(To be completed by the employee. Please Print Legibly. Use additional sheets if needed.)

Name: Latunya Howell  TM Number, if applicable: _____
Employer: Dynamic Security  Assigned Shop: _____
Contact Number: _____  Date of Statement: 8-1-17

On 8-1-17 Davita Keys stated that she felt that Ms. Gloria Robinson & Ms. Cassandra Williams was discriminating against her. I called Ms. Cassandra & told her that Davita said that she felt like she was being discriminated against. Ms. Cassandra stated that she would send Chambliss down to the mailroom so that he could bring her to security. So when Davita came back to the mailroom, she said "did you tell them that i felt like i was being discriminated against" and I replied "yes cause that's what you told me." So then Davita stated that she needed to step outside to make a phone call.

END OF STATEMENT

Employee Signature: Latunya Howell
Security Supervisor Name: Mar Chambliss

Created 12.31.2016

Dynamic - Key 000067