IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-CV-767-ECM |
| ) | |
| HYUNDAI MOTOR ) | |
| MANUFACTURING, ALABAMA, ) | |
| LLC; HYUNDAI ENG AMERICA, ) | |
| INC.; and DYNAMIC SECURITY, ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S WILL USE EXHIBIT 25**

8/7/2017	Print

**Subject:** Re: Davita Key
**From:** Ray Cureton (rcureton@dynamicsecurity.org)
**To:** sspires@dynamicsecurity.org;
**Date:** Monday, August 7, 2017 12:19 PM

I think the weight issue is a mute point.

At the time I wrote to you, Ms. Key had told me that HER understanding was that the HMMA policy on hair only applied to uniformed officers. The information that Gloria sent us last week does not specify that in the text, so I'm not sure where Ms. Key got that information.

Also, Ms. Williams has already shown Ms. Key a copy of the HMMA policy.

Thanks for reaffirming the policy, and I will make sure Nicole and Mr. Maddox are aware of the policy should she come into the office when I am not here.

Dr. Ray H. Cureton
*District Manager,*
Dynamic Security, Inc.

5510 Wares Ferry Rd,
Montgomery, AL 36117
Office - (334) 395-7722
Cell (334) 324-8117

---

**From:** Sherry Spires <sspires@dynamicsecurity.org>
**To:** Ray Cureton <rcureton@dynamicsecurity.org>
**Sent:** Monday, August 7, 2017 12:10 PM
**Subject:** Re: Davita Key

You are correct...we never give an employee copies of anything from their Employee File. They can review the contents, but cannot have a copy, make a picture of a copy or take anything with them. Also, a Dynamic Security employee must be present to make sure a photo is not taken or anything is taken from the file.

I would think she should be allowed to review HMMA's policy. Shouldn't she have known about the policy in the first place IF their policy did not allow her hair style at the job site? I thought a previous email from you stated HMMA's policy on her hair style only applied to uniformed security officers? Maybe I'm confused.

Dynamic - Key 000069

8/7/2017                                                                    Print

Where do we stand on her providing us something from her doctor indicating what her weight lifting limits are to allow her to remain in the mail room. Is that now a mute point?

Sherry

**From:** Ray Cureton <rcureton@dynamicsecurity.org>
**To:** Sherry Spires <sspires@dynamicsecurity.org>
**Cc:** Tracy Peoples <tpeoples@dynamicsecurity.org>; Traci Thornton <tthornton@dynamicsecurity.org>
**Sent:** Monday, August 7, 2017 10:56 AM
**Subject:** Davita Key

HI Sherry,

I believe your explained to me the policy that we do not give people copies of their disciplinary reports when they are terminated. However, are they allowed to review this information as long as they do not make a copy, or take a picture, or remove the information from the office?

Ms. Key, who was recently removed from HMMA because of an issue with her hair, has technically not been terminated from Dynamic, and is asking for copies of the paperwork dealing with her removal from Hyundai. Should I allow her to review the information such as the written policy from HMMA, and/or the memo from Gloria concerning her situation? Is she entitled to have copies of any of this information since she has not been terminated? Also, is it advisable to try to move her to a different site when she is making threats to sue HMMA over the appearance standards?

Please advise.

Dr. Ray H. Cureton
*District Manager,*
Dynamic Security, Inc.

5510 Wares Ferry Rd,
Montgomery, AL 36117
Office - (334) 395-7722
Cell (334) 324-8117

about:blank                                                                    2/2