IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-CV-767-ECM |
| ) | |
| HYUNDAI MOTOR ) | |
| MANUFACTURING, ALABAMA, ) | |
| LLC; HYUNDAI ENG AMERICA, ) | |
| INC.; and DYNAMIC SECURITY, ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S WILL USE EXHIBIT 26**

8/2/2017                                                                                              Print

**Subject:** RE: Davita Key
**From:** Robinson, Gloria A - Dynamic Security (gloriarobinson@hmmausa.com)
**To:** sspires@dynamicsecurity.org; rcureton@dynamicsecurity.org;
**Cc:** tpeoples@dynamicsecurity.org; chargrove@dynamicsecurity.org;
**Date:** Wednesday, August 2, 2017 6:56 AM

Good morning,

This is an excerpt from what all personnel are briefed on here, and posted on our board in the roll call room.

**HAIR:**

**Males**

Hair - must be in a neat, clean, trimmed and groomed appearance. Does not touch ears or is not tucked behind ears. Does not extend below the collar. Hair style must not interfere with the wearing of uniform hat or safety hard hat.

Sideburns - must be trimmed, neat, not flared, and can't extend below the lowest part of the ear opening. They must end in a clean-shaven horizontal line.

Mustaches – Must be neatly groomed and not extend beyond the lip line of upper lip. 1/2" thick maximum length. No pencil or Hitler styles allowed.

Shaving – any bearded area not covered by sideburn or mustache must be clean shaven daily.

**Females:**

Hair – must be clean, neatly arranged and styled to be consistent with duty to be performed. Hair will not be worn in style that extends below the bottom back edge of the collar. Hair will not protrude below the eyebrow or cover the ear. **Exaggerated styles with excessive fullness or extreme height are not permitted** nor shall the hair be bunched, rolled, coiled or otherwise arranged in a manner as to create an obvious bulge under the properly worn uniform hat or safety hard hat. Hair ornaments such as ribbons, combs or barrettes will not be worn while in uniform. Bobbie pins, rubber bands if worn will not be exposed.

It has been approved for female personnel to wear braids. Only **Micro Braids, Tree Braids and whatever the size that is a tad larger than micros are acceptable**. The Kinky Twist style, Bob Braids, Cornrows and Dreads are not allowed. They must ensure that will be able to wear their ball cap if necessary with whatever **approved** braid hair style they select. The braids and other hair styles can be worn down to the shoulder but not beyond. The braided hair styles must be maintained and neat. If you have questions about the acceptable braids please ask before paying to get your hair done because if it's not acceptable it will have to be taken down. In addition, those that have their hair done in braid styles that re not approved will **not** be permitted to wear them again.

At this point the client asked that Davita Keys not return to this site.

G. Robinson

*Dynamic Security*

*Cell: (334) 328-2852*

*Desk: (334) 387-8909*

**Win Safetyquality awards...**
**SQuality Innovate Safetyquality through proactive improvements**

NOTICE: This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law. If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

**From:** Sherry Spires [mailto:sspires@dynamicsecurity.org]
**Sent:** Tuesday, August 01, 2017 3:32 PM
**To:** Ray Cureton; Robinson, Gloria A - Dynamic Security
**Cc:** Tracy Peoples; Chris Hargrove
**Subject:** Davita Key

Re:  Her hair (dreads or locks)

Let's make sure there is a clear written policy from HMMA that her hair style is not acceptable at their job site. We've had issues in the past regarding hair and other head accessories from different races, religions, etc. and we just have to make a decision on each one individually. If a clear written policy does exist, then she will need to either abide by that policy or we can move her to another job site, if there is one available. If this move takes

Dynamic - Key 000073

8/2/2017                                                                              Print

place, make sure she understands it is because of her unwillingness to abide by that written policy - NOT because she is pregnant.

Re: Pregnancy (If she changes her hair and remains at HMMA):

Since we now know that she is pregnant, have her get some type of note from her doctor stating what her lifting limits are. This is for her protection (and her unborn child) as well as HMMA and Dynamic Security. While The Jackson Clinic Return to Work note does state no restrictions/return to full duty, I'm concerned that she might not have mentioned the amount of weight she might have to lift to her doctor.

Gloria: Keep in mind....a prospective employee does not have to disclose a medical conditional such as pregnancy, nor are we allowed to ask that question during an interview.

Sherry

NOTICE:
This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, con

If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited.

If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Th

**Dynamic - Key 000074**

8/1/2017                                                              Print

**Subject:** Re: Davita Key
**From:** Ray Cureton (rcureton@dynamicsecurity.org)
**To:** sspires@dynamicsecurity.org;
**Cc:** gloriarobinson@hmmausa.com; tpeoples@dynamicsecurity.org; chargrove@dynamicsecurity.org;
**Date:** Tuesday, August 1, 2017 3:44 PM

Thanks Sherry,

We have done/are doing exactly as you have recommended here. Also - according to Ms. Key, the Hyundai hair policy for security officers that she saw only applied to uniformed security officers. She was working in the mail room in civilian attire.

Gloria, if you could get a copy of the actual policy, I'm sure that would help to clarify the situation.

Thanks!

Ray

Sent from my iPhone

On Aug 1, 2017, at 3:32 PM, Sherry Spires <sspires@dynamicsecurity.org> wrote:

> Re: Her hair (dreads or locks)
> Let's make sure there is a clear written policy from HMMA that her hair style is not acceptable at their job site. We've had issues in the past regarding hair and other head accessories from different races, religions, etc. and we just have to make a decision on each one individually. If a clear written policy does exist, then she will need to either abide by that policy or we can move her to another job site, if there is one available. If this move takes place, make sure she understands it is because of her unwillingness to abide by that written policy - NOT because she is pregnant.
>
> Re: Pregnancy (If she changes her hair and remains at HMMA):
> Since we now know that she is pregnant, have her get some type of note from her doctor stating what her lifting limits are. This is for her protection (and her unborn child) as well as

about:blank                                                                                                    1/2

Dynamic - Key 000075

8/1/2017                                                    Print

HMMA and Dynamic Security. While The Jackson Clinic Return to Work note does state no restrictions/return to full duty, I'm concerned that she might not have mentioned the amount of weight she might have to lift to her doctor.

Gloria: Keep in mind....a prospective employee does not have to disclose a medical conditional such as pregnancy, nor are we allowed to ask that question during an interview.

Sherry

8/1/2017                                              Print

| | |
|---|---|
| Subject: | Davita Key |
| From: | Sherry Spires (sspires@dynamicsecurity.org) |
| To: | rcureton@dynamicsecurity.org; gloriarobinson@hmmausa.com; |
| Cc: | tpeoples@dynamicsecurity.org; chargrove@dynamicsecurity.org; |
| Date: | Tuesday, August 1, 2017 3:32 PM |

Re: Her hair (dreads or locks)
Let's make sure there is a clear written policy from HMMA that her hair style is not acceptable at their job site. We've had issues in the past regarding hair and other head accessories from different races, religions, etc. and we just have to make a decision on each one individually. If a clear written policy does exist, then she will need to either abide by that policy or we can move her to another job site, if there is one available. If this move takes place, make sure she understands it is because of her unwillingness to abide by that written policy - NOT because she is pregnant.

Re: Pregnancy (If she changes her hair and remains at HMMA):
Since we now know that she is pregnant, have her get some type of note from her doctor stating what her lifting limits are. This is for her protection (and her unborn child) as well as HMMA and Dynamic Security. While The Jackson Clinic Return to Work note does state no restrictions/return to full duty, I'm concerned that she might not have mentioned the amount of weight she might have to lift to her doctor.

Gloria: Keep in mind....a prospective employee does not have to disclose a medical conditional such as pregnancy, nor are we allowed to ask that question during an interview.

Sherry

about:blank                                                               1/1

**Dynamic - Key 000077**