IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-CV-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S WILL USE EXHIBIT 28**

8/1/2017                                                                                                                  Print

**Subject:** Re: Fwd: Mailroom new hire
**From:** Tracy Peoples (tpeoples@dynamicsecurity.org)
**To:** chargrove@dynamicsecurity.org;
**Cc:** sspires@dynamicsecurity.org;
**Date:** Monday, July 31, 2017 4:19 PM

Chris, If the officer they hired is not a fit (because she was pregnant) when they hired her the only way I can see her being removed is if she does not comply with rules and regs regarding hair.

Sherry, any thoughts on the below email?

V/R
Tracy

*Tracy R. Peoples
Vice President of Operations
Dynamic Security INC.
1102 Woodward Ave.
Muscle Shoals, AL 35661
Office: (256) 383-5798 Ext 211
Cell: (901) 827-0335
Fax: (256)810-5242
Email: tpeoples@dynamicsecurity.org*

---

**From:** Chris Hargrove <chargrove@dynamicsecurity.org>
**To:** Tracy Peoples <tpeoples@dynamicsecurity.org>
**Sent:** Monday, July 31, 2017 1:34 PM
**Subject:** Fwd: Mailroom new hire

FYI.

Sent from my iPhone

Begin forwarded message:

> **From:** "Robinson, Gloria A - Dynamic Security" <gloriarobinson@hmmausa.com>
> **Date:** July 31, 2017 at 2:10:47 PM EDT
> **To:** "chargrove@dynamicsecurity.org" <chargrove@dynamicsecurity.org>
> **Cc:** Ray Cureton <rcureton@dynamicsecurity.org>, "Williams, Cassandra - Hyundai ENG America" <CWilliams@hmmausa.com>
> **Subject: Mailroom new hire**
>
> Good morning,
>   Ms. Davita Key was hired on as the new mailroom person.
> During the interview, prior to hire—I had contacted Ms. Williams in reference to Ms. Key's hairstyle. They would be considered dreads or locks, if you will. Either way, they are not allowed for the security officers here at HMMA. Ms. Key showed Ms. Williams and I a picture of how she could have her hairstylist change the appearance of them, to make them look a bit neater.
>
> Fast forward to today—Monday July 31, 2017 @ 0730 hours.
> Ms. Key asked to talk to Lt. Chambliss and I in private and at that time told us that she just found out she was pregnant. Keep in mind that she was hired for the mailroom—and although neither male or female are allowed to lift more than 50 pounds. I take issue with her working in the mailroom. To top this off, she had a doctor's note (see attached) stating that she could return to work with no restrictions---not sure where the 'return to work' came from, today was her first day. Apparently she informed her trainer, Ms. Howell, that she is due in January. This means she was with child during the interview with me---but did not disclose this. Although she stated that she 'just found out July 28.
>
> 2nd topic—her hair. Apparently while she was in the security video training on Thursday, she asked Ms. Nicole if she thought anything was wrong with her hair. Unbeknownst to Ms. Nicole why Ms. Key would ask her that question, Ms. Nicole said no, she didn't have a problem with it.
>
> So, at this point, I believe Ms. Key figured since Ms. Nicole was the officer manager, she (Key) would just take it upon herself to NOT change her hairstyle. Ms. Williams reminded her of the conversation the three of us had prior to being hired, but Ms. Key seemed to want more explanation---such as asking to see the policy---which she was shown. I informed Ms. Key that HMMA has a different set of standards for security officers. Either way—Ms. Williams asked her if she could have her stylist change her hair –Ms. Key stated that the lady does not work on a Tuesday, and is normally booked up. She was also given the option to wear a hat that would contain her hair, of course she lives 30 minutes away. At this point, I just told her to go home and to call me when she is able to get an appointment and we will go from there.

about:blank                                                                                                                   1/2

**Dynamic - Key 000078**

8/1/2017 Print

After she left I did call her and ask her if she informed her doctor what type of work she would be doing, she said yes---sounded rather shaky, but she went on to say that when she worked in the post office, she was pregnant and was delivering 100 pds. of mail a day and worked up until two days prior to delivery.

I am asking for some assistance here---what recourse do I have with her? As of this e-mail she has not called back to let me know if she has a hair appointment.

If she is due in five (5) months, unless I cannot count (which I can't) she is already four (4) months---and didn't know it?

G. Robinson
**Dynamic Security**
Cell: (334) 328-2852
Desk: (334) 387-8909
Win Safetyquality awards...
SQuality Innovate Safetyquality through proactive improvements

NOTICE: This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law. If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

NOTICE:
This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information tha

If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this mess

If you received this communication in error, please notify the sender by return e-mail and delete the original message ar

 Virus-free. www.avast.com

**Attachments**

- DOC073117-005.pdf (45.29KB)

**Dynamic - Key 000079**

Jackson Clinic • 1758 Park Place, MONTGOMERY AL 36106-1137
KEY, DAVITA (id #101538, dob: 12/10/1985)

# THE JACKSON CLINIC

**Return to Work / School**

Patient: KEY, DAVITA
DOB: 12/10/1985
Address: 7096 TAYLOR CROSSING DR APT G
MONTGOMERY, AL 36117-7801

Date: 07/28/2017
Patient ID: 101538

Note to Patient:

✓ Was Seen in my office on: 07/28/17

___ Please excuse from work/school for: _____ days

___ May return to work/school on: _____

___ May Not return to work/school on: _____

✓ Work limitations: No resistance Release to Full Duty

___ May Not participate in physical education: _____

___ May return to physical education: _____

___ Limitations for physical education: _____

___ May Not participate in jury duty: _____

Sincerely,

[signature]

Dynamic - Key 000080

# AL - Jackson Hospital

Jackson Obstetrics and Gynecology
1758 Park Place Suite 301
MONTGOMERY, AL 36106-1137.
Phone: (334) 284-1500 Fax:(334) 288-7763

DAVITA KEY
DOB: 12/10/1985
Patient ID: 101538

Upcoming Appointments

| Date | Time | Appointment | Dept./Address | Phone |
|---|---|---|---|---|
| 08/24/2017 | 03:15 PM | Follow-Up OB<br>LATOYA CLARK, MD | Jackson Obstetrics and Gynecology<br>1758 Park Place Suite 301<br>MONTGOMERY, AL 36106-1137. | (334) 284-1500 |

Dynamic - Key 000081