IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-CV-767-ECM |
| ) | |
| HYUNDAI MOTOR ) | |
| MANUFACTURING, ALABAMA, ) | |
| LLC; HYUNDAI ENG AMERICA, ) | |
| INC.; and DYNAMIC SECURITY, ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S WILL USE EXHIBIT 29**

8/1/2017                                                                                                         Print

|        |                                                          |
|--------|----------------------------------------------------------|
| Subject: | Fw: Statements                                         |
| From:  | Ray Cureton (rcureton@dynamicsecurity.org)              |
| To:    | sspires@dynamicsecurity.org; tpeoples@dynamicsecurity.org; |
| Date:  | Tuesday, August 1, 2017 11:09 AM                        |

Sherry,

This morning I received the attached documents concerning Ms. Dvita Key, a recent hire in the mail room at Hyundai, who wants to file an official complaint for discrimination against Hyundai, Cassandra Williams, and Gloria Robinson. I have interviewed Ms. Keys and she has repeatedly stated that she has no issues with Dynamic Security, other than what she feels is a demeaning attitude on the part of Gloria Robinson.

Ms. Williams has asked that Ms. Key not return to the site, and I have removed her from HMMA, but I have NOT terminated Ms. Key from Dynamic Security at this point.

There is also a statement included here from a co-worker who reported to Ms Williams that Ms Key felt discriminated against.

I can attempt to reassign Ms. Key to a different site, but I don't think that is advisable at this time, especially if she is to carry through with the stated "official complaint" of discrimination against Hyundai, Ms Williams, and Ms Robinson.

Any guidance or thoughts?

THANKS!

Dr. Ray H. Cureton
*District Manager.*
Dynamic Security, Inc.

5510 Wares Ferry Rd.
Montgomery, AL 36117
Office - (334) 395-7722
Cell (334) 324-8117


----- Forwarded Message -----
**From:** "Chambliss, Maurice A - Dynamic Security" <Maurice.Chambliss@hmmausa.com>
**To:** Ray Cureton <rcureton@dynamicsecurity.org>
**Cc:** "Robinson, Gloria A - Dynamic Security" <gloriarobinson@hmmausa.com>
**Sent:** Tuesday, August 1, 2017 10:02 AM
**Subject:** Statements



NOTICE:
This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is

If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message

If you received this communication in error, please notify the sender by return e-mail and delete the original message and th

---

**Attachments**

- DOC080117-003.pdf (53.18KB)
- DOC080117-002.pdf (32.62KB)

about:blank                                                                                                              1/1

**Dynamic - Key 000082**

**BATES ENTERPRISES, INC.**

I, Davita Key would like to file an official complaint of discrimination against Hyundai, Ms. Cassandra Williams, and Ms. Gloria Robinson. I believe that I have been discriminated against on the basis of my current hairstyle (dreadlocks) ~~braids~~ and also because I told Ms. Gloria Robinson that I was pregnant on Mon., July 31, 2017. This discrimination has started since my first day on the job and makes me feel threatened and as if I will be working in a hostile environment.

Davita Key 8-1-17

51 HOLLYWOOD BLVD. ♦ CHILDERSBURG, ALABAMA 35044
(256) 378-6118 ♦ (800) 378-6142 ♦ FAX (256) 378-6645

**Dynamic - Key 000083**

# HMMA SECURITY

**Statement Form**

**Employee Statement**

(To be completed by the employee. Please Print Legibly. Use additional sheets if needed.)

Name: Katunya Howell  TM Number, if applicable _____
Employer: Dynamic Security  Assigned Shop: _____
Contact Number: _____  Date of Statement: 8-1-17

On 8-1-17 Davita Keys stated that she felt that Ms. Gloria Robinson + Ms. Cassandra Williams was discriminating against her. I called Ms. Cassandra + told her that Davita said that she felt like she was being discriminated against. Ms. Cassandra stated that she would send Chambliss down to the mailroom so that he could bring her to security. So when Davita came back to the mailroom, she said "did you tell them that i felt like i was being discriminated against" and I replied "yes cause that's what you told me." So then Davita stated that she needed to step outside to make a phone call.

**END OF STATEMENT**

Employee Signature: Katunya Howell
Security Supervisor Name: Mar Chambliss

Created 12.31.2016

**Dynamic - Key 000084**