IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVITA M. KEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-CV-767-ECM |
| | ) | |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S WILL USE EXHIBIT 30**

8/1/2017        Print

**Subject:** Fw: Mailroom new hire - further information
**From:** Ray Cureton (rcureton@dynamicsecurity.org)
**To:** sspires@dynamicsecurity.org;
**Cc:** tpeoples@dynamicsecurity.org;
**Date:** Tuesday, August 1, 2017 12:14 PM

Sherry,

This email chain shows the order of events out at Hyundai concerning Ms. Key whose statement I sent you earlier. Just thought you might want a fuller picture of what happened.

Thanks!

Dr. Ray H. Cureton
*District Manager,*
Dynamic Security, Inc.

5510 Wares Ferry Rd.
Montgomery, AL 36117
Office - (334) 395-7722
Cell (334) 324-8117

----- Forwarded Message -----
**From:** "Williams, Cassandra - Hyundai ENG America" <CWilliams@hmmausa.com>
**To:** "Robinson, Gloria A - Dynamic Security" <gloriarobinson@hmmausa.com>; Ray Cureton <rcureton@dynamicsecurity.org>; "chargrove@dynamicsecurity.org" <chargrove@dynamicsecurity.org>
**Sent:** Tuesday, August 1, 2017 8:50 AM
**Subject:** RE: Mailroom new hire

Good morning Ray and Chris,

The new mailroom hire is absolutely not going to work out. After the issue with her hair yesterday she returns this morning with a hat, not necessarily what I thought was appropriate, but I was willing to look pass it. Plus, she didn't bother to speak when she entered our office, but I was willing to let that go as well...she could have been feeling some sort of why this early in the morning.

Then we hear from our mailroom employee Latunya Howell that she is already stating that she can't lift boxes; she's asking to see a HMMA handbook and that the issue is not about her hair, she is being discriminated against because she is pregnant. Let me explain, I/we had no idea she was pregnant when I called into the interview to look at her hairstyle (dreads, locs whatever it is). At that time I informed her that the style she was wearing was not allowed. She stated that she could have her stylist pull it up, twist it and make it look neat and not have the appearance of dreads. She then showed me a photo of how she once wore it which was acceptable to me. Then of course Monday she arrives with it in the same style she was wearing it on the date of the interview and pointing out what your office manager advised her. Additionally, she even asked to see a copy of our policy regarding dreads. I showed it to her and at the same time explained that I was not obligated to do so.

I foresee an issue down the road with this person. Rather than let it fester I'm asking that she be moved to another site.
Thanks


Team Built.
Team Strong.

Cassandra Williams
Manager of Security Services
Hyundai ENG America, Inc.
Hyundai Motor Manufacturing Alabama, LLC
T (334) 387-8913   E CWilliams@hmmausa.com
F (334) 387-8949
C (706) 590-8773

**Win Safetyquality awards...**
**SQuality Innovate Safetyquality through proactive improvements**

NOTICE: This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law. If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

**From:** Robinson, Gloria A - Dynamic Security
**Sent:** Tuesday, August 01, 2017 6:06 AM
**To:** Ray Cureton; chargrove@dynamicsecurity.org
**Cc:** Williams, Cassandra - Hyundai ENG America
**Subject:** RE: Mailroom new hire

Thanks Ray,
I will see when and if she calls me back, and go from there

about:blank      1/3

Dynamic - Key 000085

8/1/2017                                                               Print

G. Robinson
Dynamic Security
Cell: (334) 328-2852
Desk: (334) 387-8909
**Win Safetyquality awards...**
**SQuality Innovate Safetyquality through proactive improvements**

NOTICE: This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law. If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

**From:** Ray Cureton [mailto:rcureton@dynamicsecurity.org]
**Sent:** Monday, July 31, 2017 3:20 PM
**To:** Robinson, Gloria A - Dynamic Security; chargrove@dynamicsecurity.org
**Cc:** Williams, Cassandra - Hyundai ENG America
**Subject:** Re: Mailroom new hire

Hey Gloria,

Obviously we are not going to let someone go for being pregnant. That's not one of the questions we can ask at an interview.

However, the hair standards at HMMA are non-negotiable, and if Ms. Key will not abide by them, then she will not be welcome to work at Hyundai.

I have instructed Ms. Nicole concerning the hair standards for Dynamic in general, and the particular standards at Hyundai, so that she will not be taken by surprise in the future by that question.

Whether or not you use Ms. Key in the mail-room is your decision. Since she is a licensed security officer, you may use her wherever you need her, and it is up to her to either accept or reject the position.

Bottom line, if her hair is not up to HMMA standards, you have every right to send her to us either for termination, or an assignment elsewhere.

Dr. Ray H. Cureton
*District Manager,*
Dynamic Security, Inc.

5510 Wares Ferry Rd,
Montgomery, AL 36117
Office - (334) 395-7722
Cell (334) 324-8117

**From:** "Robinson, Gloria A - Dynamic Security" <gloriarobinson@hmmausa.com>
**To:** "chargrove@dynamicsecurity.org" <chargrove@dynamicsecurity.org>
**Cc:** Ray Cureton <rcureton@dynamicsecurity.org>; "Williams, Cassandra - Hyundai ENG America" <CWilliams@hmmausa.com>
**Sent:** Monday, July 31, 2017 1:11 PM
**Subject:** Mailroom new hire

Good morning,
    Ms. Davita Key was hired on as the new mailroom person.
During the interview, prior to hire—I had contacted Ms. Williams in reference to Ms. Key's hairstyle. They would be considered dreads or locks, if you will. Either way, they are not allowed for the security officers here at HMMA. Ms. Key showed Ms. Williams and I a picture of how she could have her hairstylist change the appearance of them, to make them look a bit neater.

Fast forward to today—Monday July 31, 2017 @ 0730 hours.
Ms. Key asked to talk to Lt. Chambliss and I in private and at that time told us that she just found out she was pregnant. Keep in mind that she was hired for the mailroom—and although neither male or female are allowed to lift more than 50 pounds. I take issue with her working in the mailroom. To top this off, she had a doctor's note (see attached) stating that she could return to work with no restrictions---not sure where the 'return to work' came from, today was her first day. Apparently she informed her trainer, Ms. Howell, that she is due in January. This means she was with child during the interview with me---but did not disclose this. Although she stated that she 'just found out July 28.

2nd topic—her hair. Apparently while she was in the security video training on Thursday, she asked Ms. Nicole if she thought anything was wrong with her hair. Unbeknownst to Ms. Nicole why Ms. Key would ask her that question, Ms. Nicole said no, she didn't have a problem with it.

So, at this point, I believe Ms. Key figured since Ms. Nicole was the officer manager, she (Key) would just take it upon herself to NOT change her hairstyle. Ms. Williams reminded her of the conversation the three of us had prior to being hired, but Ms. Key seemed to want more explanation---such as asking to see the policy---which she was shown. I informed Ms. Key that HMMA has a different set of standards for security officers. Either way—Ms. Williams asked her if she could have her stylist change her hair –Ms. Key stated that the lady does not work on a Tuesday, and is normally booked up. She was also given the option to wear a hat that would contain her hair, of course she lives 30 minutes away. At this point, I just told her to go home and to call me when she is able to get an appointment and we will go from there.

After she left I did call her and ask her if she informed her doctor what type of work she would be doing, she said yes---sounded rather shaky, but she went on to say that when she worked in the post office, she was pregnant and was delivering 100 pds. of mail

about:blank                                                                2/3

**Dynamic - Key 000086**

8/1/2017 Print

a day and worked up until two days prior to delivery.

I am asking for some assistance here----what recourse do I have with her? As of this e-mail she has not called back to let me know if she has a hair appointment.
If she is due in five (5) months, unless I cannot count (which I can't) she is already four (4) months---and didn't know it?

G. Robinson
**Dynamic Security**
*Cell: (334) 328-2852*
*Desk: (334) 387-8909*
Win Safetyquality awards...
SQuality Innovate Safetyquality through proactive improvements

NOTICE: This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law. If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

NOTICE:

This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged,

If you are not the intended recipient,. be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited.

If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system.


NOTICE:

This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged,

If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited.

If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system.

**Attachments**

- image002.jpg (3.25KB)

Dynamic - Key 000087