IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-CV-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S WILL USE EXHIBIT 33**

Davita Key

From: Sherry Spires (sspires@dynamicsecurity.org)
To: rcureton@dynamicsecurity.org
Date: Friday, August 11, 2017 at 10:44 AM CDT

Nicole just faxed me a VOE from Montgomery County DHR. She didn't waste any time. Just FYI: Nicole also called me while Davita was still in her office. Davita demanding that she needs this back today (which I will get done today). She also said she wants it in her hands. I told Nicole to tell her I WILL NOT give it back to her because I always fax these type forms directly to DHR fax number at the top of the page. Not to mention, I do not stop and process these forms on demand.

What I need from you is: I need to know reason for her separation. Are you going to use "Voluntarily Quit" or "Job Refusal".

Thanks,
Sherry

 Virus-free. www.avast.com

Davita Key

From: Sherry Spires (sspires@dynamicsecurity.org)
To: rcureton@dynamicsecurity.org
Date: Friday, August 11, 2017 at 10:46 AM CDT

I also need to know her last day worked.

 Virus-free. www.avast.com

CONFIDENTIAL                    Dynamic - Key 003234

Davita Key

From: Nicole Scavella (nscavella@dynamicsecurity.org)
To: sspires@dynamicsecurity.org; rcureton@dynamicsecurity.org
Date: Friday, August 11, 2017 at 10:51 AM CDT

Good morning.

I just re-scanned the top side of the form because Ms. Key wanted to add her name.  Fyi, the reason she gave for wanting to hand deliver the form is because her DHR case is in her maiden name.  She did not want any confusion at the DHR office.

Thank you,

Nicole Scavella

CONFIDENTIAL            Dynamic - Key 003235

Re: Davita Key

From: Ray Cureton (rcureton@dynamicsecurity.org)
To: sspires@dynamicsecurity.org
Date: Friday, August 11, 2017 at 11:29 AM CDT

I think we should use job refusal to be consistent, and truthful. The issue with job refusal was that she was only available for 1st shift.

Ray

Sent from my iPhone

> On Aug 11, 2017, at 10:44 AM, Sherry Spires <sspires@dynamicsecurity.org> wrote:
>
> Nicole just faxed me a VOE from Montgomery County DHR. She didn't waste any time. Just FYI: Nicole also called me while Davita was still in her office. Davita demanding that she needs this back today (which I will get done today). She also said she wants it in her hands. I told Nicole to tell her I WILL NOT give it back to her because I always fax these type forms directly to DHR fax number at the top of the page. Not to mention, I do not stop and process these forms on demand.
>
> What I need from you is: I need to know reason for her separation. Are you going to use "Voluntarily Quit" or "Job Refusal".
>
> Thanks,
> Sherry


Virus-free. www.avast.com

Davita Key

From: Sherry Spires (sspires@dynamicsecurity.org)
To: nscavella@dynamicsecurity.org
Date: Friday, August 11, 2017 at 12:55 PM CDT

If she happens to call and ask, I just faxed her VOE to DHR. I also printed off the fax confirmation that it did go through.

Thank you for all your help with this!
Have a great weekend!

Sherry

 Virus-free. www.avast.com

CONFIDENTIAL                    Dynamic - Key 003237

## Fwd: Davita Key

From: Ray Cureton (rcureton@dynamicsecurity.org)
To: sspires@dynamicsecurity.org
Date: Saturday, August 12, 2017 at 07:07 AM CDT

Sent from my iPhone

Begin forwarded message:

> From: "Robinson, Gloria A - Dynamic Security" <gloriarobinson@hmmausa.com>
> Date: August 11, 2017 at 12:51:48 PM EDT
> To: Ray Cureton <rcureton@dynamicsecurity.org>, "nscavella@dynamicsecurity.org" <nscavella@dynamicsecurity.org>
> Subject: RE: Davita Key

Her badge was deactivated August 1. She worked 1.5 hours July 31 and 2 hours August 1

*G. Robinson*

**Dynamic Security**

*Cell: (334) 328-2852*

*Desk: (334) 387-8909*

## Win Safetyquality awards...
**SQuality** Innovate Safetyquality through proactive improvements

NOTICE: This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law. If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

**From:** Ray Cureton [mailto:rcureton@dynamicsecurity.org]
**Sent:** Friday, August 11, 2017 11:43 AM
**To:** nscavella@dynamicsecurity.org; Robinson, Gloria A - Dynamic Security
**Subject:** Fwd: Davita Key

See below - Please confirm Key's last day of work and let Sherry know.

Thanks!

Ray

Sent from my iPhone

CONFIDENTIAL                    Dynamic - Key 003238

Begin forwarded message:

**From:** Sherry Spires <sspires@dynamicsecurity.org>
**Date:** August 11, 2017 at 10:46:27 AM CDT
**To:** Ray Cureton <rcureton@dynamicsecurity.org>
**Subject: Davita Key**
**Reply-To:** Sherry Spires <sspires@dynamicsecurity.org>

I also need to know her last day worked.

 Virus-free. www.avast.com

NOTICE:
This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law.

If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited.

If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system.  Thank you.

CONFIDENTIAL                    Dynamic - Key 003239