IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-CV-767-ECM |
| ) | |
| HYUNDAI MOTOR ) | |
| MANUFACTURING, ALABAMA, ) | |
| LLC; HYUNDAI ENG AMERICA, ) | |
| INC.; and DYNAMIC SECURITY, ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S WILL USE EXHIBIT 37**

RE: EEOC COMPLAINT

From: Williams, Cassandra - Hyundai ENG America (cwilliams@hmmausa.com)
To: sspires@dynamicsecurity.org; klriddle@dynamicsecurity.org
Cc: Malinda.Williams@hmmausa.com
Date: Tuesday, November 13, 2018 at 03:02 PM CST

Thanks



Cassandra Williams

Manager of Security Services
Hyundai ENG America, Inc.
Hyundai Motor Manufacturing Alabama, LLC
T (334) 387-8913   E CWilliams@hmmausa.com
F (334) 387-8949
C (706) 590-8773

**Win Safetyquality awards...**
**SQuality** Innovate Safetyquality through proactive improvements

NOTICE: This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law. If you are not the intended recipient message is strictly prohibited. If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

---

From: Sherry Spires [mailto:sspires@dynamicsecurity.org]
Sent: Tuesday, November 13, 2018 2:33 PM
To: Kristal Riddle
Cc: Williams, Cassandra - Hyundai ENG America; Williams, Malinda
Subject: Fw: EEOC COMPLAINT

Cassandra and Malinda: I'm forwarding this email to Kristal Riddle, as she handles our EEOC Charges.

Kristal: This name is familiar to me. I know I have a file and/or an unemployment file on her. I'll forward to yo[u]

Sherry

----- Forwarded Message -----
From: "Williams, Cassandra - Hyundai ENG America" <CWilliams@hmmausa.com>
To: Tracy Peoples <peoplestracy06@yahoo.com>; "sspires@dynamicsecurity.org" <sspires@dynamicsecurity.org>
Cc: "MARTRISE REED (TREED@DYNAMICSECURITY.ORG)" <TREED@DYNAMICSECURITY.ORG>; Greg Carter <gcarter@dynamicsecurity.org>; "Williams, Malinda" <Malinda.Williams@hmm[ausa.com]>
Sent: Tuesday, November 13, 2018 2:20 PM
Subject: EEOC COMPLAINT

Tracy and Sherry,

CONFIDENTIAL          Dynamic - Key 003280

RE: EEOC COMPLAINT

From: Williams, Cassandra - Hyundai ENG America (cwilliams@hmmausa.com)
To: klriddle@dynamicsecurity.org; sspires@dynamicsecurity.org
Cc: Malinda.Williams@hmmausa.com
Date: Tuesday, November 13, 2018 at 06:30 PM CST

Thanks Kristal.



Cassandra Williams

Manager of Security Services
Hyundai ENG America, Inc.
Hyundai Motor Manufacturing Alabama, LLC
T (334) 387-8913   E CWilliams@hmmausa.com

F (334) 387-8949

C (706) 590-8773

**Win Safetyquality awards...**
**SQuality Innovate Safetyquality through proactive improvements**

NOTICE: This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law. If you are not the intended recipient message is strictly prohibited. If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

---

From: Kristal Riddle [mailto:klriddle@dynamicsecurity.org]
Sent: Tuesday, November 13, 2018 4:11 PM
To: Sherry Spires
Cc: Williams, Cassandra - Hyundai ENG America; Williams, Malinda
Subject: Re: EEOC COMPLAINT

Ms. Key filed against Dynamic Security for Title VII violations regarding discrimination based upon race, sex (pregnancy) and retaliation. As you can see from the attached EEOC Form 5, the allegations her whether her accusations fall against Dynamic vs Hyundai.

Cassandra, please feel free to pass along the attached Form 5 and the Position Statement which I submitted on behalf of Dynamic Security on September 1, 2017 to whomever would be in the position of our files which I feel can be helpful to Hyundai.

If counsel would like to reach out to me to discuss the Dynamic position statement, please pass along my email address to whomever that might be.

Thank you,

Kristal Riddle

Legal Affairs Coordinator

---

From: Sherry Spires <sspires@dynamicsecurity.org>
To: Kristal Riddle <klriddle@dynamicsecurity.org>
Cc: Williams Cassandra - Hyundai ENG America <cwilliams@hmmausa.com>; Malinda Williams <malinda.williams@hmmausa.com>
Sent: Tuesday, November 13, 2018 2:32 PM
Subject: Fw: EEOC COMPLAINT

Cassandra and Malinda: I'm forwarding this email to Kristal Riddle, as she handles our EEOC Charges.

Kristal: This name is familiar to me. I know I have a file and/or an unemployment file on her. I'll forward to you as soo

Sherry

CONFIDENTIAL             Dynamic - Key 003281

----- Forwarded Message -----
**From:** "Williams, Cassandra - Hyundai ENG America" <CWilliams@hmmausa.com>
**To:** Tracy Peoples <peoplestracy06@yahoo.com>; "sspires@dynamicsecurity.org" <sspires@dynamicsecurity.org>
**Cc:** "MARTRISE REED (TREED@DYNAMICSECURITY.ORG)" <TREED@DYNAMICSECURITY.ORG>; Greg Carter <gcarter@dynamicsecurity.org>; "Williams, Malinda" <Malinda.Williams@hmmausa.com>
**Sent:** Tuesday, November 13, 2018 2:20 PM
**Subject:** EEOC COMPLAINT

Tracy and Sherry,

Please see attached copy of an EEOC Complaint filed by Davita Key that was hired for the Mailroom last year. You may have already received a copy of it. I can tell you most of th[e]

Thanks



Cassandra Williams
Manager of Security Services
Hyundai ENG America, Inc.
Hyundai Motor Manufacturing Alabama, LLC
T (334) 387-8913   E CWilliams@hmmausa.com
F (334) 387-8949
C (706) 590-8773

**SQuality** Innovate Safetyquality through proactive improvements

NOTICE: This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure under applicable law. If you are not the intended recip[ient] message is strictly prohibited. If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

NOTICE:
This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privi[leged]
exempt from disclosure under applicable law.

If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibi[ted]

If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your s[ystem]

NOTICE:
This e-mail message, together with any attachments, is for the sole use of the addressees and may contain information that is proprietary, privileged, confidential under applicable law.

If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited.

If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

CONFIDENTIAL                Dynamic - Key 003282

## Davita Key (Hyundai)

From: Sherry Spires (sspires@dynamicsecurity.org)
To: klriddle@dynamicsecurity.org; garrington@dynamicsecurity.org
Date: Thursday, January 9, 2020 at 12:41 PM CST

See attached two files:

1. Summons in a Civil Action that came in today's mail.

2. Notes from my file. See 3rd page where I documented I sent the file to you by Scott on 11/13/18.

Let me know if I can help further.

Sherry


SKM_C36820010912470.pdf
2.1MB


SKM_C36820010912480.pdf
1.9MB