IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVITA M. KEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-CV-767-ECM |
| | ) | |
| HYUNDAI MOTOR | ) | |
| MANUFACTURING, ALABAMA, | ) | |
| LLC; HYUNDAI ENG AMERICA, | ) | |
| INC.; and DYNAMIC SECURITY, | ) | |
| INC. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MAY USE EXHIBIT 27

SECURITY DAILY ACTIVITY REPORT
07.19.2017

**First Shift**

**No Security Activity or Incidents to Report-**

<u>Tickets Issued</u>:
None

**Parking Lot Violation Enforcement Contacts:**

**Security Training:**

**Second Shift**

**No Security Activity or Incidents to Report-**

<u>Tickets Issued</u>:
1 – Parked in Preferred Parking

**Parking Lot Violation Enforcement Contacts:**

**Security Training:**

**Third Shift**

**No Security Activity or Incidents to Report-**

<u>Tickets Issued</u>:
1 – Parked in Preferred Parking

**Parking Lot Violation Enforcement Contacts:**

**Security Training:**

**<u>VPC Gate Procedures</u>**
On Wednesday, July 19, 2017, Officer J. R[Redacted] conducted a brief training class for 3rd Shift Security on the Vehicle Processing Center Gate procedures. The following topics were discussed in brief:

**Daily Security Activity Report**
**07- 19 - 2017**
**Page 2 of 2**

- 
- Guidelines for processing carriers in/out through the VCP gate
- Information that must be entered in the computer
- Officer must ensure that all VIN on the invoice matches with the vehicles on the carrier
- Carriers company's name
- Check that the driver has correct identification and paperwork
- Before any carrier exit the Officer must physically check that all vehicles are properly secured

# SECURITY DAILY ACTIVITY REPORT
## 07.21.2017

**First Shift**

**No Security Activity or Incidents to Report-**

<u>Tickets Issued</u>:
1-Parked in a Disabled Persons' space
1 – Parked in Preferred Parking
2 – Improperly Parked

**<u>Parking Lot Violation Enforcement Contacts:</u>**

**<u>Security Training:</u>**
On Friday July 21, 2017, 1nd Shift Security personnel received training on the **<u>Personal Appearance Standards</u>**

- Males Hair - must be in a neat, clean, trimmed and groomed appearance.
- Female Hair – must be clean, neatly arranged and styled to be consistent with duty to be performed. Hair will not be worn in style that extends below the bottom back edge of the collar.
- Uniforms must be clean and serviceable and a belt must be worn I while in uniform.
- Shoes must be steel toe black in color with smooth toe and low heel. Shoes will be maintained in a clean manner.

**Second Shift**

**<u>Update on Report #07202017-02 Domestic Violence (Verbal):</u>**
On Thursday July 20, 2017 at 2238 hours Security responded to Gate 2 for a possible Domestic Violence involving two Luke employees. Both employees' badges were deactivated pending further investigation. On Friday July 21, 2017 at 1357 hours dispatch noticed Quarnetta B[Redacted] (Luke) was swiping her badge at gate 2 turnstile. B[Redacted]'s badge had been deactivated pending investigation for domestic violence (verbal). Security was dispatched to gate 2 turnstiles. Upon arrival Lt. Herman M[Redacted] met with B[Redacted]. During questioning by Lt. M[Redacted] B[Redacted] was asked as to the location of Pernell P[Redacted] (Luke). B[Redacted] stated that P[Redact] was in his vehicle. Lt. M[Redacted] located P[Redact] sitting in a car in the pickup area. Lt. M[Redacted] advised P[Redact] that he had to be escorted to the security building for questioning. Lt. M[Redacted] and S/O Stanley H[Red]acted escorted B[Redacted] and P[Redact] to the security building for questioning. Lt. M[Redacted] contacted Luke's Supervisor Tae Ho L[Red]act and advised him that he needed to report to the security building. Upon arrival to the Security Building, L[Red]act was briefed of the incident concerning B[Redacted] and P[Redact]. Lt. M[Redacted] took a statement from P[Redact] due to P[Redact]ed not submitting a statement at the time of the incident. Upon

**Daily Security Activity Report**
**07- 21 - 2017**
**Page 2 of 3**

investigation P[Redact] stated he was only trying to make sure B[Redacte] had a ride home. B[Redacte] and P[Redact] both stated that there was no profanity or physical contact between them. B[Redacte] stated that she only walked away from P[Redact] and didn't want to be bothered. B[Redacted] and P[Redact] further stated that they didn't want to lose their jobs. Gloria [Redacted] (Dynamic Security Account Manager) was contacted in reference to the incident. Both B[Redacte] and P[Redact] badges were reactivated and they were sent back to work for lack of evidence for domestic violence. **Lt. HM**

**Tickets Issued**:
None

**Parking Lot Violation Enforcement Contacts:**

**Security Training:**

On Friday July 21, 2017, 2nd Shift Security personnel received training on the **HMMA Tour Protocol.** The following topics were covered in detail:

- Entrance 2 officers are responsible for providing assistance to daily tour guest arriving at HMMA.
- Each week Public Relations (PR) will send the Weekly Tour Schedule to Entrance 2.
- PR will provide daily updates each morning of additions or deletions to the Weekly Schedule.
- A reservation is required of all persons wishing to tour HMMA facility. NO reservation. No entry.
- Security must provide proper information to anyone wishing to schedule a tour of HMMA facility.
- Tours are by Reservation only and must be confirmed before guest is allowed to enter HMMA.
- Tour duration is approximately 1 ½ hours.
- Tour guests are only allowed to enter HMMA 30 minutes prior to scheduled tour. NO Exceptions.

**Third Shift**

**No Security Activity or Incidents to Report-**

**Tickets Issued**:
None

**Daily Security Activity Report**
**07- 21 - 2017**
**Page 3 of 3**

**Parking Lot Violation Enforcement Contacts:**

**Security Training:**

CONFIDENTIAL
Davita M. Key v. HMMA, et al

HMMA000362

## SECURITY DAILY ACTIVITY REPORT
## 07.24.2017

**First Shift**

**Vehicle Abandoned/Towed:**
**Date and Time**: July 24, 2017 @ 0845 hours
**Violation**: Abandoned Vehicle
**Location**: Gate 2 Parking Lot Section G-2
**Vehicle Make, Model and Color**: Chevrolet Cavalier, green in color
**Vehicle Tag**: [Redacted] (Alabama)
**Parking Decal Number (if applicable)**: None
**Employee Name Decal is issued to**: N/A
**Company Employed with**: N/A
**Previous Parking Tickets Issued**: Thursday, July 20, 2017
**Action Taken**: On Thursday July 20, 2017 Sgt. D. D[Redacted] (Dynamic) issued a parking ticket to the above mentioned vehicle for being abandoned. The vehicle has a 2 year old expired tag and had cobwebs around the tires and pavement. A check of the license plate by MPD came back on a Jose V[Redacted], [Redacted], Montgomery, and Al. 36107. A check of Symmetry revealed that V[Redacted] is not a current employee at HMMA. Cassandra [Redacted] (HEA Manager) was notified and directed the vehicle be towed for abandonment. All About Towing was called on July 24, 2017 and came on site to tow vehicle. **Sgt. DD**

**Incident:** Property Damage (HMMA)

**Responding Officer:** Sgt. D. D[Redacted]

**Location:** Glovis America

On Monday, July 24, 2017 at 0950, Jong H[Redacted] (Senior Coordinator of Environment/Ops) and Edward K[Red acte] (Assistant Manager of Operations) came to Security to report property damage to his vehicle. H[Redacted] was driving a 2017 black Hyundai Santa Fe (Al tag #[Redacted]). The vehicle is an HMMA on site vehicle that's assigned to Operations. Both H[Redacted] and K[Red] stated they were checking the FTZ fence line at the rear of VPC/Glovis America when they bottomed out into a ditch in the grassy area causing major damage to the vehicle. Damage consisted of the front bumper being knocked off and damage to the rear bumper. It is unknown if there is any damage underneath the vehicle. There were no reported injuries. Photos were taken and an incident report completed. Cassandra [Redacted] (HEA Manager) was notified of the incident. **Refer to Incident Report #07242017-01 Sgt. DD**

**Daily Security Activity Report**
**07- 24- 2017**
**Page 2 of 4**

### Follow up Investigation to Theft of Property (HMMA Laptop) Reported July.23.2017

On Sunday night July 23, 2017, Chris S Redacted (VP of Production Control) reported the theft of his HMMA issued Dell laptop. On Monday July 24, 2017, Cassandra Redacted (HEA) contacted Gary K Redacted (IT Department HAEA) requesting the computer name and service tag number for the stolen laptop. K Redacted provided the below identifying information for the laptop.

- **Assigned Laptop name: HMM-GA-363L**
- **Service Tag number: B4XBYW1**
- **Model: Latitude E6430**
- **Value: (TBD)**

At approximately 1532 hours, MPD 12 (Cpl. C.F. Redacted met with Jeff Redacted (HMMA Assistant Manager of General Affairs and PR) and completed a police report in connection with the theft. Presently there are no leads in this case. The investigation is ongoing. **Refer to Report #07232017-01 Sgt. R. F Redacted and C.WMS**

### Tickets Issued:

1 – Improperly Parked
2 – Parked in Preferred Parking

### Parking Lot Violation Enforcement Contacts:

### Security Training:

On Monday July 24, 2017, 1st Shift Security personnel received training on the **Personal Appearance Standards**

- Males Hair - must be in a neat, clean, trimmed and groomed appearance.
- Female Hair – must be clean, neatly arranged and styled to be consistent with duty to be performed. Hair will not be worn in style that extends below the bottom back edge of the collar.
- Uniforms must be clean and serviceable and a belt must be worn I while in uniform.
- Shoes must be steel toe black in color with smooth toe and low heel. Shoes will be maintained in a clean manner.

### Second Shift

### Emergency Response/Ambulance (Personal Medical):

On July 24, 2017 at 1939 hours S/O Armickel Redacted radioed dispatch stating that Haynes Ambulance was enroute to the Glovis America VPC Gate. Lt. Herman M Redacted responded. Upon arrival at Glovis America VPC gate Lt. M Redacted met with Keontai P Redacted (Workforce) who was suffering from a personal illness. Terry Redacted (Hyundai Glovis Supervisor) was

**Daily Security Activity Report**
**07- 24 - 2017**
**Page3 of 4**

on scene. At 1945 hours Haynes Ambulance arrived on scene. At 1949 hours Montgomery Fire & Recuse arrived on scene. P▉Reda▉ refused to go by ambulance and his brother Percy R▉Redacted▉ drove him to Baptist South Hospital by POV.  R▉Redacted▉ was driving a burgundy Nissan Maxima (Al Tag ▉Redacted▉ ) and exited site at 2005 hours. **LT. HM**

**Tickets Issued**:
1 – Parked in Preferred Parking
1 – No Parking Permit

**Parking Lot Violation Enforcement Contacts:**

**Security Training:**
On Monday July 24, 2017, 2nd Shift Security personnel received training on the **Appearance Standards for Security Personnel.** The following topics were covered in detail:  **Female Officers (uniform Officers)**
**Hair-**
- Must be clean, well-groomed and neat-
- Hair should not exceed more 3 inches below the collar-
- No exaggerated or inappropriate hairstyles are permitted. Hairstyles must present a professional appearance-
- The security issued ball cap and/or PPE head gear must be able to fit properly over any hairstyle worn-
- Color, highlights or streaks added to hair must be look natural, be in good taste and compliment appearance-
- Braids are permitted, but must be well groomed and kept-
- Dreads or dreadlocks hairstyle are prohibited-
- Hair ribbons are not permissible-

**Make-up**
- Make-up must be in good taste and compliment appearance-
- No loud eye shadow or lipstick. Eye shadow and lipstick must compliment appearance-
- No excessive or large eye lash extensions-
- No loud or inappropriate nail polish (i.e. green, black, blue, orange, yellow, pink, etc.). Nail polish must compliment appearance-
- Color, streaks or highlights in eyebrows are not permitted-

**Daily Security Activity Report**
**07- 24 - 2017**
**Page 4 of 4**

**Jewelry-**
- Must be conservative and not present a safety concern-
- Excessive jewelry is prohibited- (i.e. multiple bracelets; 3 or more rings on one hand; 2 or more necklaces, etc. on)
- Earrings with very large hoop are prohibited-
- No additional piercings such as nose, facial, tongue, eyebrow, excessive ear piercings w/earrings, etc.-

**Found/Impounded Property:**
On Monday July 24, 2017 a hammer was found on the road directly in front of the Security Building. The hammer was turned over to the security supervisor and impounded for safekeeping. **Refer to Impound #07242017-A SGT. PS**

**Third Shift**

**No Security Activity or Incidents to Report-**

**Tickets Issued**:
2-Parked in a Disabled person space

**Parking Lot Violation Enforcement Contacts:**

**Security Training:**

SECURITY DAILY ACTIVITY REPORT
07.31.2017

**First Shift**

**No Security Activity or Incidents to Report-**

**Tickets Issued:**
4 – Parked in Preferred Parking
2 – Improperly Parked

**Parking Lot Violation Enforcement Contacts:**

**Security Training:**
On Monday, July 31, 2017 1st Shift Security personnel received training on the **Truck Weigh Scales Operation.** The following topics were covered in detail:
- Large trucks to pick up scrap materials or deliver fluids are required to be weighed
- Log trucks in Truck Log at Entrance 3
- With truck on weigh scale, create weigh ticket with all pertinent information identifying the truck and weight
- When truck exits, weigh truck and S/O signs weigh ticket
- Give driver their copy and retain HMMA copies (White and yellow)

**Released Property:**
On Monday July 31, 2017 at 1005 hours TM Latoya [Redacted] (102040) entered the security building and claimed the school supplies that were left at the Gate 2 turnstiles. **Refer To Impound #07282017 –A GR**

**Second Shift**

**Follow up to HMMA Badge Violation (1ˢᵗ Major) Reported Sunday 7.30.2017**
On Sunday July 30, 2017 at 1439 hours, Dispatch observed a Hispanic male using the badge of black male NOVAN employee identified as Emise R [Redacted] at Gate 1 Turnstile. Dispatch also noticed that two (2) other Hispanic male subjects were in the company of the individual using R [Redacted] s ID badge. S/O Jeffery T [Redacted] was dispatched to intercept the subjects. On arrival S/O T [Redacted] discovered that the other two (2) men who were identified as Aldrin M [Redacted] (No HMMA Affiliation) and Raul M [Redacted] (No HMMA Affiliation) were also in possession of an ID badge that belonged to NOVAN employees Norberto B [Redacted] and Tae Jung K [Red] During the investigation NOVAN on site supervisor Jug (Jay) Suk K [R] met with Lt. Herman M [Redacted] in Security Building and admitted to giving the badges to the men because he was short staffed. Jay K [R] and the three (3) men were BANNED for 18 months in connection with the badge violation.

**Daily Security Activity Report**
**07- 31 - 2017**
**Page 2 of 3**

**Follow up Investigation:**

Monday evening July 31, 2017 at approximately 1426 hours, Young ▮Redacted▮ (HEA), Derrick M▮Redacted▮ (NOVAN), Jug (jay) Suk K▮Red▮ and his boss Sang E. J▮Red▮ (NOVAN President) met with Cassandra W▮Redacted▮ (HEA) in the Security Building conference room to discuss the badge violation. M▮Redact▮ informed W▮Redacted▮ that they'd just ended a meeting with Coordinator Jong Wook H▮Redacted▮ with Environmental/Operations regarding the violation and was directed to discuss the incident with her. It was then disclosed to W▮Redacted▮ that Sang E. J▮R▮ had actually given the badges of the NOVAN employee to the Hispanic males and sent them to HMMA to work under the supervision of Jay K▮Red▮ Jay K▮R▮ acknowledged being aware that the men had never attended HMMA Safety Class and were in violation of HMMA Badge Policy, but noted that he was following his boss' instructions. W▮Redacted▮ explained to Mr. J▮Red▮ that based on his role in the incident he too had violated HMMA Badge Policy. M▮Redacted▮ noted that NOVAN President (J▮R▮) was hoping that Jay K▮R▮'s badge would be reinstated because he was not directly involved in the incident and was simply obeying his orders. W▮Redacted▮ explained to M▮Redact▮ and the others that she could not change HMMA protocol; she then summoned Jeff M▮Redacte▮ (General Affairs PR Assistant Manager) to the conference room and briefed him on the situation. M▮Redacte▮ explained to them that he would have to review the situation with his management. Before Mr. J▮Red▮ departed he relinquished his ID badge to W▮Redacted▮. San E. J▮R▮'s badge was later deactivated and marked BANNED pending review. Refer to Report **#07302017-02 LT. HM and CWMS**

**Tickets Issued**:
1 – Parked in Preferred Parking

**Parking Lot Violation Enforcement Contacts:**

**Security Training:** On Monday July 31, 2017, 2nd Shift Security personnel received training on the **Solicitation and Trespassing.** The following topics were covered in detail:
- Unauthorized Solicitation is Prohibited on HMMA Premises
- The distribution of any printed advertisements in the form of handbills (i.e. leaflets, flyers, pamphlets, etc.) by commercial organizations, groups and / or non HMMA Team Members on HMMA property is prohibited.
- If Solicitation is observed Security must approach the individual(s) and confirm they are not an HMMA TM
- Once identifying information has been obtained they are to be escorted off site
- Contact MPD if they refuse to depart
- Always notify the required persons within the Security Department to apprise them of the situation

**Daily Security Activity Report**
**07- 31 - 2017**
**Page 3 of 3**

**Third Shift**

**No Security Activity or Incidents to Report-**

**Tickets Issued**:
3-Improperly Parked
1-Parked in a Disabled person space

**Parking Lot Violation Enforcement Contacts:**

**Security Training:**
**HMMA Truck Driver Open-Door Violation**
On Monday, July 31, 2017 3rd Shift Security Personnel received refresher training on **HMMA Truck Driver Open Door Violation.** The following areas were covered

- Officers assigned to Entrance 1 and 3 must instruct all truck drivers with trailers and/or box style that enters and exits Entrance 1 & 3 that they must close the trailer or rear door before leaving the dock or point of delivery prior to exiting the site.
- Officers must report all violations to the CCTV room operator
- The following information must be relayed to the CCTV
- Driver's  name
- Company's name
- Immediate supervisor
- Contact number

## SECURITY DAILY ACTIVITY REPORT
## 08.01.2017

**First Shift**

### Disorderly Conduct (No HMMA Affiliation):

On August 1, 2017 at 1000 hours, S/O Y. M Redacted radioed Dispatch requesting MPD to respond to Entrance 2 regarding an unruly guest. Lt. M. C Redacted and MPD 11 (Cpl. R.J. R Redacted ) arrived on scene and made contact with Sgt. Danny D Redacted and S/O M Redacted . Sgt. D Redacted and S/O M Redacted pointed out an unknown black male passenger in a brown Nissan Altima that claimed to be on site to pick up his mother's vehicle. S/O M Redacted stated that he explained the entry and vehicle retrieval procedures to the young man, but he rejected them and yelled, "Fuck You!" He stated when he asked for his identification the young man refused and became loud and boisterous while still yelling profanities at him. S/O M Redacted stated when he denied entry to the young man he continued yelling and cursing at him. He stated at that point he radioed for an available rover to meet with him at Entrance 2 and Sgt. D Redacted responded. On Sgt. D Redacted s arrival the young man refused to provide his identity to him as well and continued use of profanity. When MPD 11 asked for the young man's identity he gave only a partial name. However, with that bit of information MPD 11 was able to pull up his full name and at that time identified him as Aldeltrice M Redacted During questioning by MPD 11, M Redacted advised him that he was not employed at HMMA, but was on site to pick up his mother's car. At 1012 hours, an unknown black female approached Entrance 2 in a green Toyota Camry (Alabama tag Redacted ). The woman exited the vehicle, identified herself as Latresha M Redacted (Glovis Alabama TM) and also as the mother of Aldeltrice M Redacted . Lt. C Redacted explained HMMA parking lot entry and employee vehicle removal protocol to her and went on to speak about her son's disrespectful behavior towards security and law enforcement. At that point Ms. M Redacted directed her son to apologize to security and MPD 11 and he complied. Ms. M Redacted then relinquished her vehicle to her son. It was explained to Aldeltrice M Redacted in the presence of his mother that he was not allowed by on HMMA premises because his conduct. He then departed site at 1017 hours without further incident. **Lt. MC**

### Security Requested Escort (Luke Employee Termination)

**Date and Time Escort Requested:** 8/01/2017 @ 1040 hours
**Requester:** Luke Industries Supervisor, Tae Ho Reda cted
**Escort Instruction:** Escort Luke Employee Amber J Redacted (Luke) off site from Gate 2 turnstiles.
**Remarks:** J Redacted 's badge was collected; she did not have a vehicle and was escorted to Hyundai Blvd at 1045 hours without further incident.
**Responding Officer:** Lt. M. C Redacted

### Environmental Spill (Sludge):

On August 1, 2017 at 1103 hours, Randy W Redacted (Abednego Environmental Services)

**Daily Security Activity Report**
**08- 01 - 2017**
**Page 2 of 3**

telephoned dispatch to report a sludge spill at the Contractor Yard.  ERT, Security, and Safety responded and made contact with W Redacted . W Redacted stated that while he was swapping out the sludge containers about 5 gallons of sludge spilled from the top of the container onto the ground. The spill was cleaned up with well water by Abednego Environmental Services. **Sgt. MW**

**Tickets Issued**:
3-Parked in No Parking area
4- Improperly Parked

**Parking Lot Violation Enforcement Contacts:**

**Security Training:**

**Second Shift**

**Emergency Response (Accident Injury/Ambulance):**
On Tuesday August 1, 2017 at 1357 hours TM Alex Redacted (101841) radioed dispatch requesting ERT to report to Engine 2 column K-2 for an accident injury. ERT and security responded. ERT arrived on scene and met with TM Kerry M Redacted (100978) who had slipped on a step at column K-2 and injured his left knee. ERT transported M Redacted to the medical clinic. At 1417 hours ERT requested an ambulance to come to the medical clinic. At 1427 hours Haynes Ambulance arrived on site. At 1443 hours Haynes ambulance exited site with M Redacted enroute to Baptist South Hospital. **LT. HM**

**Tickets Issued**:

**Parking Lot Violation Enforcement Contacts:**

**Security Training:** On Tuesday August 1, 2017 2nd Shift Security personnel received training on the **Solicitation and Trespassing.** The following topics were covered in detail:
- Unauthorized Solicitation is Prohibited on HMMA Premises
- The distribution of any printed advertisements in the form of handbills (i.e. leaflets, flyers, pamphlets, etc.) by commercial organizations, groups and / or non HMMA Team Members on HMMA property is prohibited.
- If Solicitation is observed Security must approach the individual(s) and confirm they are not an HMMA TM
- Once identifying information has been obtained they are to be escorted off site

**Daily Security Activity Report**
**08- 01 - 2017**
**Page 3 of 3**

- Contact MPD if they refuse to depart
- Always notify the required persons within the Security Department to apprise them of the situation

- <u>**Only HMMA Team Members**</u> have permission to distribute printed materials on HMMA premises as long as it does not:
  - ✓ Violate Federal, Local or State laws
  - ✓ Contain inappropriate content
  - ✓ Promote the use of illegal drugs, alcoholic beverages, illegal activities, etc.

**Third Shift**

**No Security Activity or Incidents to Report-**

<u>**Tickets Issued**</u>:

<u>**Parking Lot Violation Enforcement Contacts:**</u>

<u>**Security Training:**</u>
On Tuesday August 1, 2017 3rd Shift Security personnel received a brief training class on <u>**HMMA's Solicitation and Trespassing Policy.**</u> The following topics were covered in detail:
- Unauthorized Solicitation is Prohibited on HMMA Premises
- The distribution of any printed advertisements in the form of handbills (i.e. leaflets, flyers, pamphlets, etc.) by commercial organizations, groups and / or non HMMA Team Members on HMMA property is prohibited.
- If Solicitation is observed Security must approach the individual(s) and confirm they are not an HMMA TM
- Once identifying information has been obtained they are to be escorted off site
- Contact MPD if they refuse to depart
- Always notify the required persons within the Security Department to apprise them of the situation

- <u>**Only HMMA Team Members**</u> have permission to distribute printed materials on HMMA premises as long as it does not:
  - ✓ Violate Federal, Local or State laws
  - ✓ Contain inappropriate content
  - ✓ Promote the use of illegal drugs, alcoholic beverages, illegal activities, etc...

**SECURITY DAILY ACTIVITY REPORT**
**08.29.2017**

**First Shift**

**No Security Activity or Incidents to Report-**

<u>Tickets Issued</u>:
1 – Parked in Disabled Person's Space

<u>Parking Lot Violation Enforcement Contacts:</u>

<u>Security Training:</u>

**Second Shift**

<u>Security Requested Assistance Glovis Alabama Workplace Violence (Verbal Threats):</u>
At Tuesday August 29, 2017 at 1712 hours Gloria R Redacted (Dynamic Security Account Manager) telephoned Lt. Herman M Redacted to report a Workplace incident at an Glovis (Other Consolidated Center) Glovis Alabama's offsite facility. Per Shemeka  Redacted (General Affairs Asst. Hyundai Glovis Alabama) James Redacted B Redacted (Decostar Magna) made verbal threats to shoot up the plant at the OCC site and Glovis Alabama locations. A check of symmetry showed that B Redacted is also employed with Job Konnections. B Redacted badge was deactivated and marked banned. Drew W Redacted (Job Konnections Supervisor) was notified of the incident. W Redacted informed Lt. C Redacted that Job Konnection has signed a warrant for B Redacted arrest. R Redacted was notified about the second job with Job Konnection. B Redacted was last seen driving a black 4 door Honda Accord license plate unknown. Photos were placed at each post for notification. **LT. HM**

**Incident:** Property Damage (HMMA)

**Responding Officer:** Lt. H. M Redacted

**Location:** Weld Shop Dock Door W02

On Tuesday August 29, 2017 at 2106 hours TM Frank  Redacted (100383) radioed dispatch to report property damage in the Weld Shop Dock door W02. Lt. Herman M Redacted was dispatched. Upon arrival Lt. M Redacted met with Kenya J Redacted (Luke) and Daquan R Redacted (Hyundai Glovis Alabama Supervisor). J Redacted stated that he heard a loud noise that hit dock door W02 from the outside. He stated he couldn't identify the driver of the trailer that was docked there. He notified his supervisor R Redacted Damage consists of a portion of the

**Daily Security Activity Report**
**08- 29 - 2017**
**Page 2 of 5**

metal dock lift was broken. The dock door was still operational. Paul [Redacted] (Safety) arrived on scene. A search for the driver was conducted but came up with negative results. Video footage of the area revealed that the driver was a Shoreline yard driver. Operation maintenance was notified. A statement and photos was taken from J [Redacted] and an incident report conducted. **Refer To Incident Report #08292017-01 LT. HM**

Tickets Issued:
2 – Parked in Preferred Parking

Parking Lot Violation Enforcement Contacts:

**Security Training:** On Tuesday, August 29, 2017 2nd Shift received training on the **HMMA Personal Protection Equipment and Personal Clothing Policy.** The following topics were covered in detail:
- HMMA requires ALL contractors and TMs to follow PPE protocol as designated by each shop/building.
    - PPE requirements varies by shop-
    - Engine Shop requirements: safety glasses: Steel toed shoes
    - General Assembly requirements: safety; steel toed shoes
    - Paint Shop requirements: Safety glasses; lint free paint suit
    - Stamp and Weld Shops requirements: Safety glasses; hard hat or bump cap (bump cap worn underneath ball cap); protective sleeves and steel toed shoes
- Additional PPE is required on site according to the specific job projects being performed (i.e. hearing protection, respiratory equipment, safety harness, wilder's mask etc.)

**Third Shift**

**Incident:** Harassing Communication (Glovis Alabama)

**Responding Officer:** Lt. A. D [Redacted]

**Location:** Glovis Alabama

On Tuesday, August 29, 2017 at approximately 2331 hours Keora H [Redacted] (JCS) reported to Officer E. B [Redacted] that Jasmine L [Redacted] (formally JCS employee) telephoned her and stated that she was coming to Glovis Alabama to meet and talk with her. H [Redacted] further said that L [Redacted] did not make any threats at the time of the call however she felt that it was necessary to

**Daily Security Activity Report**
**08- 29 - 2017**
**Page 3 of 5**

report the incident to security to protect her job in the event that L▮[Redacted] was to attempt to cause harm to her. When asked why she felt that L▮[Redacted] may cause a scene or do harm to her, H▮[Redacted] said that she was in a relationship with L▮[Redacted]' baby daddy. H▮[Redacted] went on to state that the conversation she had with L▮[Redacted] was not friendly and that since she and L▮[Redacted] are not friends, L▮[Redacted] would have no reason to visit her on her job. H▮[Redacted] was evasive when asked if she and L▮[Redacted] have had any other contact besides the phone conversation today's date. H▮[Redacted] provided a written statement of the incident. An incident report was completed to document the incident. **Refer To Incident Report #08292017-02 Lt. AD**

**Incident:**  Vehicle Accident (Personal)

**Responding Officer:** Lt. A. D [Redacted]

**Location:** HMMA (Laydown Parking Lot)

On Wednesday, August 30, 2017 at 0518 hours Officer John M [Redacted] telephoned dispatch and reported a vehicle accident in the laydown yard. Sgt. J. M▮[Redacted] and Lt. A. D [Redacted] responded. Upon arriving on scene Sgt. M▮[Redacted] made contact with Officer M [Redacted] who advised that LaRay J [Redacted] (no HMMA affiliation) who was driving a white 1999 Ford Explorer (Al Tag [Redacted] ) backed into his gray 2006 Infinity Q56 (Al Tag [Redacted] ) which was parked. M [Redacted] 's Infinity sustained a minor dent to the lower right rear bumper area. There were no visible damages to the white explorer. J[Redacted] stated that he was here to see a friend and that as he backed up he misjudged the distance of the Infinity. An accident report was completed. Statements and photos were taken. There were no reported injuries at the time of this report.  **Refer to Incident Report #08302017-01 Lt. AD**

 Tickets Issued:
 None

**Parking Lot Violation Enforcement Contacts:**

**Security Training:**
On Tuesday, August 29, 2017 3rd Shift Security personnel received training on the **Appearance Standards for Security Personnel.** The following topics were covered in detail:

**Standards for Male & Female Officers**

**Hair-**

**Daily Security Activity Report**
**08- 29 - 2017**
**Page 4 of 5**

- Must be clean, well-groomed and neat- (males & females)
- No exaggerated or inappropriate hairstyles are permitted. Hairstyles must present a professional appearance-  (males & females)
- Carvings, designs, etc. in hair are prohibited- (males & females)
- Hair should not touch collar- (males & females)
- Braids and/or dreads are not permitted- (males)
- Ponytails are not permitted- Braids are permitted, but must be well groomed and kept- (females)
- Tapered appearance on both sides and back of head- (males)
- The security issued ball cap and/or PPE head gear must be able to fit properly over any hairstyle worn- (males & females)
- Color, highlights or streaks added to hair must be look natural, be in good taste and compliment appearance- (males & females)
- Hair should not exceed more than 3 inches below the collar- ( females)
- Beards are prohibited- (unless a medical wavier is granted)
- The security issued ball cap and/or PPE head gear must be able to fit properly over any hairstyle worn- (males & females)
- Hair ribbons are not permissible

**Facial Hair**
- Male officers must be clean shaven.
- A mustache is permissible, but must not exceed pass the corner of the mouth and/or be bushy-
- Sideburns must be neatly trimmed and tapered in the same manner as the haircut. Sideburns will be straight and of even width (not flared) and end in a clean –shaven horizontal line. Sideburns will not extend below the lowest part of the exterior ear opening

**Tattoos-**
- Excessive exposed tattoos are prohibited
- No facial tattoos-
- No offensive or derogatory tattoos-

**Make-up (female officers only)**
- Make-up must be in good taste and compliment appearance-
- No loud eye shadow or lipstick. Eye shadow and lipstick must compliment appearance-
- No excessive or large eye lash extensions-

**Daily Security Activity Report**
**08- 29 - 2017**
**Page 5 of 5**

- No loud or inappropriate nail polish (i.e. green, black, blue, orange, yellow, pink, etc.). Nail polish must compliment appearance-
- Color, streaks or highlights in eyebrows are not permitted

**Jewelry-**

- Must be conservative and not present a safety concern-
- Excessive jewelry is prohibited- (i.e. multiple bracelets; 3 or more rings on one hand; 2 or more necklaces, etc. on)
- Earrings with very large hoop are prohibited-
- No additional piercings such as nose, facial, tongue, eyebrow, excessive ear piercings w/earrings, etc.-