IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-CV-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MAY USE EXHIBIT 41**

# DYNAMIC SECURITY, INC.

## Harassment in the Workplace

Form 1600-1, March 2001
Revised March 2003

**Purpose**
To set forth the Company's policy regarding all forms of harassment in the workplace.

**Background**
It has always been the Company's policy and practice to comply with applicable laws. This commitment is particularly reflected in the field of human relations.

**Policy**
It is the policy of the Company to maintain a work environment that permits an employee to be free from sexual harassment, harassment based upon race, age, gender, religion, national origin, ethnic origin, disability, pregnancy, military status, and other forms of unlawful harassment by any co-worker, supervisor, or other person. It is unacceptable for any employee to engage in conduct that represents unwelcome sexual advances, requests for sexual favors, or other harassing verbal or physical action. The following conduct is specifically prohibited and unlawful:
a. Quid-pro-quo promises by a supervisor (promise of job/promotion/benefits/loss of job)
c. Any conduct which has the purpose or effect of unreasonably interfering with an individual's work performance or which creates an intimidating, hostile, or offensive working environment.
d. Offensive touching
e. Inappropriate/lewd pictures or inappropriate/lewd written materials in the workplace
f. Verbal Harassment in the form of comments, jokes, references or questions.

Prohibited harassment is an infringement on an employee's right to work in an environment free from unlawful discrimination. The Company will not tolerate harassment of any kind amongst any of its employees and any employee engaging in such conduct will be subject to appropriate disciplinary action up to and including termination of employment.

**Instructions**
A. Any employee who believes he or she has been subjected to unlawful harassment is required to report the activity to his or her supervisor immediately. If your complaint involves a supervisor, you should notify the Policy Compliance Officer, in writing, at P.O. Box 451, Tuscumbia AL 35674. You should not be concerned, or fearful of retaliation for making a report pursuant to this policy.
B. Any supervisor to whom a report of alleged harassment is made will immediately notify their manager and conduct a full and detailed investigation. A written report will then be issued to the Vice President of the Company with a copy to the President. A decision will then be made and the appropriate action will be taken.

**Acknowledgment**
By signing below, you acknowledge that you have read and understand this policy and agree to comply with its provisions.

Employee Signature: _____   Date: 7·21·17

Dynamic - Key 000042