IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-CV-767-ECM |
| ) | |
| HYUNDAI MOTOR ) | |
| MANUFACTURING, ALABAMA, ) | |
| LLC; HYUNDAI ENG AMERICA, ) | |
| INC.; and DYNAMIC SECURITY, ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MAY USE EXHIBIT 43**

3/18/22, 9:48 AM                                                                 Yahoo Mail - Fw: Statements

## Fw: Statements

From: Ray Cureton (rcureton@dynamicsecurity.org)
To:   sspires@dynamicsecurity.org; tpeoples@dynamicsecurity.org
Date: Tuesday, August 1, 2017, 11:09 AM CDT


Sherry,

This morning I received the attached documents concerning Ms. Dvita Key, a recent hire in the mail room at Hyundai, who wants to file an official complaint for discrimination against Hyundai, Cassandra Williams, and Gloria Robinson. I have interviewed Ms. Keys and she has repeatedly stated that she has no issues with Dynamic Security, other than what she feels is a demeaning attitude on the part of Gloria Robinson.

Ms. Williams has asked that Ms. Key not return to the site, and I have removed her from HMMA, but I have NOT terminated Ms. Key from Dynamic Security at this point.

There is also a statement included here from a co-worker who reported to Ms Williams that Ms Key felt discriminated against.

I can attempt to reassign Ms. Key to a different site, but I don't think that is advisable at this time, especially if she is to carry through with the stated "official complaint" of discrimination against Hyundai, Ms Williams, and Ms Robinson.

Any guidance or thoughts?

THANKS!

Dr. Ray H. Cureton
*District Manager,*
Dynamic Security, Inc.

5510 Wares Ferry Rd,
Montgomery, AL 36117
Office - (334) 395-7722
Cell (334) 324-8117


----- Forwarded Message -----
**From:** "Chambliss, Maurice A - Dynamic Security" <Maurice.Chambliss@hmmausa.com>
**To:** Ray Cureton <rcureton@dynamicsecurity.org>
**Cc:** "Robinson, Gloria A - Dynamic Security" <gloriarobinson@hmmausa.com>
**Sent:** Tuesday, August 1, 2017 10:02 AM
**Subject:** Statements



NOTICE:
This e-mail message, together with any attachments, is for the sole use of the
addressees and may contain information that is proprietary, privileged,

confidential or otherwise legally exempt from disclosure under applicable law.

If you are not the intended recipient, be aware that any review, use, dissemination, distribution or copying of this message is strictly prohibited.

If you received this communication in error, please notify the sender by return e-mail and delete the original message and the reply from your system. Thank you.

 DOC080117-003.pdf
53.2kB

 DOC080117-002.pdf
32.6kB

Dynamic - Key 000144