IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-CV-767-ECM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MAY USE EXHIBIT 45**

## Key's Unemployment Rebutal

From: Ray Cureton (rcureton@dynamicsecurity.org)
To: sspires@dynamicsecurity.org
Cc: klriddle@dynamicsecurity.org
Date: Tuesday, August 29, 2017, 02:27 PM CDT

Sherry,

I have attached the paperwork you asked for, and here are the answers to your questions:

1. We did NOT discharge her. We offered her part time weekend shifts at either MOBIS or KOCH, neither of which had a first shift opening.

2. I included a copy of a previous e-mail from Gloria that states the policy at HMMA as found on the bulletin board at the facility.

3. Ms. Key worked 1.5 hrs on July 31, and 2 hrs on August 1.

4. I have included the refusal of assignment forms, but as I stated as requested.

5. The first page of her application is included where she states that she is available for any shift. If you need more of the application, let me know. We do not have an interview sheet on Ms. Keys

FYI - I also included a copy of Ms. Key's original complaint where she makes a formal complaint of discrimination against HMMA, Ms. Williams, and Gloria Robinson.

If you need anything else, please let me know!

Dr. Ray H. Cureton
*District Manager,*
Dynamic Security, Inc.

5510 Wares Ferry Rd,
Montgomery, AL 36117
Office - (334) 395-7722
Cell (334) 324-8117


----- Forwarded Message -----
**From:** Ray Cureton <rcureton@dynamicsecurity.org>
**To:** Ray Cureton <rcureton@dynamicsecurity.org>
**Sent:** Tuesday, August 29, 2017 2:15 PM
**Subject:** Message from "RNP002673A95134"

This E-mail was sent from "RNP002673A95134" (MP C4503).

Scan Date: 08.29.2017 14:18:56 (-0400)
Queries to: richard@absofficesystems.com

**Dynamic - Key 000140**

3/18/22, 9:46 AM											Yahoo Mail - Key's Unemployment Rebutal

 20170829141856245.pdf
299kB

Dynamic - Key 000141