IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVITA M. KEY,                        )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )     CIVIL CASE NO. 2:19-cv-767-ECM
                                      )
DYNAMIC SECURITY, INC.                )
                                      )
          Defendant.                  )

**O R D E R**

The Court held a pretrial conference for this matter on February 21, 2023. For the reasons set forth by the Court during the pretrial conference, it is

ORDERED that:

1)   The Defendant's Motion to Strike Plaintiff's Jury Demand (doc. 89) is DENIED;

2)   The Defendant's Motion to Reconsider (doc. 145) is DENIED;

3)   The Defendant's Motion for Enlargement of Time to File Jury Instructions, Voire Dire Questions, and Motions in Limine (doc. 146) is GRANTED, and the parties shall submit these filings on or before **February 28, 2023**. Objections to motions in limine, fully briefed, must be filed on or before **March 7, 2023**.

4)   The parties are DIRECTED to jointly prepare a proposed pretrial order, and the Plaintiff shall ensure that the original of the proposed pretrial order is received by the Court on or before **February 23, 2023,** by transmitting an

electronic copy of the proposed pretrial order to the Court as an attachment

to an email message sent to propord_marks@almd.uscourts.gov.

Done this 21st day of February, 2022.

_____/s/ Emily C. Marks_____
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE