Invoices



# **I N V O I C E**

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 19090 | 7/6/2022 | 11184 |
| **Job Date** | **Case No.** | |
| 6/22/2022 | 2:19-CV-767-ECM-SMD | |
| **Case Name** | | |
| Key v. Hyundai Motor Manfacturing Alabama LLC., et al. | | |
| **Payment Terms** | | |
| Please remit payment in 15 days | | |

David J. Middlebrooks
Lehr, Middlebrooks, Vreeland, & Thompson, P.C.
PO Box 11945
Birmingham, AL 35202

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Robert Burns | | | | 1,039.84 |
| Scanned exhibits | 298.00 | @ | 0.300 | 89.40 |
| Processing | 1.00 | @ | 20.000 | 20.00 |
| | **TOTAL DUE >>>** | | | **$1,149.24** |

Thank you for your business!  Hard copies of this transcript are available upon request. You can pay online at www.citedepos.com, call us at 866.993.0207 or mail payment to:

Cite, LLC
PO Box 6173
Montgomery, AL 36106

THANK YOU!

**Tax ID:** 82-1643675

*Please detach bottom portion and return with payment.*

David J. Middlebrooks
Lehr, Middlebrooks, Vreeland, & Thompson, P.C.
PO Box 11945
Birmingham, AL 35202

Invoice No.   : 19090
Invoice Date  : 7/6/2022
**Total Due**   : **$1,149.24**

Remit To: **Cite, LLC**
          **PO Box 6173**
          **Montgomery, AL 36106**

Job No.     : 11184
BU ID       : CITE BHAM
Case No.    : 2:19-CV-767-ECM-SMD
Case Name   : Key v. Hyundai Motor Manfacturing
              Alabama LLC., et al.



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20036 | 9/13/2022 | 11899 |

| Job Date | Case No. | |
|---|---|---|
| 8/30/2022 | 2:19-CV-767-ECM-SMD | |

| Case Name |
|---|
| Key v. Hyundai Motor Manfacturing Alabama LLC., et al. |

| Payment Terms |
|---|
| Please remit payment in 15 days |

Whitney Brown
Lehr, Middlebrooks, Vreeland, & Thompson, PC
PO Box 11945
Birmingham, AL 35202

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Ray Cureton | 199.00 | Pages | @ | 3.230 | 642.77 |
| Scanned exhibits | 128.00 | | @ | 0.300 | 38.40 |
| Processing | 1.00 | | @ | 20.000 | 20.00 |
| | | **TOTAL DUE  >>>** | | | **$701.17** |

Thank you for your business!  Hard copies of this transcript are available upon request. You can pay online at www.citedepos.com, call us at 866.993.0207 or mail payment to:

Cite, LLC
PO Box 6173
Montgomery, AL 36106

THANK YOU!

**Tax ID:** 82-1643675

*Please detach bottom portion and return with payment.*

Whitney Brown
Lehr, Middlebrooks, Vreeland, & Thompson, PC
PO Box 11945
Birmingham, AL 35202

Invoice No.   : 20036
Invoice Date  : 9/13/2022
**Total Due**      : **$701.17**

Remit To:  **Cite, LLC**
           **PO Box 6173**
           **Montgomery, AL 36106**

Job No.     : 11899
BU ID       : CITE BHAM
Case No.    : 2:19-CV-767-ECM-SMD
Case Name   : Key v. Hyundai Motor Manufacturing
              Alabama LLC., et al.

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20265 | 9/28/2022 | 11766 |

| Job Date | Case No. |
|---|---|
| 8/19/2022 | 2:19-CV-767-ECM-SMD |

| Case Name |
|---|
| Key v. Hyundai Motor Manfacturing Alabama LLC., et al. |

| Payment Terms |
|---|
| Please remit payment in 15 days |

Whitney Brown
Lehr, Middlebrooks, Vreeland, & Thompson, PC
PO Box 11945
Birmingham, AL 35202

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Kristal Riddle | 259.00 | Pages | @ | 2.680 | 694.12 |
| Scanned exhibits | 3.00 | | @ | 0.300 | 0.90 |
| Processing | 1.00 | | @ | 20.000 | 20.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Sherry Spiers | 109.00 | Pages | @ | 2.680 | 292.12 |
| Scanned exhibits | 195.00 | | @ | 0.300 | 58.50 |
| Processing | 1.00 | | @ | 20.000 | 20.00 |
| | | **TOTAL DUE   >>>** | | | **$1,085.64** |

Thank you for your business!  Hard copies of this transcript are available upon request. You can pay online at www.citedepos.com, call us at 866.993.0207 or mail payment to:

Cite, LLC
PO Box 6173
Montgomery, AL 36106

THANK YOU!

**Tax ID:** 82-1643675

*Please detach bottom portion and return with payment.*

Whitney Brown
Lehr, Middlebrooks, Vreeland, & Thompson, PC
PO Box 11945
Birmingham, AL 35202

Invoice No.   : 20265
Invoice Date  : 9/28/2022
**Total Due**     : **$1,085.64**

Remit To:  **Cite, LLC**
          **PO Box 6173**
          **Montgomery, AL 36106**

Job No.     : 11766
BU ID       : CITE BHAM
Case No.    : 2:19-CV-767-ECM-SMD
Case Name   : Key v. Hyundai Motor Manfacturing
              Alabama LLC., et al.

**Alabama Court Reporting, Inc**
109 Jefferson St. North Suite 8
Huntsville, AL 35801
Phone: (877) 478-3376



Whitney R Brown, Esq.
Lehr, Middlebrooks, Vreeland & Thompson, P.C.
1914 4th Avenue North
Suite 500
Birmingham, AL 35203

## *Invoice #39080*

| Date | Terms |
|---|---|
| 09/21/2022 | Due on receipt |

**Depo/Job #36228 on 09/06/2022**

**Case:** Davita M. Key v. Hyundai Motor
Manufacturing Alabama, LLC; Hyundai
Engineering America, Inc.; and Dynamic
Security, Inc.
**Court Docket#:** 2:19-CV-00767-ECM-SMD
**Location:** Bradley, Arant, Boult & Cummings LLP
(Montgomery)
RSA Dexter Avenue Building
445 Dexter Avenue, Suite 9075
Montgomery, AL 36104

**Shipped On:** 09/21/2022
**Shipped Via:** Electronic Only
**Delivery Type:** Normal
**Resource:** Groves, Jordan

| Description | Amount |
|---|---|
| **Cassandra Williams** | |
| Transcript Copy | $ 416.05 |
| Condensed w/Hyperlinked Exhibits | $ 55.00 |
| Exhibits, Scanned | $ 24.00 |
| | $ 495.05 |

Amount Due: $ 495.05
Paid: $ 0.00

| Balance Due: | $ 495.05 |
|---|---|
| Payment Due: | Upon Receipt |

*Electronic Delivery*
*Read & Sign sent via email to T. Matthew Miller -  mmiller@bradley.com;*
*lhawkins@bradley.com*

Tax ID - 47-3910921

Due on receipt. As a reminder, invoices are not contingent upon client payment.  If paying by check, please include Invoice number.
YOU CAN NOW PAY ONLINE!  (There will be a $45.00 fee on all returned checks.)

```
 1                              INVOICE

 2    May 1, 2022

 3    Teresa Roberson, RMR
      Federal Court Reporter
 4    ██████████████████████
      ██████████████████████████
 5    ██████████████████████████
      ██████████████████
 6

 7    Whitney Brown
      Lehr Middlebrooks Vreeland & Thompson
 8    P.O. Box 11945
      Birmingham, Alabama  35202
 9

10

11    In Re:  Key v HMMA 2:22-cv-505-MHH

12    April 22, 2022 telephone conference transcript

13

14    24 pages @ 4.85

15

16    TOTAL:   116.40

17

18    THANKS!!  Teresa

19

20

21

22

23

24

25
```

# Alabama Department of Labor
Finance Division, Rm 2684
649 Monroe Street
Montgomery, AL 36131

Voice: (334) 309-9030
Fax: (334) 309-9025

# INVOICE

| | |
|---|---|
| Invoice Number: | 2022010003 |
| Invoice Date: | Jan 3, 2022 |
| Page: | 1 |

*Duplicate*

**Bill To:**

Lehr Middlebrooks, Vreeland & Thompson,
P O BOX 11945
Birmimgham, AL 35202

**Ship to:**

Lehr Middlebrooks & Vreeland
P O BOX 11945
Birmimgham, AL 35202

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Lehr Middleb & Vreel | | Net 15 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 1/18/22 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | Research/Retrieval/C | DAVITA KEY ▊▊▊▊ | 70.00 | 70.00 |
| 326.00 | Additional Page | Additional Page over 25pages | 1.00 | 326.00 |

| | |
|---|---|
| Subtotal | 396.00 |
| Sales Tax | |
| Total Invoice Amount | 396.00 |
| Payment/Credit Applied | |
| **TOTAL** | **396.00** |

Check/Credit Memo No:

JAN 0 3 2022