| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 7/6/2022 | | | 64 | 1 | 1,149.24 | $ 1,149.24 | CITE, LLC - DEPOSITION FEE-64 - MATT MILLER - INV.19088. RAY BURNS | 13934870 |
| 7/7/2022 | | | 64 | 1 | 1,205.00 | $ 1,205.00 | ESQUIRE DEPOSITION SOLUTIONS, LLC - DEPOSITION FEE-64 - MATT MILLER - INV2238924 DAVITA KEY | 13945067 |
| 9/13/2022 | | | 64 | 1 | 701.17 | $ 701.17 | CITE, LLC - DEPOSITION FEE-64 - MATT MILLER - INV20033 RAY CURETON | 13995085 |
| 9/21/2022 | | | 64 | 1 | 495.05 | $ 495.05 | ALABAMA COURT REPORTING, INC. - DEPOSITION FEE-64 - MATT MILLER - INV39078 CASSANDRA WILLIAMS | 13994101 |
| 9/28/2022 | | | 64 | 1 | 1,085.64 | $ 1,085.64 | CITE, LLC - DEPOSITION FEE-64 - MATT MILLER -- INVOICE: 20263 KRYSTAL RIDDLE AND SHERRY SPIRES | 14011936 |
| | | | | | | $ 4,636.10 | | |

**EXHIBIT A**



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 19088 | 7/6/2022 | 11184 |
| Job Date | Case No. | |
| 6/22/2022 | 2:19-CV-767-ECM-SMD | |
| Case Name | | |
| Key v. Hyundai Motor Manfacturing Alabama LLC., et al. | | |
| Payment Terms | | |
| Please remit payment in 15 days | | |

Matthew Miller
Bradley, Arant, Boult & Cummings, LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Robert Burns | 388.00 | Pages | @ | 2.680 | 1,039.84 |
| Scanned exhibits | 298.00 | | @ | 0.300 | 89.40 |
| Processing | 1.00 | | @ | 20.000 | 20.00 |
| | | | **TOTAL DUE >>>** | | **$1,149.24** |

Thank you for your business! Hard copies of this transcript are available upon request. You can pay online at www.citedepos.com, call us at 866.993.0207 or mail payment to:

Cite, LLC
PO Box 6173
Montgomery, AL 36106

THANK YOU!

**Tax ID:** 82-1643675

*Please detach bottom portion and return with payment.*

Matthew Miller
Bradley, Arant, Boult & Cummings, LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203

Invoice No.  : 19088
Invoice Date : 7/6/2022
**Total Due**   : **$1,149.24**

Remit To: **Cite, LLC**
**PO Box 6173**
**Montgomery, AL 36106**

Job No.     : 11184
BU ID       : CITE BHAM
Case No.    : 2:19-CV-767-ECM-SMD
Case Name   : Key v. Hyundai Motor Manfacturing
              Alabama LLC., et al.



**Invoice  INV2238924**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 7/7/2022 |
| Terms | Net 30 |
| Due Date | 8/6/2022 |

| | |
|---|---|
| Client Number | C01052 |
| Esquire Office | Atlanta |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | BH 159460 |
| Date of Loss | |

**Bill To**
Bradley
1 Federal Place
1819 5th Avenue North
Birmingham AL 35203

**Services Provided For**
Bradley Arant Boult Cummings LLP - Birmingham
Miller, T. Matthew
1 Federal Place
1819 5th Avenue North
Birmingham AL 35203

| Date | Job | Location | Witness | Pages | Unit Price | Tax | Amount |
|---|---|---|---|---|---|---|---|
| 6/20/2022 | J8044773 | Montgomery, ALABAMA | | | | | DAVITA M. KEY V. HYUNDAI MOTOR |
| | | TRANSCRIPT - COPY-WI | Davita M Key | 332 | 2.95 | No | $979.40 |
| | | E-EXHIBITS B&W COPY | Davita M Key | 245 | 0.60 | No | $147.00 |
| | | CONDENSED TRANSCRIPT | Davita M Key | 1 | 25.00 | No | $25.00 |
| | | PROCESSING & COMPLIANCE | Davita M Key | 1 | 50.00 | No | $50.00 |
| | | E- EXHIBITS COLOR COPY | Davita M Key | 6 | 0.60 | No | $3.60 |

| | |
|---|---|
| Subtotal | 1,205.00 |
| Shipping Cost (n/a) | 0.00 |
| Total | $1,205.00 |
| Amount Due | 1,205.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (5).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| Client Name | Bradley Arant Boult Cummings LLP - Birmingham |
| Client # | C01052 |
| Invoice # | INV2238924 |
| Invoice Date | 7/7/2022 |
| Due Date | 8/6/2022 |
| Amount Due | $1,205.00 |



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20033 | 9/13/2022 | 11899 |
| Job Date | Case No. | |
| 8/30/2022 | 2:19-CV-767-ECM-SMD | |
| Case Name | | |
| Key v. Hyundai Motor Manfacturing Alabama LLC., et al. | | |
| Payment Terms | | |
| Please remit payment in 15 days | | |

Matthew Miller
Bradley, Arant, Boult & Cummings, LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Ray Cureton | 199.00 | Pages | @ | 3.230 | 642.77 |
| Scanned exhibits | 128.00 | | @ | 0.300 | 38.40 |
| Processing | 1.00 | | @ | 20.000 | 20.00 |
| | **TOTAL DUE   >>>** | | | | **$701.17** |

Thank you for your business!  Hard copies of this transcript are available upon request. You can pay online at www.citedepos.com, call us at 866.993.0207 or mail payment to:

Cite, LLC
PO Box 6173
Montgomery, AL 36106

THANK YOU!

**Tax ID:** 82-1643675

*Please detach bottom portion and return with payment.*

Matthew Miller
Bradley, Arant, Boult & Cummings, LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203

Invoice No.    : 20033
Invoice Date  : 9/13/2022
**Total Due**    : **$701.17**

Remit To:  **Cite, LLC**
            **PO Box 6173**
            **Montgomery, AL 36106**

Job No.       : 11899
BU ID          : CITE BHAM
Case No.    : 2:19-CV-767-ECM-SMD
Case Name : Key v. Hyundai Motor Manfacturing
                   Alabama LLC., et al.

**Alabama Court Reporting, Inc**
109 Jefferson St. North Suite 8
Huntsville, AL 35801
Phone: (877) 478-3376



T. Matthew Miller, Esq.
Bradley, Arant, Boult & Cummings LLP (Birmingham)
Suite 200, One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

## Invoice #39078

| Date | Terms |
|---|---|
| 09/21/2022 | Due on receipt |

### Depo/Job #36228 on 09/06/2022

**Case:** Davita M. Key v. Hyundai Motor Manufacturing Alabama, LLC; Hyundai Engineering America, Inc.; and Dynamic Security, Inc.
**Court Docket#:** 2:19-CV-00767-ECM-SMD
**Location:** Bradley, Arant, Boult & Cummings LLP (Montgomery)
RSA Dexter Avenue Building
445 Dexter Avenue, Suite 9075
Montgomery, AL 36104

**Shipped On:** 09/21/2022
**Shipped Via:** Electronic Only
**Delivery Type:** Normal
**Resource:** Groves, Jordan

| Description | Amount |
|---|---|
| **Cassandra Williams** | |
| Transcript Copy | $ 416.05 |
| Condensed w/Hyperlinked Exhibits | $ 55.00 |
| Exhibits, Scanned | $ 24.00 |
| | $ 495.05 |

| | |
|---|---|
| Amount Due: | $ 495.05 |
| Paid: | $ 0.00 |

| | |
|---|---|
| Balance Due: | $ 495.05 |
| Payment Due: | Upon Receipt |

*Electronic Delivery*
*Read & Sign sent via email to T. Matthew Miller - mmiller@bradley.com; lhawkins@bradley.com*

Tax ID - 47-3910921

Due on receipt. As a reminder, invoices are not contingent upon client payment.  If paying by check, please include Invoice number.
YOU CAN NOW PAY ONLINE!  (There will be a $45.00 fee on all returned checks.)



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20263 | 9/28/2022 | 11766 |
| Job Date | Case No. | |
| 8/19/2022 | 2:19-CV-767-ECM-SMD | |
| Case Name | | |
| Key v. Hyundai Motor Manfacturing Alabama LLC., et al. | | |
| Payment Terms | | |
| Please remit payment in 15 days | | |

Matthew Miller
Bradley, Arant, Boult & Cummings, LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Kristal Riddle | 259.00 | Pages | @ | 2.680 | 694.12 |
| Scanned exhibits | 3.00 | | @ | 0.300 | 0.90 |
| Processing | 1.00 | | @ | 20.000 | 20.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Sherry Spiers | 109.00 | Pages | @ | 2.680 | 292.12 |
| Scanned exhibits | 195.00 | | @ | 0.300 | 58.50 |
| Processing | 1.00 | | @ | 20.000 | 20.00 |
| | | | **TOTAL DUE   >>>** | | **$1,085.64** |

Thank you for your business!  Hard copies of this transcript are available upon request. You can pay online at www.citedepos.com, call us at 866.993.0207 or mail payment to:

Cite, LLC
PO Box 6173
Montgomery, AL 36106

THANK YOU!

**Tax ID:** 82-1643675

*Please detach bottom portion and return with payment.*

Matthew Miller
Bradley, Arant, Boult & Cummings, LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203

Invoice No.    : 20263
Invoice Date   : 9/28/2022
**Total Due**      : **$1,085.64**

Remit To:  **Cite, LLC**
          **PO Box 6173**
          **Montgomery, AL 36106**

Job No.       : 11766
BU ID         : CITE BHAM
Case No.      : 2:19-CV-767-ECM-SMD
Case Name     : Key v. Hyundai Motor Manfacturing
                Alabama LLC., et al.