IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-CV-767-ECM |
| ) | |
| DYNAMIC SECURITY, INC. ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S TRIAL DEPOSITION DESIGNATIONS FOR THE DEPOSITION OF GLORIA ROBINSON**

COMES NOW the Plaintiff and notifies the Court that on March 20, 2023, the parties, at the agreed cost of the Defendant, took the trial deposition of Gloria Robinson. The deposition was taken as a video deposition. The Plaintiff identifies as Exhibit A the designations of the deposition of Gloria Robinson to be played via video by the Defendant during the case of the Plaintiff.

                                        Respectfully submitted,

                                        Attorneys for Plaintiff
                                        */s/ Heather Leonard*
                                        Heather Newsom Leonard
                                        ASB-1152-061H

OF COUNSEL:
Heather Leonard, P.C.
2105 Devereaux Cir., Suite 111
Birmingham, AL 35243
Phone: (205) 977-5421

heather@heatherleonardpc.com

                                                                                                                   */s/ Leslie A. Palmer.*
                                                                                                                    ASB-0436-L40P

OF COUNSEL:
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, AL 35233
(205) 285-3050
leslie@palmerlegalservices.com

## Certificate of Service

      I hereby certify that I have filed the foregoing on the Court's CM/ECF electronic filing system which will provide notice to all counsel of record on this 26th day of March, 2023.

    Wesley C. Redmond
    Susan W. Bullock
    FordHarrison LLC
    420 20th Street North, Suite 2560
    Birmingham, AL 35203
    wredmond@fordharrison.com
    sbullock@fordharrison.com
    Phone: (205) 244-5905
    Counsel for Dynamic Security, Inc.

                                                                                       /s/ Heather Newsom Leonard
                                                                                       OF COUNSEL