| Case | Key Depositions - Trial |
|---|---|
| Issue Code | Deposition Designations |

| ROBINSON, GLORIA 3/20/23 VOL 1 | | | |
|---|---|---|---|
| 1 | 005:03 - 005:22 | 005:03 | Q.  Ms. Key -- I'm sorry.  I knew I was going to |
| | | 04 | do that sometime today.  Ms. Robinson, will you |
| | | 05 | state your name for the record, please? |
| | | 06 | A.  Gloria Robinson. |
| | | 07 | Q.  And I don't need your full address, but can |
| | | 08 | you tell me which city and state you currently |
| | | 09 | reside in? |
| | | 10 | A.  Greenville, South Carolina. |
| | | 11 | Q.  And where are you currently giving this |
| | | 12 | deposition from? |
| | | 13 | A.  At home. |
| | | 14 | Q.  And what city and state is that in? |
| | | 15 | A.  Greenville, South Carolina. |
| | | 16 | Q.  And you were at some point employed by |
| | | 17 | Dynamic Security? |
| | | 18 | A.  That's correct. |
| | | 19 | Q.  How long were you employed by Dynamic |
| | | 20 | Security? |
| | | 21 | A.  Whenever they took over, because I was there |
| | | 22 | at Hyundai itself for ten years. |
| 2 | 006:10 - 006:12 | 006:10 | Q.  What locations did you work at when you were |
| | | 11 | employed by Dynamic? |
| | | 12 | A.  I only worked at Hyundai. |
| 3 | 008:05 - 008:11 | 008:05 | Q.  What other locations did you work at for |
| | | 06 | Dynamic besides at the Hyundai plant? |
| | | 07 | A.  That's the only one I worked at.  Well, now, |
| | | 08 | hold on, because Glovis -- we also had the sister |
| | | 09 | Glovis that was right next door to the Hyundai |
| | | 10 | plant, and I mean, I had to go and respond to those |
| | | 11 | areas, also. |
| 4 | 013:13 - 013:18 | 013:13 | Q.  Yes, ma'am. |
| | | 14 | A.  Okay.  I did not remember Ms. Davita Key, to |
| | | 15 | be honest, when I was first contacted in August. |
| | | 16 | So once things started going, I still didn't |
| | | 17 | remember the entire situation because I've been |
| | | 18 | gone for so long. |

| | | | |
|---|---|---|---|
| 5 | 015:07 - 015:12 | 015:07 | Q. What role, if any, would you have had in |
| | | 08 | placing Ms. Key in other locations or facilities |
| | | 09 | outside of the Hyundai facility? |
| | | 10 | A. I would not. She would have gone back to |
| | | 11 | the main office, and they would have placed her |
| | | 12 | somewhere else. |
| 6 | 026:22 - 029:16 | 026:22 | EXAMINATION |
| | | 23 | BY MS. LEONARD: |
| | | 24 | Q. All right. Ms. Robinson, I see today that |
| | | 25 | you're wearing your hair styled in a dreadlock |
| | | 027:01 | fashion. Is that how your hair was styled when you |
| | | 02 | worked at the Hyundai plant for Dynamic Security? |
| | | 03 | A. No. |
| | | 04 | Q. How was your hair styled at that point? |
| | | 05 | A. Oh, my goodness. Oh, let's see. I'm not |
| | | 06 | sure if I had cut my hair at that point, so I would |
| | | 07 | have an Afro or I would have been wearing -- I'm |
| | | 08 | not good at hairstyles. So it would have been like |
| | | 09 | a -- not a relaxer. I can't think of the word. |
| | | 10 | But it would have been like a short, I don't know, |
| | | 11 | real short haircut of some sort. |
| | | 12 | Q. All right. When did you stop working for |
| | | 13 | Dynamic Security? |
| | | 14 | A. That would have been 2017, I believe. |
| | | 15 | Q. And why did you -- |
| | | 16 | A. No -- |
| | | 17 | (Indiscernible crosstalk.) |
| | | 18 | THE DEPONENT: Yeah. |
| | | 19 | BY MS. LEONARD: |
| | | 20 | Q. Why did you stop working for Dynamic |
| | | 21 | Security? |
| | | 22 | A. I moved. |
| | | 23 | Q. Does Dynamic Security operate in North |
| | | 24 | Carolina? |
| | | 25 | A. No. I don't know. I didn't transfer to |
| | | 028:01 | another Dynamic Security position. |
| | | 02 | Q. And why did you move to North Carolina? |
| | | 03 | A. I'm actually in South Carolina, and I moved |
| | | 04 | because of the situation that I was placed in. So |
| | | 05 | I had to leave. |
| | | 06 | Q. And what was the situation you were placed |
| | | 07 | in? |

|   |   |   |   |
|---|---|---|---|
|   |   | 08 | A. I was banned from HMMA and I found -- they |
|   |   | 09 | put me in a job at UPS, I believe it was, part time |
|   |   | 10 | and my lease was running out. So I packed up and |
|   |   | 11 | left. |
|   |   | 12 | Q. Do you know who made the decision to ban you |
|   |   | 13 | from HMMA? |
|   |   | 14 | A. Cassandra Williams. |
|   |   | 15 | Q. Did anyone share with you why Cassandra |
|   |   | 16 | Williams banned you from HMMA? |
|   |   | 17 | MR. REDMOND: Object to the hearsay. |
|   |   | 18 | THE DEPONENT: She thought that I was a |
|   |   | 19 | threat. |
|   |   | 20 | BY MR. REDMOND: |
|   |   | 21 | Q. Tell me what -- everything you recall about |
|   |   | 22 | the decision made to ban you from HMMA. What |
|   |   | 23 | happened? |
|   |   | 24 | MR. REDMOND: And I'm going to object |
|   |   | 25 | to this to the extent that it is based on |
|   | 029:01 | | hearsay. |
|   |   | 02 | BY MS. LEONARD: |
|   |   | 03 | Q. You can answer. |
|   |   | 04 | A. Okay. I had sent an email to one of the |
|   |   | 05 | lieutenants, and I asked that individual to let me |
|   |   | 06 | know when somebody calls out or whatever because I |
|   |   | 07 | was working a shift, and he got upset. |
|   |   | 08 | When I left that day, the next thing I know |
|   |   | 09 | Dynamic Security called me or the office manager |
|   |   | 10 | called me or whoever was in there and asked me to |
|   |   | 11 | come. I came to the office probably the next day, |
|   |   | 12 | and she informed me that I was banned from Hyundai. |
|   |   | 13 | Q. And did Dynamic give you any reason as to |
|   |   | 14 | why you had been banned from Hyundai? |
|   |   | 15 | A. I believe the office manager said that |
|   |   | 16 | Cassandra Williams felt that I was a threat. |
| 7 | 030:03 - 030:18 | 030:03 | Q. Did you threaten anyone at HMMA? |
|   |   | 04 | A. No. |
|   |   | 05 | Q. Do you think HMMA provided false or an |
|   |   | 06 | untrue reason for your removal from Hyundai? |
|   |   | 07 | A. Of course, I'm going to take that personal, |
|   |   | 08 | yes. |
|   |   | 09 | Q. Okay. Did Dynamic do anything to |
|   |   | 10 | investigate whether the reason given for -- by HMMA |

| | | | |
|---|---|---|---|
| | | 11 | for your removal was true? |
| | | 12 | A.  I do not know, to be honest.  I really do |
| | | 13 | not know because at that point in time I was just |
| | | 14 | asked to go to another position.  They put me at |
| | | 15 | UPS. |
| | | 16 | Q.  And when you were put at UPS, did you go |
| | | 17 | from a full-time to a part-time position? |
| | | 18 | A.  That's correct. |
| 8 | 031:09 - 031:13 | 031:09 | Q.  Do you feel that Dynamic did anything to |
| | | 10 | protect you from Hyundai's false allegations? |
| | | 11 | MR. REDMOND:  Object to the relevance. |
| | | 12 | THE DEPONENT:  I didn't give it a |
| | | 13 | second thought. |
| 9 | 031:15 - 032:04 | 031:15 | Q.  Do you have any reason -- oh, you referenced |
| | | 16 | before, in response to Mr. Redmond's questions |
| | | 17 | about the mail room.  Where was the mail room at |
| | | 18 | Hyundai? |
| | | 19 | A.  In the main building of the plant, where the |
| | | 20 | president normally stays. |
| | | 21 | Q.  And when important people like the mayor or |
| | | 22 | VIPs came to visit the Hyundai plant, would they go |
| | | 23 | into that main building? |
| | | 24 | A.  That's correct. |
| | | 25 | Q.  So would the mail room be visible to VIPs |
| | | 032:01 | and other people visiting the Hyundai plant? |
| | | 02 | A.  If they did a tour of the building.  I don't |
| | | 03 | know if they actually went through it because I |
| | | 04 | don't -- I didn't go into that building. |
| 10 | 032:10 - 034:08 | 032:10 | Q.  In response to Mr. Redmond's questions, you |
| | | 11 | mentioned that you also had some responsibilities |
| | | 12 | for the Glovis facility.  Did the Glovis facility |
| | | 13 | have a mail room? |
| | | 14 | A.  No.  Well, hold on.  I don't know inside the |
| | | 15 | building itself.  I was only responsible for the |
| | | 16 | entrance and the rover that would be out there, |
| | | 17 | that's it.  Now, what's inside Glovis, I don't |
| | | 18 | know, because they were actually -- they were the |
| | | 19 | same, but they were a different company. |
| | | 20 | Q.  What do you mean they were the same but a |
| | | 21 | different company? |
| | | 22 | A.  Well, because what Hyundai would do is |
| | | 23 | create the cars and the cars would go over to |

|    |                  |        |                                                              |
|----|------------------|--------|--------------------------------------------------------------|
|    |                  | 24     | Glovis, I guess what they would call buy the cars            |
|    |                  | 25     | from Hyundai.  They had their own team members, and          |
|    |                  | 033:01 | they had their own rules and regulations over                |
|    |                  | 02     | there.  My only responsibility was to make sure              |
|    |                  | 03     | that we had the security people available to work            |
|    |                  | 04     | that site.                                                   |
|    |                  | 05     | Q.  All right.  And what jobs were staffed --                |
|    |                  | 06     | did Dynamic staff at the Glovis site?                        |
|    |                  | 07     | A.  That would have been the entrance and the                |
|    |                  | 08     | rover what they all patrol.  That's just the two             |
|    |                  | 09     | positions there.                                             |
|    |                  | 10     | Q.  All right.                                               |
|    |                  | 11     | A.  Oh, I'm sorry.  And -- no, there were two                |
|    |                  | 12     | gate guards.  One was at the main building.  One             |
|    |                  | 13     | was at the truck entrance, and one was a rover.              |
|    |                  | 14     | They would go through.                                       |
|    |                  | 15     | Q.  All right.                                               |
|    |                  | 16     | A.  I had to think about that.                               |
|    |                  | 17     | Q.  When you were working at the Hyundai                     |
|    |                  | 18     | facility for Dynamic, were you someone who was               |
|    |                  | 19     | authorized or could receive complaints of                    |
|    |                  | 20     | discrimination from employees?                               |
|    |                  | 21     | A.  As an account manager, yes.                              |
|    |                  | 22     | Q.  Is that the role that you held in July and               |
|    |                  | 23     | August of 2017?                                              |
|    |                  | 24     | A.  That would be -- that should be right.                   |
|    |                  | 25     | Q.  And would you agree that in that job, if you             |
|    |                  | 034:01 | learned that an employee felt they were being                |
|    |                  | 02     | discriminated against or harassed in a way, you              |
|    |                  | 03     | must look into it and come to some type of                   |
|    |                  | 04     | resolution?                                                  |
|    |                  | 05     | A.  That's correct.                                          |
|    |                  | 06     | Q.  What sort of training, if any, did Dynamic               |
|    |                  | 07     | Security provide you on what you were to do if you           |
|    |                  | 08     | received a complaint of discrimination?                      |
| 11 | 034:19 - 036:01  | 034:19 |         THE DEPONENT:  That would be to find                 |
|    |                  | 20     |     out what the Complaint is and send it                    |
|    |                  | 21     |     straight up to my immediate supervisor.                  |
|    |                  | 22     | BY MS. LEONARD:                                              |
|    |                  | 23     | Q.  Is that training that Dynamic provided to                |
|    |                  | 24     | you or just your understanding of what you should            |
|    |                  | 25     | do?                                                          |

|    |                  |        |                                                           |
|----|------------------|--------|-----------------------------------------------------------|
|    |                  | 035:01 | A.  My understanding.                                     |
|    |                  | 02     | Q.  Okay.  Did Dynamic provide you any training           |
|    |                  | 03     | on how to receive or investigate complaints of            |
|    |                  | 04     | discrimination?                                           |
|    |                  | 05     | A.  I mean, as far as a formal training?  No.             |
|    |                  | 06     | Q.  Okay.  Did Dynamic communicate anything to            |
|    |                  | 07     | you as to what would constitute discrimination or         |
|    |                  | 08     | harassment?                                               |
|    |                  | 09     | A.  On a formal training type, you know, like a           |
|    |                  | 10     | classroom?  Is that what you mean?                        |
|    |                  | 11     | Q.  Yes, ma'am.                                           |
|    |                  | 12     | A.  Not that I can recall.                                |
|    |                  | 13     | Q.  Outside of a classroom in any other informal          |
|    |                  | 14     | ways, did Dynamic communicate to you what would           |
|    |                  | 15     | constitute discrimination or harassment?                  |
|    |                  | 16     | A.  You're asking me to really think here.  Not           |
|    |                  | 17     | that I can think of, no.                                  |
|    |                  | 18     | Q.  Do you recall seeing any policies that                |
|    |                  | 19     | Dynamic had in place prohibiting discrimination or        |
|    |                  | 20     | harassment?                                               |
|    |                  | 21     | A.  There were written -- there was a written             |
|    |                  | 22     | handbook of some sort.  Now, that, you know, I            |
|    |                  | 23     | believe you get that at the office when you first         |
|    |                  | 24     | come in or something, but there was something             |
|    |                  | 25     | written down.  I just don't know what it was off          |
|    |                  | 036:01 | the top of my head.                                       |
| 12 | 036:20 - 037:07  | 036:20 | Q.  And when you were referring to the handbook,          |
|    |                  | 21     | is this the handbook that's given to the security         |
|    |                  | 22     | officers that's a small book that they're supposed        |
|    |                  | 23     | to carry with them?                                       |
|    |                  | 24     | A.  I believe that's it.                                  |
|    |                  | 25     | Q.  Okay.  Did you have any duty to document              |
|    |                  | 037:01 | when you received a complaint of discrimination?          |
|    |                  | 02     | A.  A duty to document?  That would be -- I               |
|    |                  | 03     | mean, as far as me being told to write it down and        |
|    |                  | 04     | then send it to my supervisor, is that what you           |
|    |                  | 05     | mean?                                                     |
|    |                  | 06     | Q.  Correct.  Did you have any duty to document           |
|    |                  | 07     | when you received a complaint of discrimination?          |
| 13 | 037:11 - 037:13  | 037:11 |         THE DEPONENT:  I would have to always             |
|    |                  | 12     |         send it up.  So that would have to be in a        |
|    |                  | 13     |         written, not a verbal.                            |

| 14 | 038:02 - 038:08 | 038:02 | Q. Who was Latonya Howell? |
| --- | --- | --- | --- |
| | | 03 | A. Latonya Howell. She would be the other |
| | | 04 | individual in the mail room, I believe. |
| | | 05 | Q. Was she also a trainer? |
| | | 06 | A. Yes. She would -- there was only one person |
| | | 07 | at the time in the mail room, so she would have |
| | | 08 | been the trainer. |
| 15 | 038:19 - 039:18 | 038:19 | Q. Isn't it true that on the morning of |
| | | 20 | August 1, 2017, Ms. Howell phoned you and stated |
| | | 21 | that Ms. Key felt that she had been discriminated |
| | | 22 | against? |
| | | 23 | A. Phoned me? I believe this is saying that |
| | | 24 | she phoned Ms. Williams. |
| | | 25 | Q. All right. And how did you come to learn |
| | | 039:01 | that she phoned -- and who is Ms. Williams, by the |
| | | 02 | way? |
| | | 03 | A. She would be the HEA person. |
| | | 04 | Q. So Ms. Williams worked for Hyundai? |
| | | 05 | A. I believe -- I guess that would be like a |
| | | 06 | contractor, you know, a splinter of Hyundai. I'm |
| | | 07 | not sure exactly, but you have HMMA, HEA and then |
| | | 08 | Dynamic. |
| | | 09 | Q. And Ms. Williams is the person who had you |
| | | 10 | removed from the Hyundai facility? |
| | | 11 | A. Yes. |
| | | 12 | Q. So she's somebody who would have the power |
| | | 13 | to remove employees from Hyundai? |
| | | 14 | A. If she requested it. |
| | | 15 | Q. Okay. So how did you learn that Ms. Howell |
| | | 16 | called Ms. Williams to report that Ms. Key felt she |
| | | 17 | had experienced discrimination? |
| | | 18 | A. What happened at that point is |
| 16 | 039:23 - 040:02 | 039:23 | THE DEPONENT: Okay. If Ms. Williams |
| | | 24 | received a complaint with a security officer |
| | | 25 | or a Dynamic employee, she would inform me, |
| | | 040:01 | and I would have to take care of it and find |
| | | 02 | out about what's going on. |
| 17 | 040:04 - 040:18 | 040:04 | Q. All right. Do you recall what, if anything, |
| | | 05 | Ms. Williams expressed to you about the key -- the |
| | | 06 | complaint Ms. Key had relayed to Ms. Howell? |
| | | 07 | MR. REDMOND: Object to the hearsay. |
| | | 08 | THE DEPONENT: Now, without -- I don't |

| | | | |
|---|---|---|---|
| | | 09 | know if this would be an objection, but |
| | | 10 | without looking at this memo -- |
| | | 11 | BY MS. LEONARD: |
| | | 12 | Q.  That's okay.  And I'll ask first if you |
| | | 13 | remember and then after that, if you need to look |
| | | 14 | at the memo. |
| | | 15 | A.  Yeah.  Once again, without reading that, I |
| | | 16 | didn't remember anything of this nature, to be |
| | | 17 | honest, about everything about Hyundai in Alabama, |
| | | 18 | I'm sorry. |
| 18 | 041:15 - 041:19 | 041:15 | Q.  But what you do know is at some point on the |
| | | 16 | morning of August 1, 2017, Carolyn Williams from |
| | | 17 | Hyundai told you that Ms. Key was complaining of |
| | | 18 | discrimination, correct? |
| | | 19 | A.  That is correct. |
| 19 | 042:03 - 042:14 | 042:03 | Q.  And after Ms. Williams made you aware that |
| | | 04 | Ms. Key had voiced concerns that she was |
| | | 05 | experiencing discrimination, you had Ms. Key |
| | | 06 | brought into a meeting with you and Maurice |
| | | 07 | Chambliss, correct? |
| | | 08 | A.  That's correct. |
| | | 09 | Q.  Who is Maurice Chambliss? |
| | | 10 | A.  He would have been her immediate supervisor |
| | | 11 | because I would no longer be the supervisor. |
| | | 12 | Q.  When you say her immediate supervisor, are |
| | | 13 | you referring to Ms. Key? |
| | | 14 | A.  Oh, I'm sorry.  Ms. Key, uh-huh, Ms. Key. |
| 20 | 045:11 - 045:16 | 045:11 | Q.  Okay.  Did you do anything else to |
| | | 12 | investigate Ms. Key's complaint of discrimination? |
| | | 13 | A.  Not that I'm -- not -- other than send this |
| | | 14 | to Mr. Cureton, that would have been the end of my |
| | | 15 | -- probably, what, investigation and then await |
| | | 16 | what his determination would have been. |
| 21 | 045:23 - 046:25 | 045:23 | Q.  When did you send your memo to Mr. Cureton? |
| | | 24 | A.  This looks like on August 1st. |
| | | 25 | Q.  Did you send this memo -- well, did |
| | | 046:01 | Mr. Chambliss call you after he took Ms. Key to the |
| | | 02 | mail room and tell you that Ms. Key wanted to file |
| | | 03 | a complaint of discrimination against you and |
| | | 04 | Cassandra Williams because of hair? |
| | | 05 | MR. REDMOND:  Objection to the hearsay. |
| | | 06 | THE DEPONENT:  Let me go back here. |

|    |                   |        |                                                                 |
|----|-------------------|--------|-----------------------------------------------------------------|
|    |                   | 07     | Yes.  I see that in here, uh-huh, because of                    |
|    |                   | 08     | her hair and who she should talk to, uh-huh.                    |
|    |                   | 09     | BY MS. LEONARD:                                                 |
|    |                   | 10     | Q.  So on the morning of August 1st before you                  |
|    |                   | 11     | prepared a statement to send to Dynamic Security,               |
|    |                   | 12     | you heard from Latonya Howell through Cassandra                 |
|    |                   | 13     | Williams that Ms. Key was complaining of                        |
|    |                   | 14     | discrimination.  You heard from Ms. Key in a                    |
|    |                   | 15     | meeting with her, and then you heard again from                 |
|    |                   | 16     | Maureen Chambliss that Ms. Key wanted to file a                 |
|    |                   | 17     | complaint of discrimination against you and                     |
|    |                   | 18     | Cassandra Williams of Hyundai because of hair?                  |
|    |                   | 19     | MR. REDMOND:  Object to the hearsay and                         |
|    |                   | 20     | to the compound nature of the question.                         |
|    |                   | 21     | BY MS. LEONARD:                                                 |
|    |                   | 22     | Q.  You can answer.                                             |
|    |                   | 23     | A.  Okay.  So by this, I told him to have                       |
|    |                   | 24     | Ms. Key depart the site and report to Ray Cureton               |
|    |                   | 25     | with her complaint.                                             |
| 22 | 047:14 - 047:18   | 047:14 | Q.  Sure.  My question is, you would agree that                 |
|    |                   | 15     | at least from your meeting with Ms. Key --                      |
|    |                   | 16     | A.  Okay.                                                       |
|    |                   | 17     | Q.  -- it suggested that she wanted to complain                 |
|    |                   | 18     | about discrimination because of hair, correct?                  |
| 23 | 047:24 - 048:25   | 047:24 | A.  She wanted to complain about discrimination.                |
|    |                   | 25     | I can definitely agree with that, yes.                          |
|    |                   | 048:01 | Q.  And you would agree that after you met with                 |
|    |                   | 02     | Ms. Key, you get a call from Maurice Chambliss who              |
|    |                   | 03     | says that Ms. Key wants to file a formal complaint              |
|    |                   | 04     | because of hair discrimination, correct?                        |
|    |                   | 05     | A.  He said that by this, wanted to file the                    |
|    |                   | 06     | complaint, yes.  And I informed him that he needed              |
|    |                   | 07     | to have her contact Mr. Cureton, you know,                      |
|    |                   | 08     | Dr. Cureton at that time.                                       |
|    |                   | 09     | Q.  What, if anything else, did you do after                    |
|    |                   | 10     | Mr. Chambliss told you that Ms. Key wanted to                   |
|    |                   | 11     | complain of discrimination about her hair?                      |
|    |                   | 12     | A.  This would probably be it, send up this memo                |
|    |                   | 13     | to Mr. Cureton, because at that point in time I                 |
|    |                   | 14     | knew that was beyond me.                                        |
|    |                   | 15     | Q.  After you sent this August 1st memo to                      |
|    |                   | 16     | Mr. Cureton, did anybody from Dynamic Security ask              |

|    |                   |        |                                                                    |
|----|-------------------|--------|--------------------------------------------------------------------|
|    |                   | 17     | you anything else about Davita Key?                                |
|    |                   | 18     | A.  Not that I'm aware of, no.  I don't                            |
|    |                   | 19     | remember, I'll put it to you that way.                             |
|    |                   | 20     | Q.  Okay.  Did anyone from Dynamic Security ask                    |
|    |                   | 21     | you if you had made a remark to Ms. Key along the                  |
|    |                   | 22     | lines that the Koreans were a different breed of                   |
|    |                   | 23     | animals and that they send little memos and they                   |
|    |                   | 24     | don't want African-Americans wearing their hair in                 |
|    |                   | 25     | dreadlocks because of the clientele they have?                     |
| 24 | 049:02 - 049:02   | 049:02 | THE DEPONENT:  Not that I'm aware of.                              |
| 25 | 049:14 - 050:01   | 049:14 | Q.  Do you have any memory of Sherry Spires or                     |
|    |                   | 15     | Ray Cureton asking you any questions about                         |
|    |                   | 16     | Ms. Key's complaint of discrimination?                             |
|    |                   | 17     | A.  I don't even know who Sherry Spires is, but                    |
|    |                   | 18     | no, not that I'm aware of.                                         |
|    |                   | 19     | Q.  Okay.  Have you seen any of the written                        |
|    |                   | 20     | complaints that Ms. Key submitted to Dynamic                       |
|    |                   | 21     | Security?                                                          |
|    |                   | 22     | A.  No.                                                            |
|    |                   | 23     | Q.  Did anyone from Dynamic Security present you                   |
|    |                   | 24     | with any of the written complaints that Ms. Key                    |
|    |                   | 25     | made to get your side of the story?                                |
|    |                   | 050:01 | A.  No.                                                            |
| 26 | 050:03 - 050:07   | 050:03 | Did Dynamic Security give you the option of                        |
|    |                   | 04     | placing Ms. Key in any available positions at the                  |
|    |                   | 05     | Hyundai plant?                                                     |
|    |                   | 06     | A.  I don't remember talking about this                            |
|    |                   | 07     | whatsoever.                                                        |

| Case | Key Depositions - Trial |
|---|---|
| Issue Code | Trial exam |

| ROBINSON, GLORIA 3/20/23 VOL 1 ||||
|---|---|---|---|
| 1 | 009:01 - 009:16 | 009:01 | Q. What involvement would you have with placing |
| | | 02 | employees at positions other than at the Hyundai |
| | | 03 | facility when you were working for Dynamic? |
| | | 04 | A. At that time, it would be just Glovis and |
| | | 05 | Hyundai. |
| | | 06 | Q. And what involvement would you have with |
| | | 07 | placing employees who had been removed from the |
| | | 08 | Hyundai facility in terms of finding them other |
| | | 09 | employment if they had been removed from the |
| | | 10 | Hyundai facility? |
| | | 11 | A. Now, they would go back to the office.  If |
| | | 12 | they weren't going to be working at Hyundai, they |
| | | 13 | could go back to Dynamic's main office -- I forgot |
| | | 14 | where it was -- and find another spot because |
| | | 15 | Dynamic did have other posts in areas where they |
| | | 16 | could work, people could work. |
| 2 | 010:14 - 010:21 | 010:14 | Q. Will you repeat that last question for us? |
| | | 15 | A. That was concerning people leaving Hyundai |
| | | 16 | and going back to the office? |
| | | 17 | Q. Yes, I think my question was, what |
| | | 18 | involvement would you have in placing employees who |
| | | 19 | had been removed from the Hyundai facility into |
| | | 20 | other positions or locations? |
| | | 21 | A. I would have no involvement. |
| 3 | 011:24 - 012:04 | 011:24 | Q. Okay.  What was the answer you were giving? |
| | | 25 | And I'm not asking you about the details.  I'm just |
| | | 012:01 | asking, are you aware that Ms. Key was at some |
| | | 02 | point removed from the Hyundai facility? |
| | | 03 | A. Well, I didn't remember the -- (audio |
| | | 04 | distortion). |