IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:19-cv-767-ECM |
| | ) |
| DYNAMIC SECURITY, INC. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT DYNAMIC SECURITY, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendant Dynamic Security, Inc. ("Dynamic"), pursuant to Rule 50, Fed. R. Civ. P., hereby renews its Motion for Judgment as a Matter of Law (Doc. 182) filed after the close of Plaintiff's case, requesting this Court enter a verdict directing dismissal of the Plaintiff's claim of retaliation brought pursuant to 42 U.S.C. § 1981.

Respectfully submitted,

*/s/ Wesley C. Redmond*
Wesley C. Redmond
Susan W. Bullock
FordHarrison LLP
420 20th Street North, Suite 2560
Birmingham, AL  35203
wredmond@fordharrison.com
Phone: 205-244-5905
sbullock@fordharrison.com
Phone: 205-244-5904

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on 29th day of March, 2023, he electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to:

Heather Leonard
Heather Leonard, P.C.
2105 Devereaux Cir., Suite 111
Birmingham, AL 35243

Leslie A. Palmer, LLC
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, AL  35233

*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　*/s/Wesley C. Redmond*
　　　　　　　　　　　　　　　　　　　　　Wesley C. Redmond

WSACTIVELLP:13903312.1

2