IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVITA M. KEY,                              )
                                           )
   Plaintiff,              )
                                           )
  v.                              ) CIVIL CASE NO. 2:19-cv-767-ECM
                                           )
DYNAMIC SECURITY, INC.                     )
                                           )
   Defendant.              )

## JURY VERDICT FORM

Do you find from a preponderance of the evidence:

1. That Davita M. Key engaged in protected activity?

  a. Answer: Yes:   ✓

       No:  \_\_\_\_

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.  If your answer is "Yes," go to the next question.

2. That Dynamic Security, Inc. took an adverse employment action against Davita M. Key?

  a. Answer: Yes:   ✓

       No:  \_\_\_\_

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.  If your answer is "Yes," go to the next question.

3.      That Dynamic Security, Inc. took the adverse employment action because of Davita M. Key's protected activity?

     a.  Answer:  Yes:  ✓

                  No:  ____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.  If your answer is "Yes," go to the next question.

4.      That Davita M. Key suffered damages because of the adverse employment action?

     a.  Answer:  Yes:  ✓

                  No:  ____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.  If your answer is "Yes," then go to the next question.

5.      That Davita M. Key should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

     a.  Answer:  Yes:  ✓

                  No:  ____

     b.  If your answer is "Yes," in what amount?  $ _85,200.⁰⁰_____

6.      That Davita M. Key should be awarded damages to compensate for emotional pain and mental anguish?

     a.  Answer:  Yes:  ✓

                  No:  ____

     b.  If your answer is "Yes," in what amount?  $ _214,864.⁰⁰_____

If you did not award damages in response to either Question Nos. 5 or 6, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it.  If you awarded damages in response to Question Nos. 5 or 6 (or both), go to the next question.

7. That punitive damages should be assessed against Dynamic Security, Inc.?

    a. Answer: Yes: ✓

                  No: ____

    b. If your answer is "Yes," in what amount? $ _511,200.00_

SO SAY WE ALL, this the 29th day of March, 2023.

William L. Gallahair
Foreperson

3