IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVITA M. KEY,                          )
                                        )
           Plaintiff,                   )
                                        )
     v.                                 )     CIVIL CASE NO. 2:19-cv-767-ECM
                                        )
DYNAMIC SECURITY, INC.                  )
                                        )
           Defendant.                   )

**ORDER AND JUDGMENT**

On March 29, 2023, after this case had been presented to a jury, a verdict was

returned as follows:

**41 U.S.C. § 1981 RETALIATION CLAIM**

Do you find from a preponderance of the evidence:

1.   That Davita M. Key engaged in protected activity?

     a.  Answer:  <u>Yes</u>

     If your answer is "No," this ends your deliberations, and your foreperson
     should sign and date the last page of this verdict form.  If your answer is
     "Yes," go to the next question.

2.   That Dynamic Security, Inc. took an adverse employment action against
     Davita M. Key?

     a.  Answer:  <u>Yes</u>

     If your answer is "No," this ends your deliberations, and your foreperson
     should sign and date the last page of this verdict form.  If your answer is
     "Yes," go to the next question.

3.      That Dynamic Security, Inc. took the adverse employment action because of Davita M. Key's protected activity?

   a.  Answer:  Yes

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.  If your answer is "Yes," go to the next question.

4.      That Davita M. Key suffered damages because of the adverse employment action?

   a.  Answer:  Yes

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.  If your answer is "Yes," then go to the next question.

5.      That Davita M. Key should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

   a.  Answer:  Yes
   b.  If your answer is "Yes," in what amount?  $ 85,200.00

6.      That Davita M. Key should be awarded damages to compensate for emotional pain and mental anguish?

   a.  Answer:  Yes
   b.  If your answer is "Yes," in what amount?  $ 214,864.00

If you did not award damages in response to either Question Nos. 5 or 6, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it.  If you awarded damages in response to Question Nos. 5 or 6 (or both), go to the next question.

7.      That punitive damages should be assessed against Dynamic Security, Inc.?

   a.  Answer:  Yes
   b.  If your answer is "Yes," in what amount?  $ 511,200.00

2

SO SAY WE ALL, this the <u>29th</u> day of March, 2023.

/s/  William L. Gallahair
Foreperson's Signature

It is, therefore, the ORDER, JUDGMENT, and DECREE of the Court, based on the jury verdict, that judgment is entered in favor of the Plaintiff Davita M. Key and against the Defendant Dynamic Security, Inc. as follows:

1.      Compensatory damages in the amount of $300,064.00

2.      Punitive damages in the amount of $511,200.00.

3.      Costs are taxed against the Defendant for which execution may issue.

The Clerk of the Court is DIRECTED to enter this as a Final Judgment pursuant to Federal Rule of Civil Procedure 58.

DONE this 30th day of March, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE