IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-CV-767-ECM |
| | ) |
| DYNAMIC SECURITY, INC. | ) |
| | ) |
| Defendant. | ) |

**EXHIBIT "A" TO
PLAINTIFF'S MOTION FOR EQUITABLE RELIEF OF
REINSTATEMENT AND INTEREST**

**PLAINTIFF'S INTEREST PREJUDGMENT CALCULATIONS**

| Back Wages Chart for Davita Key ||||||||||
|---|---|---|---|---|---|---|---|---|---|
| Back Wages Chart for Davita Key through Verdict with IRS Prime Rate Interest ||||||||||
| Year | QTR | Base Wage | Interim Earnings | Net lost wages | Accumulated Principal | Annual OPM Interest Rate | Quarterly Interest | Amount of Interest | Total |
| 2017 | 3 | $4,680.00 | $0.00 | 4680 | $4,680.00 | 4% | 0.010 | $46.80 | $4,726.80 |
| 2017 | 4 | $6,760.00 | $0.00 | 6760 | $11,486.80 | 4% | 0.010 | $114.87 | $11,601.67 |
| 2018 | 1 | $6,760.00 | $0.00 | 6760 | $18,361.67 | 5% | 0.013 | $229.52 | $18,591.19 |
| 2018 | 2 | $6,760.00 | $0.00 | 6760 | $25,351.19 | 4% | 0.010 | $253.51 | $25,604.70 |
| 2018 | 3 | $6,760.00 | $0.00 | 6760 | $32,364.70 | 5% | 0.013 | $404.56 | $32,769.26 |
| 2018 | 4 | $6,760.00 | $3,958.98 | 2801.02 | $35,570.28 | 5% | 0.013 | $444.63 | $36,014.91 |
| 2019 | 1 | $6,760.00 | $2,090.07 | 4669.93 | $40,684.84 | 6% | 0.015 | $610.27 | $41,295.11 |
| 2019 | 2 | $6,760.00 | $2,090.07 | 4669.93 | $45,965.04 | 6% | 0.015 | $689.48 | $46,654.52 |
| 2019 | 3 | $6,760.00 | $2,090.07 | 4669.93 | $51,324.45 | 5% | 0.013 | $641.56 | $51,966.00 |
| 2019 | 4 | $6,760.00 | $2,090.70 | 4669.3 | $56,635.30 | 5% | 0.013 | $707.94 | $57,343.24 |
| 2020 | 1 | $6,760.00 | $2,219.49 | 4540.51 | $61,883.75 | 5% | 0.013 | $773.55 | $62,657.30 |
| 2020 | 2 | $6,760.00 | $2,219.49 | 4540.51 | $67,197.81 | 5% | 0.013 | $839.97 | $68,037.78 |
| 2020 | 3 | $6,760.00 | $2,219.49 | 4540.51 | $72,578.29 | 3% | 0.008 | $544.34 | $73,122.63 |
| 2020 | 4 | $6,760.00 | $2,219.49 | 4540.51 | $77,663.14 | 3% | 0.008 | $582.47 | $78,245.61 |
| 2021 | 1 | $6,760.00 | $3,619.20 | 3140.8 | $81,386.41 | 3% | 0.008 | $610.40 | $81,996.81 |
| 2021 | 2 | $6,760.00 | $3,619.20 | 3140.8 | $85,137.61 | 3% | 0.008 | $638.53 | $85,776.14 |
| 2021 | 3 | $6,760.00 | $4,408.95 | 2351.05 | $88,127.19 | 3% | 0.008 | $660.95 | $88,788.15 |
| 2021 | 4 | $6,760.00 | $4,803.69 | 1956.31 | $90,744.46 | 3% | 0.008 | $680.58 | $91,425.04 |
| 2022 | 1 | $6,760.00 | $4,803.69 | 1956.31 | $93,381.35 | 3% | 0.008 | $700.36 | $94,081.71 |
| 2022 | 2 | $6,760.00 | $4,803.69 | 1956.31 | $96,038.02 | 4% | 0.010 | $960.38 | $96,998.40 |
| 2022 | 3 | $6,760.00 | $8,934.57 | 0 | $96,998.40 | 5% | 0.013 | $1,212.48 | $98,210.88 |
| 2022 | 4 | $6,760.00 | $11,000.00 | 0 | $98,210.88 | 6% | 0.015 | $1,473.16 | $99,684.04 |
| 2023 | 1 | $6,760.00 | $11,000.00 | 0 | $99,684.04 | 7% | 0.018 | $1,744.47 | $101,428.52 |
|  |  |  |  | 85863.73 |  |  |  |  |  |