IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:19-cv-767-ECM |
| | ) |
| DYNAMIC SECURITY, INC. | ) |
| | ) |
| Defendant. | ) |

# O R D E R

Now pending before the Court is the Plaintiff's motion for equitable relief of reinstatement and interest. (Doc. 193). Upon consideration of the motion, and for good cause, it is

ORDERED that the Defendant shall file a response to the Plaintiff's motion (doc. 193) on or before **May 11, 2023**. It is further

ORDERED that the Plaintiff shall file a reply to the Defendant's response on or before **May 18, 2023**.

DONE this 27th day of April, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE