IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:19-cv-767-ECM |
| | ) |
| DYNAMIC SECURITY, INC. | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Now pending before the Court is a motion for renewed judgment as a matter of law as to liability and punitive damages; to vacate, alter, or amend the judgment; or, alternatively, for a new trial or remittitur of emotional distress and punitive damages (doc. 197), filed by Defendant Dynamic Security, Inc. on April 26, 2023. Upon consideration of the motion, and for good cause, it is

ORDERED that the Plaintiff shall file a response to the Defendant's motion (doc. 197) on or before **May 11, 2023**. It is further

ORDERED that the Defendant shall file a reply to the Plaintiff's response on or before **May 18, 2023**.

DONE this 27th day of April, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE