IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-CV-767-ECM |
| | ) "Unopposed" |
| DYNAMIC SECURITY, INC. | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO EXTEND DEADLINE TO SUBMIT PETITION FOR ATTORNEYS' FEES AND COST BILL**

COMES NOW the Plaintiff and moves this Court to enter an order extending the time for Plaintiff to submit a Petition for Attorneys' fees and Cost Bill in this case.

In support of this motion, the plaintiff states as follows:

1. Plaintiff prevailed at trial on her retaliation claim against the Defendant and is the prevailing party.

2. Both parties filed post-trial motions requiring response and reply briefs, and consideration by the Court.

3. Attorneys' fees will continue to accrue through the post-trial motions.

Plaintiff's Motion to Extend Bill of Cost and Fees
*Key v. Dynamic Security, Inc.*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 1 -

4. Costs may increase through the post-trial motions.

5. Any filing of a Petition for Attorneys' Fees or Cost Bill would require later amendment.

6. In the interest of judicial economy and efficiency, Plaintiff requests the filing deadline for any Petition for Attorneys' Fees and Cost Bills be stayed until the conclusion of post-trial motions.

7. In the event either party files an appeal, Plaintiff may request a continued extension to be carried with the appeal.

8. Plaintiff has contacted Defendant about this motion and Defendant does not oppose.

9. Neither party will be prejudiced by this extension.

WHEREFORE, PREMISES CONSIDERED, Plaintiff seeks an order extending the deadline to submit a Petition for Attorneys' fees and Cost Bill in this case until the conclusion of post-trial motions.

Respectfully submitted,

Attorneys for Plaintiff
*/s/ Heather Leonard*
Heather Newsom Leonard
ASB-1152-061H

Plaintiff's Motion to Extend Bill of Cost and Fees
*Key v. Dynamic Security, Inc.*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 2 -

OF COUNSEL:
Heather Leonard, P.C.
2105 Devereaux Cir., Suite 111
Birmingham, AL 35243
Phone: (205) 977-5421
heather@heatherleonardpc.com

                                                */s/ Leslie A. Palmer.*
                                                Leslie A. Palmer
                                                ASB-0436-L40P

OF COUNSEL:
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, AL 35233
(205) 285-3050
leslie@palmerlegalservices.com

## Certificate of Service

I hereby certify that I have filed the foregoing on the Court's CM/ECF electronic filing system which will provide notice to all counsel of record on this 3rd day of May 2023.

    Wesley C. Redmond
    Susan W. Bullock
    FordHarrison LLC
    420 20th Street North, Suite 2560
    Birmingham, AL 35203
    wredmond@fordharrison.com
    sbullock@fordharrison.com
    Phone: (205) 244-5905
    Counsel for Dynamic Security, Inc.

                                                /s/ Leslie A. Palmer
                                                OF COUNSEL

Plaintiff's Motion to Extend Bill of Cost and Fees
*Key v. Dynamic Security, Inc.*
United States District Court for the Middle District of Alabama
Civil Action 2:19-CV-767-ECM

- 3 -