IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE NO. 2:19-cv-767-ECM ) |
| DYNAMIC SECURITY, INC. | ) ) |
| Defendant. | ) |

**O R D E R**

Now pending before the Court is a joint motion to extend deadlines for all post judgment response briefing pending mediation. (Doc. 202). Therein, the parties indicate that mediation is scheduled for June 8, 2023. Upon consideration of the motion, and for good cause, it is

ORDERED that the joint motion (doc. 202) is GRANTED to the extent that all pending deadlines related to post judgment response briefing are CONTINUED GENERALLY. It is further

ORDERED that the parties shall jointly report the status of mediation no later than noon on **June 12, 2023**. Thereafter, should it be necessary, the Court will reschedule the post judgment briefing deadlines.

DONE this 10th day of May, 2023.

                                         /s/ Emily C. Marks
                                         EMILY C. MARKS
                                         CHIEF UNITED STATES DISTRICT JUDGE