IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:19-cv-767-ECM |
| | ) |
| DYNAMIC SECURITY, INC. | ) |
| | ) |
| Defendants. | ) |

**JOINT REPORT ON STATUS OF MEDIATION**

The Parties both participated, along with their clients, in a mediation on June 8, 2023, with Jay St. Clair as the mediator. The Parties were not able to resolve the matter at the mediation and have not resolved it since the mediation.

| | |
|---|---|
| *s/Heather Leonard (with perm.)* | */s/ Wesley C. Redmond* |
| Heather Leonard | Wesley C. Redmond |
| Heather Leonard, P.C. | Susan W. Bullock |
| 2105 Devereaux Cir., Suite 111 | FordHarrison LLP |
| Birmingham, AL 35243 | 420 20th Street North, Suite 2560 |
| | Birmingham, AL 35203 |
| Leslie A. Palmer, LLC | wredmond@fordharrison.com |
| Palmer Law, LLC | Phone: 205-244-5905 |
| 104 23rd Street South, Suite 100 | sbullock@fordharrison.com |
| Birmingham, AL 35233 | Phone: 205-244-5904 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

WSACTIVELLP:14064203.1