IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:19-cv-767-ECM |
| | ) |
| DYNAMIC SECURITY, INC. | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Now pending before the Court are motions for equitable relief of reinstatement of interest filed by the Plaintiff (doc. 193) and for judgment as a matter of law filed by the Defendant (doc. 197). The Court previously set briefing schedules for these motions but thereafter generally continued these deadlines pending mediation in this matter. (*See* doc. 203). In a joint status report filed on June 12, 2023, the parties indicated that they were not able to resolve the matter by mediation. (Doc. 204). Upon consideration of this report, and for good cause, it is

ORDERED as to the following:

1) On the Plaintiff's motion for equitable relief (doc. 193):

    a. The Defendant shall file a response to the Plaintiff's motion on or before **June 27, 2023**.

    b. The Plaintiff shall file a reply to the Defendant's response on or before **July 5, 2023**.

2) On the Defendant's motion for judgment as a matter of law (doc. 197):

    a. The Plaintiff shall file a response to the Defendant's motion on or before **June 27, 2023**.

    b. The Defendant shall file a reply to the Plaintiff's response on or before **July 5, 2023**.

DONE this 13th day of June, 2023.

                                             /s/ Emily C. Marks
                                             EMILY C. MARKS
                                             CHIEF UNITED STATES DISTRICT JUDGE