AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
### for the

Middle District of Alabama

Davita M. Key

v.                                          Case No.:

Dynamic Security, Inc.

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___March 30, 2023___ against __Dynamic Security, Inc.__ ,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $     $400.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $200.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | $9,255.45 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $3,429.67 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $374.82 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $5 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $0 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $0 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $0 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | $0 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $1716.90 (trial hotel) |
| TOTAL   $ | $15,381.84 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service          ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: _Heather Leonard_

Name of Attorney: __Heather Leonard__

For: _____Davita M. Key_____     Date: __3/28/24__
       *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
   *Clerk of Court*                  *Deputy Clerk*              *Date*

| Date | Description | Count |
|---|---|---|
| 2/28/2023 | Billable Copies - Doc. 155 - Defendant's Voir Dire | 8 |
| 3/8/2023 | Billable Copies - Doc. 165 - Dynamic's Response to PL 1st MIL - Cureton as a Minister | 7 |
| 3/8/2023 | Billable Copies - Doc. 166 - Dynamic's response to PL 2nd MIL - Dismissed Claims | 13 |
| 3/8/2023 | Billable Copies - Doc. 167 - Dynamic response to PL 3rd MIL - EEOC Determination | 5 |
| 3/8/2023 | Billable Copies - Doc. 168 - Dynamic Response to PL 4th MIL - DOL Finding | 5 |
| 3/8/2023 | Billable Copies - Doc. 174 - Order Denying Interlocutory Appeal | 6 |
| 3/16/2023 | Billable Copies - Doc. 175 - Notice of Availability of Juror Profiles | 2 |
| 3/24/2023 | Billable Copies - Doc. 178 - Pretrial Order | 10 |
| 7/11/2023 | Billable Copies - Doc. 211 - Def Reply Brief on Post-Trial Motions | 51 |
| 3/11/2024 | Billable Copies - Doc. 212 - Order on post-trial motion | 10 |
| 3/18/2024 | Billable Copies - Doc. 213 - Memorandum Opinion and Order on Injunctive Relief | 8 |
| 5/20/2020 | Billable Copies - Doc. 23 - Motion to Amend Complaint | 33 |
| 5/20/2020 | Billable Copies - Doc. 24 - Response to Motion to Dismiss | 24 |
| 7/15/2020 | Billable Copies - Doc. 25 - HMMA MTD Reply | 17 |
| 6/1/2020 | Billable Copies - Doc. 27 - Order Granting Motion to Amend Complaint | 0 |
| 6/2/2020 | Billable Copies - Doc. 28 - Amended Complaint | 28 |
| 6/2/2020 | Billable Copies - Doc. 29 - Order Mooting MTDs | 1 |
| 6/15/2020 | Billable Copies - Doc. 31 - HEA MTD | 14 |
| 6/15/2020 | Billable Copies - Doc. 32 - Dynamic Security MTD | 20 |
| 6/17/2020 | Billable Copies - Doc. 33 - Briefing Order | 1 |
| 7/8/2020 | Billable Copies - Doc. 34 - Response to MTD | 21 |
| 7/15/2020 | Billable Copies - Doc. 36 - Dynamic Security MTD Reply | 7 |
| 7/17/2020 | Billable Copies - Doc. 37 - HEA MTD Reply | 11 |
| 8/31/2021 | Billable Copies - Doc. 38 - Order and Opinion on MTD | 33 |
| 9/1/2021 | Billable Copies - Doc. 40 - Order on When to Hold Rule 26 Conference | 2 |
| 9/15/2021 | Billable Copies - Doc. 42 - ANSWER to [28] Amended Complaint by Hyundai Engineering America, Inc.. | 22 |
| 9/15/2021 | Billable Copies - Doc. 43 - Answer and Defenses to Plaintiff's Amended Complaint | 31 |
| 9/23/2021 | Billable Copies - Doc. 44 - MOTION for Extension of Time to File Report of Parties' Planning Meeting by Hyundai Motor Manufactu | 2 |
| 9/27/2021 | Billable Copies - Doc. 46 - REPORT of Rule 26(f) Planning Meeting | 15 |
| 9/27/2021 | Billable Copies - doc. 47 and Doc. 47-1 Joint Motion for Protective Order and Protective Order | 12 |
| 9/27/2021 | Billable Copies - Doc. 48 - Privacy Protective Order | 6 |
| 11/8/2021 | Billable Copies - Doc. 49 - ORDER: it is ORDERED that this matter is SET for a hearing by status and scheduling conference on 11 | 1 |
| 11/30/2021 | Billable Copies - Doc. 51 - UNIFORM SCHEDULING ORDER Final Pretrial Conference set for 9.22.2022, | 5 |

AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
### for the

Middle District of Alabama

| | | |
|---|---|---|
| Davita M. Key | ) | |
| | ) | |
| v. | ) | Case No.: |
| | ) | |
| Dynamic Security, Inc. | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___March 30, 2023___ against ___Dynamic Security, Inc.___ ,

Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | $400.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $200.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | $9,255.45 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $3,429.67 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $374.82 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $5 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $0 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $0 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $0 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | $0 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $1716.90 (trial hotel) |
| | **TOTAL** $ | $15,381.84 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service         ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: *Heather Leonard*

    Name of Attorney: Heather Leonard

For: _____Davita M. Key_____     Date: 3/28/24

*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

                               By: _____

_____             _____           _____

*Clerk of Court*                           *Deputy Clerk*                   *Date*

Heather record PC - in-office copies

PLAINTIFF'S EXHIBIT A ribbles.

Time

for Key v Hyund Inc. | Dynamic Security

Expense entries

| Date | Description | Quantity |
|---|---|---|
| 3/23/2023 | 2023.03.23 - Staples - $181.72 - Key Trial - Flip Chart, Visual Aids | 1 |
| 10/20/2022 | Billable Copies | 625 |
| 2/7/2023 | Billable Copies - Copies for Summary Judgment Hearing | 268 |
| 3/13/2023 | Billable Copies - Cureton 2023.03.13 - re subpoena mail | 3 |
| 8/29/2022 | Billable Copies - Def documents referencing witness for deposition | 566 |
| 3/23/2023 | Billable Copies - Defendant's Trial Exhibits | 792 |
| 6/19/2022 | Billable Copies - deposition exhibits for 30(b)(6) deposition - HMMA (will use in other depositions as well) | 269 |
| 1/9/2023 | Billable Copies - Doc. 90 - Show Cause on Motion to Strike Jury Demand | 1 |
| 1/27/2023 | Billable Copies - Doc. 100 - Dynamic Depo Designation | 7 |
| 1/27/2023 | Billable Copies - Doc. 101 - PL Witness List | 163 |
| 1/27/2023 | Billable Copies - Doc. 102 - PL Exhibit List | 9 |
| 1/27/2023 | Billable Copies - Doc. 103 - Reply on Motion to Strike Jury Demand | 18 |
| 1/27/2023 | Billable Copies - Doc. 104 - Motion to continue pretrial conference | 3 |
| 2/3/2023 | Billable Copies - Doc. 108 - Order to Show Cause | 0 |
| 2/9/2023 | Billable Copies - Doc. 122 - HMMA Obj to PL Witness List | 3 |
| 2/9/2023 | Billable Copies - Doc. 123 - HMMA Obj to Depo Designations | 15 |
| 2/9/2023 | Billable Copies - Doc. 124 - HMMA Obj to Exhibit Lists | 32 |
| 2/9/2023 | Billable Copies - Doc. 128 - HEA Obj to Pl Depo Designations | 116 |
| 2/9/2023 | Billable Copies - Doc. 129 - HEA Obj to PL Exhibit List | 6 |
| 2/9/2023 | Billable Copies - Doc. 130 - Dynamic's Obj to Depo Designations | 96 |
| 2/9/2023 | Billable Copies - Doc. 131 - Dynamic's Obj to HEA Exhibit List | 6 |
| 2/9/2023 | Billable Copies - Doc. 132 - Dynamic's Obj to HMMA's Exhibit List | 15 |
| 2/9/2023 | Billable Copies - Doc. 133 - Dynamic's Obj to PL Exhibit List | 19 |
| 2/9/2023 | Billable Copies - Doc. 134 - Dynamic's Objections to Plaintiff's Witness List | 3 |
| 2/22/2023 | Billable Copies - Doc. 147 - Order on jury trial, extension, and reconsideration | 0 |

| | | |
|---|---|---|
| 2/28/2023 | Billable Copies - Doc. 155 - Defendant's Voir Dire | 8 |
| 3/8/2023 | Billable Copies - Doc. 165 - Dynamic's Response to PL 1st MIL - Cureton as a Minister | 7 |
| 3/8/2023 | Billable Copies - Doc. 166 - Dynamic's response to PL 2nd MIL - Dismissed Claims | 13 |
| 3/8/2023 | Billable Copies - Doc. 167 - Dynamic response to PL 3rd MIL - EEOC Determination | 5 |
| 3/8/2023 | Billable Copies - Doc. 168 - Dynamic Response to PL 4th MIL - DOL Finding | 5 |
| 3/8/2023 | Billable Copies - Doc. 174 - Order Denying Interlocutory Appeal | 6 |
| 3/16/2023 | Billable Copies - Doc. 175 - Notice of Availability of Juror Profiles | 2 |
| 3/24/2023 | Billable Copies - Doc. 178 - Pretrial Order | 10 |
| 7/11/2023 | Billable Copies - Doc. 211 - Def Reply Brief on Post-Trial Motions | 51 |
| 3/11/2024 | Billable Copies - Doc. 212 - Order on post-trial motion | 10 |
| 3/18/2024 | Billable Copies - Doc. 213 - Memorandum Opinion and Order on Injunctive Relief | 8 |
| 5/20/2020 | Billable Copies - Doc. 23 - Motion to Amend Complaint | 33 |
| 5/20/2020 | Billable Copies - Doc. 24 - Response to Motion to Dismiss | 24 |
| 7/15/2020 | Billable Copies - Doc. 25 - HMMA MTD Reply | 17 |
| 6/1/2020 | Billable Copies - Doc. 27 - Order Granting Motion to Amend Complaint | 0 |
| 6/2/2020 | Billable Copies - Doc. 28 - Amended Complaint | 28 |
| 6/2/2020 | Billable Copies - Doc. 29 - Order Mooting MTDs | 1 |
| 6/15/2020 | Billable Copies - Doc. 31 - HEA MTD | 14 |
| 6/15/2020 | Billable Copies - Doc. 32 - Dynamic Security MTD | 20 |
| 6/17/2020 | Billable Copies - Doc. 33 - Briefing Order | 1 |
| 7/8/2020 | Billable Copies - Doc. 34 - Response to MTD | 21 |
| 7/15/2020 | Billable Copies - Doc. 36 - Dynamic Security MTD Reply | 7 |
| 7/17/2020 | Billable Copies - Doc. 37 - HEA MTD Reply | 11 |
| 8/31/2021 | Billable Copies - Doc. 38 - Order and Opinion on MTD | 33 |
| 9/1/2021 | Billable Copies - Doc. 40 - Order on When to Hold Rule 26 Conference | 2 |
| 9/15/2021 | Billable Copies - Doc. 42 - ANSWER to [28] Amended Complaint by Hyundai Engineering America, Inc.. | 22 |
| 9/15/2021 | Billable Copies - Doc. 43 - Answer and Defenses to Plaintiff's Amended Complaint | 31 |
| 9/23/2021 | Billable Copies - Doc. 44 - MOTION for Extension of Time to File Report of Parties' Planning Meeting by Hyundai Motor Manufactu | 2 |
| 9/27/2021 | Billable Copies - Doc. 46 - REPORT of Rule 26(f) Planning Meeting | 15 |
| 9/27/2021 | Billable Copies - doc. 47 and Doc. 47-1 Joint Motion for Protective Order and Protective Order | 12 |
| 9/27/2021 | Billable Copies - Doc. 48 - Privacy Protective Order | 6 |
| 11/8/2021 | Billable Copies - Doc. 49 - ORDER: it is ORDERED that this matter is SET for a hearing by status and scheduling conference on 11 | 1 |
| 11/30/2021 | Billable Copies - Doc. 51 - UNIFORM SCHEDULING ORDER Final Pretrial Conference set for 9.22.2022, | 5 |

| | | |
|---|---|---|
| 4/13/2022 | Billable Copies - Doc. 58 - NOTICE by Equal Employment Opportunity Commission of Appearance by Kurt Fischer | 2 |
| 11/15/2022 | Billable Copies - Doc. 87 - Dynamic reply brief | 26 |
| 1/27/2023 | Billable Copies - Doc. 92 - Order moving pretrial conference | 1 |
| 1/27/2023 | Billable Copies - Doc. 93 - HMMA Witness List | 3 |
| 1/27/2023 | Billable Copies - Doc. 94 - HMMA Deposition Designations | 2 |
| 1/27/2023 | Billable Copies - Doc. 95 - HMMA Exhibit List | 6 |
| 1/27/2023 | Billable Copies - Doc. 96 - HEA Witness List | 3 |
| 1/27/2023 | Billable Copies - Doc. 97 - HEA Exhibit List | 3 |
| 1/27/2023 | Billable Copies - Doc. 98 - Dynamic Exhibit List | 4 |
| 1/27/2023 | Billable Copies - Doc. 99 - Dynamic Exhibit List | 8 |
| 8/1/2023 | Billable Copies - Docs. 194-196 - Trial Transcript | 510 |
| 8/1/2023 | Billable Copies - Docs. 194-196 - trial transcript | 510 |
| 10/13/2023 | Billable Copies - Dynamic MSJ Copies (Docs. 73-75) | 830 |
| 10/12/2023 | Billable Copies - HEA MSJ Copies (Docs. 69-71) | 498 |
| 10/12/2023 | Billable Copies - HMMA MSJ Copies (Docs 66-68) | 663 |
| 3/24/2023 | Billable Copies - Juror Responses | 674 |
| 11/15/2022 | Billable Copies - Motion to Strike | 5 |
| 6/21/2022 | Billable Copies - Outsource - Color copies of exhibits for deposition | 1 |
| 3/26/2023 | Billable Copies - Staples Copy & Print - Trial Production - $103.54 | 1 |
| 3/21/2023 | Billable Copies - trial copies - deposition transcripts | 332 |
| 3/21/2023 | Billable Copies - Trial Exhibits | 1518 |
| 3/28/2022 | Billable Copies - Witness letters to Howell, Cureton, Scavella, Chambliss, and Robinson | 5 |
| 9/6/2022 | Billable Copies - Doc. 19 - DEPOSITION (Schutz) by Hyundai Motor Manufacturing Alabama LLC | 103 |
| 4/18/2022 | Billable Copies - doc. 61- Doc. 61-6 RESPONSE to Motion re [59] MOTION to Quash Subpoena filed by Hyundai Motor Manufactu | 31 |
| 11/11/2022 | Billable Copies - Doc. 84 - REPLY BRIEF in Response to Plaintiff's Brief filed by Hyundai | 34 |
| 3/6/2023 | Billable Copies–copying Contents for Trial Notebook | 119 |
| 2/24/2023 | Billable Copies–Doc 149–Proposed Jury Instructions by Davita M. Key | 16 |
| 3/27/2023 | Billable Copies–Doc oint MOTION for Protective Order (Motion for Entry of Protective Order)9 - | 11 |
| 2/1/2023 | Billable Copies–Doc. 105 - Exhibit List Defendant Dynamic Security, Inc.'s Amended Exhibit List by Dynamic Security, Inc. | 8 |
| 2/1/2023 | Billable Copies–Doc. 106 - ORDER: it is ORDERED that unopposed motion to continue (doc. [104]) is GRANTED and the pretrial c | 1 |
| 2/1/2023 | Billable Copies–Doc. 107 - MOTION for Leave to File Amended Exhibit List by Hyundai Motor Manufacturing Alabama, LLC | 3 |
| 2/6/2023 | Billable Copies–Doc. 109 - Deposition Designations (Responsive Designations of Deposition/Trial Excerpts) by Hyundai | 4 |
| 2/6/2023 | Billable Copies-Doc. 111 - MOTION for Leave to File - Defendant Hyundai ENG America, Inc.'s Motion for Leave to Amend its Tria | 3 |

| | | |
|---|---|---|
| 3/8/2023 | Billable Copies-Doc. 173 - BRIEF/MEMORANDUM in Opposition re [161] Proposed Jury Instructions filed by Davita M. Key | 8 |
| 3/20/2023 | Billable Copies-Doc. 176 and 176-1 - BILL OF COSTS by Hyundai Motor Manufacturing Alabama, LLC. | 9 |
| 3/20/2023 | Billable Copies-Doc. 177 and 177-1 - BILL OF COSTS by Hyundai Engineering America, Inc., Hyundai Motor Manufacturing Alaba | 10 |
| 3/27/2023 | Billable Copies-Doc. 181 - Proposed Jury Verdict Form by Dynamic Security, Inc. | 4 |
| 4/27/2023 | Billable Copies-Doc. 197 - MOTION for Judgment as a Matter of Law Defendant Dynamic Security, Inc.'s Motion for Renewed Jud | 72 |
| 4/27/2023 | Billable Copies-Doc. 198ORDER: it is ORDERED that the Dft shall file a response to the Plf's | 1 |
| 9/6/2022 | Billable Copies-Doc. 20 - DEPOSITION (Muldrow) by Hyundai Motor Manufacturing Alabama LLC. (A | 87 |
| 5/3/2023 | Billable Copies-Doc. 200-MOTION for Extension of Deadline Time to File Petition for Attorneys' Fees and Bill of Cost | 3 |
| 6/28/2023 | Billable Copies-Doc. 206 - RESPONSE in Opposition re [197] MOTION for Judgment as a Matter of Law Defendant | 60 |
| 7/6/2023 | Billable Copies-Doc. 208 - MOTION for Extension of Time to File Response/Reply as to [206] Response in Opposition to Motion | 3 |
| 6/28/2023 | Billable Copies-Doc. 209 - RESPONSE in Opposition re [193] MOTION for Equitable Relief of Reinstatement of Interest filed by Dy | 9 |
| 7/10/2023 | Billable Copies-Doc. 210-REPLY to Response to Motion re [193] MOTION for Equitable Relief | 8 |
| 9/21/2022 | Billable Copies-Doc. 23 - REPLY to re [22] filed by Hyundai Motor Manufacturing Alabama LLC | 48 |
| 1/18/2022 | Billable Copies-Doc. 53 - ORDER: Construing the 52 Motion to Substitute Counsel as a Motion to Withdraw as Counsel; | 1 |
| 1/18/2022 | Billable Copies-Doc. 54 - NOTICE of Appearance by Thomas Matthew Miller on behalf of Hyundai Engineering America, Inc. (Mill | 3 |
| 1/18/2022 | Billable Copies-Doc. 55 - NOTICE of Appearance by Cortlin Lee Bond on behalf of Hyundai Engineering America, Inc. | 3 |
| 3/28/2022 | Billable Copies-Doc. 56 - MOTION to Amend/Correct [51] Scheduling Order | 6 |
| 3/31/2022 | Billable Copies-Doc. 57 - Order that Motion to Amend be granted | 4 |
| 4/27/2022 | Billable Copies-Doc. 62 - ORDER: it is ORDERED that the Board's [59] Motion to Quash is DENIED, as further set out in Order | 2 |
| 8/22/2022 | Billable Copies-Doc. 64 - ORDER: Now pending before the Court is Plaintiff Davita M. Key's motion | 2 |
| 9/15/2022 | Billable Copies-doc. 65 - Notice of Mediation and Settlement Conference by Davita M. Key | 3 |
| 10/14/2022 | Billable Copies-Doc. 72-MOTION for Leave to File Supplemental Brief by Hyundai Motor Manufacturing Alabama, LLC. | 4 |
| 10/13/2022 | Billable Copies-Doc. 77 - ORDER TO SHOW CAUSE, by the PLF, as to why the [72] Motion | 1 |
| 10/25/2022 | Billable Copies-Doc. 79 - 792 - RESPONSE in Opposition re [72] MOTION for Leave to File Supplemental Brief filed by Davita M. K | 24 |
| 10/27/2022 | Billable Copies-Doc. 80 - ORDER: it is ORDERED that Dft's [72] Motion for Leave to File Supplemental Brief is DENIED | 2 |
| 11/7/2022 | Billable Copies-Doc. 82 - BRIEF/MEMORANDUM in Opposition re [68] Evidentiary Submission | 85 |
| 11/11/2022 | Billable Copies-doc. 86 - REPLY BRIEF re [70] BRIEF/MEMORANDUM in Support, [71] Evidentiary Submission | 16 |
| 1/2/2023 | Billable Copies-Doc. 89 - MOTION to Strike Plaintiff's Demand for Jury Trial by Dynamic Security, Inc.. | 80 |
| 1/19/2023 | Billable Copies-Doc. 91 - 91-2 - RESPONSE in Opposition re [89] MOTION to Strike Plaintiff's Demand for Jury Trial | 44 |
| 2/1/2023 | Billable Copies-Doc. 92 - ORDER: it is ORDERED that the pretrial conference presently set for 2/2/2023, is RESET to 11:00 AM or | 1 |
| 11/11/2022 | Billable Copies-MOTION for Extension of Time to File Response/Reply as to [82] BRIEF/MEMORANDUM | 7 |
| 3/29/2023 | Billable Copies-MOTION for Judgment as a Matter of Law Defendant Dynamic Security Inc.'s | 6 |
| 1/13/2022 | Billable Copies-MOTION to Substitute Attorney by Hyundai Engineering America, Inc.. | 3 |

 **Staples.**                                                        Receipt

## Order Details

| | |
|---|---|
| Order Number: | 6936084803 |
| Order Date: | Mar. 21, 2023 |
| Delivery items ship to | |
| Pickup products at | Birmingham Store 4614 Hwy 280 Birmingham, AL 35242 |

**Payment Details**   *Trial Copies*

**INVOICE TO**
James Leonard
2105 Devereux Circle
Suite 111, Vestavia Hills, AL35243

**Payment Method**
PayOnine

## Order Summary

| ITEM | QTY | PRICE |
|---|---|---|
| **Pickup Products** | | |
| Trial Exhibits to Print.pdf | 5 | $194.81 |
| Trial Exhibits to Print.pdf | 1 | $48.20 |
| 8044773 Key.Davita M. 062022.miniprint.pdf | 3 | $55.57 |
| CuretonRay083022-CT.pdf | 3 | $58.59 |
| Key v Hyundai, Dynamic, Spiers-CT-LE.pdf | 3 | $28.70 |
| Key v Hyundai, Riddle-CT-LE.pdf | 3 | $70.32 |
| UnemploymentHearingTranscription,9-19-17-CT.pdf | 3 | $23.37 |
| WILLIAMS, Cassandra 09.06.2022_cond_N_ex_CERTIFIED ORIGINAL (blue).pdf | 3 | $38.66 |
| **Subtotal** | | $518.22 |
| Estimated Tax | | $25.91 |
| Total | | $544.13 |



PLAINTIFF'S
EXHIBIT
**B**

8/19/2022  Billable  Copies-MOTION to Take Deposition from Cassandra Williams/HEA 30(b)(6) on September 6, 2022

8/22/2022  Billable  Copies-Print pages for deposition preparation Ray Cureton

**Total - Billable**                                                                                                     **4**

Total - Non-Billable

**Total - Write Off**                                                                                              **10900**

**127**

☐ Staples

# Receipt

*Trial Notebook*

## Order Details

## Payment Details

| Order Number | 6935572727 |
| --- | --- |
| Order Date | Feb.07,2023 |
| Delivery items ship to | |
| Pickup products at | 4614 Hwy 280,<br>Birmingham,<br>AL 35242 |

**INVOICE TO**

Jim Leonard
2105 Devereux Circle,
Suite 111, Birmingham,
AL 35243

**PAYMENT METHOD**

PayOnline

## Order Summary

| ITEM | QUANTITY | PRICE |
| --- | --- | --- |
| **Pickup Products** | | |
| Key v HMMA Notebook (Simple Print) | 1 | $54.63 |
| **SUBTOTAL** | | $54.63 |
| SHIPPING & HANDLING | | $0.00 |
| ESTIMATED TAX | | $2.74 |
| **TOTAL** | | $57.37 |

6935572727

All orders must be paid for at the time of
order to be entered into production.

# ⊓ Staples

4614 Hwy 280
Birmingham, AL 35242
205-980-0596

Sale

Store: 1188                 Register: 5
Date: 8/3/23                Time: 11:11 AM
Transaction: 13019          Cashier: 2032642

REWARDS NUMBER  2847798069

| Qty | Item | Price | Amount |
|-----|------|-------|--------|
| | SELF-SERVE B&W POS | | |
| 280 | 24517274 | 0.18 | 50.40 |
| | STPLS HD VIEW BIND | | |
| 1 | 718103406420 | 10.99 | 10.99 |

Subtotal        61.39
ALABAMA 9%       5.53

Total        66.92
AMERICAN EXPRESS      USD$66.92
Card No. : ▮▮▮▮▮▮▮▮▮▮▮
Contactless
Auth No. : 837738
Mode.: Issuer
AID.: A000000025010801
TVR.: 0000008000
IAD.: 06580103A02002
TSI.: E800
ARC.: 3030

Staples,
the working and learning store.
Discover every tool to take on tomorrow
including products, services
and inspiration that help you
unlock what is possible.

Shop Smarter. Get Rewarded.
Staples Rewards members get up to
5% back in Rewards.
Exclusions Apply. See an associate for
full program details or to enroll.

THANK YOU FOR SHOPPING AT
STAPLES!



DT1133PN11911PAP4AX1RED

Customer Copy

- - - - - - - - - - - - - -
Your first stop
to nonstop travel.

With TSA PreCheck enrollment available at
select Staples stores, its easier     than
ever to upgrade your travel. To find a
▮▮▮▮▮▮ating location, visit

*[handwritten right margin:]* Copies of post-trial motions (



Dynamic 30(b)(6) and Cureton
Deposition Exhibits 1 set

Order Date 08/18/2022 1:30pm

# Order Details

**Pickup**

**OfficeMax·**

5275 Highway 280 South Ste 101
Birmingham, AL 35242 USA
(205) 980-2511

## Order Summary

| | |
|---|---|
| Order Placed | Aug 18, 2022 |
| Item Subtotal: | $33.26 |
| Taxes: | $2.99 |
| **Order Total** | **$36.25** |

**Payment**

**Account #:** 98344785

**Amount:** $36.25

•••••••

**Additional Info**

**Ordered By:** PALMERLAWAL

**Phone:** (105) 285-3050

**Last Updated:** 08/18/2022

**Updated By:** JWWW

# Store Pickup 1 of 1

**ORDER NUMBER**
263136745-001

**ORDER STATUS**
Ready For Pickup

**TOTAL**
$36.25

Ready for Pickup Today



Copies
Item #870284

Qty: 1 @ $34.32 / each
**$34.32**
▶ Custom Product
**Comments:** Print Merge

Store Purchase

263136745 001

| Item Subtotal: | $33.26 |
|---|---|
| Taxes: | $2.99 |
| **Order Total** | **$36.25** |

# CLH Investigations

Post Office Box 241806
Montgomery, Alabama 36124
(334) 618-0498
clhinvestigations@gmail.com

March 21, 2023

Heather Newsom Leonard
Heather Leonard, P.C.
2105 Devereux Circle, Suite 111
Birmingham, Alabama 35243

RE:  Key v. Dynamic Security

---

Traveled to 1261 Cross Creek Road, Prattville, AL on
three occasions (no answer at door); telephone Mr.
Cureton; research Mr. Cureton's current address;
service perfected upon Ray Cureton at
749 Charlemont Lane, Montgomery, AL 36117          $200.00

*Thank you*
*Charlotte L. Henderson*



IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVITA M. KEY,                      )
    Plaintiff,                     )
       '                         )
                                 )
v.                                  )     Case No.
                                 )     2:19-cv-767-ECM-SMD
                                 )
DYNAMIC SECURITY, INC.,             )
    Defendants.                    )

Witness Fee Checks

| Name | Amount | Entered in Billing? |
|------|--------|---------------------|
| Ray Cureton | $66.07 | ✓ |
|  |  |  |
| Sherry Spires | $308.75 | ✓ |

Scans of Checks available
on request – not scanned +
filed w/bill of cost to
avoid banking info being
in the record



**Alabama Court Reporting, Inc.**
717 Church Street NW
Huntsville, AL 35801
Phone: (877) 478-3376



Accounts Payable Esquire Solutions
Esquire Deposition Solutions, LLC
1500 Centre Parkway
Suite 100
Atlanta, GA 30344

*Invoice #38157*

| Date | Terms |
|------|-------|
| 07/05/2022 | Due on receipt |

**Depo/Job #35114 on 06/20/2022**

**Affiliate Depo/Job#:** (Esquire job #J8044773)
**Case:** Davita M. Key v. Hyundai Motor
Manufacturing Alabama, LLC; Hyundai
Engineering America, Inc.; and Dynamic
Security, Inc.
**Court Docket#:** 2:19-CV-00767-ECM-SMD
**Location:** Hyundai Training Center
700 Hyundai Boulevard, Gate 3
Montgomery, AL 36105

**Shipped On:** 07/05/2022
**Shipped Via:** Electronic Only
**Tracking #:** Esquire Portal
**Delivery Type:** Normal
**Resource:** Lewis, Sabrina

| Description | | | Amount |
|---|---|---|---|
| **Davita M. Key** | | | |
| Appearance Fee Full Day | | | $ 200.00 |
| Transcript Original | | | $ 1,033.20 |
| Transcript Copy | | | $ 2,281.65 |
| | | | $ 3,514.85 |

| | Amount Due: | $ 3,514.85 |
|---|---|---|
| | Paid: | $ 3,514.85 |

*Esquire Job #J8044773*

| Balance Due: | $ 0.00 |
|---|---|
| Payment Due: | Upon Receipt |

*READ & SIGN REQUESTED BY HEATHER LEONARD*
*ORIG EXH SENT 7-1-22*

*ORDERS:*
*Middlebrooks - Per Diem, Original, Original Exh*
*Leonard - Copy, Exh, READ & SIGN*
*MIller - Copy, Exh*
*Redmond - Copy, Exh*

*****PLEASE NOTE NEW MAILING ADDRESS ABOVE!!****

Tax ID - 47-3910921

Due on receipt. As a reminder, invoices are not contingent upon client payment.  If paying by check, please include Invoice number.
YOU CAN NOW PAY ONLINE!  (There will be a $45.00 fee on all returned checks.)

**PLAINTIFF'S EXHIBIT E**

**Alabama Court Reporting, Inc**
109 Jefferson St. North Suite 8
Huntsville, AL 35801
Phone: (877) 478-3376



Heather Leonard, Esq.
Heather Leonard, P.C.
2105 Devereux Circle
Suite 111
Birmingham, AL 35243

## *Invoice #39077*

| Date | Terms |
|------|-------|
| 09/21/2022 | Due on receipt |

**Depo/Job #36228 on 09/06/2022**

**Case:** Davita M. Key v. Hyundai Motor
Manufacturing Alabama, LLC; Hyundai
Engineering America, Inc.; and Dynamic
Security, Inc.
**Court Docket#:** 2:19-CV-00767-ECM-SMD
**Location:** Bradley, Arant, Boult & Cummings LLP
(Montgomery)
RSA Dexter Avenue Building
445 Dexter Avenue, Suite 9075
Montgomery, AL 36104

**Shipped On:**
**Shipped Via:** Etrans w/UPS shipped orig exh
**Delivery Type:** Normal
   **Resource:** Groves, Jordan

| Description | Amount |
|-------------|--------|
| **Cassandra Williams** | |
| Appearance Fee Half Day | $ 100.00 |
| Transcript Original | $ 573.05 |
| Condensed w/Hyperlinked Exhibits | $ 55.00 |
| Exhibits, Scanned | $ 24.00 |
| Transcript Cloud Storage, per deponent | $ 12.00 |
| Shipping | $ 32.00 |
| | $ 796.05 |

| | Amount Due: | $ 796.05 |
|--|-------------|----------|
| | Paid: | $ 0.00 |

*Electronic Delivery + Original exhibits returned via UPS*
*Read & Sign sent via email to T. Matthew Miller - mmiller@bradley.com;*
*lhawkins@bradley.com*

| Balance Due: | $ 796.05 |
|--------------|----------|
| Payment Due: | Upon Receipt |

Tax ID - 47-3910921

Due on receipt. As a reminder, invoices are not contingent upon client payment.  If paying by check, please include Invoice number.
YOU CAN NOW PAY ONLINE!  (There will be a $45.00 fee on all returned checks.)

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20035 | 9/13/2022 | 11899 |

| Job Date | Case No. |
|---|---|
| 8/30/2022 | 2:19-CV-767-ECM-SMD |

| Case Name |
|---|
| Key v. Hyundai Motor Manfacturing Alabama LLC., et al. |

| Payment Terms |
|---|
| Please remit payment in 15 days |

Heather Leonard
Heather Leonard, PC
2105 Devereux Circle
Suite 111
Vestavia, AL 35243-2564

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Ray Cureton | | | | | 732.32 |
| Half Day Per Diem | 1.00 | | @ | 80.000 | 80.00 |
| Technical/Video | 199.00 | Pages | @ | 0.550 | 109.45 |
| Scanned exhibits | 128.00 | | @ | 0.300 | 38.40 |
| Processing | 1.00 | | @ | 20.000 | 20.00 |
| Ray Cureton - Video | | | | | 400.00 |
| Setup and First Hour | 1.00 | | @ | 300.000 | 300.00 |
| Additional Video Hour | 3.00 | Hours | @ | 100.000 | 300.00 |
| Synchronized Video Hour | 4.00 | Hours | | | |
| Video archiving | 1.00 | | @ | 20.000 | 20.00 |
| | **TOTAL DUE  >>>** | | | | **$2,000.17** |

Thank you for your business!  Hard copies of this transcript are available upon request. You can pay online at www.citedepos.com, call us at 866.993.0207 or mail payment to:

Cite, LLC
PO Box 6173
Montgomery, AL 36106

THANK YOU!

**Tax ID:** 82-1643675

*Please detach bottom portion and return with payment.*

Heather Leonard
Heather Leonard, PC
2105 Devereux Circle
Suite 111
Vestavia, AL 35243-2564

| | |
|---|---|
| Invoice No. | : 20035 |
| Invoice Date | : 9/13/2022 |
| **Total Due** | : **$2,000.17** |

Remit To: **Cite, LLC**
      **PO Box 6173**
      **Montgomery, AL 36106**

| | |
|---|---|
| Job No. | : 11899 |
| BU ID | : CITE BHAM |
| Case No. | : 2:19-CV-767-ECM-SMD |
| Case Name | : Key v. Hyundai Motor Manfacturing Alabama LLC., et al. |

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20266 | 9/28/2022 | 11766 |
| **Job Date** | **Case No.** | |
| 8/19/2022 | 2:19-CV-767-ECM-SMD | |
| **Case Name** | | |
| Key v. Hyundai Motor Manfacturing Alabama LLC., et al. | | |
| **Payment Terms** | | |
| Please remit payment in 15 days | | |

Leslie Palmer
Palmer Law, LLC
104 23rd Street South
Suite 100
Birmingham, AL 35233

| | | | | | |
|---|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | | | | |
| Kristal Riddle | 259.00 | Pages | @ | 3.680 | 953.12 |
| Full Day Per Diem | 1.00 | | @ | 160.000 | 160.00 |
| Scanned exhibits | 3.00 | | @ | 0.300 | 0.90 |
| Processing | 1.00 | | @ | 20.000 | 20.00 |
| ORIGINAL TRANSCRIPT OF: | | | | | |
| Sherry Spiers | 109.00 | Pages | @ | 3.680 | 401.12 |
| Scanned exhibits | 195.00 | | @ | 0.300 | 58.50 |
| Processing | 1.00 | | @ | 20.000 | 20.00 |
| | **TOTAL DUE  >>>** | | | | **$1,613.64** |

Thank you for your business!  Hard copies of this transcript are available upon request. You can pay online at www.citedepos.com, call us at 866.993.0207 or mail payment to:

Cite, LLC
PO Box 6173
Montgomery, AL 36106

THANK YOU!

**Tax ID:** 82-1643675

*Please detach bottom portion and return with payment.*

Leslie Palmer
Palmer Law, LLC
104 23rd Street South
Suite 100
Birmingham, AL 35233

| | |
|---|---|
| Invoice No. | : 20266 |
| Invoice Date | : 9/28/2022 |
| **Total Due** | : **$1,613.64** |

Remit To: **Cite, LLC**
**PO Box 6173**
**Montgomery, AL 36106**

| | |
|---|---|
| Job No. | : 11766 |
| BU ID | : CITE BHAM |
| Case No. | : 2:19-CV-767-ECM-SMD |
| Case Name | : Key v. Hyundai Motor Manfacturing Alabama LLC., et al. |

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20254 | 9/28/2022 | 12169 |

| Job Date | Case No. | |
|---|---|---|
| 9/23/2022 | | |

| Case Name |
|---|
| State of Alabama Hearings and Appeals Unit |

| Payment Terms |
|---|
| Please remit payment in 15 days |

Leslie Palmer
Palmer Law, LLC
104 23rd Street South
Suite 100
Birmingham, AL 35233

---

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Unemployment Hearing | 59.00 | Pages | @ | 6.300 | 371.70 |
| Writing Time | 1.00 | Hours | @ | 55.000 | 55.00 |
| Processing | 1.00 | | @ | 20.000 | 20.00 |
| | **TOTAL DUE >>>** | | | | **$446.70** |

Thank you for your business! Hard copies of this transcript are available upon request. You can pay online at www.citedepos.com, call us at 866.993.0207 or mail payment to:

Cite, LLC
PO Box 6173
Montgomery, AL 36106

THANK YOU!

**Tax ID:** 82-1643675

*Please detach bottom portion and return with payment.*

Leslie Palmer
Palmer Law, LLC
104 23rd Street South
Suite 100
Birmingham, AL 35233

Invoice No.    : 20254
Invoice Date  : 9/28/2022
**Total Due      : $446.70**

Remit To: **Cite, LLC**
**PO Box 6173**
**Montgomery, AL 36106**

Job No.    : 12169
BU ID      : CITE BHAM
Case No.   :
Case Name  : State of Alabama Hearings and Appeals Unit



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 19091 | 7/6/2022 | 11184 |
| **Job Date** | **Case No.** | |
| 6/22/2022 | 2:19-CV-767-ECM-SMD | |
| **Case Name** | | |
| Key v. Hyundai Motor Manfacturing Alabama LLC., et al. | | |
| **Payment Terms** | | |
| Please remit payment in 15 days | | |

Leslie Palmer
Palmer Law, LLC
104 23rd Street South
Suite 100
Birmingham, AL 35233

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Robert Burns | | | | | |
| | 388.00 | Pages | @ | 3.680 | 1,427.84 |
| Full Day Per Diem | 1.00 | | @ | 160.000 | 160.00 |
| Conference Room | 1.00 | | @ | 420.000 | 420.00 |
| Scanned exhibits | 298.00 | | @ | 0.300 | 89.40 |
| Processing | 1.00 | | @ | 20.000 | 20.00 |
| | **TOTAL DUE >>>** | | | | **$2,117.24** |

Thank you for your business! Hard copies of this transcript are available upon request. You can pay online at www.citedepos.com, call us at 866.993.0207 or mail payment to:

Cite, LLC
PO Box 6173
Montgomery, AL 36106

THANK YOU!

**Tax ID:** 82-1643675

*Please detach bottom portion and return with payment.*

Leslie Palmer
Palmer Law, LLC
104 23rd Street South
Suite 100
Birmingham, AL 35233

| Invoice No. | : 19091 |
|---|---|
| Invoice Date | : 7/6/2022 |
| **Total Due** | : **$2,117.24** |

Paid
8/29

Remit To: **Cite, LLC**
**PO Box 6173**
**Montgomery, AL 36106**

| Job No. | : 11184 |
|---|---|
| BU ID | : CITE BHAM |
| Case No. | : 2:19-CV-767-ECM-SMD |
| Case Name | : Key v. Hyundai Motor Manfacturing Alabama LLC., et al. |

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 19091 | 7/6/2022 | 11184 |

| Job Date | Case No. |
|---|---|
| 6/22/2022 | 2:19-CV-767-ECM-SMD |

| Case Name |
|---|
| Key v. Hyundai Motor Manfacturing Alabama LLC., et al. |

| Payment Terms |
|---|
| Please remit payment in 15 days |

Leslie Palmer
Palmer Law, LLC
104 23rd Street South
Suite 100
Birmingham, AL 35233

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Robert Burns | 388.00 Pages | @ | 3.680 | 1,427.84 |
| Full Day Per Diem | 1.00 | @ | 160.000 | 160.00 |
| Conference Room | 1.00 | @ | 420.000 | 420.00 |
| Scanned exhibits | 298.00 | @ | 0.300 | 89.40 |
| Processing | 1.00 | @ | 20.000 | 20.00 |
| | **TOTAL DUE   >>>** | | | **$2,117.24** |

Thank you for your business!  Hard copies of this transcript are available upon request. You can pay online at www.citedepos.com, call us at 866.993.0207 or mail payment to:

Cite, LLC
PO Box 6173
Montgomery, AL 36106

THANK YOU!

**Tax ID:** 82-1643675

*Please detach bottom portion and return with payment.*

Leslie Palmer
Palmer Law, LLC
104 23rd Street South
Suite 100
Birmingham, AL 35233

Invoice No.    : 19091
Invoice Date  : 7/6/2022
**Total Due**    : **$2,117.24**

Remit To: **Cite, LLC**
          **PO Box 6173**
          **Montgomery, AL 36106**

Job No.     : 11184
BU ID       : CITE BHAM
Case No.    : 2:19-CV-767-ECM-SMD
Case Name   : Key v. Hyundai Motor Manfacturing
              Alabama LLC., et al.

# SPRINGHILL SUITES®
### BY MARRIOTT

SPRINGHILL SUITES BY MARRIOTT® / MONTGOMERY DOWNTOWN
152 Coosa Street, Montgomery, AL 36104 P 334.245.2088
**springhillsuites.com**

| | |
|---|---|
| Heather/Mrs Leonard | Room: 411 |
| 2105 Devereux Cir Ste 111 | Room Type: KSOF |
| Vestavia AL 35243-2564 | Number of Guests: 2 |
| Travel | Rate: $303.00   Clerk: DSW |
| Arrive: 26Mar23   Time: 04:29PM | Depart: 29Mar23   Time: 07:57AM   Folio Number: 71304 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 26Mar23 | Daily Parking | 25.00 | |
| 26Mar23 | Room Charge | 185.00 | |
| 26Mar23 | State Occupancy Tax | 7.40 | |
| 26Mar23 | City Tax | 20.35 | |
| 26Mar23 | County Tax | 2.25 | |
| 27Mar23 | Daily Parking | 25.00 | |
| 27Mar23 | Room Charge | 220.00 | |
| 27Mar23 | State Occupancy Tax | 8.80 | |
| 27Mar23 | City Tax | 24.20 | |
| 27Mar23 | County Tax | 2.25 | |
| 28Mar23 | Daily Parking | 25.00 | |
| 28Mar23 | Room Charge | 303.00 | |
| 28Mar23 | State Occupancy Tax | 12.12 | |
| 28Mar23 | City Tax | 33.33 | |
| 28Mar23 | County Tax | 2.25 | |
| 29Mar23 | American Express | | 895.95 |

Card #: AXXXXXXXXXXXXXXXXXXXXXXX
Card Type: AMEX Card Entry: CHIP Approval Code: ~~~~~~ App
Label: AMERICAN EXPRESS AID: A000000025010801~

**BALANCE:**   **0.00**

**Marriott Bonvoy Account # XXXXX1438.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

**PLAINTIFF'S EXHIBIT**
exhibits
**F**

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit springhillsuites.com.



# SPRINGHILL SUITES®
### BY MARRIOTT

**SPRINGHILL SUITES BY MARRIOTT® / MONTGOMERY DOWNTOWN**
152 Coosa Street, Montgomery, AL 36104 P 334.245.2088
**springhillsuites.com**

| | |
|---|---|
| Heather/Mrs Leonard | Room: 412 |
| 2105 Devereux Cir Ste 111 | Room Type: KSOF |
| Vestavia AL 35243-2584 | Number of Guests: 2 |
| Travel | Rate: $303.00    Clerk: DSW |

| | | | | |
|---|---|---|---|---|
| Arrive: 26Mar23 | Time: 06:41PM | Depart: 29Mar23 | Time: 07:58AM | Folio Number: 71305 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 26Mar23 | Room Charge | 185.00 | |
| 26Mar23 | State Occupancy Tax | 7.40 | |
| 26Mar23 | City Tax | 20.35 | |
| 26Mar23 | County Tax | 2.25 | |
| 27Mar23 | Room Charge | 220.00 | |
| 27Mar23 | State Occupancy Tax | 8.80 | |
| 27Mar23 | City Tax | 24.20 | |
| 27Mar23 | County Tax | 2.25 | |
| 28Mar23 | Room Charge | 303.00 | |
| 28Mar23 | State Occupancy Tax | 12.12 | |
| 28Mar23 | City Tax | 33.33 | |
| 28Mar23 | County Tax | 2.25 | |
| 29Mar23 | American Express | | 820.95 |

Card #: AXXXXXXXXXXXXX████XXXX
Card Type: AMEX Card Entry: CHIP Approval Code: ████ App
Label: AMERICAN EXPRESS AID:████████████

**BALANCE:**    **0.00**

**Marriott Bonvoy Account # XXXXX1438.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit springhillsuites.com.



Palmer Law LLC
2052853050

104 23rd Street South,
Suite 100
Birmingham, AL 35233
US

Amount Due
$4,182.58

Billed To
Davita Key
3044 Spring Hill Parkway SE Apt E
Smyrna, GA 30080

Matter
Key v. HMMA et al

Invoice Number
00006

Date of Issue
03/28/2024

Due Date
04/27/2024

## Expense Entries

| Date | Description | Rate | Qty | Line Total |
|------|-------------|------|-----|-----------|
| 07/27/2022 | Unemployment Hearing Audio File | $5.00 | 1.00 | $5.00 |
| 08/29/2022 | HMMA 30(b)(6) Deposition | $2,117.24 | 1.00 | $2,117.24 |
| 10/20/2022 | Unemployment Hearing Transcript | $446.70 | 1.00 | $446.70 |
| 10/20/2022 | Dynamic Security 30(b)(6) Deposition | $1,613.64 | 1.00 | $1,613.64 |
| | | Expenses Total: | 4 | $4,182.58 |
| | | Total | | $4,182.58 |
| | | Amount Due | | $4,182.58 |

## Outstanding Invoices

| Number | Due Date | Amount | Payments | Balance |
|--------|----------|--------|----------|---------|
| 00006 (current) | 04/27/2024 | $4,182.58 | $0.00 | $4,182.58 |
| | | | Outstanding Balance | $4,182.58 |

Palmer Law LLC
2052853050

104 23rd Street South,
Suite 100
Birmingham, AL 35233
US

Amount Due
$4,182.58

Billed To
Davita Key
3044 Spring Hill Parkway SE Apt E
Smyrna, GA 30080

Matter
Key v. HMMA et al

Invoice Number
00006

Date of Issue
03/28/2024

Due Date
04/27/2024

## Expense Entries

| Date | Description | Rate | Qty | Line Total |
|------|-------------|------|-----|-----------|
| 07/27/2022 | Unemployment Hearing Audio File | $5.00 | 1.00 | $5.00 |
| 08/29/2022 | HMMA 30(b)(6) Deposition | $2,117.24 | 1.00 | $2,117.24 |
| 10/20/2022 | Unemployment Hearing Transcript | $446.70 | 1.00 | $446.70 |
| 10/20/2022 | Dynamic Security 30(b)(6) Deposition | $1,613.64 | 1.00 | $1,613.64 |
| | | Expenses Total: | 4 | $4,182.58 |
| | | Total | | $4,182.58 |
| | | Amount Due | | $4,182.58 |

## Outstanding Invoices

| Number | Due Date | Amount | Payments | Balance |
|--------|----------|--------|----------|---------|
| 00006 (current) | 04/27/2024 | $4,182.58 | $0.00 | $4,182.58 |
| | | | Outstanding Balance | $4,182.58 |