IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DAVITA M. KEY,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NUMBER: |
| | ) 2:19-cv-767-ECM-SMD |
| **DYNAMIC SECURITY, INC.,** | ) |
| Defendant. | ) |

**DECLARATION OF PLAINTIFF, DAVITA KEY
IN SUPPORT OF PETITION FOR THE AWARD OF ATTORNEYS' FEES**

1. My name is Davita Key and I have personal knowledge of the facts articulated in this declaration. I swear under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the following is true and accurate to the best of my knowledge.

2. I had a difficult time finding an attorney to represent me on my case.

3. I contacted and spoke with approximately 10-20 attorneys in the Montgomery and Tuskegee areas before hiring Attorneys Palmer and Leonard. Attorneys in and around Montgomery would turn down representation stating they

had a conflict of interest with the large employer, or they were not interested in the subject matter.

4. One attorney stated he believed me, but that I would not win in the jurisdiction.

5. One attorney initiated contact with at least one defendant but ultimately did not agree to represent me in litigation.

6. After an extensive search in the area, I broadened my internet search to Alabama Employment Law attorneys and was able to contract with Attorneys Palmer and Leonard.

7. Based on my personal experience, there are few attorneys in the Montgomery area exclusively practicing in employment cases for individuals, who are willing to take the case through litigation.

Date: March 28, 2024

_____
Davita Key