IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:19-cv-767-ECM |
| | ) |
| DYNAMIC SECURITY, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Now pending before the Court is Plaintiff Davita M. Key's motion for attorney fees and expenses, filed on March 28, 2024. (Doc. 215). Upon consideration of the motion, and for good cause, it is

ORDERED that the Defendant shall file a response to the Plaintiff's motion on or before **April 12, 2024**. It is further

ORDERED that the Plaintiff shall file a reply to the Defendant's response on or before **April 19, 2024**.

Done this 29th day of March, 2024.

                                        /s/ Emily C. Marks
                                  EMILY C. MARKS
                                  CHIEF UNITED STATES DISTRICT JUDGE