IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:19-cv-767-ECM |
| | ) |
| DYNAMIC SECURITY, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Now pending before the Court is the Plaintiff's motion for attorney fees and expenses. (Doc. 215). On March 29, 2024, the Court ordered briefing on the Plaintiff's motion. (Doc. 216). Then, on April 5, 2024, the Defendant filed a notice of appeal to the Eleventh Circuit Court of Appeals. (Doc. 217). The Court, in its discretion, finds it appropriate to postpone resolving the Plaintiff's motion for attorney fees and expenses until the Defendant's appeal has been resolved. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the Plaintiff's motion (doc. 215) is DENIED without prejudice with leave to refile, if appropriate, after the Eleventh Circuit has issued its final mandate in the Defendant's appeal. It is further

ORDERED that the Court's briefing order on the Plaintiff's motion (doc. 216) is VACATED.

DONE this 8th day of April, 2024.

                                      /s/ Emily C. Marks
                              EMILY C. MARKS
                              CHIEF UNITED STATES DISTRICT JUDGE