# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
### UNITED STATES COURTHOUSE
### MONTGOMERY, ALABAMA

## April 8, 2024

**TREY GRANGER**
  CLERK

**MAILING ADDRESS:**
One Church Street, Suite B-110
MONTGOMERY, AL 36104
(334)954-3610

---

David J. Smith, Clerk
United States Court of Appeals for the 11th Circuit
ELBERT PARR TUTTLE COURT OF APPEALS BUILDNG
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Re:**   District Court No. 2:19-cv-00767-ECM-SMD
        Davita M. Key v. Dynamic Security, Inc.
        Court of Appeals No.

Enclosed are documents regarding an appeal in this matter.

☒   Copy of  NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.

☒   First Notice of Appeal:  Yes ☒  No ☐   Other notices (dates):

☐   Other:

☒   The Judge or Magistrate Judge appealed from is: **CHIEF JUDGE EMILY C. MARKS**

☒   The Court Reporter (s) are: **KATIE SEARS SILAS, BLANTON CALLEN, PATRICIA STARKIE**

☐   A hearing was not held in the case.

☐   An **audio tape** is available for transcription of the court hearing

☒   The appellant DOCKET FEE has been paid: NO ☐ YES ☒  Date paid: **DE 217**

☐   Motion for APPOINTMENT OF COUNSEL pending: DE

☐   Motion for In Forma Pauperis (IFP): Granted ☐ (DE ) or Denied ☐ (DE ) Pending ☐ (DE )

☐   Motion for Certificate of Appealability: Granted ☐ or  Denied ☐ Pending ☐

☐   CJA Order appointing counsel:

☐   Certified record on appeal consisting of : __Volume(s) of pleadings; ___ PSI (s); _ Volume(s) of transcript; _ Folder(s) of exhibits/depositions; ___ Supplemental file(s)

☐   ORIGINAL PAPERS:__Volume(s) of pleadings;  ___ Volume(s) of  transcript; ____  folder of exhibits

☐   This is an appeal of a bankruptcy order.  Bankruptcy Judge _____

☐   This is a DEATH PENALTY appeal.

Donna M. Norfleet
Appeals Clerk/Case Administrator Specialist