IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVITA M. KEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-CV-767-ECM |
| | ) | |
| HYUNDAI MOTOR | ) | |
| MANUFACTURING, ALABAMA, | ) | |
| LLC; HYUNDAI ENG AMERICA, | ) | |
| INC.; and DYNAMIC SECURITY, | ) | |
| INC. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

COMES NOW Davita Key, Plaintiff in the above-named case, by and through her undersigned counsel of record and hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's Order dated February 10, 2023, Granting Summary Judgment in full to Defendant HMMA and Defendant HEA and partially to Defendant Dynamic (Doc. 138); the Court's Order dated August 31, 2021 partially Granting Defendant HEA's Motion to Dismiss as to all Title VII claims (Doc. 38); and from all other interlocutory orders or rulings affecting her rights entered by the Court prior to the entry of the final judgment. Plaintiff also appeals the Taxation of Costs entered on April 13, 2023 for Defendants HEA and HMMA (Docs. 191, 192).

1

Judgment on the jury verdict was entered on March 30, 2023. (Doc. 186). Plaintiff filed a post judgment Motion for Equitable Relief of Reinstatement and Interest on April 25, 2023 (Doc. 193) which was disposed of by the court's Order dated March 14, 2024. (Doc. 213). Dynamic Security filed post judgment motions seeking to alter, amend or vacate the judgment, or in the alternative for a new trial under Rules 59 and 60 on April 26, 2023 (Doc. 197) which were disposed of by the court's Order dated March 11, 2024 (Doc. 212). Dynamic security filed a Notice of Appeal on April 5, 2024 (Doc. 217). Plaintiff's Notice of Appeal is filed within 14 days of the filing of Dynamic Security's Notice of Appeal. Fed. R. App. P. 4(a)(3) and within thirty (30) days of the Order disposing of the last of the timely-filed post-judgment motions. Fed. R. App. P. 4(a)(4)(A)

|  | Respectfully submitted, |
|  | Attorneys for Plaintiff |
|  | */s/ Heather Leonard* |
|  | Heather Newsom Leonard |
| OF COUNSEL: |  |
| Heather Leonard, P.C. |  |
| 2105 Devereaux Cir., Suite 111 |  |
| Birmingham, AL 35243 |  |
| Phone: (205) 977-5421 |  |
| heather@heatherleonardpc.com |  |
|  |  |
|  | */s/ Leslie A. Palmer.* |
|  | Leslie A. Palmer |
| OF COUNSEL: |  |
| Palmer Law, LLC |  |
| 104 23rd Street South, Suite 100 |  |
| Birmingham, AL 35233 |  |

| (205) 285-3050 | |
| leslie@palmerlegalservices.com | |

## **Certificate of Service**

I certify that I have filed the foregoing on the Court's CM/ECF filing system which will provide notice to all counsel of record on this 10th day of April, 2024.

Wesley C. Redmond
Susan W. Bullock
FordHarrison LLC
420 20th Street North, Suite 2560
Birmingham, AL 35203
wredmond@fordharrison.com
sbullock@fordharrison.com
Phone: (205) 244-5905
Counsel for Dynamic Security, Inc.

David J. Middlebrooks
Whitney R. Brown
Lehr Middlebrooks Vreeland & Thompson, P.C.
PO Box 11945
Birmingham, AL 35202
dmiddlebrooks@lehrmiddlebrooks.com
wbrown@lehrmiddlebrooks.com
Phone: (205) 326-3002
Counsel for Hyundai Motor Manufacturing Alabama, LLC

T. Matthew Miller
Cortlin Bond
Bradley, Arant, Boult Cummings, LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203
mmiller@bradley.com
cbond@bradley.com
Phone: (205) 521-8000
Counsel for Hyundai ENG America, Inc.

*/s/ Leslie A. Palmer*
OF COUNSEL