1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### UNITED STATES COURTHOUSE
### MONTGOMERY, ALABAMA

## April 11, 2024

**TREY GRANGER**  
   **CLERK**

**MAILING ADDRESS:**  
**One Church Street, Suite B-110**  
**MONTGOMERY, AL 36104**  
**(334)954-3610**

---

David J. Smith, Clerk  
United States Court of Appeals for the 11th Circuit  
ELBERT PARR TUTTLE COURT OF APPEALS BU1LDNG  
56 Forsyth Street, N.W.  
Atlanta, Georgia 30303

**Re:** District Court No. 2:19-cv-00767-ECM-SMD  
Davita M. Key v. Dynamic Security, Inc.  
Court of Appeals No.

Enclosed are documents regarding an appeal in this matter.

☒ Copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.

☒ First Notice of Appeal: Yes ☐ No ☒ Other notices (dates): **4/5/2024 DE 217, Appeal No. 24-11069-B**

☐ Other:

☒ The Judge or Magistrate Judge appealed from is: **CHIEF JUDGE EMILY C. MARKS**

☒ The Court Reporter (s) are: **KATIE SEARS-SILAS, BLANTON CALLEN, PATRICIA STARKIE**

☐ A hearing was not held in the case.

☐ An **audio tape** is available for transcription of the court hearing

☒ The appellant DOCKET FEE has been paid: NO ☐ YES ☒ Date paid: 4/10/2024 DE 221

☐ Motion for APPOINTMENT OF COUNSEL pending: DE

☐ Motion for In Forma Pauperis (IFP): Granted ☐ (DE ) or Denied ☐ (DE ) Pending ☐ (DE )

☐ Motion for Certificate of Appealability: Granted ☐ or Denied ☐ Pending ☐

☐ CJA Order appointing counsel:

☐ Certified record on appeal consisting of : __Volume(s) of pleadings; __ PSI (s); __ Volume(s) of transcript; __ Folder(s) of exhibits/depositions; ___ Supplemental file(s)

☐ ORIGINAL PAPERS:__Volume(s) of pleadings; ____ Volume(s) of transcript; ____ folder of exhibits

☐ This is an appeal of a bankruptcy order. Bankruptcy Judge _____

☐ This is a DEATH PENALTY appeal.

Donna M. Norfleet  
Appeals Clerk/Case Administrator Specialist