# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 12, 2024

Heather Newsom Leonard
Heather Leonard, PC
2105 DEVEREUX CIR STE 111
BIRMINGHAM, AL 35243

Leslie Palmer
Palmer Law, LLC
104 23RD ST S STE 100
BIRMINGHAM, AL 35233

Appeal Number: 24-11126-B
Case Style: Davita Key v. Hyundai Motor Manufacturing Alabama, LLC, et al
District Court Docket No: 2:19-cv-00767-ECM-SMD

## CIVIL DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2. File in this Court **AND** in the district court a Transcript Order Form **OR** file a certificate in this Court stating no transcripts will be ordered. See FRAP 10(b)(1), 11th Cir. R. 10-1. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

   *If no transcripts are ordered, appellant's brief is due 40 days after* **04/11/2024**, *except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3. File a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). See 11th Cir. R. 26-1(a)(1).

4. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

5. File a Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-1(a)(3).

Mediation
If a Civil Appeal Statement is required to be filed <u>and</u> the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Appellee Requirements
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File a CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation
All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information

Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CIVIL - Notice of Docketing

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVITA M. KEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:19-CV-767-ECM ) |
| HYUNDAI MOTOR MANUFACTURING, ALABAMA, LLC; HYUNDAI ENG AMERICA, INC.; and DYNAMIC SECURITY, INC. | ) ) ) ) ) ) ) |
| Defendants. | ) |

## **NOTICE OF APPEAL**

COMES NOW Davita Key, Plaintiff in the above-named case, by and through her undersigned counsel of record and hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's Order dated February 10, 2023, Granting Summary Judgment in full to Defendant HMMA and Defendant HEA and partially to Defendant Dynamic (Doc. 138); the Court's Order dated August 31, 2021 partially Granting Defendant HEA's Motion to Dismiss as to all Title VII claims (Doc. 38); and from all other interlocutory orders or rulings affecting her rights entered by the Court prior to the entry of the final judgment. Plaintiff also appeals the Taxation of Costs entered on April 13, 2023 for Defendants HEA and HMMA (Docs. 191, 192).

1

Judgment on the jury verdict was entered on March 30, 2023. (Doc. 186). Plaintiff filed a post judgment Motion for Equitable Relief of Reinstatement and Interest on April 25, 2023 (Doc. 193) which was disposed of by the court's Order dated March 14, 2024. (Doc. 213). Dynamic Security filed post judgment motions seeking to alter, amend or vacate the judgment, or in the alternative for a new trial under Rules 59 and 60 on April 26, 2023 (Doc. 197) which were disposed of by the court's Order dated March 11, 2024 (Doc. 212). Dynamic security filed a Notice of Appeal on April 5, 2024 (Doc. 217). Plaintiff's Notice of Appeal is filed within 14 days of the filing of Dynamic Security's Notice of Appeal. Fed. R. App. P. 4(a)(3) and within thirty (30) days of the Order disposing of the last of the timely-filed post-judgment motions. Fed. R. App. P. 4(a)(4)(A)

|  | Respectfully submitted, |
|---|---|
|  | Attorneys for Plaintiff |
|  | /s/ Heather Leonard |
|  | Heather Newsom Leonard |
| OF COUNSEL: |  |
| Heather Leonard, P.C. |  |
| 2105 Devereaux Cir., Suite 111 |  |
| Birmingham, AL 35243 |  |
| Phone: (205) 977-5421 |  |
| heather@heatherleonardpc.com |  |
|  |  |
|  | /s/ Leslie A. Palmer. |
|  | Leslie A. Palmer |
| OF COUNSEL: |  |
| Palmer Law, LLC |  |
| 104 23rd Street South, Suite 100 |  |
| Birmingham, AL 35233 |  |

2

| | |
|---|---|
| (205) 285-3050 | |
| leslie@palmerlegalservices.com | |

## Certificate of Service

I certify that I have filed the foregoing on the Court's CM/ECF filing system which will provide notice to all counsel of record on this 10th day of April, 2024.

Wesley C. Redmond
Susan W. Bullock
FordHarrison LLC
420 20th Street North, Suite 2560
Birmingham, AL 35203
wredmond@fordharrison.com
sbullock@fordharrison.com
Phone: (205) 244-5905
Counsel for Dynamic Security, Inc.

David J. Middlebrooks
Whitney R. Brown
Lehr Middlebrooks Vreeland & Thompson, P.C.
PO Box 11945
Birmingham, AL 35202
dmiddlebrooks@lehrmiddlebrooks.com
wbrown@lehrmiddlebrooks.com
Phone: (205) 326-3002
Counsel for Hyundai Motor Manufacturing Alabama, LLC

T. Matthew Miller
Cortlin Bond
Bradley, Arant, Boult Cummings, LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203
mmiller@bradley.com
cbond@bradley.com
Phone: (205) 521-8000
Counsel for Hyundai ENG America, Inc.

*/s/ Leslie A. Palmer*
OF COUNSEL

3