**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 07, 2026

Clerk - Middle District of Alabama
U.S. District Court
1 CHURCH ST
MONTGOMERY, AL 36104

Appeal Number: 24-11069-GG ; 24-11126 -GG
Case Style: Davita Key v. Dynamic Security, Inc.
District Court Docket No: 2:19-cv-00767-ECM-SMD

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 24-11069

---

DAVITA M. KEY,

*Plaintiff-Appellee,*

*versus*

HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC,

*Defendants,*

DYNAMIC SECURITY, INC.,

*Defendant-Appellant.*

---

Appeals from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:19-cv-00767-ECM-SMD

---

---

No. 24-11126

---

DAVITA M. KEY,

*Plaintiff-Appellant,*

*versus*

HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC,
HYUNDAI ENGINEERING AMERICA, INC.,
DYNAMIC SECURITY, INC.,

*Defendants-Appellees.*

---

Appeals from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:19-cv-00767-ECM-SMD

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 5, 2026

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: October 7, 2026