IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVITA M. KEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-cv-767-ECM |
| | ) | |
| DYNAMIC SECURITY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Now pending before the Court are the Defendant's motions to: (1) file a summary judgment motion and set a briefing schedule (doc. 241); and (2) reopen discovery for a limited purpose (doc. 242). Upon consideration of the motions, and for good cause, it is

ORDERED that the Plaintiff shall respond to the Defendant's motions on or before **November 5, 2026**.

DONE this 22nd day of October, 2026.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE