IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVITA M. KEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-cv-767-ECM |
| | ) | |
| DYNAMIC SECURITY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On October 22, 2026, the Court held a telephonic status conference wherein the parties informed the Court that they wish to mediate this case with a United States Magistrate Judge. For the reasons stated on the record at the status conference, and for good cause, it is

ORDERED that the parties shall engage in good faith efforts to mediate this case with a United States Magistrate Judge. It is further

ORDERED that **on or before November 5, 2026**, the parties shall jointly contact the chambers of Chief United States Magistrate Judge Stephen M. Doyle at doylechambers@almd.uscourts.gov, and propose at least three potential dates for mediation.

DONE this 22nd day of October, 2026.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE